DONALD M. de CAMARA, SBN 69703
E-mail: decamlaw@sbcglobal.net
LAW OFFICES OF DONALD M. de CAMARA
1241 Carlsbad Village Drive, Ste. E
Carlsbad, CA 92008
Tel: (760) 730-7404
Fax: (760) 730-7409

DANIEL E. WILCOXEN, SBN 054805
E-mail: dwilcoxen@wilcoxenlaw.com
WILCOXEN CALLAHAM, LLP
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs Lenai Mull, Danielle Mull, Carson Mull, and Norman Mull

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENAI MULL, DANIELLE MULL, NORMAN MULL, CARSON MULL<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MOTION PICTURE INDUSTRY HEALTH PLAN; BOARD OF DIRECTORS OF MOTION PICTURE INDUSTRY HEALTH PLAN<br>　　　　Defendants<br><br>BOARD OF DIRECTORS OF MOTION PICTURE INDUSTRY HEALTH PLAN<br>　　　　Counterclaimants<br>vs.<br><br>LENAI MULL, NORMAN MULL<br>　　　　Counterdefendants | Case No.: CV12-6693VBF (MANx)<br><br>Assigned to:<br>Hon. Valerie Baker Fairbank<br><br>**DECLARATION OF PLAINTIFFS' COUNSEL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Ctrm: 9<br><br>Date: None set, per Order of Court |

I, Donald M. de Camara, declare as follows:

1. I am an attorney duly licensed to practice before this Court and all of the courts of the State of California and am lead counsel for plaintiffs herein. I have personal knowledge of the facts contained herein, and if called as a witness, could competently testify to those facts.

2. Attached to the instant motion as Exhibit 1 is a true and correct copy of the MPI Health Plan Summary Plan Description, effective 2007, that was taken from the MPI web site.

3. Attached to the instant motion as Exhibit 2 is a true and correct copy of the MPI Agreement and Declaration of Trust produced by MPI's attorney in connection with this controversy. Attached to the instant motion as Exhibit 3 is a copy of my March 28, 2012 letter to MPI's attorney Kathryn Halford asking for a production of the MPI formal plan document, if there was one. Attached as Exhibit 4 is Ms. Halford's April 17, 2012 letter in response to my letter enclosing the Agreement and Declaration of Trust (Exhibit 2).

4. Following the Supreme Court's decision in *US Airways v. McCutchen* in April, 2013, we offered to dismiss Lenai Mull's claims against MPI. MPI declined to stipulate to such a dismissal and the Court rejected the dismissal we had filed of Lenai's claims. We then filed a motion for leave to dismiss Lenai's claims with prejudice. Concurrently, MPI filed a motion for leave to file an affirmative counterclaim against Lenai Mull and Norman Mull. On February 4, 2014, the Court denied Lenai's motion to dismiss and granted MPI's motion for leave to file its counterclaim. On February 21, 2014, Lenai Mull filed for protection in the federal bankruptcy court and the action as to

her was stayed. On February 24, 2014, Norman Mull filed an FRCP 12(b)(6) motion to dismiss the counterclaim against him. This motion is currently pending with the court. The Court ordered dispositive motions on plaintiffs' first amended complaint to be filed by April 18, 2014.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 11, 2014                              */s/ Donald M. de Camara*
                                                             Donald M. de Camara
                                                            Attorney for Plaintiffs