DONALD M. de CAMARA, SBN 69703
E-mail: decamlaw@sbcglobal.net
LAW OFFICES OF DONALD M. de CAMARA
1241 Carlsbad Village Drive, Ste. E
Carlsbad, CA 92008
Tel: (760) 730-7404
Fax: (760) 730-7409

DANIEL E. WILCOXEN, SBN 054805
E-mail: dwilcoxen@wilcoxenlaw.com
WILCOXEN CALLAHAM, LLP
2114 K Street
Sacramento, California 95816
Telephone:    (916) 442-2777
Facsimile:  (916) 442-4118

Attorneys for Plaintiffs Lenai Mull, Danielle Mull, Norman Mull and Carson Mull and Counter Defendants Lenai Mull and Norman Mull

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MULL, NORMAN MULL, CARSON MULL<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MOTION PICTURE INDUSTRY HEALTH PLAN; BOARD OF DIRECTORS OF MOTION PICTURE INDUSTRY HEALTH PLAN<br><br>　　　　Defendants<br>_____<br>BOARD OF DIRECTORS OF MOTION PICTURE INDUSTRY HEALTH PLAN<br>　　　　Counterclaimants<br>vs.<br><br>LENAI MULL, NORMAN MULL<br>　　　　Counterdefendants<br>_____ | Case No.: CV12-6693VBF (MANx)<br><br>Assigned to:<br>Hon. Valerie Baker Fairbank<br><br>**PLAINTIFFS' NOTICE OF LODGMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (FRCP 56)**<br><br>Date: None set, per Court's order<br>Ctrm: 9 |

PLEASE TAKE NOTICE that plaintiffs lodge the following exhibits in support of their instant motion for summary judgment:

1. MPI Summary Plan Description;

2. MPI Agreement and Declaration of Trust;

3. March 28, 2012 letter from plaintiffs' counsel to defense counsel requesting copy of formal MPI plan document;

4. April 17, 2012 letter from defense counsel to plaintiffs' counsel producing the MPI Agreement and Declaration of Trust;

5. Summary of Danielle and Norman Mull's covered medical expenses declined by MPI and credited to the "overpayment" to Lenai Mull, with supporting Explanations of Benefits, totaling $1,362.

6. Plaintiffs' First Amended Complaint in the instant case.

7. Defendants' Answer to First Amended Complaint in the instant case.

                                      Respectfully submitted,

Dated: April 18, 2014                             /s/Donald M. de Camara
                                                        Donald M. de Camara
                                                        Daniel E. Wilcoxen
                                                        Attorneys for Plaintiffs