

MOTION
PICTURE
INDUSTRY
PENSION & HEALTH PLANS®



# ACTIVE
## MPI HEALTH PLAN

# SUMMARY PLAN DESCRIPTION

JULY 2007

Exhibit 1 - Page 1

Are you a former Participant of any other health plan that merged into the Motion Picture Industry Health Plan? If so, it is important that you carefully review any appendix included with this *Summary Plan Description* (SPD) which addresses your particular situation. That appendix may contain special rules that are different from the rules contained in the main SPD. Where there is any conflict between the terms of the appendix and the main SPD, the terms of the appendix will govern you and your dependents.

# ACTIVE SUMMARY PLAN DESCRIPTION
*July 2007*

The Plan maintains administrative offices in California and New York. Our West Coast Plan Office maintains all records pertaining to your eligibility and processes all claims for benefits. Please address any inquiry, claim or correspondence to the West Coast Plan Office, our main Health Plan office, and remember to include the Participant's Social Security or identification number.



**West Coast Plan Office (Main Office)**

11365 Ventura Blvd.; P.O. Box 1999
Studio City, CA  91614-0999

Main Phone:          818 or 310.769.0007
Outside So. California:    888.369.2007
Main Fax:              818.508.4714

**New York Office**

145 Hudson St., Suite 6A
New York, NY 10013-2103

Main Phone:          212.634.5252
Main Fax:             212.634.4952

**Website: www.mpiphp.org**

*For information regarding Pension Benefits, please contact the Motion Picture Industry Pension Plan at one of the West Coast office numbers listed above.*

Exhibit 1 - Page 2

# MOTION PICTURE INDUSTRY HEALTH PLAN

## *Summary Plan Description for Active Participants*

Dear Eligible Participant,

We are pleased to welcome you as an Active Participant in the Motion Picture Industry Health Plan (the "MPI Health Plan," or the "Plan"), and to provide you with this guide to the comprehensive Plan of Benefits available to you and your eligible dependents.

As an eligible Active Participant, you have an extensive package of benefits that includes comprehensive medical, hospital, prescription drug, vision, dental and life insurance coverage. In addition, our contracted wellness program offers you preventive screenings and educational programs.

You also have a range of choices. The MPI Health Plan offers our self-funded, comprehensive medical and hospital coverage throughout the country. Those who reside in California also have a choice of one of two Health Maintenance Organization (HMO) plans offered through Health Net® and Kaiser Permanente.® On the East Coast, Oxford Health Plans® (a Point of Service plan or POS) is an option. If you select an HMO or the POS for your health benefits, the Evidence of Coverage you receive upon enrollment with the Plan or with this *Summary Plan Description* will become part of your *Summary Plan Description*. There are also two dental plan options, including Delta Dental PPO Plan, available nationwide, and DeltaCare USA Plan, available in California.

Under the Plan's umbrella of benefits, there are various provider networks available to you depending upon the options you select. A list of the members of the network(s) you may choose from will be provided at enrollment, or provided separately to you at no cost, upon your request. Such information is also available at the respective network websites. *(See inside back cover for a complete list of their website addresses.)*

This book, our *Summary Plan Description (SPD)*, includes important information to help you understand and appropriately access your benefits. As much as possible, it is written in plain language. However, for legal reasons, we must sometimes use insurance industry and legal terms or phrases. For your reference, we have created a Glossary, located at the back of this book on page 131.

We developed our *Summary Plan Description* to explain the Motion Picture Industry Health Plan, its restrictions and responsibilities. We make no recommendations regarding the use of any of the options offered, but provide this information for you to select the plans most suited to your needs. For your convenience, we have included comparison charts on pages 30-33 for medical and hospital benefits, and on page 98 for dental plans.

If you have selected the self-funded medical and hospital benefits provided by the MPI Health Plan, benefit details are included in this *Summary Plan Description*. If you have selected an HMO or POS, a summary only is included in this book. You may obtain more comprehensive information regarding the benefits available to you by contacting the HMO or POS directly. Also, detailed information regarding your other benefits is covered in the section entitled "Additional Benefits."

Throughout the *Summary Plan Description*, you'll find phone numbers, addresses and websites where you can get further information and answers to your questions regarding any of the benefits offered. Please don't hesitate to contact us or the providers directly.

Thank you for your participation.


The Board of Directors
Motion Picture Industry Health Plan

Exhibit 1 - Page 3

# MOTION PICTURE INDUSTRY HEALTH PLAN

## *Board of Directors*

### 2007 Board Officers

George A. Palazzo
*Chairperson*

Bruce C. Doering
*Vice-Chairperson*

Michael P. Messina
*Secretary*

Hank Lachmund
*Vice-Secretary*

### 2007 Board Members

Mr. Aric Ackerman

Ms. Helayne I. Antler

Mr. Joseph A. Aredas

Mr. Earl E. Brendlinger

Ms. Krysten A. Brennan

Mr. Ed Brown

Ms. Stephanie A. Caprielian

Mr. James Casey

Mr. Tommy Cole

Mr. J. Nicholas Counter III

Mr. Anthony Cousimano

Mr. Thomas R. Davis

Mr. Bruce C. Doering

Mr. Steven R. Escovedo

Mr. John Ford

Ms. Kay Kimmel

Mr. Stephen Koppekin

Mr. Ronald G. Kutak

Mr. Hank Lachmund

Ms. Laura K. Legge

Mr. Matthew D. Loeb

Mr. Michael P. Messina

Mr. Michael F. Miller, Jr.

Mr. Carmine A. Palazzo

Mr. George A. Palazzo

Mr. Leo T. Reed

Mr. Michael Rosenfeld

Mr. Scott Roth

Mr. Ted D. Rubin

Mr. Wayne Runyon

Mr. Mark Seay

Mr. Louis H. Shore

Ms. Buffy Snyder

Ms. Carole Stepp

---

## EXECUTIVE ADMINISTRATIVE DIRECTOR

Thomas A. Zimmerman

## MEDICAL DIRECTOR

Chalmers H. Armstrong III, M.D.

## LEGAL COUNSELS

Mitchell, Silberberg & Knupp, LLP

Short, Sheperd & Stanton

Spivak, Lipton, Watanabe, Spivak & Moss, LLP

Wohlner, Kaplon, Phillips, Young & Cutler, P.C.

## CONSULTANTS

Mercer Health & Benefits

Rael & Letson Consultants and Actuaries

Exhibit 1 - Page 4

# SUMMARY PLAN DESCRIPTION

## *For Active Participants*

The information in this *Summary Plan Description (SPD)* is effective for expenses incurred on or after July 1, 2007, and supersedes and replaces all similar information previously issued. A separate SPD is available for Retired Participants.

The Plan is operated under the provisions of an Agreement and Declaration of Trust, and all benefits provided are subject to the terms of the Trust, this Plan of Benefits and the Group Master Contracts issued by: the Union Labor Life Insurance Company covering life insurance; Blue Shield of California; Health Net; Kaiser Permanente; Oxford Health Plans; Delta Dental PPO Plan; DeltaCare USA; Medco (prescription drugs); and Vision Service Plan. The contracts have been issued to the Executive Administrator on behalf of the Directors. The terms of these documents will prevail in the interpretation of questions concerning any subject matter covered in this SPD.

**The nature and extent of benefits provided by the Plan and the rules governing eligibility are determined solely and exclusively by the Directors of the Plan. The Directors shall also have full discretion and authority to interpret the Plan of Benefits and to decide any factual question related to eligibility for and the extent of benefits provided by the Plan. Such interpretations are final and binding on Participants, their dependents and Providers.**

**Employees of the Plan have no authority to alter benefits or eligibility rules. Any interpretations or opinions given by employees of the Plan are not binding upon the Directors and cannot enlarge or change such benefits or eligibility rules. In accordance with the terms of the Trust Agreement, the Directors reserve the right to change the nature and extent of benefits provided by the Plan and to amend the rules governing eligibility at any time.**

---

### False or Fraudulent Claims

Any Participant, dependent or provider who submits any false or fraudulent claim or information to the Plan may be subject to criminal penalties, including a fine or imprisonment or both, as well as damages in a civil action under California, Federal or other applicable law. Furthermore, the Board of Directors reserves the right to impose such restrictions upon the payment of future benefits to any such Participant, dependent or provider as may be necessary to protect the Plan, including the deduction from such future benefits of amounts owed to the Plan because of payment of any false or fraudulent claim.

---

Are you a former Participant of any other health plan that merged into the Motion Picture Industry Health Plan? If so, it is important that you carefully review any appendix included with this *Summary Plan Description (SPD)* which addresses your particular situation. That appendix may contain special rules that are different from the rules contained in the main SPD. Where there is any conflict between the terms of the appendix and the main SPD, the terms of the appendix will govern you and your dependents.

Exhibit 1 - Page 5

# HIGHLIGHTS

## *For Active Plan Participants*

### Qualifying for Health Benefits
*Page 3*
Health coverage in the Motion Picture Industry Health Plan is contingent upon your Employer(s) making the appropriate contributions to the Plan in accordance with the Trust Agreement.

### Qualifying and Eligibility Periods
*Page 5*
Eligibility for six-month benefit periods is determined on a rolling monthly basis.

### Initial Eligibility
*Page 6*
If you have never been eligible before, or have not been eligible for benefits in any of the five (or more) prior consecutive 6-month Eligibility Periods, you may become eligible for benefits:

• In an Eligibility Period subsequent to a Qualifying Period in which you have earned a minimum of 600 hours, or

• After you have earned a combined total of at least 600 hours in two consecutive Qualifying Periods, you may become eligible for benefits in the Eligibility Period subsequent to the second Qualifying Period.

**It is critical for newly eligible Participants to promptly respond to all Plan requests for information.** Enrollment cannot be completed until all required documentation is received by the Plan. Hours in excess of 600 earned during Qualifying Period(s) for Initial Eligibility are not credited to a Bank of Hours.

### Continuing Eligibility
*Page 6*
Once you have met the requirements for Initial Eligibility, you will be eligible for benefits in each subsequent 6-month Eligibility Period, provided that you work, or are on a weekly guarantee, resulting in a minimum of 300 hours. Your eligibility will not be reviewed again until your current benefits expire.

### Eligible Dependent Family Members
*Page 7*
Application must be made by the Participant to determine eligibility for ALL dependent family members. Birth certificates, marriage certificates, spousal coordination of benefit forms and/or other forms of documentation (e.g., divorce/custody documents) are required to make this determination.

### Medical and Dental Plan Selection
*Page 9*
You have a choice of medical/hospital and dental plans. In addition, you will receive vision benefits through Vision Service Plan and prescription drug benefits through Medco.

### Open Enrollment
*Page 11*
The Open Enrollment period occurs throughout the month of July each year for Plan enrollment effective August 1. At that time, you may change your medical/hospital and/or dental coverage. ***Please Note:*** Enrollment for the MPIHP/Blue Shield and/or the Delta Dental PPO Dental Plan is open all year.

### Bank of Hours
*Page 13*
For each Qualifying Period following Initial Eligibility, hours earned in excess of 300 will be credited to your Bank of Hours, up to a maximum of 450.

### Surviving Spouse Coverage
*Page 23*
If you die while an Active Participant, but you have met the requirements for Retiree Health, you will be considered a Retired Participant for the purpose of extended coverage for your eligible surviving dependent(s).

### Retiree Health Coverage
*Page 24*
The Motion Picture Industry Health Plan maintains a separate plan to provide benefits for you following your retirement from the Motion Picture Industry. Employers make special contributions for this purpose during your working years, and no payment is required from you, either as an employee or retiree. Eligibility for Retiree health benefits is determined separately, based on hours contributed to the Retiree Plan.

### Life Insurance
*Page 109*
Eligible Participants are covered by $10,000 in Life Insurance and $10,000 in Accidental Death and Dismemberment Insurance.

### Things to Remember

• Always let the Health Plan know if you or your dependent(s) have other insurance coverage.

• The Plan Office should be notified in writing whenever you have a change of address, get married, get divorced, have a baby, etc.

• Be sure to have a current set of Health and Pension Plans Beneficiary Cards on file at the Plan Office.

• Remember, when you call Medco for forms, be sure to specify whether you wish to have a Mail Service Order form with envelope, or a Prescription Drug Claim Form, if you are seeking reimbursement for a prescription.

**Please call us at 818 or 310.769.0007, Ext. 263 for a change of address card, or new beneficiary cards. Outside Southern California, call 888.369.2007, Ext. 263. (Remember, there are separate beneficiary cards for the Health and Pension Plans.) Most of the Plan's forms are also available on our website: www.mpiphp.org**

Exhibit 1 - Page 6

# TABLE OF CONTENTS

## Summary Plan Description for Active Participants

*Detailed contents of each major section are listed on the title page of that section.*
*A subject index is located at the back of this* Summary Plan Description *on page 134.*

**1 PLAN ELIGIBILITY**

3 Basic Requirements
5 Qualifying for Benefits
7 Dependent Eligibility
9 Medical and Dental Plan Selection
10 Eligibility Information Packets/I.D. Cards
11 Forms
12 Ineligibility
13 Eligibility Extensions
16 Self-Payment — COBRA and USERRA
21 Dependent Continuation Coverage
23 Surviving Dependents
24 Retiree Health Benefits

**27 HEALTH PLAN OPTIONS**

29 Health Plan Options Summary
30 Medical Plan Benefit Comparison At-A-Glance
35 MPIHP/Blue Shield Health Plan Option
  36 Hospital Expense Benefits
  38 Health Plan Services
  40 Claim Submission Guidelines
  46 Coordination of Benefits
  51 Benefits and Limitations
  60 Non-Covered Services
  62 Preauthorization
  63 Claims Appeals Procedures
  66 Motion Picture & Television Fund Service Area
  68 PacifiCare Behavioral Health

**73 HEALTH PLAN ALTERNATIVES**

75 Health Net®
81 Kaiser Permanente®
90 Oxford Health Plans®

**95 DENTAL PLAN OPTIONS**

97 Dental Benefit Options
98 Dental Plans Comparison
99 Delta Dental PPO Dental Plan
105 DeltaCare USA Dental Health Plan

**107 ADDITIONAL HEALTH BENEFITS**

109 Life Insurance
113 Prescription Drug Benefit
117 Vision Services
119 The Wellness Program

**121 THE PLAN**

123 The Plan Defined
  123 Participating Unions
  123 Participating Employers
124 Employee Retirement Income Security Act of 1974 (ERISA)
127 Board of Directors

**129 RESOURCE INFORMATION**

131 Glossary
134 Index
  Important Contact Information (Inside Back Cover)

Exhibit 1 - Page 7



Exhibit 1 - Page 8

# PLAN ELIGIBILITY

This section of the *Summary Plan Description* provides comprehensive information on requirements to become and remain an eligible Active Participant of the Motion Picture Industry Health Plan, including information on eligibility extensions and retiree health coverage. It details basic requirements for eligibility for you and for dependents, same-sex domestic partners and survivors of eligible Participants.

## CONTENTS

**3 Basic Requirements**
3 Participating Employers
3 Non-affiliated Employees
3 Partners and Owners
3 Employee Shareholders
3 Permanent Facilities
3 Contributions
4 Work Hours
4 Delinquent Contributions
4 Delinquent Employee Shareholders
4 Loan-Out Companies
4 Improperly Reported Hours
4 Late Hours Processing
4 Grievance Settlement

**5 Qualifying for Benefits**
5 Qualifying and Eligibility Periods
6 Qualifying Standards
6 Initial Eligibility
6 Continuing Eligibility
6 Eligibility Notification

**7 Dependent Eligibility**
7 Eligible Dependent Family Members
7 Divorce Notification Requirements
7 Same-Sex Domestic Partner Coverage
  7 Definition
  7 Coverage Provided
  8 Establishing Coverage
  8 California Resident Requirements
  8 Relevant Tax Laws and Costs
  8 COBRA Costs
  8 Termination of Same-Sex Domestic Partnership
  8 Surviving Dependent Coverage
  8 Falsification of Status

**9 Medical and Dental Plan Selection**
9 Plan Options
9 Medical Plan Selection - Newly Eligible
9 Dental Plan Selection - Newly Eligible

**10 Eligibility Information Packets and Identification Cards**
10 Initial Eligibility Packet
10 Continuing Eligibility
10 Benefit Cards - MPIHP/Blue Shield/Dental/Prescription
10 Benefit Cards - Alternate Health Plans
10 Benefit Cards - Dental
10 Loss of Benefit Cards

**11 Forms**
11 Beneficiary/Enrollment Card
11 Open Enrollment
11 HIPAA Special Enrollment
11 Required Dependent Documentation
11 Change of Address
11 Selection Form
11 Extension Form

**12 Ineligibility**
12 When Coverage Ends
12 Notice of Ineligibility
12 Certificate of Creditable Coverage

**13 Eligibility Extensions**
13 Bank of Hours
13 Family and Medical Leave Act
14 Disability Extensions
14 Disability Extensions Chart
14 Short-Term Disability - 6 Months
15 Long-Term Disability - 18 Months
15 Combining Extensions
15 Permanent Disability Extension - Retirement

**16 Self-Payment - COBRA and USERRA**
16 Definition
16 COBRA Eligibility
  16 For Participants
  16 For Dependents
16 Requirements for COBRA Coverage
16 Electing COBRA
17 Coverage Provided
17 Core and Non-Core Benefits
17 Cost
17 Duration
17 Disability
18 Cost-Disability
18 CAL COBRA
18 Open Enrollment
18 Qualified Beneficiaries
18 New Dependent Additions
18 Group Health Coverage Loss
18 Second Qualifying Event
19 Termination of COBRA
19 Address Change
19 Contact Information
19 Coverage Conversion Alternatives
20 Self-payment Under USERRA

**21 Dependent Continuation Coverage**
21 Student Eligibility
21 Required Documentation
21 Handicapped Dependents
22 Divorced Spouse/Dependent Children
22 Qualified Medical Child Support Orders

**23 Surviving Dependents**
23 Death of Active Participant Qualified for Retiree Benefits
23 Death of Active Participant Not Qualified for Retiree Benefits
23 Death of Ineligible Participant Not Qualified for Retiree Benefits

**24 Retiree Health Benefits Requirements**
24 Certification of Retirement
24 Basic Requirements
24 Effective Date of Benefits
25 Total and Permanent Disability
25 Duration of Eligibility
25 Benefit Changes Upon Retirement
25 Work After Retirement

Exhibit 1 - Page 9



Exhibit 1 - Page 10

# BASIC REQUIREMENTS FOR PLAN ELIGIBILITY

Becoming and remaining an eligible Participant of the Plan requires that you work a sufficient number of hours in the motion picture production industry in a job covered by a Collective Bargaining Agreement between one of the participating Unions (*see page 123*) and any of the participating Employers or under a Non-affiliate Agreement with a participating Employer. The Collective Bargaining Agreement or Non-affiliate Agreement must require that contributions be made to the Plan on your behalf.

**All hours will be credited to the dates on which they were worked, except as noted under the Grievance Settlement section on page 4.**

## Participating Employers

The Plan Office determines, subject to audit, your eligibility for benefits based on reports of hours and contributions received from your Employer(s). To be approved for participation by the Plan's Board of Directors and therefore eligible to contribute on your behalf, your Employer must execute a Collective Bargaining Agreement with a participating Union and complete certain other documents required by the Plan.

Except as stated under "Employee Shareholders," if your Employer is not signatory to a Collective Bargaining Agreement, participation may still be possible through a signatory payroll company that has executed a Collective Bargaining Agreement and has been approved for participation in the Plan. Again, your Employer is required to execute certain Plan documents in order to contribute through the payroll company on your behalf.

## Non-affiliated Employees

Some participating Employers also make contributions on behalf of employees who are not covered by any Collective Bargaining Agreement (non-affiliated employees), including certain producers and accountants. These Employers have signed a "Non-affiliate Agreement" with the Plan. If you are not sure whether your Employer has signed a Non-affiliate Agreement under which you may be covered, contact the Plan's Employer Contracts Department at 818 or 310.769.0007, Ext. 478. Outside Southern California, call 888.369.2007, Ext. 478.

## Partners and Owners

Legally, owners and partners of unincorporated businesses are not considered "employees" of the Employer. Therefore, although unincorporated businesses are allowed to become a party to the Plan and submit contributions on behalf of their covered Employees, they are not allowed to submit contributions on behalf of the owner(s) or partner(s) of the business.

## Employee Shareholders

If you are an officer or controlling employee shareholder, or the spouse of an officer or controlling employee shareholder of a signatory Employer, you may participate in the Plan under the rules governing employee shareholders. Similarly, if you are a member or officer of a Limited Liability Corporation (LLC) or the spouse of such a member or officer, you may participate in the Plan under the rules governing LLCs. (*See Exhibit "A" of the Motion Picture Industry Health Plan Agreement and Declaration of Trust, available upon request from the Plan Office.*)

## Permanent Facilities

In general, a "permanent facility" is a company that maintains a permanent address and year-round staff that provides services to the Motion Picture Industry. A permanent facility must be directly signatory to a Collective Bargaining Agreement in order to participate in the Plan; a non-signatory permanent facility may not make contributions through a payroll company.

## Contributions

Contributions on your behalf can be accepted by the Plan only when your Employer has submitted all required documents to the Plan Office, and has been approved for participation by the Plan's Board of Directors. If you are not sure whether you are a covered Employee or whether your Employer has been approved for participation in the Plan, contact the Plan's Employer Contracts Department at 818 or 310.769.0007, Ext. 478. Outside Southern California, call 888.369.2007, Ext. 478.

Although no deductions are made from your payroll check, the Plan recommends that you maintain your check stubs, deal memos, etc. in case any questions arise as to the number of hours your Employer has reported on your behalf.

If you believe there is a discrepancy between the hours you worked or were guaranteed and the hours on your statement, it is your responsibility to contact your Employer first for resolution, and if necessary, your Union for assistance.

Are you a former Participant of any other health plan that merged into the Motion Picture Industry Health Plan? If so, it is important that you carefully review any appendix included with this *Summary Plan Description (SPD)* which addresses your particular situation. That appendix may contain special rules that are different from the rules contained in the main SPD. Where there is any conflict between the terms of the appendix and the main SPD, the terms of the appendix will govern you and your dependents.

Exhibit 1 - Page 11

If you cannot resolve the situation with your Employer or Union, contact the Audit and Collections Department of the Plan at 818 or 310.769.0007, Ext. 135. Outside Southern California, call 888.369.2007, Ext. 135.

## Work Hours

"Work Hours" are your hours worked or guaranteed, including overtime. Contributions for "on-call" and salaried employees are credited as outlined in the Collective Bargaining Agreement under which you are employed.

For Employees working under the West Coast I.A.T.S.E. Basic Agreement, or any agreement which calls for these same guarantees, the "on-call" weekly schedule is considered to be a guarantee of the following:

• 12 hours per day during any partial workweek

• 60 hours during any five-day workweek

• 67 hours during any six-day workweek

• 75 hours during any seven-day workweek

If you work on an hourly or weekly basis, your Union or Guild can tell you the formula used to determine your work hours. If you are not covered by a Collective Bargaining Agreement (a "Non-affiliated Employee"), the Plan's Employer Contracts Department, 818 or 310.769.0007, Ext. 478, can tell you the hourly contribution requirements for your employment. Outside Southern California, call 888.369.2007, Ext. 478.

## Delinquent Contributions

If an Employer has been delinquent in making contributions and has been terminated as an Employer Party to the Plan, **no credit will be given for employment after the effective date of the termination.**

## Delinquent Employee Shareholders

If you are a member or officer of an LLC, or an officer or shareholder of a signatory Employer, or the spouse of such member, officer or shareholder (referred to herein as a "Controlling Employee"), and the Employer becomes delinquent in the contributions due the Plan on your own behalf or on behalf of any other employee, your eligibility for benefits may be suspended until such time as the delinquency is resolved. This is the case whether the eligibility is based upon contributions from your own signatory corporation, any other Employer, or based on any extension of eligibility.

If the delinquency is not paid in full prior to the date on which the Final Notice of delinquency is sent by the Plan, the eligibility of ALL Controlling Employees of the Employer shall be delayed during the next benefit period. Eligibility is delayed by one month for each four weeks (or portion thereof) of delinquency during the applicable Qualifying Period, with a minimum of one month of delayed eligibility if a Final Notice is sent.

## Loan-Out Companies

A "Loan-Out Company" is defined as a company controlled by the loaned-out employee who is the only employee of that company who performs work covered by the applicable Collective Bargaining Agreements. A Loan-Out Company is not allowed to contribute directly to the Plan. If a Loan-Out Company loans out the services of the controlling employee to a borrowing Employer which is a participating Employer, the borrowing Employer shall make contributions directly to the Plan on behalf of the loaned-out employee based upon hours worked or guaranteed.

## Improperly Reported Hours

If it is determined that hours have been reported improperly on your behalf, your eligibility may be terminated and you may be held liable for any benefits paid, as well as for other damages.

## Late Hours Processing

Hours you work during a Qualifying Period must be reported to the Plan by your Employer in time for the Plan to process the hours and calculate your eligibility for the corresponding Eligibility Period. "Late Hours" are hours submitted by an Employer after the calculation process has been completed or "closed." All hours, including late hours, are credited to the dates on which they were worked, which may result in retroactive eligibility. If late hours change your eligibility status, the Eligibility Department will notify you, and as a result, your eligibility will be retroactive from the start of the corresponding Eligibility Period. If your eligibility is established retroactively, you may submit any medical claims you have incurred in the corresponding Eligibility Period to the Claims Department for consideration.

## Grievance Settlement

Following the settlement of a grievance or arbitration award, contributions received on behalf of an individual who was a Participant in the grievance or arbitration shall be credited to that individual from the date the individual was terminated, denied employment or underpaid. The credit will extend from that date until the contributions have all been applied, based upon the standard number of hours to have been worked by, or guaranteed to the individual.

Exhibit 1 - Page 12

# QUALIFYING FOR BENEFITS

## Qualifying and Eligibility Periods

The commencement of eligibility for 6-month benefit periods is determined on a monthly basis according to the following schedule:

| Qualifying Periods | | | Eligibility Periods | | |
|---|---|---|---|---|---|
| 8/27/06 | – | 2/17/07 | 5/1/07 | – | 10/31/07 |
| 9/24/06 | – | 3/24/07 | 6/1/07 | – | 11/30/07 |
| 10/22/06 | – | 4/21/07 | 7/1/07 | – | 12/31/07 |
| 11/26/06 | – | 5/26/07 | 8/1/07 | – | 1/31/08 |
| 12/24/06 | – | 6/23/07 | 9/1/07 | – | 2/29/08 |
| 1/21/07 | – | 7/21/07 | 10/1/07 | – | 3/31/08 |
| 2/18/07 | – | 8/25/07 | 11/1/07 | – | 4/30/08 |
| 3/25/07 | – | 9/22/07 | 12/1/07 | – | 5/31/08 |
| 4/22/07 | – | 10/20/07 | 1/1/08 | – | 6/30/08 |
| 5/27/07 | – | 11/24/07 | 2/1/08 | – | 7/31/08 |
| 6/24/07 | – | 12/22/07 | 3/1/08 | – | 8/31/08 |
| 7/22/07 | – | 1/26/08 | 4/1/08 | – | 9/30/08 |
| 8/26/07 | – | 2/23/08 | 5/1/08 | – | 10/31/08 |
| 9/23/07 | – | 3/22/08 | 6/1/08 | – | 11/30/08 |
| 10/21/07 | – | 4/19/08 | 7/1/08 | – | 12/31/08 |
| 11/25/07 | – | 5/24/08 | 8/1/08 | – | 1/31/09 |
| 12/23/07 | – | 6/21/08 | 9/1/08 | – | 2/28/09 |
| 1/27/08 | – | 7/26/08 | 10/1/08 | – | 3/31/09 |
| 2/24/08 | – | 8/23/08 | 11/1/08 | – | 4/30/09 |
| 3/23/08 | – | 9/20/08 | 12/1/08 | – | 5/31/09 |
| 4/20/08 | – | 10/25/08 | 1/1/09 | – | 6/30/09 |
| 5/25/08 | – | 11/22/08 | 2/1/09 | – | 7/31/09 |
| 6/22/08 | – | 12/20/08 | 3/1/09 | – | 8/31/09 |
| 7/27/08 | – | 1/24/09 | 4/1/09 | – | 9/30/09 |
| 8/24/08 | – | 2/21/09 | 5/1/09 | – | 10/31/09 |
| 9/21/08 | – | 3/21/09 | 6/1/09 | – | 11/30/09 |
| 10/26/08 | – | 4/25/09 | 7/1/09 | – | 12/31/09 |
| 11/23/08 | – | 5/23/09 | 8/1/09 | – | 1/31/10 |
| 12/21/08 | – | 6/20/09 | 9/1/09 | – | 2/28/10 |
| 1/25/09 | – | 7/25/09 | 10/1/09 | – | 3/31/10 |
| 2/22/09 | – | 8/22/09 | 11/1/09 | – | 4/30/10 |
| 3/22/09 | – | 9/19/09 | 12/1/09 | – | 5/31/10 |
| 4/26/09 | – | 10/24/09 | 1/1/10 | – | 6/30/10 |
| 5/24/09 | – | 11/21/09 | 2/1/10 | – | 7/31/10 |
| 6/21/09 | – | 12/26/09 | 3/1/10 | – | 8/31/10 |
| 7/26/09 | – | 1/23/10 | 4/1/10 | – | 9/30/10 |
| 8/23/09 | – | 2/20/10 | 5/1/10 | – | 10/31/10 |
| 9/20/09 | – | 3/20/10 | 6/1/10 | – | 11/30/10 |
| 10/25/09 | – | 4/24/10 | 7/1/10 | – | 12/31/10 |
| 11/22/09 | – | 5/22/10 | 8/1/10 | – | 1/31/11 |
| 12/27/09 | – | 6/19/10 | 9/1/10 | – | 2/28/11 |

5

Exhibit 1 - Page 13

## Qualifying Standards

Eligibility for benefits is contingent upon whether your Employer(s) makes the appropriate contributions to the Plan in accordance with the Trust Agreement.

## Initial Eligibility

If you have never been eligible before, or have not been eligible for benefits in any of the five (or more) prior consecutive Eligibility Periods, you may only become eligible for benefits under one of the following circumstances:

1. In an Eligibility Period subsequent to a Qualifying Period in which you have earned a minimum of 600 hours, *or*

2. After you have earned a combined total of at least 600 hours in two consecutive Qualifying Periods, you may become eligible for benefits in the Eligibility Period following the second Qualifying Period. Thereafter, your eligibility will only be reviewed when your current benefits are set to expire.

**Excess hours earned for Initial Eligibility are NOT credited to a Bank of Hours**

## Continuing Eligibility

Once you have met the requirements for Initial Eligibility as previously described, you will be eligible for benefits in each subsequent 6-month Eligibility Period, provided that you work, or are guaranteed a minimum of 300 hours during the corresponding Qualifying Period. Once qualified, your eligibility will only be reviewed when your current benefits are set to expire.

Eligibility for benefits is contingent upon whether your Employer(s) makes the appropriate contributions to the Plan in accordance with the Trust Agreement. If your Employer is delinquent in making contributions and has not been terminated as an Employer party to the Trust, you will be credited for hours worked or guaranteed on which contributions were required to have been paid, up to the date of such termination.

The rules describing how your work hours are credited is generally discussed on page 4. If you work on other than an hourly or weekly basis, your union or guild can tell you the formula used to determine your work hours, provided contributions are made by your Employer(s) for that number of hours. If you are not covered by a collective bargaining agreement (a Non-affiliated Employee), the Employer Contracts Department of the Plan can tell you the hourly requirements for your employment.

## Eligibility Notification

The Plan will mail you information and materials relevant to your participation in the Plan. For the initially eligible, the Plan will contact your Employer(s) and/or union to obtain your mailing address; however, you may call the Plan Office to provide this information in advance. You will be given a choice of hospital/medical and dental plans, which are described in individual sections of this *Summary Plan Description.*

Exhibit 1 - Page 14

# DEPENDENT ELIGIBILITY

The following is a summary of general dependent eligibility rules. It is important to note, however, that a spouse, same-sex domestic partner or other dependents shall not be eligible for MPI Health Plan benefits if such person is required by the Plan to be enrolled (and is not enrolled) in a health plan offered by the spouse or same-sex domestic partner's Employer. *(See Coordination of Benefits, page 46.)*

Please be aware that application must be made and documents submitted by the Participant to determine eligibility for ALL dependent family members and same-sex domestic partners.

## Eligible Dependent Family Members

Application must be made by the Participant to determine eligibility for ALL dependent family members. Birth certificates, marriage certificates, spousal coordination of benefit forms and/or other forms of documentation (e.g., divorce/custody documents) are required to make this determination.

**It is extremely important that you are aware of how coverage for your spouse or same-sex domestic partner is affected by primary and secondary insurance requirements.** *(See page 46 for additional information regarding Spouse Coordination of Benefits.)*

Your eligible dependents are:

• Your lawful spouse;

• Your qualified same-sex domestic partner (provided the requirements listed on this page are met);

• Your unmarried biological children who have not reached age 19 (23 if a full-time student);

• Any unmarried legally adopted children, or children placed with you for adoption, who have not reached age 19 (23 if a full-time student).

• Any unmarried stepchild, foster child, and/or any child for whom you (the Participant) are legal guardian. In each case, the child must live with you in a parent-child relationship, be dependent upon you for support and maintenance, and must not have reached age 19 (23 if a full-time student);

• Any child required to be recognized under a Qualified Medical Child Support Order.

### Divorce Notification Requirements

You must notify the Eligibility Department immediately in the event of a divorce and submit a copy of the final decree of divorce. A divorced spouse is not eligible for Plan benefits. He or she becomes ineligible for benefits at the end of the month in which the date of the final decree of dissolution of marriage or divorce is entered. However, the divorced spouse may elect COBRA, as described on page 16. If you fail to notify the Eligibility Department of a change in your marital status and we pay a claim for your former spouse for services rendered after the divorce date, you and your former spouse will be held personally liable for reimbursement to the Plan for benefits and expenses, including attorneys' fees and costs incurred by the Plan as a result of your statements, actions or failure to notify the Plan. The amount of any such overpayment may be deducted from the benefits to which you would otherwise be entitled.

## Same-Sex Domestic Partner Coverage

Health Plan benefits are available to the same-sex domestic partners of Active and Retired Participants. If you are interested in obtaining same-sex domestic partner coverage, please contact the Plan Office so we may send you an information and enrollment packet.

*Definition of Same-Sex Domestic Partner*
The rules governing coverage of same-sex domestic partners are similar to those applied to spouses of Participants, although there are several important distinctions, as outlined in this section. A domestic partnership, for purposes of coverage by the Plan, is defined as:

• A committed same-sex relationship similar to a marriage,

• In existence **for at least six months**,

• Includes financial interdependence, and

• Both partners intend that the relationship be permanent.

If you live in a jurisdiction that allows the registration of domestic partners, including California, you must be registered as domestic partners in that jurisdiction. For additional information, please contact the Plan Office at 818 or 310.769.0007, Ext. 263. Outside Southern California, call 888.369.2007, Ext. 263.

**Your same-sex domestic partner will not be eligible if either you or your partner has a spouse or other domestic partner, or if you are related by blood closer than the law would permit for marriage.**

*Coverage Provided*
In general, coverage for a same-sex domestic partner is the same as coverage provided for the spouse of a Participant. Coverage is available for your domestic partner's children, if any, if they are also dependents of the Participant. Your eligible dependents are:

• Your unmarried biological children who have not reached age 19 (23 if a full-time student);

• Any unmarried legally adopted children, or children placed with you for adoption, who have not reached age 19 (23 if a full-time student);

• Any unmarried stepchild, foster child, and/or any child for whom you (the Participant) are legal Guardian. In each case, the child must live with you in a parent-child relationship, be dependent upon you for support and maintenance and the child must not have reached age 19 (23 if a full-time student);

• Any child required to be recognized under a Qualified Medical Child Support Order.

Exhibit 1 - Page 15

As with coverage for spouses and Participants, if your same-sex domestic partner is covered by another health plan, **please carefully read the Coordination of Benefits section on page 46 of this SPD.**

### Establishing Coverage

To establish coverage, both same-sex domestic partners must sign the Plan's Affidavit of Domestic Partnership before a notary public and under penalty of perjury. In addition, you must provide to the Plan a completed Coordination of Benefits questionnaire, *and* at least three* of the following items:

1. Domestic Partnership Agreement
2. Joint mortgage or lease
3. Designation of domestic partners as each other's life insurance or retirement plan beneficiaries
4. Designation of domestic partners as each other's primary beneficiary in will
5. Joint ownership of a motor vehicle, primary checking account or primary credit account
6. Other documentation, satisfactory to the Plan, confirming mutual financial support.

### California Resident Requirements

The Plan requires eligible California Participants wishing to obtain health coverage for their same-sex domestic partners to register their partnership with the Secretary of State in addition to completing the Plan's Affidavit. Like the Plan's Affidavit of Domestic Partnership, the State's declaration must be signed by both partners before a notary public, under penalty of perjury. You may obtain Declaration forms from the county clerk or the office of the Secretary of State. The form is also available online at: www.ss.ca.gov/business/sf/sf_dp.htm.

The Declaration form must be filed with the State of California (Secretary of State, P.O. Box 942877, Sacramento, CA  94277-0001; 916.653.3984). The filing fee is $33. The Secretary of State will register the Declaration and return a copy of the registered form to the domestic partners. The Participant must submit a copy of the registered form to the Eligibility Department of the West Coast Plan Office in order for it to be recognized.

### Relevant Tax Laws and Costs

Neither you nor your domestic partner will have to pay the cost of coverage, but there may be tax costs as a result of the Plan providing these benefits. If your domestic partner is your dependent for tax purposes, coverage will not cost you anything. Generally, a dependent is a member of your household who receives more than half of his or her support from you. If you claim your domestic partner as a tax dependent, the Plan will give you an Affidavit in which you must state this.

If your partner is not your tax dependent, the relevant tax laws provide that you will owe federal taxes (including withholding taxes, such as Social Security) on the value of the coverage that the Plan provides to your domestic partner. You may also owe state taxes depending upon the laws of the state in which you reside. The reason for this is that the value of the coverage is considered wages for tax purposes. Accordingly, you must prepay taxes on the value of the coverage on a quarterly basis, including the Employer portion of any withholding taxes. The Plan will provide a schedule by which you can determine the appropriate amount of tax based upon the type of health coverage provided. The Plan will send the Participant a Form 1099 in January for the prior year showing how much tax was paid for the benefits.

### COBRA Costs

If you lose health coverage due to a reduction in hours, you may continue to self-pay the premiums for yourself, your domestic partner, and your eligible dependent children for a period of time under the Plan's COBRA rules. COBRA coverage is not available to your domestic partner upon your death or the termination of the relationship. Your same-sex domestic partner will not have the option to individually self-pay under COBRA.

### Termination of Same-Sex Domestic Partnership

You must notify the Plan in writing within 10 days of the termination of your domestic partnership. Your partner will not be eligible for COBRA coverage after the termination of the partnership. Coverage for the domestic partner terminates at the end of the month in which the domestic partnership ends. **If you fail to notify the Plan of the termination of your partnership, you and your domestic partner will be held liable to the Plan for benefits paid after the termination date.**

**The Termination of the Domestic Partnership declaration must be filed with the State of California** (Secretary of State, P.O. Box 942877, Sacramento, CA  94277-0001; 916.653.3984) **and a copy of the registered documents must be submitted to the Plan.**

You may enroll a new domestic partner after the termination of your previous partnership; however, the new domestic partnership must have been in existence for at least six months from the date of the termination of the last one. In addition, the new relationship must satisfy all requirements of a domestic partnership.

### Surviving Dependent Coverage

With the exception of COBRA coverage, the benefits for surviving same-sex domestic partners are the same as those applied to the spouse of a Participant. **Please see the Surviving Dependents section on page 23 of this SPD.**

#### Falsification of Status

If false or misleading information regarding the status of your domestic partner relationship is provided to the Plan, or if you fail to timely notify the Plan of the dissolution of your domestic partnership, both you and your domestic partner will be held jointly and individually responsible for reimbursement to the Plan of Benefits and expenses, including attorney fees and costs incurred by the Plan as a result of your statements, actions or failure to notify the Plan. In addition, filing a false Affidavit with the Plan may be a criminal offense.

---

*\* California Residents: The California registration with the Secretary of State counts as one of these items.*

# MEDICAL AND DENTAL PLAN SELECTION

In addition to our prescription drug (Medco) and vision (Vision Service Plan) plans, you have a choice of medical/hospital and dental plans. You will find comparisons between the various plans and descriptions of each in this *Summary Plan Description*. The Directors make no recommendation of the plans but make them available so that you may select the plan most suited to your needs. *Note:* **If you or your dependent(s) are covered by any other group health plan, please carefully read the Coordination of Benefits section of this SPD.**

## Your Plan Options

You may select only one medical/hospital plan and one dental plan.

| Medical/Hospital Plans | Dental Plans |
|---|---|
| Motion Picture Industry Health Plan/Blue Shield* | Delta Dental PPO Dental Plan* |
| Health Net** | DeltaCare USA Dental Health Plan** |
| Kaiser Permanente** | |
| Oxford Health Plans*** | |

### Medical Plan Selection for the Newly Eligible

When you first become eligible for benefits, and return the Beneficiary/Enrollment card to the Plan Office, you will be enrolled and covered by the Motion Picture Industry Health Plan/Blue Shield Plan.

If you decide to select one of the Health Maintenance Organizations (HMO), i.e., Health Net or Kaiser Permanente, or the Point of Service (POS) plan Oxford Health Plans, your coverage with that plan will be effective the first of the month following the receipt of your completed enrollment form. Until your HMO or POS coverage is effective, you will be covered by Motion Picture Industry Health Plan/ Blue Shield.

If you are already covered in your choice of an HMO or POS plan through some other group or individual plan, you will be enrolled in that plan from the first month of your eligibility. Your selected plan will remain the same until you select a different plan during open enrollment (July of each year).

Your life insurance, accidental death & dismemberment insurance, dental, vision care and prescription drug benefits will not be affected by your choice of medical/hospital plan.

**With the exception of chiropractic care, Hearing Aids, and The Wellness Program, Participants enrolled in an HMO or POS plan are not eligible for any medical or hospital benefits other than those provided by the HMO or POS selected. The Wellness Program is available only in Southern California. However, printed educational/information materials are available to all Participants.**

### Dental Plan Selection for the Newly Eligible

When you first become eligible for benefits, and return the Beneficiary/Enrollment card to the Plan Office, you will be enrolled and covered by the Delta Dental PPO Dental Plan. If you choose to select the pre-paid dental plan DeltaCare USA, your coverage with that plan will be effective the first of the month following the receipt of your completed enrollment form. Until your pre-paid dental coverage is effective, you will be covered by the Delta Dental PPO Dental Plan.

Your selected plan will remain the same unless you select a different plan during open enrollment, held in July of each year.

---

\* *Providers currently available throughout the country*

\*\* *Providers currently available in California only*

\*\*\* *Providers currently available in New York, New Jersey and Connecticut only*

Exhibit 1 - Page 17

# ELIGIBILITY INFORMATION PACKETS AND IDENTIFICATION CARDS

## Initial Eligibility Packet

Approximately two weeks prior to your eligibility effective date, the Plan will send you a packet containing a *Summary Plan Description (SPD)*, a selection form to enroll in your choice of medical/hospital and dental plans, and a beneficiary/ enrollment card to enroll your dependents and designate the beneficiary(ies) of your life insurance.

**No benefit cards can be provided and no claims can be paid until you return all of your required enrollment documents.**

In addition to the above, a statement of hours, indicating the work hours reported on your behalf, will be included in your packet. If you believe that there is any discrepancy between the hours you worked and the hours reported on your statement, you must first attempt to resolve the discrepancy with your Employer(s) before the Plan can take action.

## Continuing Eligibility

Approximately two weeks prior to the commencement of the new Eligibility Period, the Plan will send you your new benefit cards and a statement of hours. If you believe there is any discrepancy between the hours worked and the hours reported on your statement, you must first attempt to resolve the discrepancy with your Employer(s) before the Plan can take action.

In the event it has been revised, a *Summary Plan Description (SPD)* may also be sent to you.

## Benefit Cards - Motion Picture Industry Health Plan/Blue Shield/Dental/Prescription

If you select the MPIHP/Blue Shield Health Plan, the Plan Office will send you two benefit identification cards.

**If you need additional cards, you must submit a written request to the Eligibility Department.** This request must be signed by the Participant and identified by the Participant's Social Security or identification number before additional cards will be issued.

## Benefit Cards - Alternate Health Plans

If you select an alternate plan, your medical/hospital benefit cards will be issued directly from that plan — Health Net, Kaiser Permanente or Oxford Health Plans, whichever you choose. Your prescription benefit cards will be sent to you from the MPI Health Plan Office.

## Benefit Cards - Dental

Dental enrollment information is provided on the identification cards issued by the Plan Office. If you select the pre-paid dental plan, an additional dental benefit card will be issued directly from DeltaCare USA.

## Loss of Benefit Cards

Please report the loss of your card(s) to the Eligibility Department immediately in writing. You may FAX this notification to us at 818.766.1229. This notification must be signed by the Participant and identified by the Participant's Social Security or identification number before new cards will be issued.

| To report the loss of an HMO/POS benefit card, call your chosen plan: | |
|---|---|
| **Health Net:** | **800.522.0088** |
| **Kaiser Permanente:** | **800.464.4000** |
| **Oxford Health Plans:** | **800.444.6222** |

10

Exhibit 1 - Page 18

# FORMS

Many of the Plan forms are available on our website at www.mpiphp.org. You may also stop by the West Coast Plan Office to pick them up, or call us at 818 or 310.769.0007 and we will mail you what you need. Outside Southern California, call 888.369.2007.

## Beneficiary/Enrollment Card

Upon qualification for Initial Eligibility, you will be sent a beneficiary/enrollment card to enroll your dependents and designate the beneficiary(ies) of your life insurance. **You must complete and return this enrollment card. Benefit cards will not be issued and no claims can be paid until you return your beneficiary/enrollment card.**

## Open Enrollment

The Open Enrollment period occurs throughout the month of July each year for Plan enrollment effective August 1. At that time, you may change your medical/hospital and/or dental coverage. Please Note: Enrollment for the MPIHP/Blue Shield and/or the Delta Dental PPO Dental Plan is open all year.

## HIPAA Special Enrollment

Since this plan is currently provided to you and your dependents without the requirement that you pay any premiums, there ordinarily would be no reason for you to decline coverage for yourself or your dependents, even if you have other insurance available. However, if you decline enrollment for yourself or your dependents (including your spouse) because of other health coverage and you later lose that other coverage, you may be able to enroll yourself or your dependents in this Plan.

Your loss of other health insurance coverage qualifies for special enrollment treatment only if you satisfy both of the following conditions:

• You or your dependent(s) were covered under another group health plan or health insurance coverage when coverage under the Plan was originally offered to you, and

• You or your dependent(s) lost your other coverage either because you exhausted your rights to COBRA continuation coverage, or you no longer were eligible under that plan.

If you gain a dependent as a result of marriage, birth, adoption or the commencement of your legal obligation to provide support for a child in anticipation of adoption, you may be able to enroll yourself and your new dependents. Coverage will be effective as of the date of the birth or placement for adoption. Coverage for new spouses will be effective the date of the marriage. If you lose other coverage and enroll in this Plan, coverage will be retroactive effective to the date of the birth, adoption, or marriage, whichever is applicable, unless the Participant is ineligible on those dates.

## Required Dependent Documentation

In addition to completing the Beneficiary/Enrollment card, application must be made to the Eligibility Department to determine eligibility for coverage of all dependent family members. Copies of birth certificates, marriage certificates, spousal coordination of benefits forms (*see page 46 for additional information*) and/or other forms of documentation (e.g., divorce/custody documents) are **required** to make this determination.

It is important that both the Health and Pension Plans are notified of any changes by completion of new Beneficiary/Enrollment cards and the submission of required documentation. If your dependents or beneficiary(ies) change, contact the Eligibility Department immediately and you will be sent new cards. Revised Beneficiary/Enrollment cards received on behalf of a deceased Participant will not be accepted.

## Change of Address

It is very important that you keep the Health Plan aware of your current address. If you change your address, please notify the Health Plan Eligibility Department by using the Change of Address form that can be obtained from the Plan Office or website. However, please be aware that if you provide change of address information in any other way, including by marking a claim form that your address has changed, and you are a Participant in the Motion Picture Industry Pension Plan, you will be providing that change of address information to both the Health Plan and the Pension Plan and the records of both plans will be updated to reflect your new address.

**The Social Security or identification number and signature of the Participant are required on all address changes. For your protection, address changes will <u>not</u> be taken over the telephone.**

## Selection Form

Upon qualification for Initial Eligibility, you will be sent a selection form to enroll in your choice of medical/hospital and dental plans. If you do not return this form, you will be automatically enrolled in the MPIHP/Blue Shield Health Plan and the Delta Dental PPO Dental Plan.

Selection forms are also available upon request during the open enrollment period in July of each year. If you do not return this form, you will remain in your previously selected medical/hospital and dental plans.

## Extension Form

**Extensions of eligibility are *not* automatic.** To be considered for an eligibility extension, you must return the extension form, along with any applicable documentation. If you qualify for an extension of eligibility as described in the next section, you will be sent a Notice of Ineligibility along with information relevant to extending your coverage.

Exhibit 1 - Page 19

# INELIGIBILITY

## When Coverage Ends

Your coverage will end on the earliest of the following:

• You lose eligibility under the Plan due to failure to work enough Qualified Hours or failure to qualify for any of the extensions explained in the next section, or

• The Plan is terminated.

Coverage for your dependents will end on the earliest of the following:

• The date you lose coverage,

• The date the dependent fails to meet the eligibility requirements under the Plan, or

• In the case of a child covered pursuant to a Qualified Medical Child Support Order, the date that the child is no longer covered by the QMCSO.

## Notice of Ineligibility

After the close of each Qualifying Period, all eligible Participants who did not meet the minimum requirement of 300 hours will be sent a Notice of Ineligibility, along with applicable information relevant to extended coverage. These notices are mailed to the permanent address of record on the 15th of each month prior to the loss of eligibility.

Notices of Ineligibility are intended to assist you in maintaining your benefits, but the Plan cannot guarantee their delivery. If your own work records show that you may not have worked 300 hours during a Qualifying Period, and you do not receive a Notice of Ineligibility, you should contact the Plan Office at once.

> **When you receive your Notice of Ineligibility, please respond to it promptly.**

## Certificate of Creditable Coverage

You and/or your covered dependents are entitled by law to have, and will be provided with, a certificate of creditable coverage. Certificates of creditable coverage indicate the period of time you and/or your dependent(s) were covered under the Plan (including, if applicable, COBRA coverage), as well as certain additional information required by law.

This certificate may be necessary if you and/or your dependent(s) become eligible for coverage under another group health plan, or if you buy for yourself and/or your covered dependents a health insurance policy within 63 days after your coverage under this Plan ends. The certificate is necessary because it may reduce any exclusion for pre-existing conditions that may apply to you and/or your covered dependents under a new group health plan or health insurance policy.

This certificate will be provided to you shortly after this Plan knows, or has reason to know, that coverage (including COBRA coverage) for you and/or your covered dependent(s) has ended. This certificate will also be provided once the Plan Office receives a request for this certificate, provided that the Plan Office receives the request within two years after the later of the date that your coverage under this Plan ended or the date your COBRA coverage ended.

The certificate will be sent to you (or to any of your covered dependents) by First Class mail shortly after your or their coverage under this Plan ends. If you (or any of your covered dependents) elect COBRA coverage, another certificate will be sent to you, or your dependent(s) if COBRA coverage is provided only to them, by First Class mail shortly after the COBRA coverage ends for any reason.

> **Please address all requests for Certificates of Creditable Coverage To:**
>
> **Motion Picture Industry Health Plan**
> **Eligibility Department**
> **P.O. Box 1999**
> **Studio City, CA 91614-0999**
>
> **818 or 310.769.0007, Ext. 263**
> **Outside Southern California: 888.369.2007, Ext. 263**

Exhibit 1 - Page 20

# ELIGIBILITY EXTENSIONS

Extensions of eligibility are not automatic. Each extension type has its own set of rules, and they cannot be combined, so you must respond as instructed in your Notice of Ineligibility. If you are an eligible Participant, but fail during a Qualifying Period to work the necessary 300 hours to retain eligibility for the next benefit period, you may qualify for an extension of eligibility under one of the provisions listed below.

## Bank of Hours

When you first become eligible, hours in excess of 600, earned for Initial Eligibility, are not credited to the Bank of Hours.

**For each Qualifying Period following Initial Eligibility, hours earned in excess of 300 will be credited to your Bank of Hours, up to a maximum of 450 "banked" hours.**

If hours earned in a subsequent Qualifying Period do not equal 300, you may draw the required number of hours from your bank needed to reach 300 in total to establish eligibility for the new benefit period. Any remaining hours will stay in your bank for subsequent eligibility. In each subsequent Qualifying Period, if the combination of hours worked and bank hours equals or exceeds 300, you will remain eligible.

However, if hours worked and bank hours do not equal 300, all remaining Bank hours will be canceled and you will have to re-qualify by working 300 hours or more in one Qualifying Period.

If you do not qualify for five or more consecutive Eligibility Periods, you must meet the 600-hour requirement described under Initial Eligibility on page 6.

**To qualify for a Bank of Hours extension, you must be available for covered employment in the Motion Picture Industry, AND you must complete and return the Notice of Ineligibility sent to you by the Plan Office. If you do not apply for the Bank of Hours extension for the period in which you become ineligible, your bank hours will be canceled. You cannot apply the Bank of Hours to a future Eligibility Period.**

The Bank of Hours provision does not apply to Initial Eligibility, or if you have not been eligible for benefits in any of the five prior consecutive Eligibility Periods.

## Family and Medical Leave Act (FMLA)

The Family and Medical Leave Act of 1993 provides that most Employers must continue to provide health insurance to eligible employees during a qualifying family or medical leave as though they had been continuously employed.

If you fail to work at least 300 hours in a Qualifying Period due to a family or medical leave covered by FMLA, your leave time, up to 12 workweeks during any 12-month period, may be considered work time for the purpose of maintaining your health benefits if all of the following conditions are met:

1. You were working for a participating Employer covered by FMLA (one which employed 50 or more people for at least 20 calendar weeks during the current or preceding calendar year) at the time of your leave.

2. You were employed by that Employer for at least 1,250 hours of service during the 12 months immediately preceding your leave. Any time spent on USERRA covered leave shall also count toward this 1,250-hour requirement. (*See page 20 for information on USERRA.*)

3. You were employed by that Employer for a total of at least 12 months (not necessarily consecutive) before the commencement of your leave.

4. You were employed at a work site where 50 or more employees worked within a 75-mile radius at the time you requested your leave.

5. During the Qualifying Period, you took an Employer-approved family leave for the birth of your child or for the placement with you of a child for adoption or foster care, and the leave was not taken on an intermittent or reduced schedule and was taken within one year of the event; or you took a family leave for the care of your parent, spouse or child with a serious health condition: or you took a medical leave for your own serious health condition which rendered you unable to perform your job.

6. You returned to your job after the leave, or, if you did not return, it was due to a continuation, recurrence or onset of a serious health condition or for certain other reasons beyond your control.

7. The Bank of Hours, Short-Term Disability, and Long-Term Disability extensions do not apply.

If all of the conditions previously stated are met, your Employer will be required to make contributions on your behalf, and you will be credited with hours for the period of the leave as though you had been continuously employed during the leave. However, your FMLA leave cannot last longer than your employment would have lasted had you stayed on the job. For example, if your job was eliminated while you were out on leave (due to the completion of the motion picture or for other reasons), you would only be credited with the hours which you would have worked prior to the job elimination.

Hours reported pursuant to an FMLA leave will be considered in your Bank of Hours calculation. In order to be considered for this crediting of hours under the FMLA, you must notify the Eligibility Department of the fact that you lost hours due to a qualifying family leave at the time that you receive a Notice of Ineligibility sent to you by the Eligibility Department. You should notify the Plan Office by returning the Notice of Ineligibility to the Eligibility Department after completing the section of that form that deals with the FMLA Leave. In addition, if your FMLA leave was due to a serious health condition as previously described, you must provide certification from a health care provider.

13

Exhibit 1 - Page 21

If it is determined that FMLA Hours have been reported improperly on your behalf for the purpose of obtaining benefits to which you would not otherwise be entitled, your eligibility may be terminated and you may be held liable for any benefits paid, as well as for other damages.

**Your FMLA rights are subject to change. Coverage will be provided as required by law. If the law changes, your rights will change accordingly. For further information regarding FMLA, please contact your Employer.**

*Note:* If a leave for your own serious health condition does not qualify under the FMLA, you may still be able to extend your eligibility under the Short-Term Disability and Long-Term Disability provisions if you were disabled.

### Disability Extensions

There are three types of disability extensions, as described below. The extensions cover Short-Term, Long-Term and Permanent disabilities and each extension has different qualifications and benefits. If you do not qualify for one extension, you may still qualify for one or both of the other extensions. Below is a brief chart describing the different extensions.

### Short-Term Disability - 6 Months

If you lost eligibility because you were unable to work due to an illness or injury requiring a doctor's care, your disability may still be counted as work time. Eight hours for each weekday in the Qualifying Period (excluding holidays and weekends) for which you were paid disability benefits (or would have been paid such benefits if you resided in California) will be credited to the actual dates for which you received payment. These disability hours are added to any credited work hours (not Banked hours) for the Qualifying Period. If the total is 300 hours or more, your eligibility will be extended for the new benefit period with full benefits.

*Qualification Requirements*

In order to qualify for a Short-Term Disability extension, your disability must meet all of the following requirements:

• It must be properly certified by a doctor.

• The claim effective date must occur within 90 days of your last reported hours. If there is a break in your period of disability, only time during the second period of disability will be counted and the commencement of the second period must occur within 90 days of your last reported hours.

• It must last for at least seven days.

## CHART OF DISABILITY EXTENSIONS

| TYPE | SHORT-TERM | LONG-TERM | PERMANENT (10/10 Disability) |
|---|---|---|---|
| **Definition** | • Unable to work at any occupation because of illness or injury requiring doctor's care | • Unable to work at your normal occupation or perform similar job functions | • Totally and permanently disabled |
| **Length of Extension** | • 6 months | • Maximum 18 months, but reduced by a Short-Term Disability extension and/ or COBRA | • Lifetime |
| **Effective Date of Disability** | • Disability must occur within 90 days of your last reported hours | • Disability must exist at the time eligibility terminated | • Must be disabled at time of retirement |
| **Qualifications** | • Must collect State Disability (SDI) benefits or provide other proof if there is no SDI in your state<br>  • Granted 8 hours for each weekday (excluding holidays and weekends) of paid SDI benefits, applied to actual dates of disability, can be combined with work hours to equal 300<br>  • Cannot have two consecutive Short-Term Disability extensions<br>  • Cannot have more than one extension based on the same disability | • Proof of disability required<br>• Certification from Medical Director<br>• Not available to HMO Participants but can change to MPIHP/Blue Shield Plan | • 10 qualified years/10,000 hours, regardless of age<br>• Retire under Pension Disability requirements<br>• Social Security Award or, if over age, certification by Medical Director |
| **Benefits** | • Full Benefits | • Comprehensive medical and prescription only<br>• No hospital, vision, dental or life insurance | • All Retiree Health benefits |
| **Dependent Coverage** | • Dependents are covered | • Dependents are not covered | • Dependents are covered |

Exhibit 1 - Page 22

• If the state in which you reside maintains a state disability system, you must apply for and receive state disability to qualify for this extension.

***How to Apply for a Short-Term Disability Extension***
At the time you are sent a Notice of Ineligibility, it will be necessary for you to complete and return the form along with copies of all check stubs included with the disability checks sent to you by the **California Employment Development Department or the applicable state agency if you do not reside in California.** A payment history from the department regarding the period of disability will suffice.

If your disability was work-related, you may submit a statement from the Workers' Compensation carrier regarding the period of disability. If the state in which you live does not have state disability, the Plan will require other such proof of disability as it deems reasonable.

### Notice Regarding Short-Term Disability Extensions

You may not have two successive Short-Term extensions, nor may you have two Short-Term Disability extensions for the same disability claim. You may not combine hours in the Bank of Hours with disability-credited hours – they are two separate extensions and each has its own set of rules. Excess disability hours are not credited to the Bank of Hours.

***Note:*** Any Short-term Disability extension granted after your initial qualifying event will reduce your COBRA period by six months for each such extension.

## Long-Term Disability - 18 Months

If you lose your eligibility for benefits and are totally disabled (you are unable to work at your normal occupation or perform similar job functions at the time eligibility is terminated), you may remain eligible for comprehensive medical and prescription benefits under the MPIHP/Blue Shield Plan. **Hospital, vision, dental and life insurance benefits are not included in this extension.**

Your dependents are not covered under this extension. However, they can continue their medical/hospital, vision and dental coverage under COBRA.

***How to Apply for a Long-Term Disability Extension***
At the time you are sent a Notice of Ineligibility, or when your Short-Term Disability extension expires, you will be advised of your option to apply for a Long-Term Disability extension. Proof of disability will be required and the Plan will advise you as to what documents are needed to certify your disability. These documents must then be reviewed and authorized by the Medical Review Department before this extension may be granted.

A Long-Term Disability extension applies during continuous disability for a maximum of 18 months. If you have received COBRA, and/or a Short-Term Disability extension in the prior six-month period(s), the Long-Term Disability extension will decrease by six months for each extension.

**In order to be covered under this Long-Term Disability extension, you must be enrolled in the MPIHP/Blue Shield Plan.** If you are not enrolled in that plan, you will be allowed to change your enrollment when the Long-Term Disability extension begins.

This extension will not apply at such time that you become covered under another group plan to which an Employer makes a contribution.

***Note:*** Your maximum COBRA coverage period will be reduced by the term of your Long-Term Disability extension. If you are entitled to only 18 months of COBRA coverage and you receive an 18-month Long-Term Disability extension, COBRA coverage will not apply when the Long-Term Disability extension has terminated. However, if you are entitled to 29 months of COBRA coverage and you received an 18 month Long-Term Disability extension, an additional 11 months of COBRA coverage may be available after the Long-Term Disability extension has terminated. See the discussion of "COBRA Continuation Coverage in Cases of Disability" on page 17 for more information.

## Combining Extensions

**Short-Term Disability and Bank of Hours**

• If you qualify for both a Short-Term Disability extension and a Bank of Hours extension, the Short-Term Disability extension will be granted first and your Bank of Hours will be held over for future use.

• If you qualify for a Short-Term Disability extension and do not qualify for a Bank of Hours extension, you will be granted the Short-Term Disability extension and any hours you may have in your bank will be canceled.

***Short-Term Disability and Long-Term Disability***
If you do not qualify for a Bank of Hours extension, when the Short-Term extension ends, you may apply for a Long-Term Disability extension for an additional 12 months.

## Permanent Disability Extension - Retirement

If you retire under the Disability Pension requirements of the Motion Picture Industry Pension Plan, you will be entitled to Retiree Health Benefits effective on the date of your retiree certification, **regardless of age** if you meet the requirements as described below.

You may retire under this provision if you have a minimum of 10 Qualified Years and 10,000 Hours for which contributions have been paid to the Retiree Health Plan, are totally and permanently disabled at the time of your retirement AND

1. You are eligible to retire and have retired under the Disability Pension provisions of the Motion Picture Industry Pension Plan, *or*

2. You meet the requirements for a Disability Pension, but are not entitled to a Social Security Disability Award only because you are over-age. You will be entitled to Retiree Health Plan benefits effective on the date of your certification as being totally and permanently disabled by the Plans' Medical Review Department, *or*

3. You meet all of the requirements for such a Disability Pension but are not a Participant in the Motion Picture Industry Pension Plan.

Exhibit 1 - Page 23

# SELF-PAYMENT - COBRA AND USERRA

This section contains important information about your right to COBRA continuation coverage, which is a temporary extension of group health coverage under the Plan under certain circumstances when coverage would otherwise end. **This section generally explains COBRA coverage, when it may become available to you and your family, and what you need to do to protect the right to receive it.**

The right to COBRA coverage was created by federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). COBRA coverage can become available to you when you would otherwise lose your group health coverage under the Plan. It can also become available to your spouse and dependent children, if they are covered under the Plan, when they would otherwise lose their group health coverage under the Plan. This section does not fully describe COBRA coverage or other rights under the Plan. For additional information about your rights and obligations under the Plan and under Federal law, you should review other provisions of this *Summary Plan Description* or contact the Motion Picture Industry Health Plan office, which is the Plan administrator. The Plan provides no greater COBRA rights than what COBRA requires — nothing in this section is intended to expand your rights beyond COBRA's requirements.

## What is COBRA Coverage?

COBRA coverage is a continuation of Plan coverage when coverage would otherwise end because of a life event known as a "qualifying event." Specific qualifying events are listed later in this section. After a qualifying event occurs and any required notice of that event is properly provided to the Plan office, COBRA coverage must be offered to each person losing Plan coverage who is a "qualified beneficiary." You, your spouse, and your dependent children could become qualified beneficiaries and would be entitled to elect COBRA if coverage under the Plan is lost because of the qualifying event. (Certain newborns, newly adopted children, and alternate recipients under Qualified Medical Child Support Orders may also be qualified beneficiaries. This is discussed in more detail in separate paragraphs below.) Under the Plan, qualified beneficiaries who elect COBRA must pay for COBRA coverage.

## Who is entitled to elect COBRA:

### For Participants

COBRA continuation coverage is available to you if coverage would otherwise end because:

• Hours of employment are reduced so that you are no longer eligible to participate in the Plan, or

• Employment ends for any reason other than gross misconduct.

### For Spouse and Dependent Children

COBRA continuation coverage is available to an eligible spouse and dependents if coverage would otherwise end because:

• Participant's hours are reduced so that you are no longer eligible to participate in the Plan.

• Participant's employment ends for any reason other than gross misconduct.

• Participant dies, divorces or becomes entitled to Medicare.

• The dependent child ceases to be eligible for Plan coverage. For example, he or she marries, reaches the maximum age limit for coverage, or is no longer a full-time student.

## Requirements for COBRA Coverage

The Plan office is responsible for administering COBRA Coverage.  In order to have the option to elect COBRA Coverage after a divorce or a child ceasing to be a "dependent child" under the Plan, you and/or a family member must notify the Plan office promptly and in writing **no later than 60 days after that event occurs or the date on which coverage would end as a result of that event, whichever is later**. That notice should be sent to:

> **Eligibility Department —
> Motion Picture Industry Health Plan**
> **P.O. Box 1999 Studio City, CA 91614-0999**
>
> **818 or 310.769.0007, Ext. 263;**
> **Outside Southern California, call 888.369.2007, Ext. 263**
> **FAX: 818.766.1229**

The Plan office will then send you information about COBRA coverage. (Note: Employers do not notify the Plan of these events.)

In providing this notice, you must use the form entitled "Notice of Qualifying Event (Form & Notice Procedures)," and you must follow the Notice Procedures for Notice of Qualifying Event that appear at the end of the form. If there is a divorce or a child ceasing to be a dependent child under the Plan, and notice is not provided in writing to the Plan office during the 60-day period after the event occurs, **you will lose your right to elect COBRA**. (A copy of the Notice of Qualifying Event (Form & Notice Procedures) can be obtained from the Plan office.)

## Electing COBRA Continuation Coverage

Each qualified beneficiary will have an independent right to elect COBRA. Covered employees and spouses (if the spouse is a qualified beneficiary) may elect COBRA on behalf of all of the qualified beneficiaries, and parents may elect COBRA on behalf of their children. **Any qualified beneficiary for whom COBRA is not elected within the 60-day election period specified in the Plan's COBRA election notice WILL LOSE HIS OR HER RIGHT TO ELECT COVERAGE.**

16

Exhibit 1 - Page 24

Qualified beneficiaries who are entitled to elect COBRA may do so even if they have other group health plan coverage or are entitled to Medicare benefits on or before the date on which COBRA is elected. However, a qualified beneficiary's COBRA coverage will terminate automatically if, after electing COBRA, he or she becomes entitled to Medicare benefits or becomes covered under other group health plan coverage (but only after any applicable pre-existing condition exclusions of that other plan have been exhausted or satisfied).

## Coverage Provided through COBRA

If you choose COBRA Coverage, you will be entitled to the same health coverage that you had when the event occurred that caused your health coverage under the Plan to end. However, you must now pay for that coverage. If there is a change in the health coverage provided by the Plan to similarly-situated active employees and their families, that same change will be made in your COBRA Continuation Coverage.

## Core and Non-core Benefits

Your right to continued health care coverage includes the "**Non-core Benefits**." This package includes medical, hospitalization, prescription drug, vision and dental coverage. However, for a lesser premium payment, you may elect to continue "**Core Benefits**," which include medical, hospitalization and prescription drug coverage only. *Neither of these rates includes life insurance*. To continue your life insurance coverage, see *Conversion Privilege Feature* on page 111 of the Active Health *Summary Plan Description*.

## Cost of COBRA Continuation Coverage

The amount you, your covered spouse, and/or your covered dependent child(ren) must pay for COBRA coverage will be payable monthly. The Plan charges the full cost of coverage for similarly-situated active employees and families, plus an additional 2% (for a total charge of 102%). The COBRA Coverage charge is different in cases of extended coverage due to disability. See the section entitled *COBRA Continuation Coverage in Cases of Disability*, below.

The Plan office will notify you of the cost of the coverage and of any monthly COBRA premium amount charges at the time you receive your notice of entitlement to COBRA Coverage. The cost of COBRA Coverage may be subject to future increases during the period it remains in effect.

There will be an initial grace period of 45 days to pay the first amounts due, retroactive to the date your coverage would have otherwise ended, starting with the date COBRA coverage is elected. If this payment is not made when due, COBRA Continuation Coverage will not take effect.

After that, payments are due on the first day of each month. There will then be a grace period of 30 days to make these monthly payments. Please note that eligibility status cannot be verified and claims will not be paid until a payment is made to the Plan office. However, providers will be told that you are in the COBRA election period and that, if you elect and pay for COBRA coverage, your coverage will be retroactive.

**If payment of the amount due is not made by the end of the applicable grace period, COBRA continuation coverage will terminate.**

## Duration of COBRA Continuation Coverage

Your COBRA Continuation Coverage continues for up to 18, 29 or 36 months depending on the COBRA qualifying event.

*Note:* **Any Short-Term Disability extension granted after your initial qualifying event will reduce your COBRA period by six months for each such extension.**

**18 Months (Participant and Eligible Spouse and Dependents)**
COBRA Continuation Coverage continues for up to 18 months if you would otherwise lose Plan health coverage because of:

• Hours of employment are reduced so that you are no longer eligible to participate in the Plan;  or

• Employment ends for any reason other than gross misconduct.

**29 Months (Participant and Eligible Spouse and Dependents)**
COBRA Continuation Coverage continues for an additional 11 months (up to a total of 29 months) if you or an eligible dependent is or becomes permanently disabled (as determined by the Social Security Administration), within the first 60 days of COBRA coverage. You or your dependent must notify the Plan office of the determination no later than 60 days after it was received and before the end of the initial 18-month COBRA period. (*See COBRA Continuation Coverage in cases of Disability, below*).

**36 Months (Eligible Spouse and Dependents Only)**
COBRA continuation coverage for your dependents continues for up to a total of 36 months from the date any one of the following COBRA-qualifying events occurs:

• Your death

• Your divorce

• You become entitled to Medicare

• Your dependent child ceases to be eligible for Plan coverage. For example, he or she marries, reaches the maximum age limit for coverage, or is no longer a full-time student.

If you lose coverage due to employment termination or reduction in hours within 18 months after becoming covered by Medicare, your spouse and eligible dependents may continue coverage for up to 36 months from the date of your Medicare entitlement.

## COBRA Continuation Coverage in Cases of Disability

If you, your spouse, or any of your covered dependent children are entitled to COBRA Coverage for an 18-month period, that period can be extended for the covered person who is determined to be entitled to Social Security Disability Income benefits, and/or for any other covered family members, for up to 11 additional months (for a total of 29 months) if all of the following conditions are satisfied:

1.  The disability begins or continues during the first 60 days of COBRA Coverage and continues at least until the end of the 18-month period of continuation coverage.

2.  The disabled covered person receives a determination of entitlement to Social Security Disability Income benefits from the Social Security Administration.

Exhibit 1 - Page 25

3. The Plan office must receive a copy of the determination:

   a. No later than 60 days after the date of the determination; *and*

   b. Before the initial 18-month COBRA Coverage period ends.

If the Plan is not notified during the 60-day notice period and within 18 months after the covered employee's termination of employment or reduction of hours, **then there will be no disability extension of COBRA coverage**. This extended period of COBRA Coverage will end at the earlier of:

• The last day of the month during which Social Security has determined that you and/or your dependent(s) are no longer disabled.

• The end of 29 months from the date of the COBRA qualifying event.

• In the case of the disabled individual only, the date the disabled individual first becomes entitled to Medicare after electing COBRA.

## Cost of COBRA Coverage in Cases of Disability

If the 18-month period of COBRA Continuation Coverage is extended because of disability, the Plan will charge you and your dependent(s) 150% of the cost of coverage, if extended coverage is elected for the 11-month period following the 18th month of COBRA Coverage.

## CAL COBRA

Participants living in California and enrolled in Kaiser or Health Net or any other HMO that the Plan may offer in the future may be eligible for an additional 18 months of coverage under "California COBRA," for a total of 36 months, through their HMO. For more information, contact your HMO.

## Open Enrollment

Each July, for an effective date of August 1, is the Open Enrollment period. At such time you may change your medical/hospital or dental coverage, your coverage type, add or delete Qualified Beneficiaries, or change your coverage between family and individual.

## More Information About Individuals Who May Be Qualified Beneficiaries

*Children born to or placed for adoption with the covered employee during COBRA coverage period*

A child born to, adopted by, or placed for adoption with a covered employee during a period of COBRA coverage is considered to be a qualified beneficiary provided that the covered employee has elected COBRA coverage for himself or herself. The child's COBRA coverage begins when the child is enrolled in the Plan, whether through special enrollment or open enrollment, and it lasts for as long as COBRA coverage lasts for other family members of the employee. To be enrolled in the Plan, the child must satisfy the otherwise applicable Plan eligibility requirements (for example, regarding age).

*Alternate Recipients Under Qualified Medical Child Support Orders*

A child of the covered employee who is receiving benefits under the Plan pursuant to a Qualified Medical Child Support Order (QMCSO) received by the Plan during the covered employee's period of eligibility with the Plan is entitled to the same rights to elect COBRA as an eligible dependent child of the covered employee.

## New Dependent(s) Acquired Under COBRA

If you acquire a new dependent through marriage, birth, or placement for adoption while you are enrolled in COBRA Coverage, you may add that dependent to your coverage for the balance of your COBRA coverage period. For example, if you have five months of COBRA left and you get married, you can enroll your new spouse for five months of COBRA coverage. COBRA premiums are not prorated and you must pay the full premium rate for the month in which you are adding your dependent.

To enroll your new dependent for COBRA coverage, you must notify the Plan office within 31 days of acquiring the new dependent. Adding a spouse or dependent child may cause an increase in the amount you must pay for COBRA Coverage. A child born to or placed for adoption with the employee while covered under COBRA will be a Qualified beneficiary.

## Group Health Plan Coverage Loss

If, while you are enrolled in COBRA Coverage, your spouse or dependent loses coverage under another group health plan, you may enroll the spouse or dependent for coverage for the balance of the period of COBRA Coverage. The spouse or dependent must have been eligible for COBRA coverage, but not enrolled. When COBRA enrollment was offered and declined, the spouse or dependent must have been covered under another group health plan or had other health insurance coverage.

You must enroll the spouse or dependent within 31 days after the termination of the other coverage. Adding a spouse or dependent child may cause an increase in the amount you must pay for COBRA Coverage.

The loss of coverage must be due to:

• Exhaustion of COBRA Continuation Coverage under another plan, or

• Termination as a result of loss of eligibility for the coverage, or

• Termination as a result of Employer contributions toward the other coverage being terminated.

Loss of eligibility does not include a loss due to failure of the individual or Participant to pay premiums on a timely basis or termination of coverage for cause.

## Second Qualifying Event

If you die, get divorced, become entitled to Medicare or if a covered child ceases to be a Dependent Child under the Plan during an 18-month period of COBRA Coverage (as described previously), then your family may have

Exhibit 1 - Page 26

experienced a second "qualifying event." If a second qualifying event occurs, the affected spouse and/or child can get additional COBRA Coverage, up to a maximum of 36 months.

For example, assume you lose your job (the first COBRA-qualifying event), and you enroll yourself and your covered eligible dependents for COBRA coverage. Three months after your COBRA coverage begins, your child turns 19 years old and is no longer eligible for Plan coverage. Your child can continue COBRA coverage for an additional 33 months, for a total of 36 months of COBRA coverage.

Please note that entitlement to Medicare will not be treated as a second qualifying event in any circumstances in which, if the Participant had remained employed, the Participant would not have lost regular coverage under the Plan upon entitlement to Medicare, which will be the case nearly all of the time.

**Attention MEDICARE enrollees** — Be aware that participants enrolled in MEDICARE who elect COBRA coverage and receive MEDICARE benefits at a time that they are not actively employed will have their COBRA coverage as secondary insurance *only*.

> **In all of these cases, you must make sure that the Plan office is notified of the second qualifying event within 60 days of the second qualifying event. This notice must be sent to:**
>
> **Eligibility Department**
> **Motion Picture Industry Health Plan**
> **P.O. Box 1999 Studio City, CA 91614-0999**
>
> **818 or 310.769.0007, Ext. 263;**
> **Outside Southern California, call 888.369.2007, Ext. 263**
> **FAX: 818.766.1229**

In providing this notice, you must use the form entitled "Notice of Second Qualifying Event (Form & Notice Procedures)," and you must follow the Notice Procedures for Notice of Second Qualifying Event that appear at the end of the form. Again, if the second Qualifying Event is a divorce or a child ceasing to be a "dependent child" under the Plan and notice is not provided in writing to the Plan office during the 60-day notice period after such Qualifying Event, **then there will be no extension of COBRA coverage due to the second qualifying event**. (The Notice of Second Qualifying Event (Form & Notice Procedures) is attached to and is part of this initial notice; a copy of the Notice of Second Qualifying Event (Form & Notice Procedures) can also be obtained from the Plan office.)

In no case are you, the Participant, entitled to COBRA Coverage for more than a total of 18 months if your employment is terminated or you have a reduction in hours (unless you are entitled to an additional COBRA Coverage period due to disability). As a result, if you experience a reduction in hours followed by termination of employment, the termination of employment is not treated as a second qualifying event and COBRA may not be extended beyond 18 months from the initial qualifying event. (A second qualifying event extension is not available to the covered

employee under the Plan when a covered employee becomes entitled to Medicare.)

## Termination of COBRA Continuation Coverage Self-Payment

Once COBRA Continuation Coverage has been elected, it may be cut short (terminated) on the occurrence of any of the following events:

• The first day of the month for which you do not submit the COBRA premiums within the required time period.

• The date on which the Plan is terminated.

• The date, after the date of the COBRA election, on which you or your eligible dependent(s) first become covered by another group health plan, and that plan does not contain any legally applicable exclusion or limitation with respect to a pre-existing condition that the covered person may have.

• The date, after the date of the COBRA election, on which you or your eligible dependent(s) first become entitled to Medicare (usually age 65).

Your COBRA coverage ends on the earliest of the date that:

• Any of the above-listed events occur.

• The COBRA period (18, 29, or 36 months) ends.

## Keep Your Plan Informed of Address Changes

In order to protect your family's rights, you should keep the Plan Office informed of any changes in the addresses of family members. You should also keep a copy, for your records, of any notices you send to the Plan office.

## If You Have Questions

If you have questions about your COBRA Continuation Coverage, you should contact the Plan office, or you may contact the nearest Regional or District Office of the U.S. Department of Labor's Employee Benefits Security Administration (EBSA). Addresses and phone numbers of Regional and District EBSA Offices are available through EBSA's website at www.dol.gov/ebsa.

## Plan Contact Information

You may obtain information about the Plan and COBRA coverage on request from:

> **Eligibility Department**
> **Motion Picture Industry Health Plan**
> **P.O. Box 1999 Studio City, CA 91614-0999**
>
> **818 or 310.769.0007, Ext. 263;**
> **Outside Southern California, call 888.369.2007, Ext. 263**
> **FAX: 818.766.1229**

**Your COBRA rights are subject to change. Coverage will be provided only as required by law. If the law changes, your rights will change accordingly.**

## Coverage Conversion Alternatives

If you exhaust the option for continuation coverage or do not wish to extend benefits under COBRA Continuation Coverage, you may still provide coverage for yourself and

Exhibit 1 - Page 27

your family by conversion to an individual policy. The cost of these benefits depends on the family members to be covered. If you would like additional information, please contact the medical/hospital plan in which you are currently enrolled.

In addition, you may purchase from $500 to $10,000 of life insurance through the Union Labor Life Insurance Company by conversion of your group life insurance, without a physical examination. For an application, please contact the Eligibility Department in writing as soon as possible after the loss of eligibility. Your completed application must be received by the Union Labor Life Insurance Company no later than 31 days from the date your coverage is terminated.

> *Note:* **Life Insurance conversion options are available to Participants only. If you convert either of the policies listed above, and at some future date become eligible for Plan benefits, you must cancel your converted policies. The insurance companies do not permit a duplication of coverage.**

## Self-Payment Under USERRA

If you take a military leave for 30 days or less, you will continue to receive health care coverage for up to 30 days, in accordance with the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA). If you take a military leave for more than 30 days, USERRA permits you to continue coverage for you and your dependents at your own expense, at a cost of 102%, for up to 24 months, as long as you give your Employer advance notice (with certain exceptions) of the leave, and provided your total leave, when added to any prior periods of military leave, does not exceed 5 years (not counting periodic training duty, involuntary active duty extensions, or where the initial enlistment lasted more than five years). In addition, your dependent(s) may be eligible for health care coverage under TRICARE. The Motion Picture Industry Health Plan will coordinate coverage with TRICARE. TRICARE STANDARD is the new name for the health care option formerly known as CHAMPUS (Civilian Health and Medical Program of the Uniformed Services).

If you take a leave of absence to serve in the Armed Forces, and, at the time of your leave, have worked at least 30 days in the previous 12 months in motion picture employment covered by the Plan, your eligibility will be suspended as of the date you commence your leave, since you and your dependents are eligible for hospital and medical care through military facilities or military Medicare.

Your coverage will be reinstated on the day you return to work or register for work with your union or your last Employer as if you had not taken a leave, provided you are eligible for reemployment under the terms of USERRA and provided that you return to employment within:

• Ninety (90) days from the date of discharge if the period of service was more than one hundred eighty (180) days, *or*

• Fourteen (14) days from the date of discharge if the period of service was thirty-one (31) days or more but less than one hundred eighty (180) days, *or*

• At the beginning of the first full regularly-scheduled working period on the first calendar day following discharge (plus travel time and an additional eight hours) if the period of service was less than thirty-one (31) days.

If you are hospitalized or convalescing from an injury caused by active duty, these time limits are extended for up to two (2) years.

If you leave your job to perform military service, you have the right to elect to continue your existing employer-based health plan coverage for you and your dependents for up to 24 months while in the military.

A copy of your separation papers must be filed with the Eligibility Department to establish your period of service.

Your reinstated eligibility will be for the remainder of the benefit period in which you return and, if necessary, for the following benefit period as well. Thereafter, if you fail to earn eligibility for the next benefit period, you may continue coverage through self-payment (up to a maximum of 18 months.)

**Your rights to self-pay under USERRA are governed by the same conditions described in the COBRA section of this** *Summary Plan Description.*

This period for which you are entitled to self-pay under USERRA will decrease by the number of months that your coverage was reinstated as described above. Subsequently, your continued eligibility will depend on working the necessary 300 hours in one Qualifying Period.

If you do not return to work at the end of your military leave, you may be entitled to purchase COBRA Continuation Coverage as specified above.

Coverage will not be offered for any illness or injury determined by the Secretary of Veterans Affairs to have been incurred in, or aggravated during, performance of service in the uniformed services. The uniformed services and the Department of Veterans Affairs will provide care for service-connected illness or injury.

In addition to this provision, in the event of a major mobilization (such as the Persian Gulf Crisis), the Directors have decided that for eligible Participants who are called to active duty, dependent coverage will be extended until the earliest of 1) the Participant is released from active duty, 2) the date the Participant becomes eligible for benefits under USERRA, or 3) this extension of coverage is terminated by the Board of Directors. A copy of the orders directing you to report to active duty must be filed with the Eligibility Department to establish the date of your service.

Your USERRA rights are subject to change. Coverage will be provided only as required by law. If the law changes, your rights will change accordingly.

Exhibit 1 - Page 28

# DEPENDENT CONTINUATION COVERAGE

## Student Eligibility

If your unmarried child is dependent upon you for primary support and is a full-time student in an accredited school or college, the child may remain eligible until his/her 23rd birthday. To be recognized by the Plan as such, a school or college attended must be fully accredited (approved by the State Department of Education or recognized for veterans' training, and accredited with one of the regional associations granting accreditation to schools throughout the country).

If the school or college is based on a quarterly system, the child must attend at least three quarters per year and carry a minimum of 10 units per quarter. If the school or college is based on a semester system, the child must attend at least two semesters per year and carry a minimum of 12 units per semester.

If enrolled in a trade, technical or adult education school, the student must be in attendance 25 hours or more per week. Students attending school to acquire a high-school diploma are required to attend classes 20 hours or more per week.

The student's eligibility for benefits will begin on the first of the month of the session in which the student is enrolled full-time and will cease as of the first of the month following graduation, or at any time the student withdraws from one or more classes prior to the close of a session, bringing the total number of units or hours carried to below full-time. **The Participant is required to supply the Plan Office with the withdrawal date.** Students who finish school in the Spring session will be covered through August, provided the Participant is still eligible for benefits. In no event will eligibility extend beyond the first of the month following the student's 23rd birthday.

Student eligibility for continued coverage is also subject to the Coordination of Benefits rules, discussed on page 46.

If a student has a physical injury or an illness that prevents him/her from attending school, and this injury or illness is certified by a physician, coverage may be continued at six (6) month intervals. Learning disabilities, behavioral problems, ADHD, substance abuse, etc., are not qualified reasons for extension of coverage.

## Required Student Documentation

At the beginning of each new session, certification of school enrollment or a schedule of classes showing the number of units or hours must be submitted to the Plan. A transcript of grades, showing the units or hours completed, must be submitted to the Plan at the end of each session. If the student withdraws from school, the Participant is responsible for supplying the Plan with the withdrawal date at the close of the session.

To maintain uninterrupted eligibility for a student until age 23, it is the Participant's responsibility to have the student supply the Eligibility Department with required documentation as described herein. **Failure to comply with this requirement will result in the denial of claims submitted and a request for reimbursement of claims paid on behalf of the child.** No additional requests for documentation will be forthcoming from the Plan Office.

A dependent child who ceases to meet the Plan's definition of "dependent" may continue coverage by self-payment through COBRA.

## Handicapped or Physically Incapacitated Dependents

Eligible dependent children whose coverage would otherwise terminate due to attainment of limiting age, will continue to be considered eligible dependents if they have a physical or mental handicap (for example cerebral palsy, mental retardation, autism, bipolar disorder) and because of that handicap are incapable of self-sustaining employment and independent care and maintenance.  The status and condition of the dependent MUST be certified at least annually by the attending physician. The provisions regarding coordination of benefits, including Medicare and Medicaid and, if married, spouse coordination of benefits, will apply to your dependent. Please carefully read the coordination of benefits section of your SPD.

This will only apply if the Plan is provided with written evidence of such incapacity by the later of:

1. The 31st day after attainment of the limiting age, or
2. The 31st day after the Participant is notified of the ineligibility of the dependent.

The statement from the attending physician must include the diagnosis, the date of the commencement of the incapacity and the expected date of recovery. Proof of the continued existence of such incapacity must be furnished to the Plan Office periodically, as requested.

Children who reach age 19 prior to the Participant's Initial Eligibility for the benefits of the Plan are not entitled to coverage under this provision.

Exhibit 1 - Page 29

### Divorced Spouse(s) and Dependent Children

If your covered spouse and/or any dependent children lose coverage due to one of the following events, the spouse or dependent children may purchase continuation coverage for up to 36 months:

1. Death of the Participant;

2. Divorce (**Note:** to qualify for COBRA coverage, the Plan Office must be notified within 60 days of the effective date of the divorce, or the date coverage would have terminated because of the divorce, whichever is later);

3. A dependent child is no longer considered a dependent as defined by the Plan.

**Note:** To qualify for COBRA coverage, the Plan Office must be notified within 60 days of the date on which the dependent child no longer falls within the Plan definitions for an eligible dependent, or the date coverage would have terminated as a result of that change of status, whichever is later.

An eligible dependent spouse who is not yet divorced *cannot* be removed from your coverage.

### Qualified Medical Child Support Orders

Pursuant to federal law, the Plan is obligated to honor the terms of a Qualified Medical Child Support Order (QMCSO) providing continued health care coverage for your children. A QMCSO is an order, decree, judgment, or administrative notice (including a settlement agreement) issued by a domestic relations court or other court of competent jurisdiction, or through an administrative process established under state law which has the force and effect of law in that state, which meets the requirements of Section 609 of ERISA.

A description of the procedures governing a QMCSO is available without charge from the Plan Office.

Exhibit 1 - Page 30

# SURVIVING DEPENDENTS

## Death of an Active Participant Qualified for Retiree Health Benefits

If you should die while an Active Participant, but you have already met the requirements for Retiree Health, you will be considered a Retired Participant for the purpose of extending coverage for your eligible surviving dependent(s).

### Surviving Spouse or Same-Sex Domestic Partner Eligibility

Subject to the Coordination of Benefits rules, discussed on page 46, coverage is provided for your eligible surviving spouse or eligible same-sex domestic partner if you have not yet retired but have qualified for Retiree Health benefits. If you have been married or your same-sex partner has been covered under the Plan for at least 2 years and you are at least age 62 at the time of your death, your surviving spouse or same-sex partner will continue to be eligible for his/her lifetime, or until "remarriage."

If you have not yet retired but have qualified for Retiree Health benefits, you have been married or your same-sex partner has been covered under the Plan for at least 2 years and you die prior to reaching age 62, your eligible surviving spouse or eligible same-sex partner will receive one year of extended coverage for each Qualified Year that you have earned, or until "remarriage" occurs. "Remarriage" includes marriage or certification under any state law as a Domestic Partner.

If you have been married for less than 2 years at the time of your death or have not qualified for Retiree Health benefits, the Plan will extend coverage for your eligible surviving spouse or eligible same-sex partner for a period of 6 months, without cost. At the end of this extended coverage, your spouse or eligible same-sex partner may purchase continuation coverage through COBRA.

### Surviving Dependent Children Eligibility

Subject to the Coordination of Benefit rules discussed on page 47, if you have qualified for Retiree Health benefits, any eligible children you have at the time of your death will continue coverage until such time as they cease to qualify by reason of age or loss of full-time student status.

### Duration of Dependent Retiree Benefits

Continuation coverage will be provided to surviving dependents under these provisions only if there are sufficient funds available in the Retiree Health Plan to continue to provide these benefits. The Retiree Health Plan is a separate trust, and there is no guarantee of continued funding of that trust.

## Death of an Active Participant Not Qualified for Retiree Health Benefits

The Plan will extend coverage for your eligible dependents for a period of 6 months without cost, beginning the 1st of the month following the date of your death. In addition, if you had already earned eligibility for the subsequent benefit period, then your eligible dependents will be covered through the end of the benefit period for which benefits had been earned. At the end of this extended survivor coverage, your eligible dependents may purchase continuation coverage through COBRA.

If you have been married for less than 2 years at the time of your death or have not qualified for Retiree Health benefits, the Plan will extend coverage for your eligible surviving spouse or same-sex domestic partner for a period of 6 months, without cost. At the end of this extended coverage, your spouse may purchase continuation coverage through COBRA.

## Death of an Ineligible Participant Not Qualified for Retiree Health Benefits

If you should die while ineligible for benefits and have not met the requirements for Retiree Health, but your death occurs during a Qualifying Period in which you already worked the minimum number of hours required to qualify for benefits in the subsequent Eligibility Period, your eligible dependents will be covered during that subsequent Eligibility Period.

At the end of this extended survivor coverage, your eligible dependents may purchase continuation coverage through COBRA.

Exhibit 1 - Page 31

# RETIREE HEALTH BENEFITS REQUIREMENTS

The Motion Picture Industry Health Plan maintains a separate plan to provide benefits for you following your retirement from the Motion Picture Industry. Employers make special contributions for this purpose during your working years and no payment is required from you either as an employee or a retiree.

## Certification of Retirement

To establish eligibility for Retiree Health benefits, you must contact the Motion Picture Industry Pension Plan at 818 or 310.769.0007, Ext. 627. Outside Southern California, call 888.369.2007, Ext. 627. If you qualify for Retiree Health benefits, the Pension Plan will verify the number of hours and Qualified Years you have accrued, and the age upon which you will be eligible. The Pension Plan will send a certification to the Eligibility Department of the MPI Health Plan, which will send you an enrollment packet.

## Basic Requirements

Your eligibility for Retiree Health benefits, with the exception of a total and permanent disability retirement, is not dependent upon your qualifying for retirement under the provisions of the Motion Picture Industry Pension Plan. The rules governing the Retiree Health Plan and the rules governing the Motion Picture Industry Pension Plan are similar but separate. You will qualify for Retiree Health benefits provided:

1. You have retired from the Motion Picture Industry, *and*

2. You meet the Qualified Years/hours/minimum age requirements outlined in the next section, *and*

3. Your retirement from the Industry has been certified by the Motion Picture Industry Pension Plan.

*Please Note:*

1. "Qualified Year" is any year in which you worked at least 400 hours, for which contributions were made to the Retiree Health Plan. Please be aware that your Retiree Health Plan Qualified Years may be more than Pension Plan Qualified Years if you incurred a "break in service" under the Pension Plan.

2. If you believe that you lost one or more Qualified Years as a result of service in the United States military, you may request additional credit toward establishing eligibility for Retiree Health benefits. Upon your request, the Benefits/Appeals Committee will determine whether it is reasonably certain that military service, which qualifies under the terms of the Uniformed Services Employment and Reemployment Act of 1994 (USERRA), prevented you from obtaining one or more Qualified Years toward your Retiree Health benefits eligibility. In that event, the Benefits/Appeals Committee will credit you with one or more additional Qualified Years. See page 63 for instructions for filing an appeal.

## Effective Date of Benefits

The effective date of your Retiree Health benefits is determined by the number of Qualified Years and Hours you have, as well as the age at which you retire. While it is possible that you may retire and receive pension benefits at an earlier age, **you will not be entitled to Retiree Health benefits until the effective dates listed.**

If you are a Participant in the Motion Picture Industry Active Health Plan and retire under the following terms, you will be enrolled in the Retiree Health Plan effective on the date of your certification as a Retiree. However, if you have qualified for benefits in the Active Health Plan, your $10,000 life insurance benefit will remain in effect as long as you would have been eligible in the Active Health Plan.

1. With 15 Qualified Years and 20,000 Credited Hours, the earliest Retiree Health benefits will commence is on the 1st of the month following your 62nd birthday. To qualify, Participants must have at least three Qualified Years earned after the year of attainment of age 40, and at least one Qualified Year earned in any of the years commencing with Plan Year 2000.

2. With 20 Qualified Years and 20,000 Hours, your Retiree Health benefits will commence the 1st of the month following your 62nd birthday.

3. With 30 Qualified Years and 55,000 Hours, your Retiree Health benefits will commence the 1st of the month following your 61st birthday.

4. With 30 Qualified Years and 60,000 Hours, your Retiree Health benefits will commence the 1st of the month following your 60th birthday.

Are you a former Participant of any other health plan that merged into the Motion Picture Industry Health Plan? If so, it is important that you carefully review any appendix included with this *Summary Plan Description (SPD)* which addresses your particular situation. That appendix may contain special rules that are different from the rules contained in the main SPD. Where there is any conflict between the terms of the appendix and the main SPD, the terms of the appendix will govern you and your dependents.

Exhibit 1 - Page 32

## Total and Permanent Disability - 10 Qualified Years and 10,000 Hours

You will be entitled to Retiree Health benefits effective on the date of your retiree certification, **regardless of age** if you meet the following requirements.

You may retire under this provision if you have a minimum of 10 Qualified Years and 10,000 hours for which contributions have been paid to the Retiree Health Plan, are totally and permanently disabled at the time of your retirement, and:

1. You are eligible to retire and have retired under the Disability Pension provisions of the Motion Picture Industry Pension Plan, *or*

2. You meet the requirements for a Disability Pension, but are not entitled to a Social Security Disability Award only because you are over age. You will be entitled to Retiree Health Plan benefits effective on the date of your certification as being totally and permanently disabled by the Plan's Medical Review Department, *or*

3. You meet all of the requirements for such a Disability Pension but are not a Participant in the Motion Picture Industry Pension Plan.

## Duration of Eligibility

Eligibility for Retiree Health lasts for your lifetime, provided there are sufficient funds available in the Trust to continue to provide these benefits. The Retiree Health Plan is a separate trust, and there is no guarantee of continued funding of that trust. In addition, your eligible dependents may be entitled to continue coverage upon your death. (*See the "Surviving Dependents" section of this book on page 23 for additional information.*)

## Benefit Changes Upon Retirement

While most of your benefits under the Retiree Health Plan remain the same as when you were in the Active Health Plan, there are a few differences of which you should be aware:

• Medicare becomes primary. (*See page 48 for details.*)

• Through PacifiCare Behavioral Health, mental health and chemical dependency benefits under the Retiree Health Plan are as follows: hospitalization for psychiatric care is limited to the 1st through 14th day of confinement over the lifetime of the individual Participant or his/her eligible dependents. Admission for alcoholism, narcotic addiction or abuse is limited to the 1st through 3rd day of confinement over the lifetime of the individual Participant or his/her dependents.

• Prescription Drug benefits co-pays change.

• Life insurance is reduced from $10,000 to $2,000. You may convert from $500 to $8,000 of your group life insurance to a private policy with the Union Labor Life Insurance Company, without a physical examination. If you are interested in this conversion, contact the Plan Office immediately upon the termination of your active life insurance. (*See page 111.*)

*Note:* The Directors retain the right to change the Plan of Benefits in their sole discretion, and any changes made after you retire will apply to you.

## Work After Retirement

If you re-qualify for eligibility in the Active Health Plan on the basis of hours worked after the date of your retirement certification, you will be transferred to the Active Health Plan for full benefits on the first date of the subsequent Eligibility Period. When earned active employee benefits are exhausted, you will immediately be returned to the Retiree Health Plan.

---

Any questions you may have regarding information included in the *Summary Plan Description* concerning eligibility should be directed to:

**Eligibility Department**
**Motion Picture Industry Health Plan**
**P.O. Box 1999**
**Studio City, CA  91614-0999**

**818 or 310.769.0007, Ext. 263**
**Outside Southern California: 888.369.2007, Ext. 263**

---

Exhibit 1 - Page 33



Exhibit 1 - Page 34

# HEALTH PLAN OPTIONS

As an Active Participant, you have an extensive package of benefits available to you, and you have choices within that package. In order to make decisions appropriate to your needs, it is in your best interest to take time to familiarize yourself with your medical and hospital benefit options. The Health Plan Options Summary and Medical Plan Benefit Comparison Chart provided in the following pages offer you factual information to help you identify the right benefit match for your individual circumstance.

## CONTENTS

**29  Health Plan Options Summary**
29  Services Provided In and Outside California

**30  Medical Plan Benefit Comparison**
*At-A-Glance*

**35  MPIHP/Blue Shield Health Plan Option**
36  Hospital Expense Benefits
  36  General Information
  36  Skilled Nursing/Extended Care Facility
  36  Emergency Outpatient Care
  36  Inpatient Care
  37  Childbirth
  37  Medicare
  37  Surgical Centers
  37  Hospital Care/Admissions
  37  Services Not Covered
  37  Information of Note

38  Health Plan Services
  38  Covered Services
  38  Second Surgical/Medical Opinion
  38  Services Not Covered
  39  Experimental and Investigational Exclusion
  39  Preauthorization

40  Claim Submission Guidelines
  40  Submission and Payment of Claims
  42  Allowable Expense
  42  Physician Services
  43  Coverage Rates by Provider Category
  43  Schedule of Allowable Fees
  43  Co-Payment
  44  Maximum Benefits
  44  Yearly Stop Loss/Out-of-Pocket Maximum
  44  Overpayments
  45  Billing Errors
  45  Stop Payment or Replacement of a
     Benefit Check

46  Coordination of Benefits
  46  Order of Benefit Determination
  49  Claims Involving Third Party Liability
  50  Workers' Compensation

51  Benefits and Limitations
  51  Acupuncture
  51  Alcoholism/Chemical Dependency and
     Mental Health
  51  Ambulance
  51  Aquatic Therapy
  51  Birth Control Devices
  51  Bone Mineral Density Measurement
  51  Botulism Toxin
  51  Cardiac Rehabilitation

52  Case Management
52  Chiropractic Treatment
52  Colonoscopy
52  Cosmetic Surgery
52  Dental Treatment
53  Dermatology
53  Diabetes Supplies and Insulin
53  Diagnostic Imaging and Laboratory Tests
53  Disease Management Program
53  Durable Medical Equipment
54  Emergency Room Treatment
54  Genetic Testing
54  Hearing Aids
54  Home Hospice Care
54  Home Intravenous Therapy
54  Immunizations/Vaccinations
55  Lens Replacement Following Cataract Surgery
55  Mammography
55  Maternity Benefits
55  Mental Health and Chemical Dependency
57  Nursing Care
57  Nutrition Counseling
57  Nutritional Support
57  Physical Examinations
57  Physical/Occupational/Aquatic/Osteopathic
    Manipulative Therapies (Outpatient)
58  Podiatry
58  Prostheses and Braces
58  Reconstructive/Cosmetic Surgery
58  Sclerotherapy
58  Speech Therapy
59  Temporomandibular Joint Dysfunction
59  Transplants
59  Weight Control
59  Wigs/Hair Pieces

60  Non-Covered Services and Items

62  Preauthorization

63  Claims Appeals Procedures
  63  Filing an Appeal with MPIHP

66  Motion Picture & Television Fund Service Area
  66  Service Area ZIP Codes
  67  MPTF Health Centers

68  PacifiCare Behavioral Health
  68  Schedule of Benefits

**73  Health Plan Alternatives**
75  Health Net®
81  Kaiser Permanente®
90  Oxford Health Plans®

Exhibit 1 - Page 35



Exhibit 1 - Page 36

# HEALTH PLAN OPTIONS SUMMARY

As an Active Participant, you have an extensive package of benefits available to you, and you have choices within that package. In order to make decisions appropriate to your needs, it is in your best interest to take time to familiarize yourself with your medical and hospital benefit options.

The Options Summary and Comparison Chart provided in the following pages offers you factual information to help you identify the best benefit match for your individual circumstance. It is provided for your information only. The Plan makes no recommendations regarding the use of any of the options offered.

Our Board of Directors retains the right to interpret and apply the plan of benefits, and any interpretation of the Plan is final and binding upon Participants, their dependents, and providers of services. The Directors also reserve the right to alter and amend the level and nature of benefits provided.

If you are in doubt about coverage of a certain service or are seeking review of a claim that has already been processed by the Plan, **we suggest you write to the Plan Office for clarification**, requesting a written response for your records rather than obtaining information over the telephone. Employees of the Plan have no authority to alter benefits or eligibility rules. Any interpretations or opinions given by employees of the Plan are not binding on the Directors and cannot enlarge or change such benefits or eligibility rules. (*See Claims Appeals Procedures, page 63.*)

**As to the determination of non-covered services/items, the Plan does not imply that the services/items are not beneficial for the health management of the patient, nor do we wish to interfere with the patient/provider relationship. Rather, we are administering the plan of benefits in accordance with the suggestions and insight of qualified medical and insurance consultants.**

**In accessing your benefits, please remember that, although a physician may recommend or prescribe a service or supply, that does not, of itself, establish coverage by the Plan.**

**Eligible Participants**

• If you or your dependents are entitled to Medicare, the payment of your claims is explained under the section titled Medicare on page 48.

• If you or a family member have other Employer group health insurance available to you, please see the section on Coordination of Benefits, page 46.

• The sections titled Workers' Compensation on page 50, and Benefits and Limitations on page 51 should be of interest to all eligible persons.

• The life insurance, vision care, and prescription drug benefits remain the same whether you select the MPIHP/Blue Shield Plan, Health Net, Kaiser Permanente or Oxford Health Plans.

## Services Provided in California

Regardless of where you live, you may choose the Motion Picture Industry Health Plan/Blue Shield coverage, the benefits of which are described in detail in this *Summary Plan Description*. If you live in California, you may, instead, choose to be covered through Health Net or Kaiser. Health benefits provided through those plans are summarized in their respective sections of this *Summary Plan Description*.

Due to time needed for the enrollment process, during the first month of your initial selection of Health Net or Kaiser, you will be covered in the MPIHP/Blue Shield Health Plan. You will then move to the Health Net or Kaiser at the beginning of the second month. However, if during that first month of your initial selection, you are already covered in your chosen HMO through some other group or individual plan, you will be enrolled in the chosen HMO from the first month of eligibility.

## Services Provided Outside California

Participants residing outside California will be enrolled in the BlueCard® program. However, The Oxford Health Plans, a Point of Service (POS) plan, is also available as an alternate choice for residents of the tri-state Oxford Service area in New York, New Jersey and Connecticut.

For those Participants residing in the Oxford Service Area, during the first month of your initial selection of the Oxford Health Plans, you will be covered in the BlueCard® program. If, during that first month of your initial selection, you are already covered in the Oxford Health Plans through some other group or individual plan, you will be enrolled in Oxford from the first month of eligibility.

Are you a former Participant of any other health plan that merged into the Motion Picture Industry Health Plan? If so, it is important that you carefully review any appendix included with this *Summary Plan Description (SPD)* which addresses your particular situation. That appendix may contain special rules that are different from the rules contained in the main SPD. Where there is any conflict between the terms of the appendix and the main SPD, the terms of the appendix will govern you and your dependents.

Exhibit 1 - Page 37

# MEDICAL PLAN BENEFIT COMPARISON
## At-A-Glance

| Health Care Benefits | MPHP/ Blue Shield | Health Net *California Only* | Kaiser Permanente *California Only* | Oxford Health Plans (Point of Service) *New York, New Jersey and Connecticut Only* |
|---|---|---|---|---|
| **Hospital Services**<br>• Room and Board<br>• Intensive Care<br>• Ancillary Services<br>• Semi-Private Room | • No charge for unlimited number of days<br>• Personal items are not covered | • No charge for unlimited number of days | • No charge for unlimited number of days | • In Network: $0 co-pay<br>• Out-of-Network: 20% co-insurance plus deductible |
| **Extended Care**<br>• Room and board in a skilled nursing facility<br>• Other services and supplies | • 90 days for Participants<br>• 60 days for dependents | • No charge for 100 days each calendar year | • No charge (up to 100 days per benefit period) | • In Network: $0 co-pay<br>• Out-of-Network: 20% co-insurance plus deductible per continuous confinement |
| **Emergency Services Within or Outside Service Area** | • All covered services when medically necessary are available anywhere in the world from any licensed physician, surgeon or general hospital<br>• $50 co-pay (waived if admitted) | • $35 co-pay (waived if admitted to a hospital) | • Emergency Room – Kaiser Medical Centers, 24 hours a day, 7 days a week. $35 co-pay (waived if admitted to a hospital) | • $25 per visit (waived if admitted to a hospital) |
| **Professional Benefits**<br>• Physician Visits:<br>– Hospital/Office<br>– Surgeon<br>– Assistant Surgeon | • Covered Benefit (*See page 43*) | • No charge | • Outpatient: $5 co-pay<br>• Inpatient: No charge | • In Network: $5 co-pay<br>• Out-of-Network: 20% co-insurance plus deductible |
| • Anesthesia | • Covered Benefit (*See page 43*) | • No charge | • No charge | • No charge |
| • In-home Nursing Care | • Subject to the requirements and guidelines described in this SPD (*See page 57*) | • No charge | • As medically necessary (*See page 82 for limitations*) | Considered Home Healthcare<br>• In Network: $5 co-pay, 60 visits/year, 4 hours/visit<br>• Out-of-Network: 20% co-pay, 60 visits/year, 4 hours/visit |

Exhibit 1 - Page 38

| Health Care Benefits | MPI HP/ Blue Shield | Health Net *California Only* | Kaiser Permanente *California Only* | Oxford Health Plans (Point of Service) *New York, New Jersey and Connecticut Only* |
|---|---|---|---|---|
| • Ambulance Services (including air ambulance) | • Covered in emergencies only when medically indicated and only to the nearest medical facility equipped to treat the condition | • No charge | • No charge within service area if authorized  Prior approval from Kaiser is required in non-emergency situations | • In Network: $0 co-pay when medically necessary  • Out-of-Network: Covered services will be covered as in network  (Non-emergency Air Transportation is not always covered.) |
| • Laboratory Tests, X-rays, Nuclear Medicine | *(See Benefits and Limitations, page 53)* | • No charge | • $5 office visit  No charge for lab tests or x-rays | • In Network: $0 co-pay at participating laboratories  • Out-of-Network: 20% co-insurance plus deductible |
| • Injectable Drugs | • Not covered unless obtained through Medco *(See page 114)* | • No charge for injections, allergy injection services or testing (Injections for infertility are paid at 50%.)  Allergy serum is covered in full | • $5 office visit co-pay  Most injectable drugs including allergy tests, provided at no charge if administered in the medical office | • Subject to office visit co-pay  Most injectable drugs including allergy tests, provided at no charge if administered in the medical office |
| • Eye Examinations | • Eye examinations and corrective lenses are available for all eligible Participants and their eligible dependents through Vision Service Plan *(See page 117)* | • No charge  • Also available through Vision Service Plan *(See page 117)* | • $5 for each visit  • Also available through Vision Service Plan *(See page 117)* | • Discounts available on eye wear and eye care through General Vision Services  • Also available through Vision Service Plan *(See page 117)* |
| • Chiropractic Services | • Maximum of 20 visits per calendar year *(See Benefits and Limitations, page 52)* | • $10 co-pay  Available through ASH Networks only *(See page 77)* | • $10 co-pay  Available through ASH Networks only *(See page 83)* | • In Network: $5 per visit, visits are subject to medical necessity  • Out-of-Network: 20% co-insurance plus deductible, visits are subject to medical necessity |

Exhibit 1 - Page 39

# MEDICAL PLAN BENEFIT COMPARISON
*At-A-Glance*

| Health Care Benefits | MPIHP/ Blue Shield | Health Net *California Only* | Kaiser Permanente *California Only* | Oxford Health Plans (Point of Service) *New York, New Jersey and Connecticut Only* |
|---|---|---|---|---|
| • Physical Therapy | • Maximum of 16 visits per calendar year *(See Benefits and Limitations, page 57)* | • No charge | • $5 for each visit | **• In Network:** • Outpatient (through Ortho-Net); 90 visits/condition/lifetime; $5 co-pay • Inpatient: 60 days/condition/ lifetime; $0 co-pay **• Out-of-Network:** 20% co-insurance plus deductible. • Outpatient: 90 days/condition/ lifetime • Inpatient: 60 days/condition/ lifetime |
| • Physical Examination | • Routine exams for residents in Los Angeles County are provided through The Wellness Program *(See page 57)* • Participants living outside Los Angeles County should see page 57 for information on Physical Examinations | • Annual periodic health evaluations are covered *(See also The Wellness Program, page 119)* | • $5 for each examination *(See also The Wellness Program, page 119)* | • Comprehensive Physical Exam age 13 and older: • In Network: $0 co-pay • Out-of-Network: Not covered *(See also The Wellness Program, page 119)* |
| **Home Health Services** • Physician Home Visits | *(See Benefits and Limitations, page 51)* | • $10 per visit | • No charge | • In Network: $5 co-pay, 60 visits/year, 4 hours/visit • Out-of-Network: 20% co-insurance, 60 visits/year, 4 hours/visit |
| • Home Health Nurse | *(See Benefits and Limitations, page 57)* | • $10 co-pay on and after the 31st calendar day | • No charge | • In Network: $5 co-pay, 60 visits/year, 4 hours/visit • Out-of-Network: 20% co-insurance, 60 visits/year, 4 hours/visit |
| **Maternity Benefits** | *(See Benefits and Limitations, page 55)* | • No charge | • $5 office visit co-pay • No charge in hospital | • In Network: $5 per initial visit only • Out-of-Network: 20% co-insurance plus deductible |

32

Exhibit 1 - Page 40

| Health Care Benefits | MPHP/ Blue Shield | Health Net *California Only* | Kaiser Permanente *California Only* | Oxford Health Plans (Point of Service) *New York, New Jersey and Connecticut Only* |
|---|---|---|---|---|
| • Interrupted Pregnancies | *(See Benefits and Limitations, page 55)* | • No charge | • $5 for each visit co-pay<br>• No charge in hospital | • Treatment in the office is subject to office visit co-pay<br>• Inpatient Treatment: Inpatient hospital coverage<br>• Covered as medically necessary (This is separate from Terminations of Pregnancies) |
| **Family Planning Services**<br>• Vasectomy | • Not covered | • $50 | • Outpatient: $5 co-pay<br>• Inpatient: No charge | • In Network: $0 co-pay<br>• Out-of-Network: 20% co-insurance plus deductible |
| • Tubal Ligation | • Not covered | • $150 | • Outpatient: $5 co-pay<br>• Inpatient: No charge | • In Network: No charge, reversal not covered<br>• Out-of-Network: 20% co-insurance plus deductible, reversal not covered |
| • Elective Abortion | • Not covered *(See Maternity Benefits, page 55 for specifics and exceptions.)* | • $150 for elective abortion (No charge for medically necessary abortions) | • Outpatient: $5 co-pay<br>• Inpatient: No charge | • In Network: Maximum allowance of $350 per abortion<br>• Out-of-Network: 20% coinsurance plus deductible. Maximum allowance of $350 per abortion, once/year |
| • Intrauterine Device (IUD) | • Covered | • Fitting and insertion only | • Provided at reasonable rates | • IUD device is not covered |
| **Mental Health Outpatient** | • Refer to Mental Health and Chemical Dependency *(See pages 55 and 68)* | • $30 per visit up to 20 outpatient mental health consultations per calendar year<br>• No charge - unlimited days for members for conditions considered "severe" mental illnesses *(See page 76 for more information)* | • $5 co-pay<br>• Up to 20 visits per calendar year (Visit limit does not apply to certain mental health care)<br>• $2 co-pay/visit for group therapy | • 40 visits per calendar year<br>• In Network: 50% co-pay per visit<br>• Out-of-Network: deductible plus 50% per visit |
| **Mental Health Inpatient** | • Refer to Mental Health and Chemical Dependency *(See pages 55 and 68)* | • Non-severe - No charge/30 days per calendar year<br>• Severe - No charge/ Unlimited days per calendar year | • No charge<br>• Up to 30 days per calendar year (Day limit does not apply to certain mental health care) | • 30 days per calendar year<br>• In Network: 100% coverage<br>• Out-of-Network: No coverage |

Exhibit 1 - Page 41



Exhibit 1 - Page 42

# MPIHP/BLUE SHIELD HEALTH PLAN OPTION



## MPIHP/Blue Shield Health Plan Option

As an Active Participant, you have the option of selecting comprehensive medical and hospital coverage available through the MPIHP/Blue Shield Health Plan option. You should become familiar with the limitations, as well as opportunities to save out-of-pocket costs by using network providers.

**IN CALIFORNIA:**
**The Hospital PPO Network in California** is provided by Blue Shield, and the benefits are administered by the MPI Health Plan/Blue Shield.

**The Comprehensive Medical PPO Network in California** is provided by Blue Shield, and the benefits are administered by the MPI Health Plan.

**OUTSIDE CALIFORNIA:**
**The Hospital PPO Network outside California** is provided by the BlueCard® Program, and the benefits are administered by Blue Shield on behalf of the MPI Health Plan.

**The Comprehensive Medical PPO Network Outside California** is provided by the BlueCard® Program, and the benefits are administered by Blue Shield on behalf of the MPI Health Plan.

**A summary of the plan of benefits, including procedures and processes, covered and non-covered services, is included in the following pages. We encourage all Active Participants to review this section thoroughly.**

Exhibit 1 - Page 43

MPIHP/BLUE SHIELD HEALTH PLAN OPTION

# HOSPITAL EXPENSE BENEFITS

Benefits are provided for hospitalizations when reasonable and necessary for the treatment of illness or injury. Hospitalizations related to mental disorders, as listed in the *International Classification of Diseases 9th Revision, Clinical Modification (ICD.9.CM)*, are subject to the limitations described on pages 55 and 68.

The term "hospital" means an institution or facility which is primarily engaged in providing diagnostic, medical and surgical health care services for the care and treatment of sick and injured individuals on an inpatient and outpatient basis. The hospital provides these services under the clinical direction of licensed medical doctors and with 24-hour-a-day nursing care by licensed and/or registered nurses, as well as care provided by other health care professionals. The term hospital does not include any institution or part of an institution which is used principally as a rest facility.

## General Information

*Claims for Services Rendered in California*
For hospital admission for you or your eligible dependents, present your Hospital Benefit Card. If you do not have your benefit card with you at the time, provide the following information:

• Active Blue Shield Group number: 970238

• Plan Code: 542

• Certificate Number: "AOX" plus the Participant's Social Security Number

*Claims for services received outside of California* should be submitted to the local Blue Cross/Blue Shield office. For BlueCard® Providers nationwide, call 800.810.BLUE (2583).

## Skilled Nursing/Extended Care Facility

The benefits described under Inpatient Care are available in a Blue Shield contracting skilled nursing/extended care facility or Medicare-approved extended care facility if admitted within 30 days of a minimum three-day stay in a licensed general hospital.

*For more information:*

• Participants residing outside of California, call 800.343.1691

• California Participants receiving services outside of California, call 800.810.2583

• Participants receiving services in California, call 800.343.1691

In no event will the terms "Convalescent Hospital" or "Extended Care Facility" include any institution or part thereof which is used primarily as a rest facility (including nursing facility or facility for the aged). **Custodial care is not covered.** (*Please see Case Management, page 52.*)

## Emergency Outpatient Care

Covered hospital emergency room charges, including all covered services, performed in the emergency room, are paid at 100%, less a $50 co-pay, if not admitted. Once the patient is admitted to the facility, all covered medical procedures, physicians' charges, etc., will be processed at 70% of the Plan's allowance (90% if Blue Shield contracting facility).

**Emergency treatment rendered in facilities other than a licensed acute care hospital, such as urgent care centers and after hours centers, will be paid under the Comprehensive Medical Benefit at the Plan's allowance.** (*See page 51.*)

Some hospitals operate clinics within their facility. That allows them to separate treatment areas for true emergencies from lower acuity medical issues. The result is that in a clinic, there is greater likelihood patients will be seen by a physician quicker and still get the level of treatment they need.

However, when a Participant is seen in one of these clinics, rather than the emergency department, the hospital bills the Health Plan for a clinic visit. The covered benefit for a clinic visit is paid by the Plan the same as a doctor's office visit, so there is an out-of-pocket expense for the Participant. If the Patient is seen in the emergency department, there will be a $50 co-pay, which shall be waived if s/he is admitted.

## Inpatient Care

Benefits for inpatient care at Blue Shield Preferred Provider contracting hospitals include:

• **Room Charge** - Full cost of 2-bed room care

• **Intensive Care** - Full cost of intensive care, cardiac care, or neonatal intensive care unit care

• **Nursery Expenses** - Full cost

Other charges - Full cost of supplies, medication, diagnostic x-rays and laboratory tests, operating room, anesthesia supplies, physiotherapy, and inhalation therapy required in connection with the conditions being treated. (*See section entitled "Hospital Care/Admissions," page 37.*)

Exhibit 1 - Page 44

# M P I H P / B L U E   S H I E L D   H E A L T H   P L A N   O P T I O N

## Childbirth

The MPI Health Plan complies with federal law that prohibits restriction of benefits for a mother or newborn child in connection with childbirth to less than 48 hours following a normal vaginal delivery, or less than 96 hours following a Cesarean section. The law also prohibits a plan from requiring a health care practitioner to obtain authorization from the Plan for prescribing a length of stay which is less than that legal minimum.

As a result, covered expenses also include bed and board and other necessary services and supplies for a mother and her newborn child for up to 48 hours following a normal vaginal delivery and up to 96 hours following a Cesarean section. No authorization is needed from the Plan in order to be covered for these amounts of time.

## Medicare

When you or your dependents are entitled to Medicare benefits, present your Hospital Benefit Card and Medicare Card to obtain admission to the hospital. The hospital will bill Blue Shield and Medicare directly. **For more information concerning Medicare see the Coordination of Benefits section of this book, page 48.**

## Surgical Centers

To determine whether a non-hospital surgical center is contracted with Blue Shield, contact in advance:

**Services Rendered in California:**

  • MPI Health Plan, 818 or 310.769.0007, Ext. 106

  • www.blueshieldca.com/findaprovider

**Services Rendered Outside of California:**

  • Blue Shield, 888.810.BLUE (2583)

  • www.blueshieldca.com/findaprovider

For  limits on benefits for outpatient surgical suites or surgery centers not contracted with Blue Shield, see page 43.

## Hospital Care/Admissions

The Health Plan has contracted with Blue Shield to obtain **reduced costs through the Blue Shield Network of Preferred Provider Hospitals in California and for the out-of-state residents, with the BlueCard® Program throughout the United States**. Receiving services at lower fees enables the Health Plan to provide 100% coverage for eligible expenses

incurred either at a Preferred Provider or BlueCard® Program contracting hospital or at the Motion Picture and Television Fund Hospital in Woodland Hills, California.

For Non-Blue Shield contracting hospitals, the Plan will pay 70% of covered services and you will be responsible for the balance. If, however, you are admitted to a non-Blue Shield contracting hospital through the emergency room, the Plan will pay 100% of covered services.

**Be sure to verify in advance whether the hospital is currently under contract with Blue Shield and whether it is a Blue Shield Preferred contracting hospital or contracted through the BlueCard® program. To obtain this information:**

**Services Rendered in California:**

  • MPI Health Plan, 818 or 310.769.0007, Ext. 106

  • www.blueshieldca.com/findaprovider

**Services Rendered Outside of California:**

  • Blue Shield, 888.810.BLUE (2583)

  • www.blueshieldca.com/findaprovider

## Services Not Covered

The following is a summary of some services which are not covered.

• Industrial illness or injury, including any illness or injury arising out of and in the course of your employment

• Hospitalization for cosmetic surgery, except for restoration of congenital malformation or for the repair of accidental injury which occurred while covered, or for reconstructive surgery following a mastectomy

• Hospitalization for a dependent child's pregnancy

• Hospitalization for custodial care

• Hospitalization not reasonable and necessary for the treatment of a covered illness or injury

• Hospitalization in connection with any treatment or procedure which is not covered under the Comprehensive Medical Benefits of the Plan.

> **Information of Note**
> • **Certain other services supplied by hospitals are not covered by your Hospital Benefit but may be included as covered medical expenses under your Comprehensive Medical Benefit. These include certain special surgical or orthopedic supplies, and ambulance service.**
>
> • **The standard Coordination of Benefits (COB) will apply in all situations in which the patient has other group health insurance or Medicare Parts A and B. (*See page 46.*)**

Exhibit 1 - Page 45

M P I H P / B L U E   S H I E L D   H E A L T H   P L A N   O P T I O N

## HEALTH PLAN SERVICES

The Plan provides benefits for specific medical services that have been approved by the MPIHP Board of Directors. Comprehensive benefits cover reasonable and necessary medical services in connection with the diagnosis and treatment of any nonindustrial illness or injury.

### Covered Services

In order for a service to be covered, it must be a service for which the Plan has established a benefit and the service must be medically necessary and reasonable. To determine if a particular service is reasonable and necessary, the Plan independently reviews the claim and makes a decision as to whether the nature of the services provided and the amount charged is appropriate for the specific diagnosis under the indicated clinical circumstances.

"Medically Necessary" means procedures, treatments, supplies, devices, equipment, facilities or drugs (all services) that a medical practitioner, exercising prudent clinical judgment, would provide to a patient for the purpose of preventing, evaluating, diagnosing or treating an illness, injury or disease or its symptoms, and that are:

• In accordance with generally accepted standards of medical practice*; and

• Clinically appropriate in terms of type, frequency, extent, site and duration and considered effective for the patient's illness, injury or disease; and

• Not primarily for the convenience of the patient, physician or other health care provider; and

• Not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of that patient's illness, injury or disease.

During this evaluation process, the Plan relies upon the judgment of its medical professionals and, when appropriate, upon the opinions of specialists in the field who are engaged on a case-by-case basis to review claims that are questionable. In addition, the Plan's medical consultants look to treatises and the standards established by Medicare and other health insurers to determine if services and charges are reasonable and necessary for the specific diagnosis.

Listing every service or item that is not covered by the Plan is not possible. **Contacting the Plan Office in writing for verification of coverage is strongly recommended.**

**The fact that a service was prescribed and/or performed by a physician does not, of itself, make the services reasonable and necessary and/or establish coverage. Regardless of what the Plan covers, it is always up to you and your health care provider to decide on your care.**

**If there is a dispute** as to whether the Plan has correctly denied a claim in whole or in part on the basis that the service was not reasonable and necessary, the Participant or the provider of service may request a reevaluation of the Plan's decision through the Claims Appeals Procedures described on page 63 of this *Summary Plan Description*. **Decisions made by the Benefits/Appeals Committee are final and binding upon all parties, including provider(s) of service.**

Covered services include physician fees for office, home or hospital care, including attending physician, consulting specialist, surgeon, assistant surgeon and anesthesiologist. **Laboratory tests and other diagnostic studies must have a referral from a licensed physician.**

### Second Surgical/Medical Opinion

If you wish to seek a second surgical/medical opinion, **the Plan will pay its customary reimbursement** of the cost of the examination and any x-ray and laboratory tests, as appropriate. Second opinion should be sought from a specialist in the same medical field as the physician who made the original recommendation.

### Services Not Covered

The comprehensive benefit does not cover:

• Any medications, treatments or services which are not reasonable and necessary for the specific diagnosis under the given clinical circumstances

• Any services, items or medications which are not approved by the Food and Drug Administration (FDA) for the specific diagnosis

• Experimental and investigational services, treatments, medications or devices.

*(See Non-covered Services and Items, page 60.)*

---

*   *For these purposes, "generally accepted standards of medical practice" means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, national physician specialty society recommendations and the views of medical practitioners practicing in relevant clinical areas and any other relevant factors.*

Exhibit 1 - Page 46

## MPIHP/BLUE SHIELD HEALTH PLAN OPTION

### Experimental and Investigational Exclusion

The term Experimental and Investigational Services, Treatments, Medications or Devices includes any medical, surgical or other health care treatment or procedure and any medication or device which is determined by the Plan to meet *any one* of the following criteria:

1. It is not generally accepted by the medical community as proven and effective for the treatment of the specific diagnosis.

2. The scientific assessment of the treatment, procedure, medication or device, or its application, for the specific diagnosis has not been completed.

3. Any required governmental approval of the treatment, procedure, medication or device for the specific diagnosis has not been granted at the time the service(s) are rendered or the medication prescribed.

4. The treatment, procedure, medication or device, or its application, for the specific diagnosis has been granted approval *only for use in connection with an experimental study*.

5. The medication or device has not been approved by the Food and Drug Administration for the specific diagnosis.

6. If it is a clinical trial, Medical Research Study, or a program requiring the approval of the treating facility's institutional review board.

### Preauthorization

**Preauthorization is not required but we strongly advise that you seek confirmation of coverage from the Plan before proceeding with a course of treatment.**

Some services/procedures are excluded from coverage because they are not rendered in accordance with the generally accepted professional standards for the specific diagnosis.

We strongly recommend that the Plan be contacted in writing prior to proceeding on a course of treatment. The Medical Review Department of MPI Health Plan may request that a patient have an **Independent Medical Evaluation** (IME) prior to issuing approval or denial.

**Any decision of the Plan may be appealed under the Claims Appeals Procedures. As previously stated, decisions made by the Benefits/Appeals Committee are final and binding upon all parties, including provider(s) of service.**

Exhibit 1 - Page 47

MPIHP/BLUE SHIELD HEALTH PLAN OPTION

## CLAIM SUBMISSION GUIDELINES

### Submission and Payment of Claims

Claims should be submitted within 90 days from the date services were rendered for an illness or injury, but no later than 15 months from the date of service or, in coordination of benefits situations, 15 months from the date the primary payer paid. Failure to timely file may result in the denial of your claim. **A request for review of any adverse decision on a claim must be made within 180 days of the date on the Explanation of Benefits (EOB) form.**

Claims filed with the Plan should be addressed as follows:

> **Claims Department**
> **Motion Picture Industry Health Plan**
> **P.O. Box 1999**
> **Studio City, CA  91614-0999**

If your provider of service can submit their bills electronically, have them contact the Plan office at 818 or 310.769.0007, Ext. 106 for further instructions. Outside Southern California, call 888.369.2007, Ext. 106.

To establish possible work-related injury/illness, third party liability, coordination of benefits, or to clarify the reason for seeking services, you may be requested by the Plan Office to complete a claim form. Please do so promptly to avoid any undue delay in the processing of your claim.

> **Please make sure the Participant's Social Security or identification number appears on all pages of claim forms and correspondence.**

Following the processing of your claim, the MPI Health Plan will send the **patient** an Explanation of Benefits (EOB) statement. All reimbursement claim checks not paid directly to the provider of service will be addressed directly to the **patient**. The EOB and any reimbursement claim check not made to the Provider are addressed directly to the **patient** in order to protect th **patient's** privacy. (We suggest you keep your EOBs with your *Summary Plan Description* for reference.)

The fee for a claims history summary is $1 per claim, and the fee for a duplicate EOB is $1 per claim.

### Time Limits for MPIHP to Process Claims

| | |
|---|---|
| *What is the general deadline for initial determination?* | 30 days from the Plan's receipt of the completed claim.* |
| *Are there any extensions?* | Yes: One 15-day extension, if the Plan determines it is necessary due to matters beyond the control of the Plan and informs the claimant of the extension within the initial 30-day time frame.** |
| *What is the deadline if additional information is needed?* | If an extension is necessary because the claimant failed to provide necessary information, the notice of extension will specify the information needed. Claimant will be given at least 45 days to respond. The running of time for the initial claims determination is suspended until the end of the prescribed response period or until the information is received, whichever is earlier. At that point, the decision will be made within 15 days. |

### Filing Claims with MPIHP Contract Providers

There are a number of health care options available to you through companies which the Plan contracts with, such as HMOs, PacifiCare Behavioral Health, Blue Shield (with respect to services rendered outside of California) dental, vision, and others. Claims for health care services made available through these entities are ordinarily handled by the entities themselves, rather than by MPIHP. For those entities, the time frame for claims review depends on what type of claim is being filed. Descriptions of how those different types of claims are handled appear in the

following pages of this document. As these are minimum guidelines for these contract providers, you should also review the material in this *Summary Plan Description* which is specific to the providers, as well as the Evidence of Coverage of the contract provider.

Time frames for the contract providers to process your health claims depend on the type of claim filed. Such claims fall into the following categories:

### Claims Not Requiring Preauthorization

This is the type of claim filed after the service has been provided and where no preauthorization is required.

---

*   In the case of a claim where "disability" must be determined by the Plan (as opposed to a neutral third party such as the Social Security Administration or California State Disability Insurance), to determine qualification for a benefit, this number of days is 45.

**  In the case of a claim where "disability" must be determined by the Plan (as opposed to a neutral third party such as the Social Security Administration or California State Disability Insurance), to determine qualification for a benefit, this number of days is 30, with the possibility of an additional 30-day extension.

Exhibit 1 - Page 48

## MPIHP/BLUE SHIELD HEALTH PLAN OPTION

*Claims That Require Preauthorization*
Unlike the Plan, these entities will continue to require preauthorization in a number of instances. Those circumstances are delineated in the sections of this *Summary Plan Description* applicable to such providers as well as in separate materials you received from them, all of which you should review.

*Note:* For claims involving Medicare benefits, the guidelines for processing claims may differ somewhat. Any differences will be described in the Evidence of Coverage for the applicable plan.

| *Time Limits For MPIHP Contract Providers to Process Claims* | | | |
|---|---|---|---|
| | **Claims Not Requiring Preauthorization (Post-Service Claims)** | **Claims Requiring Preauthorization (Pre-Service Claims)** | **Urgent Care Claims Requiring Preauthorization (Urgent Care Claims)** |
| *What is the general deadline for initial determination?* | 30 days from receipt of the claim.* | 15 days from receipt of the claim. | 72 hours from receipt of the claim. If, on an urgent care basis, claimant wishes to extend a treatment beyond the time for which it has been previously approved, the claim shall be decided within 24 hours if the claim is made at least 24 hours prior to the time at which it would have otherwise ended. |
| *Are there any extensions?* | Yes: One 15-day extension, if the entity which processes the claim determines it is necessary due to matters beyond its control and informs the claimant of the extension within the initial 30-day time frame.** | Yes: One 15-day extension, if the entity which processes the claim determines it is necessary due to matters beyond its control and informs the claimant of the extension within the initial 30-day time frame. | No, but see below for extensions based on insufficient information. |
| *What is the deadline if additional information is needed?* | If an extension is necessary because the claimant failed to provide necessary information, the notice of extension must specify the information needed. Claimant must be given at least 45 days to respond. The running of time for the initial claims determination is suspended until the end of the prescribed response period or until information is received, whichever is earlier. At that point the decision will be made within 15 days. | If an extension is necessary because claimant failed to provide necessary information, the notice of extension must specify the information needed. Claimant must be given at least 45 days to respond. The running of time for the initial claims determination is stopped until the end of the prescribed response period or until information is received, whichever is earlier. At that point the decision will be made within 15 days. | Claimant must be notified of the need for additional information within 24 hours of receipt of the claim. Claimant must be given at least 48 hours to respond. The running of time is suspended for 48 hours or until the information is received, whichever is earlier. |

---

\* In the case of a claim where "disability" must be determined by MPIHP or an MPIHP contract provider (as opposed to a neutral third party such as Social Security or California State Disability), to determine qualification for a benefit, the time limit is 45 days.

\*\* In the case of a claim where "disability" must be determined by MPIHP or an MPIHP contract provider (as opposed to a neutral third party such as Social Security or California State Disability), to determine qualification for a benefit, an extension of 30 days is permitted, with the possibility of an additional 30-day extension.

Exhibit 1 - Page 49

**Required Claims Communication**

Initial Benefits Determinations, which are in any manner adverse, will include the following:

1. The specific reason or reasons for any adverse determination.

2. Reference to the *Summary Plan Description* or related provisions on which the determination is based.

3. In the event that a rule on protocol was relied upon, it will be identified and either set forth or stated that it will be provided at no charge upon request.

4. If the adverse decision is based on medical necessity, experimental treatment, or similar exclusion or limitation, a clinical or scientific explanation will be provided, or it will be stated that it will be provided at no charge upon request.

5. A statement regarding the claimant's right to bring a civil action under Section 502(a) of ERISA.

6. A description of any alleged material or information that would be needed to perfect the claim, and why that material or information is needed.

7. A description of the claims appeals procedure. (*See Claims Appeals Procedures, page 63.*)

*Claim Questions*
You also have the right to obtain, upon request, the identity of any medical or vocational experts from whom advice was obtained in connection with an adverse benefit determination. If you have any questions about the processing of, or decision concerning your claim, you should contact the West Coast Plan Office at 818 or 310.769.0007, Ext. 106. Outside of Southern California, call 888.369.2007, Ext. 106.

*Foreign Claim*
For covered services, comprehensive Plan benefits apply anywhere in the world. It is important to have the foreign provider include all supporting medical information along with the bill. **Services rendered outside of the United States must be submitted on a Blue Shield foreign claim form,** available on the Blue Shield website (www.bcbs.com/coverage/bluecard/bluecard-worldwide.html) or the MPIPHP website (www.mpiphp.org). Send completed form to:

---

**BlueCard Worldwide Service Center**
**P.O. Box 72017**
**Richmond, VA  23255-2017 USA**

---

Medical services incurred while on a cruise ship must be submitted to the West Coast MPI Health Plan Office.

## Coordination of Benefits
Like most group medical plans, your benefits through the Plan are subject to a provision against duplication with other Employer group health plans. This provision does not apply to individual health insurance policies.

A process known as order of benefit determination is used to coordinate the benefits of both plans where duplicate coverage exists. The order of benefit determination is that the benefits of the plan that covers the individual as an employee,

member or subscriber other than as a dependent are determined before those of the plan which covers the individual as a dependent. The other plan then calculates its normal benefit payment but applies that payment only to the balance of reasonable charges covered by either plan which are not paid by the first plan, called the primary carrier. (*See Coordination of Benefits, page 46, and Dependent Eligibility, page 7.*)

## Allowable Expense (Eligible Charge)
To determine the allowance for medical and surgical services in California, the Plan will use the current Blue Shield fee schedule for Blue Shield contracting providers. The Plan will use the current Ingenix prevailing fee schedule for services in California when the provider is not contracted with Blue Shield.

Primarily based upon input from insurance company clients, Ingenix periodically surveys charges for medical and surgical procedures, based on the codes listed in the Current Procedural Terminology (CPT) and by geographic areas. Geographic areas are determined by the first three digits of *the provider's* ZIP code.

This information is then broken down on a percentile basis. **The Plan will pay up to 70% of the 85th percentile for covered services or the provider's fee, whichever is less. Please note, in no event shall the Plan's allowance exceed the amount charged by the provider. Ingenix rates are subject to possible change twice yearly in the first and third quarters of the calendar year. The Plan will pay claims based on the Ingenix rate in effect at the time the service was rendered.** (*See page 43 for other rates of coverage.*)

## Physician Services
*MPIHP/Blue Shield/The BlueCard® Program -*
*Non-HMO Participants*
You still have free choice of doctors, but if you choose to go to a Blue Shield Preferred Provider, you may have lower out-of-pocket expenses. To find a Blue Shield Preferred Provider in your area, call the **Blue Shield network toll-free: 800.810.2583** and specify the type of physician needed. You will be given the name and number of a physician in your area.

The Health Plan has continued Preferred Provider Organization (PPO) arrangements with The Industry Health Network (TIHN) of the Motion Picture and Television Fund. (*Please see page 67 for listing.*) These providers have agreed to a fee schedule for Plan Participants and their eligible dependents which **requires no payment for covered services by the patient**.

This agreement applies only to covered services rendered by doctors within those groups. If, while being treated by a group doctor, you need the service(s) of a specialist not available at the group and the doctor you are referred to is not a network-contracting provider, the payment for covered services rendered will be based on the second or third categories listed under "Coverage Rates by Provider Categories," on the next page.

Exhibit 1 - Page 50

# M P I H P / B L U E   S H I E L D   H E A L T H   P L A N   O P T I O N

***The Blue Shield Provider Network Outside California - Non-HMO Participants***

The Health Plan and the BlueCard® Program have entered into an agreement to provide Health Plan Participants with access to quality care and significant out-of-pocket savings nationwide, while continuing with the current benefits, administration, and customer service.

You still have free choice of doctors, but if you choose to go to a BlueCard® provider, you may have lower out-of-pocket expenses. To find a BlueCard® provider in your area, call toll-free: **800.810.BLUE (2583)** and specify the type of physician needed. You will be given the name and number of a physician in your area. The BlueCard® provider must submit their bills to their local Blue Card Program office.

## Coverage Rates by Provider Categories

| | |
|---|---|
| **Provider Category:** | The Industry Health Network of the Motion Picture and Television Fund ("TIHN") Contracting Provider. |
| **Coverage Rate:** | No out-of-pocket expense for covered services. (*Please see page 67 for a listing of health centers.*) |
| **Provider Category:** | Blue Shield of California and the BlueCard® Program (outside California) providers (who do not contract with TIHN). |
| **Coverage Rate:** | Covered services paid by the Health Plan at the rate of 90% of the contract rate, less the patient's $15, or $25, co-payment, per visit. The patient is also responsible for the difference, up to the Blue Shield Preferred Provider or BlueCard® rates. |
| **Provider Category:** | Providers not contracting with Blue Shield of California, the BlueCard® Program or TIHN. |
| **Coverage Rate:** | The Health Plan will continue to pay these claims for covered services at the rate of 70% of the 85th percentile of Ingenix or Blue Shield fee schedule. The $15, or $25, co-payment per visit still applies ($25 co-payment if the Participant resides within the service area defined on page 66 but chooses to not use one of the MPTF Health Centers). The patient is also responsible for the difference, up to the provider charges. |

See page 66 for more information regarding the MPTF Service Area.

## Schedule of Allowable Fees (Eligible Charges)

Professional fees are limited as to the amount for each medical, diagnostic or surgical service which may be considered an allowable fee or eligible charge.

***Surgical Services***

The allowance for surgical procedures for non-Blue Shield contracting providers is based on the Ingenix schedule in effect at the time the claim is incurred.

Allowances for multiple surgical procedures performed during the same surgical session are calculated in the following way:

1. Major/primary procedure at the rate of 100% of the Ingenix maximum allowance

2. All subsequent **allowable** procedures are calculated at the rate of 50% of the Ingenix maximum allowance, payable at the rate of 70%.

All Blue Shield and BlueCard® providers must refer to their contract for allowances. (These providers are paid at 90% of the contracted rate.)

***Assistant Surgeon***

An assistant surgeon is not covered for all surgical procedures. An assistant surgeon is covered for procedures that involve:

• A difficult exposure, dissection and/or closure

• Procedures in which an assistant surgeon is used routinely in the community

• Procedures that are technically demanding, where the use of an assistant with the skills of a surgeon is imperative to safeguard the life of the patient.

The maximum allowable for an assistant surgeon is 20% of the surgical allowance.

***Anesthesiologists***

Allowances for anesthesiology are based on anesthesia procedure codes and anesthesia time to arrive at the allowable amount.

***Surgical Suites/Surgery Centers***

Surgical suites and surgery centers that are non-Blue Shield contracting or are not Blue Shield surgery centers are subject to a special payment schedule. Benefits will be 25% of the surgical allowance to include the facility and supplies, payable at 70%.

## Co-Payment

Co-payments apply to all services rendered outside of The Industry Health Network. A $15 co-payment ($25 co-payment if the Participant resides in the designated MPTF Service Area – see page 66) will be applied to all visits/treatments, including, but not limited to the following:

| | |
|---|---|
| • Office | • Acupuncture* |
| • Hospital | • Physical therapy |
| • Home | • Cardiac rehabilitation |
| • Nursing facility | • Pulmonary rehabilitation |
| • Nutrition counseling | • Speech therapy |

---

* *Acupuncture and Osteopathic care will require a $15 co-pay per visit regardless of location.*

Exhibit 1 - Page 51

The Participant is also responsible for the balance owing after the Plan payment, up to the billed charges for non-Blue Shield contracting providers.

**The co-payment also applies to services rendered to those individuals who have met the Plan's maximum out-of-pocket amount. (*See below.*)**

## Maximum Benefits

Each Participant or dependent is subject to a lifetime maximum of $2 million paid by the Active Health Plan for benefits. This maximum applies to all benefits paid by the Plan, for comprehensive medical, prescription drug and hospitalization benefits. However, this lifetime maximum will be reduced to the extent such type of benefits have been paid by any of the following plans: Writers' Guild-Industry Health Fund, Directors Guild of America-Producer Health Plan, Screen Actors Guild-Producers Health Plan, AFTRA Health Fund or their successor plans (each a "Guild Plan"). For any Participant or dependent who has accumulated more than $100,000 in such benefits from the Plan (including payments made before January 1, 2004) the lifetime maximum shall be reduced by the benefit payments, if any, that have been paid (whether before or after January 1, 2004) on behalf of the Participant or dependent by one or more of the Guild Plans.

Should you or an eligible dependent exhaust your maximum lifetime benefit, you may apply for coverage in one of the HMO plans offered, as long as you are eligible. A separate $2 million maximum is available under the Retiree Health Plan.

## Yearly Stop Loss/Out-of-Pocket Maximum for Comprehensive Medical Benefits

MPI Health Plan limits the amount you will have to pay on an annual basis to make up the difference between the percentage of the allowable amount paid by the Plan and the percentage that is the responsibility of the patient under the Comprehensive Medical Benefits. (*For a discussion of these percentages, see the box on page 43.*) There are two separate "stop loss" caps applicable, depending upon whether a patient sees a Blue Shield contracting provider or a non-Blue Shield contracting provider. This stop loss/out-of-pocket maximum applies on a per patient basis, so there is a separate maximum for you and each of your dependents.

1.  **$800 for Blue Shield Contracting Providers**: When a patient sees Blue Shield contracting providers, his/her out-of-pocket expense is counted toward a yearly maximum of $800 of out-of-pocket expenses for covered benefits paid to all Blue Shield contracting providers under the Comprehensive Medical Benefit during the calendar year. The out-of-pocket expense is the difference between the amount the Plan pays and the Blue Shield contracted rate. The out-of-pocket expense does not include any co-payments owed by the Participant, such as the $15, or $25, fee per doctor's office visit. Once the patient has paid $800 in out-of-pocket expenses for covered benefits for the year to Blue Shield contracting

providers, the Plan will pay 100% of the contracted allowable amount, less any applicable co-payments owed by the patient, for covered services provided by Blue Shield contracting providers during that year.

2.  **$1,100 for Non-Blue Shield Contracting Providers**: When a patient sees Non-Blue Shield contracting providers, his/her out-of-pocket expense is counted toward a yearly maximum of $1,100 of out-of-pocket expenses for covered benefits paid to all Non-Blue Shield contracting providers during the calendar year. The out-of-pocket expense is the difference between the amount the Plan pays and the allowable amount. The out-of-pocket expense does not include any co-payments owed by the Participant, such as the $15, or $25, fee per doctor's office visit. Once the patient has paid $1,100 in out-of-pocket expenses for covered benefits for the year to Non-Blue Shield contracting providers, the Plan will pay 100% of the allowable amount, less any applicable co-payments owed by the patient, for covered services provided by Non-Blue Shield contracting providers during that year.

3.  **The Stop-Loss/Out of Pocket Maximum does not apply to hospital/facility charges**, to visits or procedures in excess of the maximum number allowed under the Plan of Benefits (for example, chiropractic visits in excess of 20 in a calendar year), nor to any benefit for which the Plan pays 100% of the allowable amount.

## Overpayments

Every effort is made to assure prompt and accurate payment of your claims. If we discover our payment(s) was incorrect (overpaid due to other health carrier payments, third-party liability, incorrect billings, miscalculations, etc.), the Participant is responsible for refunding the overpaid amount. You will receive written notification if a refund is required.

In the event the Plan makes a benefit overpayment, the Participant, in addition to the amount of the overpayment itself, shall owe the Plan interest on the overpayment amount if it was caused, in whole or in part, by the Participant 1) providing false or incomplete information; or 2) failing to provide information within the time frames required under the terms of this *Summary Plan Description* (for example, timely notice of divorce or dependent change). Interest on any nonreimbursed portion of the overpayment shall be at the rate of 10% per twelve month period, with a pro-rata percentage applicable if payment is made before the end of any 12 month period. The interest shall commence running on the date of the overpayment, and shall continue to run until the full amount owed to the Plan is paid back.

**In addition to all other remedies, including any arrangements made with the Plan, if a full refund (including interest, if applicable) is not received within 30 days after our request, the amount of overpayment (including interest, if applicable) will be deducted from all future benefit payments for you or your eligible dependents until the overpayment and any interest has been recovered.**

Exhibit 1 - Page 52

## M P I H P / B L U E   S H I E L D   H E A L T H   P L A N   O P T I O N

### Billing Errors

If you suspect you're the victim of billing errors, immediately do the following:

• Call the health care provider and confirm the accuracy of the billing. For privacy purposes, your Explanation of Benefit form will not include detail about the services you received, so you must get that information from your provider.

• Send a copy of your EOB, along with a letter explaining the discrepancy, to:

MPI Health Plan Claims Department
P.O. Box 1999
Studio City, CA  91614-0999

Your cooperation and vigilance will help the MPI Health Plan maintain your high quality benefits.

### Stop Payment or Replacement of a Benefit Check

Any request for Stop Payment of a benefit check (30 days after the issue date) must be in writing, along with a $5 payment for bank charges. A $5 per check payment will also be required for copies of cancelled checks. This fee applies to Participants and providers. Requests for Stop Payments may not be made prior to 30 days after the check was issued.

Any request for the re-issuance of a stale-dated (expired) check must be made in writing. Requests must be made within seven (7) years of the original check issuance date. Upon verification that the check has not cleared the Plan's bank nor already been reissued, the Plan will issue a replacement check. This policy applies to Participants and providers. The Plan will be unable to issue a replacement check more than seven (7) years after the original check issuance date.

Exhibit 1 - Page 53

## COORDINATION OF BENEFITS

Non-Duplication

### Order of Benefit Determination

Like most group medical plans, your benefits through the Motion Picture Industry Health Plan (MPI Health Plan) are subject to a provision against duplication with other Employer group health plans. This provision does not apply to individual health insurance policies.

A process known as order of benefit determination is used to coordinate the benefits of both plans where duplicate coverage exists. **The order of benefit determination is that the benefits of the plan that covers the individual as an employee, member or subscriber other than as a dependent are determined before those of the plan which covers the individual as a dependent.** The other plan then calculates its normal benefit payment but applies that payment only to the balance of reasonable charges covered by either plan which are not paid by the first plan, called the primary carrier.

### Payment Priority

*The first of the following rules which applies determines which plan is primary:*

1. A plan without a coordination of benefits provision is considered primary.

*When both plans have coordination of benefits rules, the following applies:*

2. A plan in which you are enrolled as an employee rather than as a dependent is primary.

3. If you are not separated or divorced, you are the natural parents and your children are enrolled in both parents' Employers' plans, including the MPI Health Plan, the Plan uses special rules to determine which plan pays benefits first. In most cases, the Plan uses the "Birthday Rule" in which the plan covering the parent whose birthday falls first in the calendar year is primary, and the plan of the parent whose birthday falls later in the year is the secondary plan.

   You submit claims to the secondary plan for amounts not paid by the primary plan. If the benefit paid by the primary plan is less than 100% of the eligible expense, the secondary plan may pay a benefit.

   If both parents share the same birthday, the primary plan will be the plan that has covered one parent the longest. The secondary plan will be the plan that has covered the other parent for a shorter period of time.

4. If your children are covered under MPIHP/Blue Shield and another plan in which the other parent is a Participant, and the other parent is not your dependent, the birthday rule does not apply. Instead, the MPI Health Plan uses the following list to determine which plan pays benefits first:

   *Benefits are paid in the following order:*

   a. The plan of the parent to whom the court specifically assigned financial responsibility for health care expenses (for instance, through a Qualified Medical Child Support Order).

   b. The plan of the parent who has custody.

   c. The plan of the spouse married to the parent who has custody.

   d. The plan of the parent who does not have custody.

   e. The plan of the spouse married to the parent who does not have custody.

5. A plan in which you are enrolled as an active employee, rather than as a laid-off or retired employee, is primary. However, if you are covered as a retiree or laid-off employee and also as the dependent of an active employee, the plan covering you as a retired or laid-off employee is primary, unless you are enrolled in Medicare.

6. In most cases, a plan in which you are enrolled as an active employee or subscriber rather than as a COBRA Participant is primary.

7. If you are the insured in more than one plan, the plan covering the individual for the longest period of time is considered primary.

8. If none of the above rules determines which plan is primary, the Allowable Expenses shall be shared equally between the plans. When applying this rule, the Motion Picture Industry Health Plan will not pay more than it would have paid had it been primary.

When you or your eligible dependents have any other Employer group health plan, the MPI Health Plan will coordinate with the other group plan.

**Spouse/Same-Sex Domestic Partner Eligibility:**
A Participant's spouse or same-sex domestic partner, who is eligible for health insurance through his/her own Employer, is not eligible for primary health care coverage through the MPI Health Plan. The Plan coverage will be coordinated as a secondary plan for your spouse or same-sex domestic partner, if the spouse or domestic partner enrolls in his/her Employer's plan.

It is important to note that if a Participant's spouse/same-sex domestic partner is eligible for any type of health coverage (indemnity, HMO, PPO, etc.) through his/her Employer but did not enroll in such plan, the **MPI Health Plan will not provide _any_ coverage for that spouse**. The Participant's spouse/same sex domestic partner is only required to take the medical-hospital benefit. The spouse/same sex domestic partner will continue to be covered for dental, vision and prescription benefits through the MPIHP as primary.

This rule will apply even if the spouse/same-sex domestic partner is required by his or her Employer to pay all or a portion of the premium cost for coverage. Of course, if he/she is not employed or is employed but not eligible for health insurance provided by the Employer, the MPI Health Plan will remain the primary coverage.

Exhibit 1 - Page 54

M P I H P / B L U E   S H I E L D   H E A L T H   P L A N   O P T I O N

**Spouse/Same-Sex Domestic Partner Eligibility Determination Requirements:**

In order to determine spouse or same-sex domestic partner eligibility for other health insurance coverage, all Participants and those with same-sex domestic partners covered by the MPI Health Plan must periodically provide to the Plan the following documents:

• If the spouse/same-sex domestic partner is *unemployed*, the Health Plan will require a sworn declaration attesting to the fact.

• If the spouse/same-sex domestic partner is employed, the Health Plan will require certification from their Employer of any health insurance for which he/she is eligible, and of enrollment or non-enrollment in such health insurance.

• Alternatively, a Participant may indicate that his/her spouse/same-sex domestic partner is covered by other Employer-sponsored health insurance. In that instance, the sworn declaration will not be required, but the Employer certification still must be submitted.

*Please Note:* If, for any reason, an MPI Health Plan Participant fails to furnish the required spousal or same-sex domestic partner information, that dependent will automatically be excluded from all eligibility, including eligibility for medical, hospital, dental, vision and prescription drug coverage. The MPI Health Plan will assume the spouse or same-sex domestic partner has other health insurance. Therefore, it is extremely important that the required information be provided in a timely manner.

*Spouse/Same-Sex Domestic Partner Coordination of Benefits:*

If a Participant's spouse or same-sex domestic partner is eligible for and/or enrolled in a health plan provided by his/her own Employer, the MPI Health Plan will pay benefits only after his/her Employer's plan issues its benefit payment. That is, the spouse's or same-sex domestic partner's health coverage will be considered primary for the spouse/same-sex domestic partner, and the MPI Health Plan will be secondary. Payment from both plans combined will not exceed the billed amount.

**Eligibility and Coordination of Benefits for Dependent Children:**

If a spouse or domestic partner enrolls his/her dependent child(ren) in their Employer's health plan, that plan may be considered primary for the child(ren). The determination of which coverage is primary will be made based on whose birth date comes in an earlier month in the year. If the spouse's/same-sex domestic partner's birthday is earlier than the Participant's, his/her insurance will be considered primary. If the Participant's birthday comes first, the MPI Health Plan will be primary for the dependent child(ren).

If a spouse or domestic partner enrolls in his/her Employer's health coverage, and child dependents can be enrolled at no additional charge, such dependents must be enrolled. If they are not enrolled under these circumstances, the MPI Health Plan will provide no coverage to such dependent child(ren). The Plan will provide primary coverage for a dependent child

not enrolled in the spouse/domestic partner's Employer's health plan, only if:

• the spouse/domestic partner declines coverage under his/her Employer's plan where coverage of the child dependent is included in a package premium payment required to be paid for covering the spouse/domestic partner under that plan;

• there is an additional cost for covering dependent children; or

• there is no coverage available for the child under the Employer's plan.

> *Note:* **It is important that you and your dependents enroll for any Employer group health plan available to complete your medical coverage program.**

## Medicaid Coverage Coordination

If you or your covered dependents are covered under a state's Medicaid program, the Plan will be primary and will pay benefits before Medicaid. Medicaid is a state plan for medical assistance approved under Title XIX of the Social Security Act of 1965, as amended.

The MPI Health Plan shall not reduce or deny benefits for you or your covered dependents to reflect eligibility to receive medical assistance under a state Medicaid program. In addition, the Plan shall reimburse any state Medicaid program for the cost of any items and services provided under the state program that should have been paid for by the MPI Health Plan, and will honor any subrogation rights that a state has to recoup such mistaken payments.

## Exclusive Provider Organization (EPO) Coordination

If the primary carrier of you, your spouse or eligible dependent child is an EPO for a specific benefit, e.g., chiropractic or psychiatric, and you do not use the EPO providers for that benefit, this does not constitute a "not-available" service and no MPI Health Plan benefit will be available for that specific service.

## Health Maintenance Organizations (HMO) and Preferred Provider Organizations (PPO) Coordination

If the primary carrier of you, your spouse or eligible dependent child is an HMO or PPO plan, but the choice is made to be treated by a non-HMO/PPO provider for services that are available from the HMO/PPO network, **the MPI Health Plan will make no payment as secondary payer.**

The Plan will only consider out-of-pocket deductibles and those services that are not available through the HMO/PPO provider. The MPI Health Plan must receive a written denial from the HMO/PPO carrier to consider payment of out-of-pocket deductibles and services *not available* through the HMO/PPO provider.

*Please note:* **Failure to follow the guidelines of your HMO/PPO does not constitute a "not-available" service.**

Exhibit 1 - Page 55

## M P I H P / B L U E   S H I E L D   H E A L T H   P L A N   O P T I O N

### Medicare Coordination

When you or any of your eligible dependents have any coverage under governmental programs or any coverage required or provided by any statute available, the MPI Health Plan will coordinate with the other program (except with respect to Medicare Part D, as described below). If the other plan would be the primary (first) payer, the Plan will not pay any benefit without a copy of an Explanation of Benefits statement issued by the other group plan.

If Medicare (Parts A and/or B) are the primary payer and you or your eligible dependents have chosen not to enroll in any portion of Medicare, the MPI Health Plan's payable amount will be reduced by the estimated value of the benefits Medicare would have paid, had you enrolled.

*Active Participant Eligible For Medicare Parts A and B*

If you, an Active Participant, are eligible for Medicare benefits (Parts A and B), whether or not you have actually applied for such Medicare benefits, the following rules apply:

1. The MPI Health Plan is ordinarily the primary payer — in other words, your claims go to the Plan first — *if*:

   a. You are currently working for an Employer or are covered by the MPI Health Plan as an Active Participant; *or*

   b. You first become eligible for Medicare benefits because you have end-stage renal disease (ESRD); in this case, the MPI Health Plan is the primary payer for the first 30 months you are eligible for Medicare due to ESRD; at the end of this period, in most cases Medicare will be the primary payer.

2. The MPI Health Plan pays secondary and Medicare is the primary payer if you do not have ESRD and you are not currently working.

3. If you are over age 65 and the Plan would otherwise be the primary payer, you may elect Medicare as the primary payer of benefits. If you do, benefits under the MPI Health Plan will terminate.

| Social Security Administration Toll-Free Number - 800.772.1213 |
|---|

*Dependent Eligible for Medicare Parts A and B*

If your eligible dependent is eligible for Medicare benefits, whether or not he or she has actually applied for such Medicare benefits, the following rules apply:

1. The MPI Health Plan is ordinarily the primary payer *if*:

   a. You are currently working for an Employer or are covered by the Plan as an Active Participant; *or*

   b. Your dependent first becomes eligible for Medicare benefits because he or she has end-stage renal disease (ESRD); the MPI Health Plan is the primary payer for the first 30 months your dependent is eligible for Medicare due to ESRD; at the end of the 30-month period, in most cases Medicare will be the primary payer.

2. The MPI Health Plan pays secondary and Medicare is the primary payer if:

   a. the dependent eligible for Medicare is your same-sex domestic partner (unless the domestic partner is Medicare-eligible based on a physical disability); *or*

   b. your dependent does not have ESRD and you are not currently working (considered an Active, working Participant).

3. If your dependent is over age 65 and the MPI Health Plan would otherwise be the primary payer, he or she may elect Medicare as the primary payer of benefits. If he or she does, benefits under the Plan will terminate.

*Retired Participants Eligible for Medicare Parts A & B*

When you are age 64 and retired, you will need to apply for Medicare Parts A and B. Medicare Part A provides inpatient hospital benefits, and Medicare Part B pays for necessary doctor's services, outpatient hospital services, and other medical services and supplies not covered by Part A.

You must enroll in Medicare Parts A and B when you reach age 65. When you apply for Medicare Part A, you will automatically be enrolled in Medicare Part B unless you specifically decline Part B coverage.

**To enroll, you will need to contact your local Social Security office at least 90 days before your 65th birthday.**

If you are age 65 or older and have applied for and established your monthly Social Security benefit, you ordinarily do not have to file an additional application for Medicare coverage. Medicare will mail you a card indicating that you have coverage under Parts A and B. You pay Medicare a monthly premium for Part B coverage. Your premiums for Part B coverage are ordinarily deducted from your Social Security benefits, if you get them.

It's important that you enroll in both Medicare Parts A and B because at age 65, Medicare will become your primary payor. In other words, your claims go to Medicare first. If Medicare denies payment for a service that the MPI Health Plan considers eligible, the Plan will pay up to its normal benefit amount.

No benefits will be payable under the MPI Health Plan for eligible Medicare benefits that are not paid because you did not enroll, qualify, or submit claims for Medicare coverage.

This same rule applies if your doctor or hospital does not submit bills to Medicare on your behalf. Medicare will not pay benefits for care received outside the United States. Contact your local Social Security office for more information on Medicare benefits.

*Medicare Part D*

Medicare Part D is a government-sponsored, voluntary prescription drug benefit program. MPIHP does not coordinate benefits with any Medicare Part D program.

Exhibit 1 - Page 56

## MPIHP/BLUE SHIELD PPO HEALTH PLAN OPTION

Enrollment in the Part D Program by Medicare-eligible individuals is **not required**. In most cases, the Medicare Part D benefit will not provide any advantages over your MPIHP prescription drug plan through Medco because your current out-of-pocket expenses are ordinarily much lower than they would be under the Medicare Part D Program.* It is important that you review your personal financial and medical situation to feel comfortable with your choice.

If you do not enroll in the Medicare Part D Program, you will continue to be covered by the MPIHP's comprehensive pharmacy benefit, administered by Medco.

A person enrolled in the Medicare Part D Program will not be covered by the MPIHP prescription drug benefit. Medicare will replace MPIHP prescription drug coverage for that person, and there will be no coordination of benefits with MPIHP regarding prescription drug benefits. Enrollment in Medicare Part D will not, however, affect you or your eligible dependants' eligibility for benefits with the MPIHP, other than prescription drug benefits.

### Claims Involving Third Party Liability

**If you or your dependent's injury or illness was, in any way, caused by a third party who may be legally liable or responsible for the injury or illness, no benefits will be payable nor paid under any coverage of the MPI Health Plan unless you contractually agree in writing, in a form satisfactory to the MPI Health Plan, to do all of the following:**

1. Provide the MPI Health Plan with a written notice of any claim made against the third party for damages as a result of the injury or illness;

2. Agree to reimburse the MPI Health Plan for benefits paid by the Plan from any Recovery (as described and defined below) when the Recovery is obtained from or on behalf of the third party or the insurer of the third party or from your own uninsured or underinsured motorist coverage;

3. Agree to pay interest on the amount owed to the MPI Health Plan in connection with any Recovery (as described and defined below) from the Recovery;

4. Ensure that any Recovery is kept separate from and not co-mingled with any other funds and agree in writing that the portion of any Recovery required to satisfy the lien of the Plan is held in trust for the sole benefit of the Plan until such time as it is conveyed to the Plan;

5. Execute a lien in favor of the MPI Health Plan for the full amount of the Recovery which is due for benefits paid by the Plan;

6. Periodically respond to information requests regarding the status of the claim against the third party, and notify the MPI Health Plan, in writing, within ten (10) days after any Recovery has been obtained;

7. Direct any legal counsel retained by you or any other person acting on your behalf to hold that portion of the Recovery to which the Plan is entitled in trust for the sole

benefit of the Plan and to comply with and facilitate the reimbursement to the MPI Health Plan of the monies owed it (as described and defined below).

**If you or your dependent fails to comply with any of the aforementioned requirements, no benefits will be paid with respect to the injury or illness. If benefits have already been paid, they may be recouped by the MPI Health Plan.**

Reimbursement of benefits paid by the Plan for an injury or illness for which either you or your dependent has received any Recovery is the liability of the Participant. If reimbursement is requested and not received by the Plan, in addition to any other available remedies, the amount of such benefits (including any applicable interest), as described below, will be deducted from all future benefit payments to or on behalf of the Participant and/or any dependent, until the overpayment is resolved. (*Please refer to page 44 under Overpayments.*)

In addition to any other remedy, the MPI Health Plan may enforce the terms of the Plan described in this section through a court action to assure that the benefits paid by the Plan, and where applicable, interest, are fully reimbursed.

**The MPI Health Plan may also require the filing of periodic reports regarding the status of your third party claim(s) as a condition of continued eligibility for benefits for the injury or illness.**

*The Plan's Right to Recovery Reimbursement*

The term "Recovery" includes any amount awarded to or received by way of court judgment, arbitration award, settlement or any other arrangement, from any third party or third party insurer, or from your uninsured or underinsured motorist coverage, related to the illness or injury, without reduction for any attorneys' fees paid or owed by you or on your behalf, and without regard to whether you or your dependent have been "made whole" by the Recovery. Recovery does not include monies received from any insurance policy or certificate issued in the name of the Participant or his/her eligible dependent, other than uninsured or underinsured motorist coverage. The Recovery includes all monies received regardless of how held, and includes monies directly received by the Participant or eligible dependent, as well as any monies held in any account or trust on their behalf, such as an attorney-client trust account. The Participant (and eligible dependent, if applicable) shall pay to the MPI Health Plan from the Recovery an amount equal to the benefits actually paid by the Plan in connection with the illness or injury. If the full amount paid by the MPI Health Plan is not reimbursed from the Recovery, the Participant (and eligible dependent, if applicable) shall continue to owe to the Plan such unpaid amount, up to the full amount of the Recovery. If the benefits paid by the MPI Health Plan in connection with the illness or injury exceeds the amount of the Recovery, neither the Participant nor his or her eligible dependents shall be responsible for any benefits paid in excess of the amount of the Recovery, other than interest as described below.

---

\*   *If your annual household income is less than $14,000 for individuals or $19,000 for couples, you may qualify for government assistance to help pay for some of the costs not covered by the Medicare benefit. Further information is available at www.socialsecurity.gov or call the Social Security Administration at 800.772.1213.*

Exhibit 1 - Page 57

## M P I H P / B L U E  S H I E L D  H E A L T H  P L A N  O P T I O N

Your acceptance of benefits from the MPI Health Plan for injuries or illness caused by a third party, shall act as a waiver of any defense to full reimbursement of the Plan from the Recovery, including any defense that you have not been "made whole" by the Recovery, or that your attorney's fees and costs, in whole or in part, are required to be paid or are payable from the amount of the Recovery, or that the Plan should pay a portion of the attorneys fees and costs you incur in connection with your claims against the third party.

The Participant shall be obligated to pay interest to the MPI Health Plan on any amounts owed to the Plan in connection with the Recovery which are not paid within 10 days after the Recovery is obtained. The interest on any such unpaid amounts will be at the rate of 10% per 12 month period, with a pro-rata percentage applicable if payment is made before the end of any 12 month period. The interest shall commence running on the 11th day after the Recovery is obtained and shall be paid from the Recovery. Interest shall continue to accrue until the full amount owed to the MPI Health Plan is paid either from the Recovery or by the Participant

### Workers' Compensation

The MPI Health Plan does not cover expenses incurred as a result of, or in connection with, any of the following:

1. Injuries sustained while performing any act pertaining to any occupation or employment for remuneration or profit, *or*

2. Sickness, disease or injuries covered under any Workers' Compensation or Occupational Disease Act or Law.

Under the California Workers' Compensation Act, and the laws of other states, **medical treatment for injury or illness either caused or aggravated by your work activities is the responsibility of your Employer**.

**You must notify your Employer as soon as you are aware of any medical problem that you think has been caused or aggravated by your work by filing form #DWC-1 Employees Claim for Workers' Compensation Benefits in California, and comparable forms in other states.**

If the MPI Health Plan determines that the injury or illness is work-related, no benefits will be payable. Therefore, if your Employer denies liability for your work-related injury or illness, **you may wish to protect your rights by filing a Workers' Compensation Claim as soon as possible**.

If you file a Workers' Compensation claim, the MPI Health Plan will be able to advance you payment for covered medical services rendered. The Plan will then file a lien claim on its own behalf before the Workers' Compensation Appeals Board for reimbursement by your Employer if it is determined that your condition was caused or aggravated by your work.

If you file a claim for Workers' Compensation Benefits, you must immediately notify the MPI Health Plan of the case number and the name of your attorney, if you have one.

In the event that you settle a Workers' Compensation claim, you should attempt to have your Employer agree, as part of the settlement, to pay expenses for future medical treatment of the alleged work-related condition. If the Workers' Compensation settlement does not contain such an agreement, the MPI Health Plan will make its own determination whether future medical expenses related to your work-related condition are excluded from coverage under "1" or "2" (previously described).

Benefits from the MPI Health Plan are not intended to duplicate any benefits which are available under Workers' Compensation Law, whether or not you or your Employer has actually purchased Workers' Compensation insurance.

Participants and dependents are obligated to complete and submit the necessary claim forms, consents, releases, assignments and other documents requested so the MPI Health Plan may pursue its lien rights. Any Participant or dependent who fails to submit such documents or cooperate with the Plan in processing the lien will not be entitled to benefits under this provision of the MPI Health Plan until these documents are received by the Plan or the Participator dependent cooperates in the Plan's efforts, as outlined above.

Additionally, any failure on the part of a Participant or eligible dependent to cooperate with the MPI Health Plan in pursuing its lien rights that results in a loss to the Plan may result in the Plan deducting the amount of the loss from all future benefit payments for the Participant or eligible dependents until the amount of the loss is recovered.

A loss to the MPI Health Plan means any action or inaction on the part of the Participant or eligible dependent that prevents the Health Plan from obtaining reimbursement for health expenses that we otherwise would be entitled to.

A failure to cooperate could include, but is not limited to, any of the following acts:

A Participant or eligible dependent fails to, in a timely fashion:

1. Notify the MPI Health Plan of the filing of a Workers' Compensation claim;

2. Provide the MPI Health Plan with a copy of the Workers' Compensation Claim Form or Application;

3. Complete and return a Questionnaire Form;

4. Notify the MPI Health Plan of the approval of a Workers' Compensation Award;

5. Provide the MPI Health Plan with a copy of a Workers' Compensation Award;

6. Notify the MPI Health Plan of the approval of a Workers' Compensation Compromise and Release;

7. Provide the MPI Health Plan with a copy of a Workers' Compensation Compromise and Release, Stipulation with Request for Award, and Findings and Award;

8. Cooperate fully with the MPI Health Plan in litigating its lien rights before the Workers' Compensation Appeals Board; or

9. Provide complete and accurate information on the Questionnaire Form.

Exhibit 1 - Page 58

MPIHP/BLUE SHIELD HEALTH PLAN OPTION

# MPI HEALTH PLAN BENEFITS AND LIMITATIONS

If you are in doubt about coverage of a certain service or item, rather than obtain information over the telephone, it is in your best interest to write to the West Coast Plan Office for clarification and request a response from the Plan in writing. Any interpretations or opinions given by employees of the Plan are not binding upon the Directors and cannot enlarge or change such benefits or eligibility rules. *Please make sure the Participant's Social Security or identification number appears on all claim forms and correspondence.*

## Coverage Rates by Provider Categories

**Provider Category:** The Industry Health Network of the Motion Picture and Television Fund ("TIHN") Contracting Provider.

**Coverage Rate:** No out-of-pocket expense for covered services. (*Please see page 67 for a listing of health centers.*)

**Provider Category:** Blue Shield of California and the BlueCard® Program (outside California) providers (who do not contract with TIHN).

**Coverage Rate:** Covered services paid by the Health Plan at the rate of 90% of the contract rate, less the patient's $15, or $25, co-payment, per visit. The patient is also responsible for the difference, up to the Blue Shield Preferred Provider or BlueCard® rates.

**Provider Category:** Providers not contracting with Blue Shield of California, the BlueCard® Program or TIHN.

**Coverage Rate:** The Health Plan will continue to pay these claims for covered services at the rate of 70% of the 85th percentile of Ingenix or Blue Shield fee schedule. The $15, or $25, co-payment per visit still applies ($25 co-payment if the Participant resides within the service area defined on page 66 but chooses to not use one of the MPTF Health Centers). The patient is also responsible for the difference, up to the provider charges.

## Acupuncture

Acupuncture is only covered when services are rendered by a certified Acupuncturist or Medical Doctor. Laboratory tests or diagnostic studies are not covered when ordered by an Acupuncturist. A maximum of twenty (20) acupuncture treatments are covered per calendar year. The maximum allowable for a non-Blue Shield provider is $94.50 per date of service, payable at 70%, less a $15 co-pay.

Acupuncture is available through certain MPTF Health Centers.

## Alcoholism/Chemical Dependency and Mental Health

(*Please see Mental Health, page 55 and PacifiCare Behavioral Health, page 68.*)

## Ambulance

Ambulance services are covered only in a medical emergency. Ambulance and air ambulance fees will be covered to transport the patient to the nearest medical facility equipped to treat the emergency condition. This is a comprehensive medical benefit paid at a percentage of the Plan's allowable fee. *Please note: Ambulance transport for patient/doctor convenience is not covered.*

## Aquatic Therapy

Aquatic Therapy is considered a physical therapy modality and is subject to applicable plan benefit limits. (*See "Physical/Occupational/Aquatic/Osteopathic Manipulative Therapies "Outpatient," page 57.*)

## Birth Control Devices

The Health Plan will cover birth control devices provided in a doctor's office. This includes the allowable office visit charge and any other allowable charges associated with the birth control procedure or injection. (*Please see "Medco" on page 114 for prescription birth control information.*)

## Bone Mineral Density Measurement

Bone density scans are covered for post-menopausal women, men or women with clinical evidence of vertebral osteoporosis, and men or women with certain medical conditions.

## Botulism Toxin

Botox is covered for treatment of disease if approved by the Food and Drug Administration.

## Cardiac Rehabilitation

Cardiac rehabilitation is covered any time after a cardiac event. (*See above for coverage rates.*) **A total of 32 cardiac rehabilitation treatments are covered per lifetime, regardless of condition or conditions.**

Exhibit 1 - Page 59

# M P I H P / B L U E   S H I E L D   H E A L T H   P L A N   O P T I O N

## Case Management

Case Management is a process by which a nurse coordinator works with the patient, the family and the attending physician to develop an appropriate treatment plan and to identify and suggest alternatives to acute inpatient hospital care. This voluntary program is available to provide coordination of treatment in the event of a prolonged or catastrophic illness or injury. It is intended to assure that you and your dependent(s) are receiving the most appropriate and cost-effective treatment when medical care is necessary. If you choose Case Management, the plan may pay for certain benefits through the Case Management program that would not otherwise be covered. These might include extended physical/occupational/aquatic therapy, or home health care.

**Examples of the types of cases that are appropriate for this program include:**

1.   Acquired Immune Deficiency Syndrome (AIDS)
2.   Severe Traumatic Injury (Spinal Cord, Brain Injury)
3.   Cancer
4.   Alzheimer's Disease (Severe)
5.   Neurological Disorders/Disease

Because this program is voluntary, if a treatment plan is suggested by the case management coordinator, you, your family and your physician must all agree to the recommended plan. The purpose of the program is to benefit the patient. If you or your physician do not think the suggested treatment plan is to the patient's benefit, you do not have to participate. You will also be advised of any out-of-pocket expenses, as appropriate.

**In California**, all requests for Case Management must be approved by MPI Health Plan. If you are interested in learning about Case Management, call the MPI Health Plan Medical Review Department at 818 or 310.769.0007, Ext. 286.

Participants receiving Case Management outside California may call Blue Card Access: 800.821.1315 for information on Case Management.

**Case Management benefits are payable at the rate of 100%.**

## Chiropractic Treatment

A maximum of 20 chiropractic treatments are covered per calendar year, regardless of condition or conditions. The Plan will only pay for chiropractic treatment when rendered by a licensed chiropractor. The maximum allowable for a non-Blue Shield provider is $54 for the initial office visit, $34 per follow-up treatment, and $159 per year for x-rays. Follow-up office visit charges are not covered.

> *Not covered:* **Measures which constitute the practice of medicine by a chiropractor • Studio calls • On-site calls • Home visits • Exercise at a gym or similar facility. MRI/CT Scans, diagnostic studies, and laboratory tests are not covered when ordered by a chiropractor (even if such scans or tests are administered by a medical doctor).**
>
> *Please note:* **Orthotics are not a covered benefit when prescribed by a chiropractor.**

### Non-HMO Participants

You may go to the chiropractor of your choice. However, chiropractic care provided by a Blue Shield preferred provider does not require a co-payment for covered services. If your chiropractor is not affiliated with Blue Shield, you will be responsible for any remaining balance after the MPI Health Plan payment.

### HMO Participants

Chiropractic care is available through ASH Networks for Participants and eligible dependents enrolled in the MPI Health Plan's HMOs, i.e., Health Net or Kaiser Permanente.

• Up to 20 visits per calendar year covered, regardless of condition or conditions.

• Participants and eligible dependents may self-refer to an ASH Networks chiropractor for a $10 per visit co-payment.

• Use of a non-network chiropractor is not a covered benefit.

• ASH networks pays all eligible charges, minus the $10 co-payment, directly to the approved provider.

• Providers submit claims to the American Specialty Health Networks, Inc.: P.O. Box 509002, San Diego, California, 92150-9002.

### HMO List of Network Providers

• www.ashcompanies.com

• Customer Service at 800.678.9133

> The Plan does not make any recommendations regarding the use of chiropractors affiliated with ASH Networks, Inc., but merely provides this information for use at your own discretion.

### POS Participants

Participants enrolled in Oxford Health Plans must access chiropractic care through Oxford.

## Colonoscopy

Colonoscopy is covered every 10 years for most individuals age 50 and over, and for some high-risk individuals at an earlier age. Generally, an anesthesiologist is not required for the procedure and is not covered without specific medical indications.

## Cosmetic Surgery

(*See Reconstructive/Cosmetic Surgery, page 58.*)

## Dental Treatment

Your chosen dental plan will identify your standard dental coverage. Dental treatment is not covered under your comprehensive medical benefits. Accidental injuries to natural teeth are covered by the dental plan you choose if services are provided within 180 days following the date of the accident. (*See the Dental Plans section in this Summary Plan Description.*)

### Medical Services Provided by Dentists

The following medical diagnoses in the areas of the head and face are at times recognized to be appropriately treated by dentists (DDS or DMD) as well as by physicians

Exhibit 1 - Page 60

## MPIHP/BLUE SHIELD PPO HEALTH PLAN OPTION

and are covered under the Comprehensive Medical Plan: myalgia, myositis, migraine, trigeminal neuralgia, sleep apnea, temporomandibular joint disorder. There is a limited benefit of $2,500 every two (2) years for the development and production of any required oral appliance under the direction of a dentist. Guidelines are available upon request.

### Dermatology

The maximum amount allowable for the destruction of any number of non-malignant lesions of the face and body by laser or any other method is $100 per date of service. Services that exceed this allowance should be preauthorized and have reports submitted for the services to be performed. Moh's surgery may be covered; guidelines available upon request.

### Diabetes Supplies and Insulin

Most diabetes supplies and insulin are covered and should be obtained through your prescription drug program.

*Please Note:* **Coverage for insulin pumps will be determined based on medical necessity. Plan guidelines available upon request. We strongly recommend that insulin pumps be preauthorized. Replacement insulin pumps are covered <u>only</u> for medical necessity such as inadequate control or defective equipment.**

### Diagnostic Imaging and Laboratory Tests

Diagnostic X-rays, CT Scans, MRI (Magnetic Resonance Imaging), PET Scans and laboratory tests for illness or injury are covered when reasonable and necessary and ordered by the treating licensed medical doctor. (*See Covered Services on page 38.*) Confirmation of medical necessity for any diagnostic testing may be required at the discretion of the Plan.

*Please Note:* **MRI/CT Scans, diagnostic tests, and laboratory tests are not covered when ordered by a chiropractor or acupuncturist (even if such scans or tests are administered by a medical doctor).**

### Disease Management Program

Disease Management is an approach to health care that proactively identifies Participants who already have a chronic medical condition, such as diabetes, congestive heart failure, or coronary artery disease.

The program supports the physician/patient relationship and promotes healthy behaviors in an effort to reduce the chance of acute episodes, progression of the disease and potential complications from the underlying conditions. This voluntary program empowers eligible Participants by teaching and encouraging self-care and compliance with their doctor's advice.

Disease Management will be available to Active Participants initially after a specific diagnosis has been made by the treating physician, usually the primary doctor. Participants will be contacted by phone or by mail by the Disease Management nurse. At that point, the Participant will be provided with the information necessary to take better control of his/her medical condition, or elect not to participate.

Once enrolled in the program, the Participant will work regularly with a licensed health care professional to identify and address any changes in his/her condition. Through this closer management of the disease, the Participant is likely to improve his/her quality of life, reduce the risk of disease progression and prevent unnecessary medical events, such as emergency room visits and hospitalizations.

The privacy of each Participant's personal medical information is closely protected. The data is strictly confidential.

For more information regarding the program, call the Motion Picture & Television Fund Disease Management Coordinator toll free: 866.959.9212.

### Durable Medical Equipment

Some medical equipment that is rented or purchased may be a covered benefit of this Plan. Purchase of equipment is limited to once every two years, except in situations where the Patient's change in size requires new equipment sooner. Total payment for equipment rental cannot exceed the allowable purchase price of the item. New purchases or repairs of items currently being used are not covered if the original item is still under warranty.

*Please Note:* **The fact that the item is prescribed by a physician does not, of itself, guarantee coverage and payment.**

Requirements and limitations of this benefit are as follows:

1. You must obtain a prescription from the treating physician.

2. Benefits for medical equipment are subject to review for medical necessity and appropriateness for the condition being treated.

3. If there is a question regarding medical necessity, the Medical Review Department may request a clarification letter from the treating physician.

4. Preauthorization is not required but is strongly recommended, especially for the following items:

    a.  Airloss Beds

    b.  Bone Growth Stimulator

    c.  Braces over $300

    d.  Continuous Passive Motion Devices (CPM devices are covered in instances of knee, shoulder, hand or elbow joint surgeries or procedures.)

    e.  Custom Orthopedic Braces

    f.  Hospital Beds (Medically necessary hospital beds are covered up to the allowance of a semi-electric bed.)

    g.  Hoyer Lifts

    h.  Infant Cranial Helmets

    i.  Insulin pump/Mini Med Pump

    j.  Lymphedema pumps

    k.  Mouth/Teeth Guards (TMJ)

    l.  Oxygen equipment and supplies

    m.  Prostheses

    n.  Sleep apnea equipment, including CPAP and BIPAP units

    o.  Unusual/new equipment

    p.  Wheel chairs

Exhibit 1 - Page 61

When more than one option is available, the most cost-effective alternative will be provided. Replacements are covered <u>only</u> for medical necessity such as inadequate control or for defective equipment.

**Over-the-counter, general use/convenience items are not covered.** Listing every item that is considered general use/convenience items is not possible, however, following is a partial list: hydrocollators, vaporizers/humidifiers, whirlpool baths, sun lamps, heating pads, exercise devices, blood pressure devices, shower chairs, grab bars, incontinent supplies (diapers), orthopedic shoes and other items serving as apparel. Such items as over-the-bed tables and traction appliances, are not covered, even when prescribed or recommended by a physician.

## Emergency Room Treatment
Emergency room treatment will be paid at the rate of 100% less a $50 co-pay, waived if admitted to the hospital on an inpatient basis.

## Genetic Testing
Genetic testing is a covered benefit in limited cases, as follows:

1. Prenatal testing ordered by an obstetrician for evaluating for carrier states.

2. Newborn testing as directed by the State.

3. Testing for congenital abnormalities in utero (by amniocentesis or chorionic villus sampling).

4. BRCA 1 and BRCA 2 testing for evaluating risk of development of breast or ovarian cancer if there has been genetic counseling and the tests are recommended by a Physician Medical Geneticist.

5. Hereditary Non-Polyposis Colorectal Cancer (HNPCC) and Familial Adenomatous Polyposis (FAP) testing for evaluating risk of development of colon cancer if there has been genetic counseling and the test is recommended by a Physician Medical Geneticist.

All other genetic tests are specifically excluded; exceptions may be made if recommended by a Physician Medical Geneticist and approved by the Benefits Committee.

## Hearing Aids
Participants and their eligible dependents may utilize the services of a qualified hearing aid distributor, but must first have their hearing tested by a qualified audiologist. (HMO enrollees must have their hearing tested through their HMO.) You will be responsible for a portion of the hearing aid cost. For a Blue Shield provider, the Plan will pay 90% of the contracted rate, up to a maximum allowable of $1,386 per ear. For non-contracting providers, the Plan will allow a maximum of $1,386 per ear payable at 70%. This benefit covers one hearing aid per ear, once every three (3) years.

## Home Hospice Care
Hospice is a special concept of care. This palliative approach focuses on managing pain and treating other symptoms to improve the quality of life for those individuals faced with a terminal illness. Hospice also offers emotional and spiritual comfort and support to patients and their families, as well as practical services that help everyone make the most of the final months of life.

Hospice teams include physicians, nurses, social workers and ministers of various faiths, all working collaboratively to meet the unique needs of the patient and family. These professionals may also bring in others to provide home care and other support services to allow patients to stay at home with loved ones.

Qualifications for eligibility for the home hospice benefit include Participants and their dependents who:

• are currently eligible for MPI Health Plan benefits as their primary coverage, and

• have no other home hospice coverage available (this would include Medicare or any other health plan that has a hospice benefit), and

• are not enrolled in Health Net, Kaiser or the Oxford Plan, and

• have a treating physician who indicates that the patient is likely to have less than six months' life expectancy, and

• indicate their desire to have hospice services provided in the home.

Hospice services provided in the home through the MPI Health Plan are a covered benefit. There are no out-of-pocket expenses associated with home hospice care.

In California, the eligible Participant or family member must contact the MPI Health Plan Participant Services Department at 818 or 310.769.0007, Ext. 286. Outside California, call the BlueCard® Program at 800.810.BLUE (2583).

## Home Intravenous Therapy
Home intravenous therapy for administration of FDA-approved drugs is covered when medically necessary. (*Please see page 51 for allowance.*) Nursing care services for the administration of intravenous drugs are covered. (*Please see page 57.*)

## Immunizations/Vaccinations
### Childhood Immunizations
The following childhood immunizations are a covered benefit for dependents age newborn through 18 (through age 22 if a full-time student) or as otherwise limited below:

• Chicken Pox
• Haemophilus influenzae type B (Hib)
• Hepatitis A and B
• Human Papilloma Virus (11 to 13 year-old females, only)
• Influenza
• Measles
• Meningitis – age 11 through 18 (through 22 if eligible as a full-time student). Must be recommended by the treating physician. Covered once every three years for those who meet the specific criteria.
• Mumps
• Pneumococcus
• Polio
• Rotavirus
• Rubella
• Tetanus, Diphtheria, Pertussis

Exhibit 1 - Page 62

## MPIHP/BLUE SHIELD HEALTH PLAN OPTION

### Adult Immunizations

• Tetanus, Diphtheria, Pertussis booster every 10 years.

• Influenza – pregnant women, anyone over age 50, health care workers, high risk persons with chronic medical conditions (heart and lung disorders, diabetes, immune disorders, kidney disorders), persons who care for high-risk individuals.

• Pneumovax – For persons with chronic medical conditions from age 19 to 65, including chronic pulmonary disease (excluding asthma), cardiovascular disease, diabetes, chronic liver disease, chronic kidney disorder, immunosuppressive disorders, asplenia, and a one-time revaccination after five years as recommended by the CDC on a limited basis.

• Hepatitis A and Hepatitis B vaccine – For patients with Hepatitis C.

• Meningitis Vaccination – Participants and the eligible dependents of any age are covered if:

– their spleen is non-functional or has been surgically removed, or

– they suffer from specific immune deficiencies, or

– they have been diagnosed as being HIV-positive.

The meningitis Vaccine must be recommended by the treating physician and is covered once very three years for Participants and their eligible dependents who meet the specific criteria.

### Lens Replacement Following Cataract Surgery

Coverage of a new spectacle lens for the surgically-treated eye after undergoing cataract surgery is a covered benefit through the MPI Health Plan. This benefit does not include new frames.

### Mammography

One routine/screening mammography per calendar year will be covered. Follow-up mammography for a specific medical condition is a covered benefit. A digital mammogram is covered at the same allowance as a standard mammogram.

### Maternity Benefits

The Maternity benefit is the same for single or multiple births. Benefits are payable for normal and Cesarean section delivery, including ante and postpartum care.

Maternity benefits are payable only after delivery or termination of pregnancy (including charges for prenatal visits). Only claims for the initial office visit, laboratory charges and medically indicated diagnostic tests may be submitted prior to delivery — all other claims must be submitted after delivery. Should you lose your eligibility with the Plan prior to delivery, the prenatal visits will be considered for payment.

Elective termination of pregnancy (abortion) will be covered if any one of the following is present:

1. A serious medical condition exists in the mother such that the pregnancy is a major threat to her health.

2. The fetus has severe chromosomal or anatomical abnormalities which a neonatologist, perinatologist, or geneticist certifies are not compatible with life.

3. The fetus has severe chromosomal or anatomical abnormalities that are a major threat to the mother's physical health.

Documentation to support the above will be required from the physician recommending termination of the pregnancy. Coverage will apply only when the procedure is performed within the duration of pregnancy allowed by state law.

Full Maternity benefits for the delivery are payable only if the Participant or dependent spouse is eligible **at the time of delivery or termination of the pregnancy**. The in-hospital, initial newborn exam is covered; follow-up hospital visits for a well newborn are not covered.

The Plan will not restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a normal vaginal delivery, or less than 96 hours following a Cesarean section, nor require that a provider obtain authorization from the Plan or the insurance issuer for prescribing a length of stay not in excess of the above periods. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or newborn earlier than 48 hours (or 96 hours as applicable).

To avoid delays in coverage for your newborn baby, remember to get an official copy of the birth certificate to the West Coast MPI Health Plan office as soon as possible after your baby is born. It is the parents' responsibility to provide it.

Without a birth certificate, the Plan has no basis to pay claims. **Birth records from your hospital are acceptable**. The Plan must have the official hard copy.

**Please Note: No Maternity benefits are available for dependent children.**

### Mental Health and Chemical Dependency

The Motion Picture Industry Health Plan has arranged for mental health and chemical dependency benefits through PacifiCare Behavioral Health (PBH), a United Health Group Company, for eligible Active Participants and covered dependents. Through the PBH network of participating providers, you have available the following services:

• Professional counseling

• Outpatient and inpatient mental health care

• Chemical dependency (drug and alcohol) treatment, including detoxification

PBH professionals can help with issues that interfere with your home or work life, providing treatment options for marriage and family problems, crisis situations, stress management, anxiety, alcohol or drug abuse, depression and more.

### Preauthorization

You must call PBH for preauthorization for all in-network mental health and chemical dependency services. **There are no mental health inpatient or chemical dependency benefits available outside the PacifiCare Behavioral Health Network.**

Exhibit 1 - Page 63

M P I H P / B L U E   S H I E L D   H E A L T H   P L A N   O P T I O N

If you do not use the PBH network of providers, you will not be reimbursed for any mental health inpatient or chemical dependency expenses. (Exceptions may be made in an emergency.)  Preauthorization is not required for outpatient mental health services if using an out-of-network provider.

When you call PacifiCare Behavioral Health at 888.661.9141, a qualified customer service associate will listen carefully to you and, in most cases, immediately give you a referral to a licensed counselor or other behavioral health provider. If your need is urgent or an emergency, you will be put in contact with a licensed Care Manager who will help arrange for treatment options to meet your needs.

*Confidentiality*
Your phone calls, personal information, website visits, any referrals you receive and every communication with PBH will be kept strictly confidential, to the extent required by law.

**Call PacifiCare Behavioral Health toll-free, 24 hours a day, 365 days a year, at 888.661.9141. Except in emergencies, you must call PBH first for preauthorization before going to see a PBH network provider. Without preauthorization, your bills may not be covered.**

*Emergency Service*
In an emergency, the first concern is your health and that of your dependents. Call 911 or get the patient to an emergency room. Then, within 48 hours of the emergency, or as soon as is reasonably possible, call PBH or have someone make that call on your behalf.

*Outpatient Mental Health Care*
The benefit includes:
• 30 visits/sessions per calendar year total, combined in and out of network, with a maximum of 20 that may be out of network.
• In-network visits/sessions 1-30 require a $25 co-payment per visit/session.
• Out-of-Network Visits/Sessions 1-20 are paid at a percentage of charges (*see chart below*).

| Comparison of Outpatient Behavioral Health Options | |
|---|---|
| **Out-of-Network Outpatient Therapy** | **In-Network Outpatient Therapy** |
| May choose any behavioral health provider | Must choose from the 65,000 behavioral health providers in the PacifiCare network |
| No preauthorization required for treatment | Treatment preauthorization required by calling 888.661.9141 |
| Participant financial responsibility is greater than with in-network treatment:<br><br>• MPI Health Plan will pay 50% of the fee based on the usual and customary rate (UCR) coupled with the provider's level of licensure:<br><br>– MDs will be paid at 100% of 50% of UCR<br><br>– PhDs will be paid at 65% of 50% of UCR<br><br>– MFT/LCSWs will be paid at 55% of 50% of UCR (This is a licensed Masters level therapist, Marriage Family Therapist or a Licensed Clinical Social Worker.)<br><br>• The Participant will be responsible for whatever portion of the charges are not paid by the MPI Health Plan | Participant financial responsibility is limited:<br>• $25 co-payment per visit<br>• No co-insurance |
| **Total of 30 visits covered annually, with a maximum of 20 that may be out-of-network.** | |

*Inpatient and Alternative Levels of Mental Health Care*
These benefits include:
• No deductible
• 50 days per calendar year for inpatient or residential care
• 100% coverage for Inpatient Care
• 100% coverage for alternative levels of care (Residential and Partial/Day Treatment)

**Chemical Dependency Benefits**
One (1) episode per individual per year is covered for all levels of chemical dependency care (drug and alcohol), including detoxification.

Exhibit 1 - Page 64

# MPIHP/BLUE SHIELD HEALTH PLAN OPTION

*HMO/POS Enrolled Participants*

Participants who have selected one of the Health Maintenance Organizations (HMOs) or the Point of Service (POS) Oxford Health Plans offered by the Plan must use the HMO/POS for mental health and chemical dependency benefits.

*Further Information*
*(See also page 68, PacifiCare Behavioral Health.)*
Please refer to the PBH Combined Evidence of Coverage and Disclosure Form book for a complete description of your behavioral health benefits. To request a copy, please call PBH at 888.661.9141. To review or search an online list of PBH network providers, go to www.pbhi.com, click on "For Our Members," then click "Provider Directory."

## Nursing Care

Services must be ordered by the treating physician. Nursing care is covered under the following conditions:

1. The patient must medically require therapeutic nursing services that cannot be adequately and safely performed by the patient's family, friends, or aides.

2. Nursing services may be available under Case Management (*please see page 52*).

**All the following information must be submitted before Nursing Care claims can be processed:**

1. Attending physician's request for nursing service, which must include diagnosis, present status and prognosis.

2. Specific nursing services needed.

3. All the nurses' notes and charts pertaining to the services rendered.

Private-duty nursing is not covered when services are rendered in an acute-care facility or skilled-nursing facility.

## Nutrition Counseling

The Plan will cover up to three nutrition counseling sessions each calendar year for Participants and eligible dependents. The benefit applies to any medical diagnosis when the counseling is prescribed by a physician and provided by a registered dietitian. This benefit is subject to the applicable co-pay. There may be additional out-of-pocket expense if the dietitian is not contracted with Blue Shield.

## Nutritional Support

In the case of any MPI Health Plan Participant or eligible dependent who is physically incapable of swallowing, gastric tube feeding is a covered benefit upon receipt of physician-verified inability to take food by mouth. The benefit is for at-home feedings only and is in addition to services that may be provided in the hospital.

***Please note:*** Any other nutritional replacement supplements, vitamins and minerals, including baby formula, are not covered.

## Physical Examinations

**Age 13 and Older**
**If you reside in Los Angeles County, you must use the Motion Picture & Television Fund Health Centers for the Comprehensive Physical Exams covered by this Plan.**
(*See Wellness Program, page 119.*)

If you reside outside of Los Angeles County, you may go to the physician of your choice. This benefit will cover annual comprehensive physical examination costs, up to an annual maximum of $300 covered by this Plan.

**Newborn Through Age 12**
The Plan covers well-childcare visits for eligible dependent children newborn through age 4, and once annually for children age 5 through 12.

**HMO/POS Enrolled Participants**
Participants who have selected one of the Health Maintenance Organizations (HMOs) or the Point of Service (POS) Oxford Health Plans offered by the Plan must use either the HMO/POS to which they are enrolled for their physical examinations, or they may use one of the MPTF Health Centers through The Wellness Program.
(*See page 67 for Health Center locations.*)

## Physical/Occupational/Aquatic/Osteopathic Manipulative Therapies (Outpatient)

Physical Therapy, Occupational Therapy, Aquatic Therapy and Osteopathic Manipulative Therapy (outpatient) for non-HMO Participants are covered only when rendered by a Registered Physical Therapist, Occupational Therapist, a Doctor of Osteopathy or a Medical Doctor.

**A maximum of sixteen (16) Physical/Occupational/Aquatic Therapy treatments are covered per calendar year. Additional treatments will be reviewed for possible coverage based on medical information provided by the treating physician.** The initial visit/evaluation is allowed separately and not included in the sixteen-treatment limitation.

The maximum allowable per treatment for a non-Blue Shield provider is $94.50, payable at 70%, less a $15 or $25 co-pay. **If a Participant uses all of the 16 covered visits for one injury or surgery and sustains an entirely different injury or surgery later in a calendar year, an additional 16 visits for the second incident could be approved upon request and review by the Medical Review Department.**

The therapy must be prescribed by a physician, with duration and interval of therapy noted on the prescription. Have your physician or therapist submit this information with the initial billing. The Plan will not consider claims for therapy elected by the patient.

***Please note:*** Services rendered in health clubs, even when rendered by a Registered Physical Therapist, and services rendered by a masseur/masseuse are not covered. HMO enrollees must refer to the Evidence of Coverage for their HMO plan of benefits.

Exhibit 1 - Page 65

## M P I H P / B L U E   S H I E L D   H E A L T H   P L A N   O P T I O N

### Podiatry

Podiatry services to the feet, including Orthotics, are covered when rendered by a licensed Podiatrist or an M.D.

*Orthotics*
**Participants and dependents**
Orthotics are covered only once every two years, if medically indicated.

**Dependent children, age 16 and under only**
Orthotics are covered once yearly.

**HMO/PPO Enrollees**
Podiatric care is covered under the Health Plan HMOs (Health Net and Kaiser Permanente) as well as Oxford Health Plans. Participants must check with the HMO or POS in which they are enrolled for the procedure to obtain covered podiatric care.

### Prostheses and Braces

Prostheses and braces are covered under Durable Medical Equipment.

Documentation will be required when a custom brace is ordered. For this purpose, a form is available on the Plan's website at www.mpiphp.org.

**For Participants and dependents age 17 years and older** replacement is covered once every 2 years if medically indicated.

**For dependent children age 16 and under only**, replacement is covered once yearly if medically indicated. (*Please see page 53 for Durable Medical Equipment.*)

### Reconstructive/Cosmetic Surgery

Cosmetic surgery is not a covered benefit.

The Plan only covers services for reconstructive surgery when medically indicated:

1. For the treatment of non-industrial illness,
2. For the correction of a congenital malformation,
3. For reconstruction due to accidental injury, and
4. For reconstructive surgery following a mastectomy.

**Preauthorization is not required but strongly recommended for all non-emergency Reconstructive Surgeries. Confirmation of coverage should be obtained prior to surgery. In California, this means:**

1. A letter of medical necessity by your doctor(s), and possibly, at the discretion of the Plan,

2. A confirming Independent Medical Examination (IME) opinion by a physician selected and paid for by the Plan (without the IME, the Health Plan may not be able to verify medical necessity), and

3. The issuance of a Plan-written determination of coverage to you.

The Plan-appointed Independent Medical Consultant cannot perform the surgery.

Medical necessity is often in question and must be established for surgeries involving the abdominal wall, breast, eyelid, external ear, nose and scar revision.

The Plan will include under Covered Expenses, expenses associated with reconstructive surgery following a mastectomy, expenses for reconstructive surgery on the other breast to achieve symmetry, the cost of prostheses and the costs for treatment of physical complications at any stage of the mastectomy, including lymphedema. (*See page 51 for coverage rates.*)

For **Services Rendered Outside California**, the Participant or provider must call Blue Shield at 800.343.1691 if preauthorization is requested.

If the Patient is a **California Resident, receiving services outside of California**, please call 800.810.BLUE (2583) if preauthorization is requested.

If the Patient is **receiving services in California**, please call the MPI Health Plan office at 818 or 310.769.0007, Ext. 106.

**Any claim for benefits connected with reconstructive surgery may be denied unless it is determined that the information available clearly establishes the surgery as medically necessary.**

### Sclerotherapy

Sclerotherapy is a covered procedure for the treatment of varicose veins when medically indicated. Benefits will be based upon the documentation of the operative report (and photographs, at the discretion of the Plan). The maximum allowable for a non-Blue Shield provider is $94.50 per leg, payable at 70%

### Speech Therapy

A maximum of 32 speech therapy treatments are covered per calendar year, under the following conditions:

• **For Participants and Dependents of All Ages:** Speech therapy benefits only apply to individuals who have experienced a stroke, or who have had an injury or surgery affecting speech. In these cases, speech therapy must be rendered by a Licensed Speech Pathologist, and must be prescribed within 90 days of the event.

• **For Dependent Children Age 16 Years and Younger:** Speech therapy is covered for the following diagnoses: Developmental Speech Delay, Stuttering, Autism, Apraxia and Dysarthria. In these cases, speech therapy coverage will be determined by the documentation submitted by the treating licensed Speech Pathologist. A speech therapy benefit information form for this documentation is available through the MPI Health Plan Medical Review Department at 818 or 310 769.0007, Ext. 286. Outside Southern California, call 888.369.2007, Ext. 286. The form is available on the Plan's website.

Speech Therapy referral is also available through the MPTF Health Centers.

Exhibit 1 - Page 66

# MPIHP/BLUE SHIELD PPO HEALTH PLAN OPTION

## Temporomandibular Joint Dysfunction (TMJ)

All claims must be submitted with a proposed treatment plan and a medical report. There is a $2,500 maximum benefit limitation every two years for appliances/orthotics/splints and other related TMJ services. Guidelines for coverage are available from the MPI Health Plan Medical Review Department, 818 or 310.769.0007, Ext. 286. Outside Southern California, call 888.369.2007, Ext. 286.

## Transplants

The following transplants are covered by Blue Shield when there is documentation of medical necessity provided:

- Bone Marrow
- Cartilage
- Cornea
- Heart
- Heart/Lung
- Kidney
- Kidney/Pancreas
- Liver
- Lung
- Pancreas
- Peripheral Blood Stem Cells
- Skin

The donor search is not a covered benefit. Once the donor is selected, the Plan will cover related expenses.

For more information, or for intake of transplant pre-certification, contact Blue Shield Medical Operations at 800.343.1691.

## Weight Control

Services rendered in connection with weight control are not covered. The fact that a physician may prescribe or recommend weight control because of the diagnosis of hypertension, heart disease, etc., does not establish coverage. **This exclusion also includes surgical procedures for weight control. Weight control medication is not a covered benefit.**

## Wigs/Hair Pieces

Active Participants and their eligible dependents who have undergone chemotherapy, radiation therapy to the head or another medical condition of the scalp, are eligible for reimbursement for one wig/hair piece costing up to $240 per lifetime. The Participant must submit a physician-executed certification form attesting to the fact that the prescribed wig is essential to the patient's mental health. An itemized bill/receipt must be submitted to the West Coast Plan Office.

Provided the circumstances noted above are still applicable, if the eligible dependent is age 16 or under, the Plan will recognize wigs/hair pieces as eligible for reimbursement for two (2) wigs, up to $240 per wig/hair piece, $480 per lifetime. For more information about this benefit or to request the required Certification Form, please call the MPI Health Plan Medical Review Department at 818 or 310.769.0007, Ext. 286. Outside Southern California, call 888.369.2007, Ext. 286. The form is also available on the Plan's Website: www.mpihp.org.

> ***Please Note:*** **Participants enrolled in Health Net, Kaiser Permanente or Oxford Health Plans, must contact their respective plan for benefits.**

Exhibit 1 - Page 67

M P I H P / B L U E   S H I E L D   H E A L T H   P L A N   O P T I O N

# NON-COVERED SERVICES AND ITEMS

**Non-covered Services and Items include,
but are not limited to (in alphabetical order):**

Abortions (*see page 55 for exceptions*)

Air purifiers/air filter systems

Alcohol injections for Morton's Neuroma

Apparel (items that serve as apparel, except wigs)

Artificial insemination or related services

Artificial intervertebral discs

Autopsy

Bathroom equipment

Biofeedback therapy

Blood pressure devices

Body Scans (Imaging)

Breast implants (*except as outlined on page 58*)

Calcium scoring for coronary heart disease
    (ultra fast CT scan, etc.)

Chelation therapy

Chemical exfoliation (chemical peel)

Christian Science telephone consultations/treatments classes,
    training courses

Circulating water pump during or after surgery

Cold therapy units (cold packs)

Collagen injections

Colonics

Corneal surgery to correct refraction errors and all related
    services (lasers & radial keratotomy included)

Cosmetic surgery (*except as outlined on page 52*)

Custodial care

Dental implants (except where there is no other
    dental alternative)

Dental services, routine (*see your Dental Plan in this
    Summary Plan Description*)

Dermabrasion

Diagnostic tests not related to an illness or injury

Diet analysis

E-mail correspondence consultations

Electrolysis

Embryo freezing

Exercise devices/programs

Extracorporeal Shock Wave Therapy

Eye examinations, refractions (*see Vision Care benefits
    in this Summary Plan Description, page 117*)

Facials

Facility fees

Food allergy testing (except for children up to 5 years;
    preauthorization is recommended)

Gait analysis (except for pre and post-op assessment
    of patients with cerebral palsy)

Gait training

Gastric bypass or any other surgical procedure for obesity

General use/convenience items

Genetic determination of sex of fetus

Hair analysis

Hair loss (Alopecia) treatment

Hair transplants

Health clubs (any services rendered)

Heating pads

Heavy metal testing

Home Uterine Activity Monitoring (HUAM)

Homeopathic Medicine/Treatments

Home or studio/set visits by chiropractors

Humidifiers

Infertility (any services related to infertility)*

---

\* Infertility is defined as: a) the inability to conceive a child by a couple who has had regular sexual relations without contraception for one year, excluding per-sons who have had elective sterilization, or b) the inability to carry a pregnancy to live birth, usually based on more than one miscarriage;  or c) a licensed medical doctor diagnosing a condition as infertility.

Exhibit 1 - Page 68

## MPIHP/BLUE SHIELD HEALTH PLAN OPTION

Insurance forms (fees for completion)/duplication
of medical records

Interpreters

In-vitro fertilization (IVF)

Learning disability

Lost or stolen prescriptions

Massage therapy (any services rendered by
masseur/masseuse)

Medical photography

Medical social worker (services rendered by)

Medication (oral or self-injectable)
dispensed in the doctor's office

Medication for services or procedures not covered

Mineral analysis

Missed appointments

Naturopathic Medicine

Neuropsychological testing (except when preauthorized
by PacifiCare Behavioral Health)

Nicotine dependency clinics, treatment

Nursing assistants (CNA/HHA), nursing aides

Nutritional supplements, vitamins, minerals, including
pediatric formula (not to be confused with
"Nutritional Support")

Office visit charges for a wellness exam or physical exam
and medical diagnosis exam on the same day

Operating room technicians

Orthopedic shoes

Orthoptic treatment (vision therapy)

Over-the-bed tables

Over-the-counter items

Over-the-counter medication

Postoperative care (included in fee for surgery)

Pregnancy benefits for Dependent Children

Prescribed drugs in connection with drug or chemical
addiction or treatment including methadone

Preventive medicines or measures

Psychological/Neuropsychological testing
(*see PacifiCare Behavioral Health, page 68*)

Reports (preparation of records, medical reports for school,
job, legal, etc.)

Retin-A (except for the treatment of Acne and
Acne Vulgaris)

Self injectable medication dispensed in a doctor's office

Services rendered or prescribed by a family member

Sperm freezing/storage

Stimulators TENS Units (other stimulators will be
reviewed for medical necessity)

Stop-smoking clinics, treatment

Studio calls

Sun lamps

Telephone, electronic mail (e-mail) and other consultations
which are not made in person

Third party liability, any services related to an illness/injury
for which a third party is legally responsible
(*see page 49*)

Travel Immunizations

Tubal ligation, or revision thereof

Vaporizers

Vasectomy, or revision thereof

Virtual Colonoscopy

Vitamins and vitamin injections (except vitamin B12
in proven pernicious anemia)

Weight control services, drugs, surgeries

Whirlpool baths/equipment

Exhibit 1 - Page 69

## MPIHP/BLUE SHIELD HEALTH PLAN OPTION

# PREAUTHORIZATION

All covered MPI Health Plan benefits are allowed based on, among other things, medical necessity of the service or procedure. In an effort to eliminate any possible delay or prevent any of our Participants from obtaining the medical services that they require, the MPI Health Plan itself does not require preauthorization for any covered benefits — other contracted networks have their own preauthorization guidelines, example: PacifiCare Behavioral Health, Kaiser, etc.)

> An MPIHP claim will not be denied on the basis that it was not preauthorized, but it may not be covered due to other benefit limitations or exclusions or lack of medical necessity.

Some services may not meet the requirement of medical necessity. *To avoid any unnecessary out-of-pocket expense or payments, it may be in your best interest to verify coverage by the Plan.* If you are concerned about the coverage of a proposed service or procedure, please have your physician send a letter of medical necessity to:

> **Medical Review**
> **MPI Health Plan**
> **P.O. Box 1999**
> **Studio City, CA  91614-0999**

Following are some examples of when you would be strongly advised to obtain preauthorization:

1. Durable Medical Equipment (*See page 53.*)
2. Reconstructive Surgery
   a. Hernia repair (ventral)
   b. Breast reconstructive procedures
   c. Nasal reconstructive procedures
   d. Eyelid reconstructive procedures
   e. External ear reconstructive procedures
3. Sleep Studies
4. Transplant procedures
5. Speech Therapy
6. Dermatology procedures
   a. Botox injections
   b. Skin destructive procedures, such as laser treatments, totaling more than $100 per service
   c. Mohs surgery
7. Possible investigative testing and treatment
8. Dental Implants

**Contacting the MPIHP West Coast Plan Office in writing for verification of coverage is strongly recommended.**

## Instructions for Obtaining Preauthorization for Services to be Rendered in California

1. Obtain a letter of medical necessity from your doctor(s) and submit it to the MPI Health Plan Medical Review Department. The letter should include the Participant's name and Social Security or identification number, the patient's name, and the procedure or test being contemplated. The letter should also include Provider information such as name, specialty and Tax ID number.

2. The Plan recommends an Independent Medical Examination (that is, an outside independent evaluation and report) prior to authorizing benefits for certain procedures. If preauthorization is being requested to ensure that reconstructive surgery will be deemed medically necessary and covered, the patient may be required to undergo an Independent Medical Examination by a physician selected by the Health Plan. (Independent Medical Examinations must be arranged through the Medical Review Department of the Plan in order for the cost to be covered by the Health Plan.)

3. Receive a written preauthorization from the Medical Review Department. (Preauthorization is always provided in writing.)

**Unless an Independent Medical Examination takes place before the surgery, the Plan may not have sufficient information from which to conclude that the surgery was medically necessary rather than cosmetic.**

**Services Rendered Outside California**

Any claim for benefits connected with reconstructive surgery not preauthorized may be denied unless Blue Shield concludes that the information available clearly establishes the surgery as medically necessary.

If preauthorization is requested:

– For services Outside California:
  • Call Blue Shield, 800.343.1691
– For services in California:
  • Call MPIHP 818 or 310.769.0007, Ext. 106

Exhibit 1 - Page 70

# M P I H P / B L U E   S H I E L D   H E A L T H   P L A N   O P T I O N

## CLAIMS APPEALS PROCEDURES

### Filing An Appeal with MPIHP

If you feel that your claim or request has not been processed correctly by MPIHP, you have 180 days following the receipt of your Explanation of Benefits to make a formal request for review by the Directors' Benefits/Appeals Committee. Please submit in writing your reasons, in clear and concise terms, and include any other pertinent medical or other documentation that will help us to understand the situation. Your request must be addressed to:

> **Benefits/Appeals Committee**
> **Motion Picture Industry Health Plan**
> **P.O. Box 1999**
> **Studio City, CA 91614-0999**

The Directors schedule meetings once a month to review files. The Committee's decision shall be final and binding on all parties, including the Participant and any person claiming under the Participant. You will be notified of their decision in writing.

The failure to file such an appeal within 180 days from your receipt of the initial adverse benefit determination shall constitute a waiver of the right to review of the decision. Such failure will not, however, prevent the applicant from establishing entitlement at a later date based on additional information and evidence, which was not available at the time the decision denying the claims, in whole or in part, was made.

**Neither the Participant, eligible dependents, health care providers, nor their individual representatives may appear in person before the Benefits/Appeals Committee.**

| Time Limits for MPIHP Appeals Processing | |
|---|---|
| *How long does a Participant have to appeal?* | 180 days following receipt of a notification of adverse benefit determination. |
| *What is the appeal deadline by which the claimant must be notified of an appeals decision?* | Appeals will be heard at the Benefits/Appeals Committee meeting that follows receipt of the appeal, if it is received more than 30 days in advance of the meeting. If received less than 30 days before the meeting, the appeal may be heard at the second meeting after such receipt. However, if special circumstances exist, the Committee will inform the Participant of the need for a further extension, what those special circumstances are, and the date the appeal will be decided. In that instance the appeal will be decided not later than the date of the third meeting following the appeals request. You will be provided notice of the appeals decision within five days of the decision. |

If you are receiving previously approved ongoing treatment (e.g., kidney dialysis) for a specific period of time (or number of treatments), and the Plan intends to reduce or terminate such coverage before the end of that period, you will be provided notice of this change sufficiently in advance to allow an appeal and decision on the appeal.

The MPI Health Plan pays only those benefits established by the Plan's Directors. The Benefits/Appeals Committee shall have the discretion and final authority to interpret and apply the Plan of Benefits, the Trust Agreement and any and all rules governing the Plan. **The Benefits/Appeals Committee does not have the authority to change Plan benefits.** The decision of the Benefits/Appeals Committee shall be final and binding upon all parties, including the Participants and any person claiming under the Participant, subject to the right to bring a civil action under Section 502(a) of ERISA. These provisions apply to and include any and every claim to benefits under the Plan and any claim or right asserted against the Plan, regardless of the basis asserted for the claim.

### Filing Appeals with MPIHP Contract Providers

There are a number of other health care options made available to you through companies with which the MPI Health Plan contracts, such as HMOs, PBH, dental, vision, and others. Appeals for health care services made available through these entities are ordinarily handled by the entities themselves, rather than by MPI Health Plan. For those entities, the time frame for claims review depends on what type of claim is being filed, and we describe for you on the following page how these different types of appeals are handled. You should remember that these guidelines are minimum guidelines for these contract providers, and so you should also review the material in this *Summary Plan Description*, which is specific to the provider as well as the separate materials furnished to you by the provider. A contract provider may not, however, under current ERISA guidelines, require you to participate in mandatory binding arbitration in connection with an appeal of an adverse benefit decision.

Exhibit 1 - Page 71

# MPIHP/BLUE SHIELD HEALTH PLAN OPTION

As indicated on the previous page, time frames for the contract providers to process your health appeals depend on the type of appeal filed. Such appeals fall into the following categories:

| Appeals Time Limits For MPIHP Contract Providers | | | |
|---|---|---|---|
| | **Claims Not Requiring Preauthorization (Post-Service Claims)** | **Claims Requiring Preauthorization (Pre-Service Claims)** | **Urgent Care Claims Requiring Preauthorization (Urgent Care Claims)** |
| ***How long does a Participant have to appeal?*** | 180 days following receipt of a notification of adverse benefit determination. | 180 days following receipt of a notification of adverse benefit determination. | 180 days following receipt of a notification of adverse benefit determination. |
| ***What is the appeal deadline by which claimant must be notified of appeals decision?*** | If one required level of appeal: 60 days from receipt of the appeal.<br><br>If two required levels of appeal: 30 days from receipt of the appeal for each level. | If one required level of appeal: 30 days from receipt of the appeal.<br><br>If two required levels of appeal: 15 days from receipt of the appeal for each level. | 72 hours from receipt of the appeal.* |

If you are receiving previously approved ongoing treatment (e.g., kidney dialysis) for a specific period of time (or number of treatments), and the entity providing the benefit intends to reduce or terminate that coverage before the end of that period, you must be provided notice of this change sufficiently in advance to allow an appeal and decision on the appeal.

***Note:***

• For appeals involving Medicare benefits, the guidelines for processing appeals may differ somewhat. Any differences will be described in the Evidence of Coverage for the applicable plan.

• Provider initiated appeals (i.e. those appeals that are initiated by a health care provider rather than a Participant or dependent) may not be subject to 1) the limitations set forth above regarding the time within which MPI Health Plan or a contract provider must process the appeal (except in the case of an urgent care claim), and 2) certain other rights under the appeals process, unless the health care provider has been appropriately designated by the Participant or dependent as his/her authorized representative. Providers are, however, like Participants and dependents, required to utilize available remedies under the appeals procedures.

## Appeals Determination

In appeals determinations, processed by either MPI Health Plan, or one of its contracting providers, the following information shall be made available:

1. The specific reason or reasons for any adverse determination.

2. Reference to the *Summary Plan Description* or related provisions on which the determination is based.

3. In the event that a rule on protocol was relied upon, it will be identified and either set forth or stated that it will be provided, at no charge, upon request.

4. If the adverse decision is based on medical necessity, experimental treatment, or similar exclusion or limitation, a clinical or scientific explanation will be provided or it will be stated that such will be provided, at no charge, upon request.

5. A statement regarding the claimant's right to bring a civil action under Section 502(a) of ERISA.

6. A statement that the claimant is entitled to receive, upon request, and at no charge, reasonable access to and copies of documents, records and other information related to the claim for benefits.

## Nature of Claims Appeals Process

The appeals process is an independent one in the sense that it shall take a fresh look at the relevant documents, and not just defer to the conclusion of the initial decision-maker. You, the claimant, have the right to submit any additional documents or information for the appeal, whether or not such information was submitted to the initial decision maker.

In the event that the disposition of an appeal is based on medical necessity, experimental treatment, or similar exclusion or limit, the appeals process shall utilize a health care professional who has appropriate training and experience in that field of medicine, and who 1) was not consulted in connection with the initial adverse benefit determination being reviewed; and

---

*\* In conjunction with such an appeal, a claimant may submit information by any expeditious method including fax, phone or other electronic means, or in person.*

Exhibit 1 - Page 72

## MPIHP/BLUE SHIELD HEALTH PLAN OPTION

2) was not the subordinate of the decision-maker in the initial determination.

You also have the right to obtain, upon request, the identity of any medical or vocational experts from whom advice was obtained in connection with an adverse benefit determination. You similarly have the right to obtain in connection with your appeal, at no charge and upon request, reasonable access to and copies of documents relevant to your appeal, as provided under ERISA guidelines.

You also have the right to utilize another person to represent you during the appeals process. If you wish to take advantage of this, you must notify the MPI Health Plan (or other entity if such other entity is processing your appeal) and you may be required to fill out an appropriate form. The Plan or the contract provider offering the benefit reserves the right to verify that any such designation is authentic. In the case of an urgent care claim (requiring preauthorization) made to an MPI Health Plan contract provider, a health care professional with knowledge of the Participant's medical condition may act as the authorized representative of the patient.

These time limits may be extended if both the claimant and the entity processing the appeal agree to do so.

If any voluntary levels of appeals, beyond those discussed above (or required by applicable state law), are agreed to by both parties:

1. failure to submit the dispute to such additional level will not be a basis for a claim that your administrative levels have not been exhausted;

2. any defense of timeliness is tolled during the pending of the voluntary appeal;

3. this voluntary level may only be utilized after any mandatory levels of appeals have been utilized;

4. you will be provided, upon request, sufficient information relating to the voluntary level of appeal in order to enable you to make an informed judgment about whether to submit the dispute to this type of appeal; and

5. no fees or costs will be imposed on you as part of this voluntary level of appeal.

Exhibit 1 - Page 73

M P I H P / B L U E   S H I E L D   H E A L T H   P L A N   O P T I O N

# MOTION PICTURE & TELEVISION FUND
## SERVICE AREA

### Currently Available Only in Southern California

The MPI Health Plan's medical/hospital benefits permit you free choice of physicians and hospitals. However, there is an alternative medical group, which provides medical care through its Health Centers that is less expensive to the patient than is possible under the usual health plan provisions.

The Motion Picture & Television Fund (MPTF) provides cost savings and access to providers with a unique understanding of the needs of Industry Participants and their eligible dependents. MPTF offers five health centers located in the Los Angeles, California area, and referrals to The Industry Health Network (TIHN), a group of specialist providers contracted with MPTF.

The MPTF service area is based on Participant residence within a defined set of 94 ZIP codes where the five Health Centers are located. (*See below.*) The ZIP codes were identified based on a comprehensive evaluation of realistic drive times, not on actual distance, to the closest MPTF health center.

### Use of The MPTF Network is Cost-Free

Whether located in the service area or out, all non-HMO Participants and their eligible dependents age 13 and older may choose to use any of the five health centers and have no out-of-pocket costs for covered services. There is also no cost to use TIHN specialist providers for covered services when referred by an MPTF physician.

There is a strong cost-saving incentive for Participants who live in the service area to use the MPTF facilities and TIHN providers. **The co-pay for Participants who live in the service area and choose to use a provider other than an MPTF network provider for covered services is $25 per visit plus co-insurance. There is no out-of-pocket cost to use the MPTF network, so use of that network is strongly encouraged by the MPI Health Plan.**

### Specialty Services

TIHN Primary Care Physicians treat adults and children age 13 and older. For children under age 13, they have a network of **pediatricians** available. For a referral to one of these specialists, call 800.876.8320, Monday through Friday.

To access maternity benefits, Participants and their eligible spouses need to schedule an appointment with a Primary Care Physician who will provide a referral to an obstetrician. (*Please Note:* The MPI Health Plan has no pregnancy/maternity benefits available for dependent children.)

### Selecting a Provider, Scheduling an Appointment

For help selecting a provider, or to schedule an appointment, please call the nearest Health Center. Be sure to identify yourself as an MPI Health Plan Participant when you call, and take your insurance card with you to your appointment.

### Using an Out-of-Network Provider

Please keep in mind that there will be occasions when, while being treated by a medical group doctor, you may need the services of a specialist not available in the network. If you choose to see a specialist outside the network, the charge from these outside doctors will be paid at the rate of 70% of the allowable (90% in the case of a Blue Shield Preferred Provider).

### Work Injury Visits

You may not be required to complete a claim form when you visit a Medical Group doctor; however, to establish possible work-related injury/illness, third party liability, coordination of benefits, or to clarify the reason for seeking services, you may be requested by the Health Plan Office to complete a claim form. Please do so promptly to avoid any undue delay in the processing of your claim.

### Service Area ZIP Codes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 90004 | 90026 | 90057 | 90290 | 91207 | 91335 | 91387 | 91505 |
| 90005 | 90027 | 90064 | 90401 | 91208 | 91350 | 91390 | 91506 |
| 90006 | 90028 | 90066 | 90402 | 91214 | 91351 | 91401 | 91522 |
| 90007 | 90029 | 90067 | 90403 | 91301 | 91352 | 91403 | 91601 |
| 90008 | 90034 | 90068 | 90404 | 91302 | 91354 | 91405 | 91602 |
| 90010 | 90035 | 90069 | 90405 | 91303 | 91355 | 91406 | 91604 |
| 90016 | 90036 | 90077 | 91020 | 91304 | 91356 | 91411 | 91605 |
| 90018 | 90038 | 90095 | 91201 | 91306 | 91364 | 91423 | 91606 |
| 90019 | 90039 | 90210 | 91202 | 91307 | 91367 | 91436 | 91607 |
| 90020 | 90046 | 90211 | 91203 | 91311 | 91377 | 91501 | 91608 |
| 90024 | 90048 | 90212 | 91204 | 91316 | 91381 | 91502 | |
| 90025 | 90049 | 90232 | 91205 | 91321 | 91384 | 91504 | |

Exhibit 1 - Page 74

## MPIHP/BLUE SHIELD HEALTH PLAN OPTION

**Services Rendered by this Group are Subject to the Coverage Limitations and Exclusions as Outlined in this _Summary Plan Description._**

### Motion Picture & Television Fund Health Centers
### Customer Service: 800.876.8320

**Bob Hope Health Center**      **323.634.3850**
335 North La Brea Avenue
Los Angeles, CA  90036

| | |
|---|---|
| Social Services Department | 323.634.3888 |
| Physical Therapy | 323.634.3826 |
| Pharmacy | 323.634.3811 |
| Radiology | 323.634.3850 |

**Santa Clarita Health Center**      **661.284.3100**
25751 McBean Parkway, #210
Valencia, CA  91355

| | |
|---|---|
| Social Services Department | 818.295.3312 |

**Toluca Lake Health Center**      **818.556.2700**
4323 Riverside Drive
Burbank, CA  91505

| | |
|---|---|
| Social Services Department | 818.295.3312 |
| Physical Therapy | 818.295.3355 |
| Pharmacy | 818.295.3333 |
| Radiology | 818.295.3320 |

**Westside Health Center**      **310.996.9355**
1950 Sawtelle Boulevard, #130
Los Angeles, CA  90025

| | |
|---|---|
| Social Services Department | 323.634.3888 |
| Physical Therapy | 310.231.3001 |
| Pharmacy | 310.231.3033 |

**Jack H. Skirball Health Center**      **818.876.1050**
(formerly the Woodland Hills Health Center)
23388 Mulholland Drive
Woodland Hills, CA  91364

| | |
|---|---|
| Social Services Department | 818.876.1080 |
| Pharmacy | 818.876.1040 |
| Physical Therapy | 818.876.1007 |
| Radiology | 818.876.1011 |

The facilities listed are not available to Participants who choose Health Net, Kaiser Permanente or Oxford Health Plans, with the exception of Comprehensive Physical Exams as outlined on page 119, The Wellness Program.

**The Plan makes no recommendations regarding the use of these providers but merely provides this information for use at your own discretion.**

67

Exhibit 1 - Page 75

# BEHAVIORAL HEALTH

## PacifiCare Behavioral Health

A United Health Group Company

888.661.9141 (toll-free)

www.pbhi.com

*PacifiCare* ®
*Behavioral Health*

*Available Nationwide*

## How PacifiCare Behavioral Health Benefits Work

At PacifiCare Behavioral Health, our mission is to provide our members with quality behavioral health care and excellent customer service. To access Behavioral Health care, you can contact PBH customer service at **888.661.9141**, 24-hours-a-day.

All services covered under this benefit must be pre-authorized with a PBH Participating Provider, except in an emergency or when using the out-of-network outpatient mental health benefit option. MPIHP Participants can choose to use an out-of-network provider for up to 20 sessions per calendar year without pre-authorization. Your out-of-pocket costs may be substantially higher when using an out-of-network provider. We encourage members to contact PBH to see if their provider is a PBH contracted provider or if there is a participating provider who is right for them.

## Schedule of Benefits

### Mental Health Benefits

Inpatient Deductible .................................................................None

Inpatient Per Admission Fee.....................................................None

Inpatient, Residential and Partial/Day Treatment.....................................50 Days per Calendar Year Covered at 100%

Days to be determined based on the following ratios:
   Inpatient Treatment - 1 Day
   Residential Treatment - 70% of 1 Day
   Partial/Day Treatment - 60% of 1 Day

Outpatient Mental Health .....................................................Total of 30 Visits per Year,
   a maximum of 20 that may be out-of-network

In Network - Visits 1-30 .........................................................$25 Co-payment per Visit

Out-of-Network - Visits 1-20 ................................................See Chart Below

### Comparison of Behavioral Health Options

| Out-of-Network Outpatient Therapy | In Network Outpatient Therapy |
|---|---|
| May choose any behavioral health provider | Must choose from the 65,000 behavioral health providers in the PacifiCare network |
| No preauthorization required for treatment | Treatment preauthorization required by calling 888.661.9141 |
| Participant financial responsibility is greater than in-network treatment:<br>• MPI Health Plan will pay 50% of the fee based on the usual and customary rate (UCR) coupled with the provider's level of licensure:<br>  –MDs will be paid at 100% of 50% of UCR<br>  –PhDs will be paid at 65% of 50% of UCR<br>  –MFT/LCSWs will be paid at 55% of 50% of UCR (This is a licensed Masters level therapist, Marriage Family Therapist or a Licensed Clinical Social Worker.)<br>• The Participant will be responsible for whatever portion of the charges are not paid by MPI Health Plan | Participant financial responsibility is limited:<br>• $25 co-payment per visit<br>• No co-insurance |

### Total of 30 visits covered annually, with a maximum of 20 that may be out-of-network.

Exhibit 1 - Page 76

BEHAVIORAL HEALTH

*PacifiCare*®
*Behavioral Health*

## Chemical Dependency Benefits

All levels of Chemical Dependency Treatment ....................................................One Treatment Episode per Year
*(Includes Detoxification)*                                                                                              Covered at 100%

*Preauthorization is required for all in-network Mental Health and Chemical Dependency Benefits.*

### How to Obtain Behavioral Health Services

To get Behavioral Health Services, you should first call PBH at **888.661.9141**. Customer Service Agents and Licensed Care Managers are available 24 hours a day. When you contact PBH Customer Service a PBH agent will verify eligibility and conduct a brief telephone screening to review the problems or symptoms you are having, inquire about past or current treatment and identify appropriate referrals. The agent will then provide you with an authorization to an in-network, PBH participating provider near your home or work that meets your needs. If your need is urgent or an emergency, you will be immediately connected to a licensed care manager for assessment and referral.

### Accessing an Out-of-Network Provider

You also have the option of seeing an **Out-of-Network** provider, a provider which does not require calling PBH for pre-authorization. ***Please note*** that this only applies to Outpatient Mental Health counseling and that your share of the cost for an out-of-network provider may be substantially higher than an authorized in-network provider. Additionally, the out-of-network benefit allows for 20 sessions per calendar year versus up to 30 sessions for in-network treatment. It is **best to call PBH** and find out if your provider is already on the PBH network. Failure to get pre-authorization, even for an in-network provider, will result in payment at the out-of-network payment schedule.

### What Happens in an Emergency?

In an emergency, if you are unable to contact PBH, get help or treatment immediately. This means you should call "911" or go directly to the nearest medical facility for treatment. Then, within 48 hours of your emergency, or as soon as is reasonably possible after your condition is stable, you, or someone acting on your behalf, must call PBH at 888.661.9141. **This is important: Non-emergency treatment provided by non-participating providers and facilities is not covered or reimbursed by PBH** (except for outpatient mental health counseling).

### Who are PBH Participating Providers?

PBH's Participating Providers include hospitals, group practices and individual professionals. All Participating Providers are carefully screened and must meet strict PBH licensing and program standards. For a listing of PBH Participating Providers, go to www.pbhi.com and click on Provider Directory, or call toll-free 888.661.9141.

### What if I Get a Bill?

You should not get a bill from your PBH Participating Provider because PBH's Participating Providers have been instructed to send all their bills directly to PBH for payment. You may, however, have to pay a co-payment to the PBH Participating Provider each time you receive services. You could also get a bill from an Emergency Room provider if you used emergency care. If this happens, send PBH the original bill or claim as soon as possible and keep a copy for yourself. You are responsible only for the amount of your co-payment, as described in the Schedule of Benefits.

PBH will not pay for bills or claims given to us that are more than one year old. Mail bills or claims to:

> **PacifiCare Behavioral Health of California, Inc.**
> **Claims Department**
> **P.O. Box 31053**
> **Laguna Hills, CA 92654-1053**

### Covered Services

Behavioral Health Services must be:

- Incurred while participant is eligible for coverage under this plan
- Preauthorized by PBH as Medically Necessary (except for out-of-network outpatient mental health counseling)
- Rendered by a PBH Participating Provider, except in the case of an emergency or if using the out-of-network mental health benefit (20 visits per calendar year)

PBH will pay for the following Behavioral Health Services furnished in connection with the treatment as outlined in the Schedule of Benefits provided the criteria above are met:

1. **Inpatient Hospital Benefits/Acute Care and Partial Hospital Benefits** - Inpatient hospital services preauthorized by PBH and provided at a PBH Participating Facility, except in an emergency.

2. **Inpatient Physician Care** - Services of physicians while the member is hospitalized as an inpatient and as preauthorized by PBH.

3. **Physician Care** - Diagnostic and treatment services, including consultation and treatment.

4. **Ambulance** - Use of an ambulance (land or air) for emergencies including, but not limited to, ambulance or ambulance transport services provided through the "911" emergency response system is covered without prior authorization when the Participant reasonably believes

Exhibit 1 - Page 77

**PacifiCare®**
Behavioral Health

**BEHAVIORAL HEALTH**

that the behavioral health condition requires emergency services that require ambulance transport services. Use of an ambulance for a non-emergency is covered when specifically authorized by PBH.

5. **Laboratory Services** - Diagnostic and therapeutic laboratory services are covered when preauthorized by PBH and related to the approved Behavioral Health Treatment Plan.

6. **Inpatient Prescription Drugs** - Inpatient prescription drugs are covered only when prescribed by a PBH Participating Provider while the Member is confined to a participating facility for Behavioral Health Treatment.

7. **Injectable Psychotropic Medications** - Injectable psychotropic medications are covered if prescribed by a PBH Participating Provider for Behavioral Health Treatment.

8. **Psychological Testing** - When preauthorized by PBH and provided by a licensed psychologist under contract with PBH.

## Exclusions and Limitations

The services and benefits for care and conditions as described below are excluded from coverage under this Plan and are therefore not covered by PBH:

1. **Any confinement, treatment, service or supply not authorized by PBH**, except in the event of an emergency.

2. All services not specifically included in the PBH Schedule of Benefits.

3. Services received prior to the Participant's start date of coverage, after the time coverage ends or at any time the Participant is ineligible for coverage.

4. Services or treatments which, in the judgment of PBH, are not medically necessary.

5. Any confinement, treatment, service or supply that is provided under Workers' Compensation law or similar laws.

6. Any confinement, treatment, service or supply obtained through or required by a governmental agency or program.

7. Treatment for a reading disorder, mental retardation, motor skills disorder, or a communication disorder.

8. Treatments which do not meet national standards for mental health professional practice.

9. Non-organic therapies, including but not limited to the following: bioenergetics therapy, confrontation therapy, crystal healing therapy, educational remediation, EMDR, guided imagery, marathon therapy, primal therapy, rolfing, sensitivity training, transcendental meditation, Lovaas' Discrete Trial Training and Facilitated Communication.

10. Organic therapies, including but not limited to the following: aversion therapy, carbon dioxide therapy, environmental ecological treatment or remedies, herbal therapies, hemodialysis for schizophrenia, vitamin or orthomolecular therapy and rapid anesthesia opiate detoxification.

11. Treatments designed to regress the Member emotionally or behaviorally.

12. Personal enhancement or self-actualization therapy and other similar treatments.

13. Routine, custodial, and convalescent care, long term therapy and/or rehabilitation. (Individuals should be referred to appropriate community resources such as school district or regional center for such services).

14. Any services provided by non-licensed providers.

15. Pastoral or spiritual counseling.

16. Dance, poetry, music or art therapy except as part of a Behavioral Health Treatment Program.

17. Thought field therapy.

18. School counseling and support services, home based behavioral management, household management training, peer support services, recreation, tutor and mentor services, independent living services, supported work environments, job training and placement services, therapeutic foster care, wraparound services, emergency aid to household items and expenses, and services to improve economic stability and interpretation services.

19. Genetic counseling.

20. Community Care Facilities that provide 24-hour non-medical residential care.

21. Weight control programs and treatment for addictions to tobacco, nicotine or food.

22. Counseling for adoption, custody, family planning or pregnancy in the absence of a DSM-IV diagnosis.

23. Counseling associated with or in preparation for a sex change operation.

24. Sexual therapy programs, including therapy for sexual addiction, the use of sexual surrogates, and sexual treatment for sexual offenders/perpetrators of sexual violence.

25. Private room and/or private duty nursing unless PBH determines that they are Medically Necessary.

26. All non-prescription and prescription drugs, except those prescribed by a PBHC provider as part of a Participant's inpatient treatment at a PBHC Participating Facility.

27. Surgery or acupuncture.

28. Services that are required by a court order as a part of parole or probation, or instead of incarceration, which are not medically necessary.

29. Neurological services and tests, including, but not limited to, EEGs, Pet scans, beam scans, MRIs, skull x-rays and lumbar punctures.

30. Treatment sessions by telephone or computer internet services.

31. Evaluation or treatment for education, professional training, employment investigations, fitness for duty evaluations, or career counseling.

32. Nutritional supplements, vitamins, minerals, counseling.

Exhibit 1 - Page 78

BEHAVIORAL HEALTH

*PacifiCare*®
*Behavioral Health*

33.  Speech and occupational therapy.

34.  Methadone treatment.

35.  Biofeedback, including EEG and neurofeedback.

## Responding To Your Concerns

Our first priority is to meet your needs and that means providing responsive service. If you ever have a question or problem, your first step is to call the PBH Customer Service Department for resolution.

If you feel the situation has not been addressed to your satisfaction, you may submit a formal complaint over the telephone by calling the PBH toll-free number. You can also file a complaint in writing to:

**PacifiCare Behavioral Health of California, Inc.**
**P.O. Box 55307**
**Sherman Oaks, CA  91413-0307**
**Attn:  Appeals Department**

This overview of benefits is intended to be a general summary of your Behavioral Health Benefits. Please refer to the PacifiCare Behavioral Health of California, Inc. Combined Evidence of Coverage and Disclosure Form (EOC) for a complete benefit plan description. To request an EOC, contact the PBH Customer Service Department.

Exhibit 1 - Page 79



Exhibit 1 - Page 80

# HEALTH PLAN ALTERNATIVES

As an Active Participant, you have the option of selecting comprehensive medical/hospital coverage through Motion Picture Industry Health Plan/Blue Shield or one of the alternative plans. A summary of the plan of benefits provided through Health Net, Kaiser Permanente and Oxford Health Plans are included in the following pages. We encourage you to compare all plan options thoroughly before choosing your coverage. See the Medical Plan Benefit Comparison At-A-Glance starting on page 30.

## HEALTH NET®

800.522.0088

## KAISER PERMANENTE®

800.464.4000

## OXFORD HEALTH PLANS®

800.444.6222

The claims review process, with respect to any adverse benefit determinations made by any of these plans, will be handled according to the specific description of that process furnished by that plan (provided in the following pages and in your Evidence of Coverage), as well as the applicable time requirements and criteria described on pages 40 and 63. You should pay particular attention to any pre-authorization requirement, since that affects the applicable time frames for review. Claims review for benefits available under Medicare may be handled slightly differently as described in your Evidence of Coverage.



Exhibit 1 - Page 82

# CALIFORNIA HMO PLAN

## Health Net

**800.522.0088**

P.O. Box 9103
Van Nuys, CA 91409-9103

Active Participants: Group 61880A

www.healthnet.com



*Providers Located in California Only*

If you select Health Net® for your hospital and medical benefits, you are covered for hospital and medical benefits *only through a Health Net Participating Physician Group (PPG) or Independent Physicians Association (IP)*. Most covered services are provided to you at no cost. Your dental, vision, chiropractic, wellness and prescription drug benefits under the Plan remain in effect.

If you are newly eligible, the West Coast Plan Office will provide you with a directory of Health Net participating providers, services and facilities with your *Summary Plan Description*. To enroll, you must complete the Health Net portion of your Selection Form and return it to the West Coast Plan Office. Upon enrollment and return of your beneficiary cards, your Health Net benefit identification cards will be issued to you directly by Health Net, and your dental/vision/prescription cards will be issued by the Plan Office. You will also be sent an Evidence of Coverage. Since the physician list is subject to change, you may contact Health Net at any time at the above-listed number for an updated copy. If you select Health Net for your health benefits, the Evidence of Coverage you receive upon enrollment with the Plan or with this *Summary Plan Description* will become part of your *Summary Plan Description*.

Health Net members, their spouses and children are free to select more than one medical group per household. This means that you can choose one physician group and Primary Care Physician (PCP) for yourself, and select another physician group and PCP for your spouse or other members of your family. And, members can change physician groups once per month, for any reason.

In addition to traditional health care services, Health Net offers its members some unique benefits, such as a 20 percent discount for eyewear at LensCrafters, an infant car seat for parents-to-be who complete Health Net's prenatal care class, a toll-free audio library of helpful health information, and discounts on memberships at Family Fitness® Centers. Please contact Health Net for further information.

## The following is a sample of Health Net Benefits and Exclusions:

| Plan Services | Plan Members Pay |
|---|---|

**Professional Services**

| | |
|---|---|
| Visits to physician, physician's assistant or nurse practitioner in PM or IP | No charge |
| Newborn office visits | No charge |
| Periodic health evaluations | No charge |
| Emergency services | $35 |
| *(waived if admitted to a hospital)* | |
| Annual well-woman visit* *(self-referral to a gynecologist associated with member's PPG or IP)* | No charge |
| Vision and hearing exams | No charge |
| Specialists consultations | No charge |
| Physician's visit to member's home *(at discretion of physician)* | $10 |
| Physician's visit to hospital or skilled nursing facility | No charge |
| Immunizations in relation to foreign travel or occupational requirements | 20% |
| Other immunizations | No charge |
| Allergy testing | No charge |
| Allergy serum | No charge |
| Allergy injection services | No charge |
| Injections for infertility | 50% |
| All other injections | No charge |

*\* Covered services are medical history and diagnosis, physical exams, including breast and pelvic exams, and pap smears.
Additional visits or tests require PPG or IP authorization.*

Exhibit 1 - Page 83

**Health Net**

| Plan Services | Plan Members Pay |
|---|---|

Surgeon/assistant. Surgeon in hospital or PM or IP ...................................................................No charge
Administration of anesthetics ....................................................................................................No charge
X-ray and laboratory procedures ...............................................................................................No charge
Short-term neuromuscular rehabilitation therapy .....................................................................No charge
    *(Includes physical, speech, occupational and inhalation therapy, which will result in significant improvement of the condition.)*

## Care for Conditions of Pregnancy

Prenatal care and postnatal office visits ....................................................................................No charge
Physician's visit to a hospital in relation to care for the mother and newborn ........................No charge
Normal delivery, cesarean section .............................................................................................No charge
Complications of pregnancy, including medically necessary abortions ....................................No charge
Elective abortions .......................................................................................................................$150
Genetic testing of fetus ..............................................................................................................No charge
Circumcision of newborn males ................................................................................................No charge

## Family Planning

All infertility services *(all services that diagnose, evaluate or treat infertility)* ......................50%
Sterilization of females ..............................................................................................................$150
Sterilization of males .................................................................................................................$50

## Care for Mental Disorders

Outpatient mental health consultation *(limited to 20 visits per calendar year)*........................$30*

## Other Services

Medical social services ...............................................................................................................No charge
Patient education .........................................................................................................................No charge
Ambulance ..................................................................................................................................No charge
Air ambulance .............................................................................................................................No charge
Durable medical equipment .......................................................................................................No charge
Prosthetic device (internal or external).....................................................................................No charge
Blood, blood plasma, blood derivatives and blood factors .......................................................No charge
Nuclear medicine .......................................................................................................................No charge
Organ and bone marrow transplants *(nonexperimental and noninvestigational)*.....................No charge
Chemotherapy ............................................................................................................................No charge
Renal dialysis .............................................................................................................................No charge
Home health services *(co-payment begins on the 31st day of care)* .........................................$10
Hospice services *(up to maximum 210 days during members lifetime)* .....................................No charge

## Hospitalization

Unlimited days of care in a hospital semi-private room or intensive care unit with ancillary services ......No charge
Room and board in a skilled nursing facility *(limited to 100 days per calendar year)*................No charge
Hospitalization for infertility services ......................................................................................50%
Maternity care.............................................................................................................................No charge
Outpatient services .....................................................................................................................No charge
Acute inpatient care for alcohol and drug abuse *(detoxification only)* ....................................No charge

## Emergency Services Within or Outside the Health Net Service Area

Professional Services ..................................................................................................................No charge
Emergency room services**.......................................................................................................$35
Urgent care center services**.....................................................................................................$35
Hospital inpatient services .........................................................................................................No charge
Hospital outpatient services .......................................................................................................No charge

---

\*  *No charge/unlimited days for members for conditions considered "severe" mental illnesses, such as Schizophrenia, schizoaffective disorder, bipolar disorder, major depressive disorders, panic disorders, obsessive-compulsive disorder, pervasive developmental disorder or autism, anorexia nervosa, bulimia nervosa, or serious emotional disturbances of children.*

\*\*  *The co-payment will not be required if the member is admitted as a hospital inpatient directly from the emergency room or urgent care center.*

Exhibit 1 - Page 84

## Chiropractic Care

Chiropractic care is available through American Specialty Health (ASH) for Participants and eligible dependents enrolled in Health Net.

You may self-refer to an approved ASH chiropractor for a $10 per visit co-payment, for a maximum of 20 visits per calendar year.

For the name of an approved ASH chiropractor near you, please use the phone number or website below.

List of ASH Providers
• www.ashcompanies.com
• Customer Service at 800.678.9133

*Not Covered:*
• Studio Calls
• On-site visits
• Home visits
• Exercise at a gym or similar facility

MRI/CT scans, diagnostic tests and laboratory tests are not covered when ordered by a chiropractor, even if they are administered by a medical doctor. No more than 20 chiropractic treatments are covered per calendar year, regardless of condition or conditions.

The Plan does not make any recommendations regarding the use of chiropractors affiliated with ASH Networks, Inc., but merely provides this information for use at your own discretion.

## Limitations and Exclusions

*Health Net Does Not Cover*

1. Any services not authorized by the member's selected PPG or IP in accordance with procedures established by the PPG or IP and Health Net.

2. Cosmetic or transsexual surgery.

3. Reversals of voluntary, surgically induced sterility.

4. Experimental or investigational procedures as defined by Health Net.

5. Routine physical examinations for insurance, licensing, employment, school, camp or other nonpreventive purposes.

6. Dental services. (*See Dental Plan Options, page 95.*)

7. Disorders of the jaw joint or surgical procedures to enlarge, reduce or realign the jaw, except as determined to be medically necessary.

8. Personal or comfort items.

9. Custodial or domiciliary care.

10. Treatment for chronic alcoholism or other substance abuse. (Detoxification and the treatment of associated medical conditions are covered.)

11. Treatment for nervous or mental disorders as a registered bed patient.

12. Private-duty nursing for registered bed patients in a hospital or long-term care facility.

13. Noneligible institutions.

14. Outpatient prescription drugs or medications. (*See Medco on page 113.*)

15. Disposable supplies for home use.

16. Orthotics which are not custom made to fit the body.

17. Contraceptive devices. (Fitting examinations and the insertion of vaginal contraceptive devices are covered.)

18. Hearing aids. (*See page 54.*)

19. Contact lenses or corrective eyeglasses. (*See VSP on page 117.*)

20. Conception by artificial means - any and all procedures that involve the harvesting or manipulation (physical, chemical, or by any other means) of the human ovum to treat infertility; any service, procedure, or process that prepares the member to receive conception by artificial means; includes gamete intrafallopian transfer (GIFT), in-vitro fertilization (IVF), zygote intrafallopian transfer (ZIFT) and any other procedures; collection, preservation or purchases of sperm or ova. (Artificial insemination is covered when a female member or her male partner is infertile.)

21. Any services or supplies not specifically listed in the member's Evidence of Coverage as covered services or supplies.

22. Services received before coverage begins or after termination of coverage, except as specifically stated under Extension of Benefits in the member's Evidence of Coverage.

## Grievance, Appeals, Independent Medical Review and Arbitration

**Grievance Procedures**

If you are not satisfied with efforts to solve a problem with Health Net or your Physician Group, you must first file a grievance or appeal against Health Net by calling the Member Services Department at **800.522.0088** or by submitting a Member Grievance Form through the Health Net website at www.health.net. You may also file your complaint in writing by sending information to:

> **Health Net**
> **Member Services Appeals and Grievance Department**
> **P.O. Box 10348**
> **Van Nuys, CA  91410-0348**

If your concern involves the Mental Disorders and Chemical Dependency program, call Managed Health Network (MHN) at **800.227.1060**, or write to:

> **Managed Health Network**
> **Attention:  Health Net Team**
> **1600 Los Gamos Drive, Suite 300**
> **San Rafael, CA  94903**

Exhibit 1 - Page 85

If your concern involves the chiropractic program, call American Specialty Health (ASH) at **800.678.9133**, or write to:

> **American Specialty Health**
> **Attention:  Member Services Department**
> **P.O. Box 509002**
> **San Diego, CA  92150-9002**

Please include all information from your Health Net Identification Card and the details of the concern or problem.

We will:

• Confirm in writing within five calendar days that we received your request.

• Review your complaint and inform you of our decision in writing within 30 days from the receipt of the Grievance. For conditions where there is an immediate and serious threat to your health, including severe pain or the potential for loss of life, limb or major bodily function exists, Health Net must notify you or the status of your grievance no later than three days from receipt of the grievance.

**For urgent grievances, Health Net will immediately notify you of the right to contact the Department of Managed Health Care. There is no requirement that you participate in Health Net's grievance process prior to applying to the Department of Managed Health Care for review of an urgent grievance.**

If you continue to be dissatisfied after the grievance procedure has been completed, you may contact the Department of Managed Health Care for assistance or to request an Independent Medical Review or initiate binding arbitration, as described below. Binding arbitration is the final process for the resolution of disputes.

## Independent Medical Review of Grievances Involving a Disputed Health Care Service

You may request an Independent Medical Review (IMR) of disputed health care services from the Department of Managed Health Care (Department) if you believe that health care services eligible for coverage and payment under your Health Net Plan have been improperly denied, modified or delayed by Health Net or one of its contracting providers. A "Disputed Health Care Service" is any health care service eligible for coverage and payment under your Health Net Plan that has been denied, modified or delayed by Health Net or one of its contracting providers, in whole or in part because the service is not Medically Necessary.

The IMR process is in addition to any other procedures or remedies that may be available to you. You pay no application or processing fees of any kind for IMR. You have the right to provide information in support of the request for IMR.

Health Net will provide you with an IMR application form and Health Net's grievance response letter that states its position on the Disputed Health Care Service. A decision not to participate in the IMR process may cause you to forfeit any statutory right to pursue legal action against Health Net regarding the Disputed Health Care Service.

*Eligibility*

Your application for Independent Medical Review (IMR) will be reviewed by the Department to confirm that it meets all the eligibility requirements of the law for IMR which are set out below:

1.  a.  Your provider has recommended a health care service as Medically Necessary, or

   b.  You have received urgent or Emergency Care that a provider determined to have been Medically Necessary;

   c.  In the absence of the provider recommendation described in 1.a. above, you have been seen by a Health Net Member Physician for the diagnosis or treatment of the medical condition for which you seek IMR;

2.  The Disputed Health Care Service has been denied, modified or delayed by Health Net or one of its contracting providers, based in whole or in part on a decision that the health care service is not Medically Necessary; and

3.  You have filed a grievance with Health Net and the disputed decision is upheld by Health Net or the grievance remains unresolved after 30 days. Within the next six months, you may apply to the Department for IMR or later, if the Department agrees to extend the application deadline. If your grievance requires expedited review you may bring it immediately to the Department's attention. The Department may waive the requirement that you follow Health Net's grievance process in extraordinary and compelling cases.

If your case is eligible for IMR, the dispute will be submitted to a medical specialist who will make an independent determination of whether or not the care is Medically Necessary. You will receive a copy of the assessment made in your case from the IMR. If the IMR determines the service is Medically Necessary, Health Net will provide the Disputed Health Care Service. If your case is not eligible for IMR, the Department will advise you of your alternatives.

For non-urgent cases, the IMR organization designated by the Department must provide its determination within 30 days of receipt of the application for review and the supporting documents. For urgent cases involving imminent and serious threat to your health, including, but not limited

Exhibit 1 - Page 86

to, serious pain, the potential loss of life, limb or major bodily function or the immediate and serious deterioration of your health, the IMR organization must provide its determination within three business days.

For more information regarding the IMR process or to request an application form, please call the Member Services Department at **800.522.0088**.

## Independent Medical Review of Investigational or Experimental Therapies

Health Net does not cover experimental or investigational drugs, devices, procedures or therapies. However, if Health Net denies or delays coverage for your requested treatment on the basis that it is Experimental or Investigational and you meet the eligibility criteria set out below, you may request an Independent Medical Review (IMR) of Health Net's decision from the Department of Managed Health Care. **The Department does not require you to participate in Health Net's grievance system prior to seeking an IMR of a decision to deny treatment on the basis that it is experimental or investigational.**

*Eligibility*

1.  You must have a life-threatening or seriously debilitating condition.

2.  Your Physician must certify to Health Net that you have a life-threatening or seriously debilitating condition for which standard therapies have not been effective in improving your condition or are otherwise medically inappropriate and there is no more beneficial therapy covered by Health Net.

3.  Your Physician must certify that the proposed Experimental or Investigational therapy is likely to be more beneficial than available standard therapies or as an alternative, you submit a request for a therapy that, based on documentation you present from the medical and scientific evidence, is likely to be more beneficial than available standard therapies.

4.  You have been denied coverage by Health Net for the recommended or requested therapy.

5.  If not for Health Net's determination that the recommended or requested treatment is experimental or investigational, it would be covered.

If Health Net denies coverage of the recommended or requested therapy and you meet the eligibility requirements, Health Net will notify you within five business days of its decision and your opportunity to request external review of Health Net's decision through IMR. Health Net will provide you with an application form to request an IMR of Health Net's decision. The IMR process is in addition to any other procedures or remedies that may be available to you. You pay no application or processing fees of any kind for IMR. You have the right to provide information in support of your request for IMR. If your Physician determines that the proposed therapy should begin promptly, you may request expedited review and the experts on the IMR panel will render a decision within seven days of your request. If the IMR panel recommends that Health Net cover the

recommended or requested therapy, coverage for the services will be subject to the terms and conditions generally applicable to other benefits you are entitled to. A decision not to participate in the IMR process may cause you to forfeit any statutory right to pursue legal action against Health Net regarding the denial of the recommended or requested therapy. For more information, please call the Member Services Department at **800.522.0088**.

*Binding Arbitration*

Sometimes disputes or disagreements may arise between you (including your enrolled family members, heirs or personal representatives) and Health Net regarding the construction, interpretation, performance or breach of this Evidence of Coverage or regarding other matters relating to or arising out of your Health Net membership. Typically such disputes are handled and resolved through the Health Net Grievance, Appeal and Independent Medical Review process described above. However, in the event that a dispute is not resolved in that process, Health Net uses binding arbitration, except as provided below, as the final method for resolving all such disputes, whether stated in tort, contract or otherwise and whether or not other parties such as Employer groups, health care providers or their agents or employees, are also involved. In addition, disputes with Health Net involving alleged professional liability or medical malpractice (that is, whether any medical services rendered were unnecessary or unauthorized or were improperly, negligently or incompetently rendered) also must be submitted to binding arbitration.

As a condition to becoming a Health Net Member, you agree to submit all disputes you may have with Health Net, except those described below, to final and binding arbitration. Likewise, Health Net agrees to arbitrate all such disputes. This mutual agreement to arbitrate disputes means that both you and Health Net are bound to use binding arbitration as the final means of resolving disputes that may arise between the parties and thereby the parties agree to forego any right they may have to a jury trial on such disputes. However, no remedies that otherwise would be available to either party in a court of law will be forfeited by virtue of this agreement to use and be bound by Health Net's binding arbitration process. This agreement to arbitrate shall be enforced even if a party to the arbitration is also involved in another action or proceeding with a third party arising out of the same matter.

Effective July 1, 2002, Members who are enrolled in the Motion Picture Industry Health Plan, which is subject to ERISA, 29 U.S.C.§1001, et seq., a federal law regulating benefit plans, are not required to submit disputes about certain "adverse benefit determinations" made by Health Net to mandatory binding arbitration. Under ERISA, an "adverse benefit determination" means a decision by Health Net to deny, reduce, terminate or not pay for all or a part of a benefit. However, you and Health Net may voluntarily agree to arbitrate disputes about these "adverse benefit determinations" at the time the dispute arises.

Exhibit 1 - Page 87

**Health Net**

Health Net's binding arbitration process is conducted by mutually acceptable arbitrator(s) selected by the parties. The Federal Arbitration Act, 9 U.S.C.§1, et seq., will govern arbitration's under this process. In the event that the total amount of damages claimed is $200,000 or less, the parties shall, within 30 days of submission of the demand for Arbitration to Health Net, appoint a mutually acceptable single neutral arbitrator who shall hear and decide the case and have no jurisdiction to award more than $200,000. In the event that total amount of damages is over $200,000, the parties shall, within 30 days of submission of the demand for Arbitration to Health Net, appoint a mutually acceptable panel of three neutral arbitrators (unless the parties mutually agree to one arbitrator), who shall hear and decide the case.

If the parties fail to reach an agreement during this time frame, then either party may apply to a Court of Competent Jurisdiction for appointment of the arbitrator(s) to hear and decide the matter.

Arbitration can be initiated by submitting a demand for Arbitration to Health Net at the address provided below. The demand must have a clear statement of the facts, the relief sought and a dollar amount.

The arbitrator is required to follow applicable state or federal law. The arbitrator may interpret this Evidence of Coverage, but will not have any power to change, modify or refuse to enforce any of its terms, nor will the arbitrator have the authority to make any award that would not be available in a court of law. At the conclusion of the arbitration, the arbitrator will issue a written opinion and award setting forth findings of fact and conclusions of law. The award will be final and binding on all parties except to the extent that State or Federal law provides for judicial review of Arbitration proceedings.

The parties will share equally the arbitrator's fees and expenses of administration involved in the arbitration. Each party also will be responsible for their own attorney's fees. In cases of extreme hardship to a Member, Health Net may assume all or a portion of a Member's share of the fees and expenses of the Arbitration. Upon written notice by the Member requesting a hardship application, Health Net will forward the request to an independent professional dispute resolution organization for a determination. Such request for hardship should be submitted to the Litigation Administrator at the address provided above.

---

**Health Net of California**
**Attention: Litigation Administrator**
**P.O. Box 4504**
**Woodland Hills, CA  91365-4505**

---

**For a more complete description of benefits, please refer to the Health Net Evidence of Coverage.**

---

***Reminder:***  Your claims review and appeals will ordinarily be handled based on the general guidelines and time frames provided on pages 40 and 63, above, with your claims and appeals submitted to Health Net. However, in addition to reading this Health Net section of your *Summary Plan Description*, you must also review the Health Net Evidence of Coverage furnished to you for further details. In addition, benefits available under Medicare may be handled somewhat differently, as described in your Evidence of Coverage.

---

Exhibit 1 - Page 88

# CALIFORNIA HMO PLAN

## Kaiser Permanente Member Services

### 800.464.4000

Group:  100275

www.kaiserpermanente.org



**KAISER PERMANENTE**®

*Providers Located in California Only*

If you select Kaiser for your hospital and medical benefits, **you are covered for hospital and medical benefits only through a Kaiser facility**. Most covered services are provided to you at no cost. Your dental, vision, chiropractic, wellness and prescription drug benefits under the MPI Health Plan remain in effect.

To enroll in the Kaiser Permanente plan, you must complete the Kaiser portion of your Selection Form and return it to the MPI Health Plan Office. Upon enrollment, your benefit identification cards will be issued to you directly by Kaiser, along with comprehensive information regarding their services and facilities. You may contact Kaiser at the above telephone number for an advance copy of Kaiser information to assist you in your selection of medical/hospital plans. If you select Kaiser for your health benefits, the Evidence of Coverage you receive upon enrollment with the MPI Health Plan or with this *Summary Plan Description* will become part of your *Summary Plan Description*.

## The following is a sample of Kaiser Benefits and Exclusions:

| Services | Members Pay |
|---|---|
| **In the Medical Office** | |
| Office Visits | $5 per visit |
| Physicals | $5 per visit |
| Vision and hearing exams | $5 per visit |
| Well-child preventive care *(23 months or younger)* | $5 per visit |
| Lab, x-ray and other tests | No Charge |
| Therapy *(such as physical, occupational or speech therapy)* | $5 per visit |
| **In the Hospital** | |
| Physicians, surgeons and surgical services | No Charge |
| Room and board and critical care units | No Charge |
| General and special nursing care | No Charge |
| Blood, blood products and their administration | No Charge |
| Lab, x-ray and other tests | No Charge |
| Therapy *(such as physical, occupational or speech therapy)* | No Charge |
| Drugs, medicines, dressings and casts | No Charge |
| Other necessary supplies | No Charge |
| **Emergency Services In or Out of Our Southern California Service Area** | |
| In a Plan facility *(waived if admitted directly to a hospital)* | $35 per visit |
| In a non-Plan facility *(waived if admitted directly to a hospital)* | $35 per visit |

***There are restrictions to this benefit. Please contact Kaiser for a complete description of your benefits.***

Exhibit 1 - Page 89

KAISER PERMANENTE

| Services | Members Pay |
|----------|-------------|

**Maternity Care**
Office visits ...........................................................................................$5 per visit
*(Includes scheduled prenatal care and first Post-partum visit)*
Lab, x-ray and other tests..................................................................No Charge
Hospitalization ...................................................................................No Charge
Full care of newborn while mother is in hospital ............................No Charge

**Ambulance**
Within our Service Area when approved by a Kaiser physician .............No Charge

**Health Education**
Education for specific conditions ....................................................$5 per individual visit
                                                                                            No charge for group classes
Education not addressed to a specific condition ............................Charges vary
Health education publications .........................................................No Charge

**Mental Health Care**
Inpatient psychiatric care and hospital alternative services
*(Up to 30 days per calendar year)* .................................................No Charge

Outpatient visits *(Up to a total of 20 individual and group therapy visits per calendar year.*
*In the same year, up to 20 additional group therapy visits that meet Medical Group criteria\*)* ...........$5 per individual visit
                                                                                            $2 per group therapy visit

**Home Health Care**
Covered home health care, including physical, occupational and speech therapy
*(Up to 100 two-hour visits per calendar year)* ...............................No Charge

Hospice Care (within Kaiser service area and approved by a Kaiser physician) ...................No Charge

Skilled Nursing Facility Care *(Up to 100 days per Benefit period)* .........................No Charge

In-home Nursing Care *(when medically necessary and only when a Plan physician*
*determines that care can best be provided in the home)* .........................................No Charge

*Note: Home Health Care Exclusions*

- Care of a type that an unlicensed family member or other lay person could provide safely and effectively in the home setting after receiving appropriate training. This care is excluded even if Kaiser would cover the care if it were provided by a qualified medical professional in a hospital or a skilled nursing facility.

- Care in the home if the home is not a safe and effective treatment setting.

**Alcoholism and Drug Dependency Treatment**
Inpatient detoxification ....................................................................No Charge

Outpatient therapy visits. ................................................................$5 per individual visit
                                                                                            $2 per group therapy visit

Transitional residential recovery services
*(up to 60 days per calendar year, not to exceed 120 days in any 5-year period)*...................$100 per admission

---

*Note:* Specific information on benefits not included on this chart can be obtained from Kaiser directly. The services and items in this chart are covered benefits only if, in the judgment of a Kaiser physician, they are medically necessary to present, diagnose or treat a medical condition. A service or item is medically necessary only if a Kaiser physician determines that its omission would adversely affect a member's health.

There are exclusions, limitations and reductions to benefits. Please see your Kaiser Evidence Of Coverage Service Agreement for details.

This is just a summary of your Kaiser Permanente benefits and should not be considered a legal document.

For a complete disclosure of your Kaiser Permanente benefits, please consult your Disclosure Form And Evidence Of Coverage Service Agreement.

---

*\* Note: Visit and day limits do not apply to serious emotional disturbances of children and severe mental illnesses as described in the Evidence of Coverage.*

Exhibit 1 - Page 90

KAISER PERMANENTE

## Chiropractic Care

Chiropractic care is available through American Specialty Health (ASH) for Participants and eligible dependents enrolled in Kaiser.

You may self-refer to an approved ASH chiropractor for a $10 per visit co-payment, for a maximum of 20 visits per calendar year.

For the name of an approved ASH chiropractor near you, please use the phone number or website  below.

List of ASH Providers
• www.ashcompanies.com
• Customer Service at 800.678.9133

*Not Covered:*
• Studio Calls
• On-site visits
• Home visits
• Exercise at a gym or similar facility

MRI/CT scans, diagnostic tests and laboratory tests are not covered when ordered by a chiropractor, even if they are administered by a medical doctor. No more than 20 chiropractic treatments are covered per calendar year, regardless of condition or conditions.

The Plan does not make any recommendations regarding the use of chiropractors affiliated with ASH Networks, Inc., but merely provides this information for use at your own discretion.

## Kaiser Facilities Key

**MC**   Medical Centers, which include hospitals and medical offices, offer widest range of health care services, Emergency Care is available at all medical centers 24 hours a day, 7 days a week.

**MO**   Medical offices, which usually offer primary care and pharmacy services, are the facilities you'll probably use for most of your routine care.

**OF**   Other facilities include administrative offices or facilities that offer only specialized care such as physical therapy, chemical dependency treatment or mental health services.

**EC**   Emergency contract facilities are non-Kaiser Permanente hospitals at which you may receive covered emergency care or some referred services (Kern County and Orange County).

**NC**   Non-emergency contract facilities are non-Kaiser Permanente hospitals at which you may receive some referred services. They DO NOT provide emergency care. (Kern County only.)

**H**   Hospitals are Kaiser Permanente Affiliated Hospitals where you may receive emergency care or some referred services (Coachella Valley and western Ventura County).

**U**   Urgent care facilities are Kaiser Permanente Affiliated Facilities that provide urgent care services (Coachella Valley and western Ventura County).

Exhibit 1 - Page 91

Kaiser Permanente

# List of Kaiser Facilities in Southern California

## Antelope Valley
20th Street Medical Offices ...............................................OF
Lancaster/Antelope Valley Medical Offices ....................MO
Palmdale Pharmacy .........................................................OF

## Bellflower Area
Bellflower Medical Center ................................................MC
Bellflower Satellite Offices ..............................................OF
Brookshire Medical Offices ..............................................OF
Cudahy Medical Offices ...................................................MO
Imperial Medical Offices ..................................................MO
Imperial Satellite Offices .................................................MO
Rosecrans Medical Offices ...............................................MO
Whittier Medical Offices ..................................................MO

## Inland Area - Fontana
Colton Medical Offices ....................................................MO
Fontana Medical Center ...................................................MC
Fontana Mental Health Offices ........................................OF
High Desert Medical Offices ............................................MO
Indian Hill Medical Offices .............................................MO
Loma Linda Medical Offices ............................................MO
Montclair Mental Health Offices ......................................OF
Ontario Medical Offices ...................................................MO
Rancho Cucamonga Medical Offices ................................MO
San Bernardino Medical Offices ......................................MO
San Bernardino Mental Health Offices .............................OF

## Inland Area - Riverside
Canyon Crest Mental Health Office ..................................OF
Magnolia Village .............................................................OF
Moreno Valley Medical Offices ........................................MO
Polk Street Medical Offices .............................................MO
Riverside Medical Center .................................................MC
Temecula Valley Medical Offices .....................................MO
Van Buren Medical Offices ..............................................OF

## Kern County
Bakersfield Administrative Office .....................................OF
Bakersfield Memorial Hospital .........................................EC
Central Medical Offices ...................................................MO
East Hills Medical Offices ...............................................MO
Memorial Center for Behavioral Health ...........................NC
Mercy Hospital.................................................................EC
Mercy Southwest Hospital ...............................................NC
Ming Avenue Medical Offices ..........................................MO
Physicians Plaza Medical Offices ....................................MO
Stockdale Medical Offices ...............................................MO

## Metropolitan Los Angeles
East Los Angeles Medical Offices ....................................MO
Glendale Medical Offices .................................................MO
Los Angeles Medical Center.............................................MC
Mental Health Center .......................................................OF
Pasadena Medical Offices ................................................MO

## West Los Angeles
Culver Marina Medical Offices ........................................MO
Health Education Offices ..................................................MO
Inglewood Medical Offices ..............................................MO
Playa Vista Medical Offices .............................................MO
West Los Angeles Medical Center
    Hospital and Medical Offices.......................................MC

## Orange County
Aliso Viejo Medical Offices .............................................MO
Anaheim Medical Center ..................................................MC
Barcelona Administrative Offices .....................................OF
Brea Medical Offices ........................................................MO
Cobblestone Plaza ...........................................................OF
East Street Admin. Offices ...............................................OF
Euclid Medical Offices .....................................................MO
Garden Grove Medical Offices.........................................MO
Health Pavilion ................................................................OF
Huntington Beach Medical Offices ..................................MO
Irvine Medical Offices .....................................................MO
Irvine Regional Hospital ..................................................EC
Lakeview Medical Offices ................................................MO
La Palma Medical Offices ................................................MO
Mission Viejo Medical Offices.........................................MO
Rehabilitation Pavilion ....................................................OF
San Juan Capistrano Medical ..........................................MO
Tustin-Santa Ana Medical Offices ...................................MO
West Anaheim Medical Center .........................................EC
West Anaheim Medical Offices ........................................OF
Yorba Linda Medical Office .............................................MO

## San Diego County
Bonita Medical Offices.....................................................MO
Bostonia Medical Offices .................................................MO
Carlsbad Medical Offices .................................................MO
Claremont Mesa Medical Offices......................................MO
Eastlake Medical Offices ..................................................MO
El Cajon Medical Offices ..................................................MO
Escondido Medical Offices ...............................................MO
Kaiser Foundation Hospital, El Cajon ...............................OF
La Mesa Medical Offices ..................................................MO
Mission Bay Medical Offices............................................MO
Otay Lakes Physical Therapy Offices ...............................OF
Otay Mesa Outpatient Medical Center .............................MO
Palomar Medical Center ...................................................NC
Point Loma Medical Offices.............................................MO
Positive Choice Wellness Center ......................................OF
Rancho Bernardo Medical Offices ...................................MO
San Diego Medical Center/Kaiser Foundation Hospital....MC
San Diego Mission Road ..................................................OF
San Marcos Medical Offices ............................................MO
Vandever Medical Offices ................................................MO
Vista Medical Offices .......................................................MO

**Additional locations may have been added — for a current provider list, contact Kaiser directly at 800.464.4000**

84

Exhibit 1 - Page 92

## San Fernando Valley

Balboa Plaza Administrative Offices .................................OF
Erwin St. Medical Offices .................................................MO
Northridge Pharmacy ......................................................OF
Panorama City Medical Center........................................MC
Santa Clarita Medical Offices .........................................MO
Sherman Terrace Medical Offices ...................................OF
Simi Valley Medical Offices..............................................MO
Thousand Oaks Medical Offices ....................................MO
Woodland Hills Medical Center .....................................MC

## San Gabriel Valley

Baldwin Park Medical Offices ........................................MO
Montebello Medical Offices ...........................................MO
San Dimas Medical Offices .............................................MO
West Covina Medical Offices ..........................................MO
West Covina Mental Health Offices ...............................OF

## South Bay - Harbor City

Carson Medical Offices ....................................................OF
Gardena Medical Offices .................................................MO
South Bay Medical Center ..............................................MC
Lomita Medical Offices ...................................................OF
Long Beach Medical Offices ...........................................MO
Torrance Pharmacy .........................................................OF

## Coachella Valley

Avalon Urgent Care .......................................................... U
Desert Regional Medical Center...................................... H
Desert Urgent Care...........................................................U
Eisenhower Urgent Care (2 locations) ...........................U
Eisenhower Immediate Care (2 Locations) ....................U
Eisenhower Medical Center .............................................H
Palm Desert Urgent Care ...............................................U
VIP Urgent Care ..............................................................U
Hi-Desert Medical Center ...............................................H
John F. Kennedy Memorial ..............................................H
Kaiser Permanente Member Services (800.777.1256) ......OF

## Western Ventura County

Kaiser Permanente (Oxnard) ..........................................MO
Kaiser Permanente (Ventura) .........................................MO
Kaiser Permanente (Camarillo) .......................................MO
Kaiser Permanente (Ashwood Rd.) ................................MO
Kaiser Permanente (E. Las Posas Rd.) ...........................MO
Kaiser Permanente (S. Hill Rd.)......................................MO
Community Memorial Hospital of San Buenaventura..........H
Kaiser Permanente Member Services (800.777.1256) ......OF

## Customer Service and Patient Assistance

If you have a question or concern about how to obtain medical services, do not hesitate to ask for assistance. Contact the Customer Service Office at the Kaiser Permanente Medical Center or Office where you receive care, or call our **Member Services Call Center at 800.464.4000**. Representatives are available to assist you with understanding your health plan benefits, how to make your first medical appointment, what to do if you move, get married, need to replace an ID card, or want to file an emergency services claim.

## Dispute Resolution

### Grievances

We are committed to providing you with quality care and with a timely response to your concerns if an issue arises. Our Member Services representatives are available to discuss your concerns at most Plan Facilities or you can call our Member Service Call Center.

You can file a grievance for any issue. Your grievance must explain your issue, such as the reasons why you believe a decision was in error or why you are dissatisfied about services you received. You may submit your grievance orally or in writing as follows:

• To a Member Services representative at your local Member Services Department at a Plan Facility (please refer to *Your Guidebook* for locations), or by calling our Member Service Call Center

• Through our website at kaiserpermanente.org

• To the following location for claims described under "Non–Plan Emergency Care, Post-stabilization Care, or Out-of-Area Urgent Care" under "Requests for Payment" in the "Requests for Payment or Services" section:

**Kaiser Permanente**
**Special Services Unit**
**P.O. Box 7136**
**Pasadena, CA 91109**

**Additional locations may have been added — for a current provider list, contact Kaiser directly at 800.464.4000**

We will send you a confirmation letter within five days after we receive your grievance. We will send you our written decision within 30 days after we receive your grievance. If we deny your grievance in whole or in part, our written decision will fully explain why we denied it and additional dispute resolution options. *Note:* If we resolve your issue to your satisfaction by the end of the next business day after we receive your grievance and a Member Services representative notifies you orally about our decision, we might not send you a confirmation letter or a written decision.

*Expedited grievance*
You or your physician may make an oral or written request that we expedite our decision about your grievance if it involves imminent and serious threat to your health, such as severe pain or potential loss of life, limb, or major bodily function. We will inform you of our decision within 72 hours (orally or in writing).

We will also expedite our decision if the request is for a continuation of an expiring course of treatment. You or your physician must request an expedited decision in one of the following ways and you must specifically state that you want an expedited decision:

• Call our Expedited Review Unit at 888.987.7247 (TTY 711)

• Send your written request to Kaiser Foundation Health Plan, Inc., Expedited Review Unit, P.O. Box 23170, Oakland, CA 94623-0170, Attention: Expedited Review

• Fax your written request to our Expedited Review Unit at 888.987.2252

• Deliver your request in person to your local Member Services Department at a Plan Facility

If we deny your request for an expedited decision, we will notify you and we will respond to your grievance within 30 days. If we deny your grievance in whole or in part, our written decision will fully explain why we denied it and additional dispute resolution options.

*Note:* If you have an issue that involves an imminent and serious threat to your health (such as severe pain or potential loss of life, limb, or major bodily function), you can contact the DMHC directly at any time without first filing a grievance with us.

## Supporting Documents
It is helpful for you to include any information that clarifies or supports your position. You may want to include supporting information with your grievance, such as medical records or physician opinions. When appropriate, we will request medical records from Plan Providers on your behalf. If you have consulted with a Non-Plan Provider, and are unable to provide copies of relevant medical records, we will contact the provider to request a copy of your medical records. We will ask you to send or fax us a written authorization so that we can request your records. If we do not receive the information we request in a timely fashion, we will make a decision based on the information we have.

## Who May File
The following persons may file a grievance:

• You may file for yourself

• You may appoint someone as your authorized representative by completing our authorization form. Authorization forms are available from your local Member Services Department at a Plan Facility or by calling our Member Service Call Center. Your completed authorization form must accompany the grievance

• You may file for your Dependent children, except that they must appoint you as their authorized representative if they have the legal right to control release of information that is relevant to the grievance

• You may file for your ward if you are a court appointed guardian

• You may file for your conservatee if you are a court appointed conservator

• You may file for your principal if you are an agent under a health care proxy, to the extent provided under state law

• Your physician may request an expedited grievance as described under "Expedited grievance" above

## DMHC Complaints
The California Department of Managed Health Care is responsible for regulating health care service plans. If you have a grievance against your health plan, you should first telephone your health plan at (**800.464.4000**) and use your health plan's grievance process before contacting the department. Utilizing this grievance procedure does not prohibit any potential legal rights or remedies that may be available to you. If you need help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by your health plan, or a grievance that has remained unresolved for more than 30 days, you may call the department for assistance. You may also be eligible for an Independent Medical Review (IMR). If you are eligible for IMR, the IMR process will provide an impartial review of medical decisions made by a health plan related to the medical necessity of a proposed service or treatment, coverage decisions for treatments that are experimental or investigational in nature and payment disputes for emergency or urgent medical services. The department also has a toll-free telephone number (**888.HMO.2219**) and a TDD line (**877.688.9891**) for the hearing and speech impaired. The department's Internet website: www.hmohelp.ca.gov has complaint forms, IMR application forms and instructions online.

## Independent Medical Review (IMR)
If you qualify, you or your authorized representative may have your issue reviewed through the Independent Medical Review (IMR) process managed by the California Department of Managed Health Care (DMHC). The DMHC determines which cases qualify for IMR. This review is at no cost to you. If you decide not to request an IMR, you may give up the right to pursue some legal actions against us.

Exhibit 1 - Page 94

You may qualify for IMR if all of the following are true:

• One of these situations applies to you:

– you have a recommendation from a provider requesting Medically Necessary Services

– you have received Emergency Care or urgent care from a provider who determined the Services to be Medically Necessary

– you have been seen by a Plan Provider for the diagnosis or treatment of your medical condition

• Your request for payment or Services has been denied, modified, or delayed based in whole or in part on a decision that the Services are not Medically Necessary

• You have filed a grievance and we have denied it or we haven't made a decision about your grievance within 30 days (or three days for expedited grievances). The DMHC may waive the requirement that you first file a grievance with us in extraordinary and compelling cases, such as severe pain or potential loss of life, limb, or major bodily function

You may also qualify for IMR if the Service you requested has been denied on the basis that it is experimental or investigational as described under "Experimental or Investigational Denials."

If the DMHC determines that your case is eligible for IMR, it will ask us to send your case to the DMHC's Independent Medical Review organization. The DMHC will promptly notify you of its decision after it receives the Independent Medical Review organization's determination. If the decision is in your favor, we will contact you to arrange for the Service or payment.

## Experimental or Investigational Denials

If we deny a Service because it is experimental or investigational, we will send you our written explanation within five days of making our decision. We will explain why we denied the Service and provide additional dispute resolution options. Also, we will provide information about your right to request Independent Medical Review if we had the following information when we made our decision:

• Your treating physician provided us a written statement that you have a life-threatening or seriously debilitating condition and that standard therapies have not been effective in improving your condition, or that standard therapies would not be appropriate, or that there is no more beneficial standard therapy we cover than the therapy being requested. "Life threatening" means diseases or conditions where the likelihood of death is high unless the course of the disease is interrupted, or diseases or conditions with potentially fatal outcomes where the end point of clinical intervention is survival. "Seriously debilitating" means diseases or conditions that cause major irreversible morbidity

• If your treating physician is a Plan Physician, he or she recommended a treatment, drug, device, procedure or other therapy and certified that the requested therapy is likely to be more beneficial to you than any available

standard therapies and included a statement of the evidence relied upon by the Plan Physician in certifying his or her recommendation

• You (or your Non–Plan Physician who is a licensed and either a board-certified or board-eligible, physician qualified in the area of practice appropriate to treat your condition) requested a therapy that, based on two documents from the medical and scientific data, as defined in California Health and Safety Code Section 1370.4(d), is likely to be more beneficial for you than any available standard therapy. The physician's certification included a statement of the evidence relied upon by the physician in certifying his or her recommendation. We do not cover the Services of the Non–Plan Provider

*Note:* You can request IMR for experimental or investigational denials at any time without first filing a grievance with us.

## Binding Arbitration

For all claims subject to this "Binding Arbitration" section, both Claimants and Respondents give up the right to a jury or court trial and accept the use of binding arbitration. Insofar as this "Binding Arbitration" section applies to claims asserted by Kaiser Permanente Parties, it shall apply retroactively to all unresolved claims that accrued before the effective date of this EOC. Such retroactive application shall be binding only on the Kaiser Permanente Parties.

**Scope of Arbitration**

Any dispute shall be submitted to binding arbitration if all of the following requirements are met:

• The claim arises from or is related to an alleged violation of any duty incident to or arising out of or relating to this EOC or a Member Party's relationship to Kaiser Foundation Health Plan, Inc. (Health Plan), including any claim for medical or hospital malpractice, for premises liability, or relating to the coverage for, or delivery of, Services, irrespective of the legal theories upon which the claim is asserted

• The claim is asserted by one or more Member Parties against one or more Kaiser Permanente Parties or by one or more Kaiser Permanente Parties against one or more Member Parties

• The claim is not within the jurisdiction of the Small Claims Court

• If your Group must comply with the Employee Retirement Income Security Act (ERISA) requirements, the claim is not a benefit-related request that constitutes a "benefit claim" in Section 502(a)(1)(B) of ERISA. Note: Benefit claims under this Section of ERISA are excluded from this binding arbitration requirement only until such time as the United States Department of Labor regulation prohibiting mandatory binding arbitration of this category of claim (29 CFR 2560.503-1(c)(4)) is modified, amended, repealed, superseded, or otherwise found to be invalid. If this occurs, these claims will automatically become subject to mandatory binding arbitration without further notice

As referred to in this "Binding Arbitration" section, "Member Parties" include:

• A Member

• A Member's heir or personal representative

• Any person claiming that a duty to him or her arises from a Member's relationship to one or more Kaiser Permanente Parties

"Kaiser Permanente Parties" include:

• Kaiser Foundation Health Plan, Inc. (Health Plan)

• Kaiser Foundation Hospitals (KFH)

• The Permanente Medical Group, Inc. (TPMG)

• Southern California Permanente Medical Group (SCPMG)

• The Permanente Federation, LLC

• The Permanente Company, LLC

• Any KFH, TPMG, or SCPMG physician

• Any individual or organization whose contract with any of the organizations identified above requires  arbitration of claims brought by one or more Member Parties

• Any employee or agent of any of the foregoing

"Claimant" refers to a Member Party or a Kaiser Permanente Party who asserts a claim as described above. "Respondent" refers to a Member Party or a Kaiser Permanente Party against whom a claim is asserted.

### Initiating Arbitration

Claimants shall initiate arbitration by serving a Demand for Arbitration. The Demand for Arbitration shall include the basis of the claim against the Respondents; the amount of damages the Claimants seek in the arbitration; the names, addresses, and telephone numbers of the Claimants and their attorney, if any; and the names of all Respondents. Claimants shall include all claims against Respondents that are based on the same incident, transaction, or related circumstances in the Demand for Arbitration.

### Serving Demand for Arbitration

Health Plan, KFH, TPMG, SCPMG, The Permanente Federation, LLC, and The Permanente Company, LLC shall be served with a Demand for Arbitration by mailing the Demand for Arbitration addressed to that Respondent in care of:

**Kaiser Foundation Health Plan, Inc.**
**Legal Department**
**393 East Walnut Street**
**Pasadena, CA 91188**

Service on that Respondent shall be deemed completed when received. All other Respondents, including individuals, must be served as required by the California Code of Civil Procedure for a civil action.

### Filing Fee

The Claimants shall pay a single, nonrefundable, filing fee of $150 per arbitration payable to "Arbitration Account" regardless of the number of claims asserted in the Demand for Arbitration or the number of Claimants or Respondents named in the Demand for Arbitration.

Any Claimant who claims extreme hardship may request that the Independent Administrator waive the filing fee and the Neutral Arbitrator's fees and expenses. A Claimant who seeks such waivers shall complete the Fee Waiver Form and submit it to the Independent Administrator and simultaneously serve it upon the Respondents. The Fee Waiver Form sets forth the criteria for waiving fees and is available by calling our Member Service Call Center.

### Number of Arbitrators

The number of Arbitrators may affect the Claimant's responsibility for paying the Neutral Arbitrator's fees and expenses.

If the Demand for Arbitration seeks total damages of $200,000 or less, the dispute shall be heard and determined by one Neutral Arbitrator, unless the parties otherwise agree in writing that the arbitration shall be heard by two Party Arbitrators and one Neutral Arbitrator. The Neutral Arbitrator shall not have authority to award monetary damages that are greater than $200,000. If the Demand for Arbitration seeks total damages of more than $200,000, the dispute shall be heard and determined by one Neutral Arbitrator and two Party Arbitrators, one jointly appointed by all Claimants and one jointly appointed by all Respondents. Parties who are entitled to select a Party Arbitrator may agree to waive this right. If all parties agree, these arbitrations will be heard by  a Single Neutral Arbitrator.

### Payment of Arbitrators' Fees and Expenses

Health Plan will pay the fees and expenses of the Neutral Arbitrator under certain conditions as set forth in the *Rules for Kaiser Permanente Member Arbitrations Overseen by the Office of the Independent Administrator (Rules of Procedure)*. In all other arbitrations, the fees and expenses of the Neutral Arbitrator shall be paid one half by the Claimants and one-half by the Respondents.

If the parties select Party Arbitrators, Claimants shall be responsible for paying the fees and expenses of their Party Arbitrator and Respondents shall be responsible for paying the fees and expenses of their Party Arbitrator.

Exhibit 1 - Page 96

## Costs

Except for the aforementioned fees and expenses of the Neutral Arbitrator, and except as otherwise mandated by laws that apply to arbitrations under this "Binding Arbitration" section, each party shall bear the party's own attorneys' fees, witness fees, and other expenses incurred in prosecuting or defending against a claim regardless of the nature of the claim or outcome of the arbitration.

## Rules of Procedure

Arbitrations shall be conducted according to Rules of Procedure developed by the Independent Administrator in consultation with Kaiser Permanente and the Arbitration Oversight Board. Copies of the Rules of Procedure may be obtained from our Member Service Call Center.

## General Provisions

A claim shall be waived and forever barred if (1) on the date the Demand for Arbitration of the claim is served, the claim, if asserted in a civil action, would be barred as to the Respondents served by the applicable statute of limitations, (2) Claimants fail to pursue the arbitration claim in accord with the Rules of Procedure with reasonable diligence, or (3) the arbitration hearing is not commenced within five years after the earlier of (i) the date the Demand for Arbitration was served in accord with the procedures prescribed herein, or (ii) the date of filing of a civil action based upon the same incident, transaction, or related circumstances involved in the claim. A claim may be dismissed on other grounds by the Neutral Arbitrator based on a showing of a good cause. If a party fails to attend the arbitration hearing after being given due notice thereof, the Neutral Arbitrator may proceed to determine the controversy in the party's absence.

The California Medical Injury Compensation Reform Act of 1975 (including any amendments thereto), including sections establishing the right to introduce evidence of any insurance or disability benefit payment to the patient, the limitation on recovery for noneconomic losses, and the right to have an award for future damages conformed to periodic payments, shall apply to any claims for professional negligence or any other claims as permitted by law.

Arbitrations shall be governed by this "Binding Arbitration" section, Section 2 of the Federal Arbitration Act, and the California Code of Civil Procedure provisions relating to arbitration that are in effect at the time the statute is applied, together with the Rules of Procedure, to the extent not inconsistent with this section.

*Note:* **This description is only a brief summary. The complete provision is in the "Binding Arbitration" section of the Evidence of Coverage.**

Exhibit 1 - Page 97

# EAST COAST POINT-OF-SERVICE PLAN*

## Oxford Health Plans (NY), Inc

**800.444.6222**

1133 Avenue of the Americas
New York, NY  10036

www.oxfordhealth.com



A UnitedHealthcare Company

*\* Available for Participants who live in the tri-state Oxford Service area in New York, New Jersey and Connecticut*

If you select Oxford Health Plans® for your hospital and medical benefits, **you are covered for hospital and medical benefits through an Oxford Participating Physician Group (PPG) or Independent Physicians Association (IP)**. Most covered services are provided to you at minimal or no cost. Your dental, vision, chiropractic, wellness and prescription drug benefits under the Plan remain in effect.

If you are newly eligible, the West Coast Plan Office will provide you with a directory of Oxford Health Plans' participating providers, services and facilities with your *Summary Plan Description*. To enroll, you must complete the Oxford portion of your Selection Form and return it to the West Coast Plan Office. Upon enrollment and return of your beneficiary cards, your Oxford benefit identification cards will be issued to you directly by Oxford Health Plans, and your dental/vision/prescription cards will be issued by the Plan Office. Since the physician list is subject to change, you may contact Oxford at any time at the above-listed number for an updated copy. If you select the Oxford Plan for your health benefits, the Certificate of Coverage and Member Handbook (also referred to as "Evidence of Coverage" in this *Summary Plan Description*) you receive upon enrollment with the Plan or with this *Summary Plan Description* will become part of your *Summary Plan Description*.

Oxford members, their spouses and children are free to select more than one medical group per household. This means that you can choose one physician group and Primary Care Physician (PCP) for yourself, and select another physician group and PCP for your spouse or other members of your family. And, members can change physician groups once per month, for any reason.

In addition to traditional health care services, Oxford Health Plans offers its members some unique benefits, such as discounts at WellQuest's numerous state-of-the-art health and fitness centers, discounts on select offerings at over 400 premier day spas in the U.S. and over 280 resort locations worldwide, free registration at Weight Watchers,® and discounts on eye care and eye ware through General Vision Services. Please contact Oxford Health Plans for further information.

## The following is a sample of Oxford Health Plans* Benefits and Exclusions:

| Plan Services | Oxford Health Plans Members Pay | |
|---|---|---|
| **Health Care Benefits** | **In Network\*\*** | **Out-of-Network\*\*\*** |
| Deductible | None | $500 Individual/$1,000 Family |
| Lifetime Maximum | None | None |
| Out-of-Pocket Maximum | None | $1,500 Individual/$3,000 Family (include deductible) |
| PCP Election | Required | Not Required |
| Hospital Preauthorization | Yes | Yes |
| **Hospital Services**<br>Room and Board<br>Intensive Care<br>Ancillary Services<br>Semi-Private Room | No Charge | 20% co-insurance plus deductible |

---

\*    *Available for Participants who live in the tri-state Oxford Service area in New York, New Jersey and Connecticut*

\*\*   *The in-network benefits are provided through your Certificate of Coverage & Member Handbook issued to you by Oxford Health Plans (NY) Inc. In order for a covered service to be covered in-network, the service must be obtained in accordance with terms and condition of the Certificate. All covered services must be provided or arranged by the Participant's or Dependant's Primary Care Physician (PCP) or participating network Obstetrician/Gynecologist (OB/GYN)*

\*\*\* *The out-of-network benefits are provided through your Supplemental Certificate of Coverage & Member Handbook issued to you by Oxford Health Insurance, Inc. Covered services are reimbursed only in accordance with its terms and conditions.*

Exhibit 1 - Page 98


**Oxford** Health Plans

| Plan Services | Oxford Health Plans Members Pay | |
|---|---|---|
| **Health Care Benefits** | **In Network*** | **Out-of-Network**** |
| **Extended Care**<br>Room and board in a skilled<br>nursing facility | $0 co-pay | 20% co-insurance plus deductible<br>per continuous confinement |
| **Emergency Services**<br>Within Service Area<br>Outside Service Area | $25 per visit<br>(waived if admitted to a hospital) | $25 per visit<br>(waived if admitted to a hospital) |
| **Professional Benefits**<br>Physician Visits<br>Hospital/Office<br>Surgeon | $5 co-pay | 20% co-insurance plus deductible |
| **Ambulance Services** | $0 co-pay when medically necessary | Covered services will be covered<br>as in network |
| **Chiropractic Services** | $5 per visit, visits are subject to<br>medical necessity | 20% co-insurance plus deductible,<br>visits are subject to medical necessity |
| **Comprehensive Physical<br>Examination (CPE) age 13 and older** | $0 co-pay | Not Covered |
| **Diagnostic X-rays, CT Scans,<br>MRI (Magnetic Resonance Imaging),<br>PET Scans and Laboratory Tests** | $0 co-pay at participating laboratories | 20% co-insurance plus deductible |
| **Durable Medical Equipment** | $0 co-pay when pre-certified by<br>Oxford in advance and ordered by<br>a participating Oxford physician | 20% co-insurance plus deductible |
| **Family Planning Services**<br>Therapeutic and Elective Abortion | Maximum allowance of $350<br>per abortion | 20% coinsurance plus deductible.<br>Maximum allowance of $350 per<br>abortion, once/year |
| Intrauterine Device (IUD) | IUD device not covered | IUD device not covered |
| Tubal Ligation | No charge, reversal not covered | 20% co-insurance plus deductible,<br>reversal not covered |
| Vasectomy | $0 co-pay | 20% coinsurance plus deductible |
| **Home Health Services**<br>Home Health Nurse | $5 co-pay, 60 visits/year, 4 hours/visit | 20% co-insurance, 60 visits/year,<br>4 hours/visit |
| **Physical Therapy** | Outpatient (through Ortho-Net):<br>90 visits condition/lifetime; $5 co-pay<br><br>Inpatient: 60 days/condition/lifetime $0 | 20% co-insurance plus deductible.<br>Outpatient: 90 days/condition/lifetime<br>Inpatient: 60 days/conditions/lifetime |
| **Pregnancy Benefits** (regardless of<br>complications, i.e., C-section) for both<br>mother and child, including pre and<br>post-natal care and delivery | $5 per initial visit only | 20% co-insurance plus deductible |
| **Well-Child Care** | $0 co-pay | 20% co-insurance plus deductible<br>for dependents age 19 and under |
| **Well Woman Exams<br>(Annual CPE)** | $0 co-pay, 2 exams annually | Not Covered |
| **Mammograms** | $0 co-pay deductible | 20% coinsurance plus deductible<br>One annual; Age limits apply |

*      The in-network benefits are provided through your Certificate of Coverage & Member Handbook issued to you by Oxford Health Plans (NY) Inc. In order
         for a covered service to be covered in-network, the service must be obtained in accordance with terms and condition of the Certificate. All covered services
         must be provided or arranged by the Participant's or Dependant's Primary Care Physician (PCP) or participating network Obstetrician/Gynecologist
         (OB/GYN)
**    The out-of-network benefits are provided through your Supplemental Certificate of Coverage & Member Handbook issued to you by Oxford Health
         Insurance, Inc. Covered services are reimbursed only in accordance with its terms and conditions.

Exhibit 1 - Page 99

Oxford Health Plans

## Maximums and Limitations

Unless otherwise indicated, the following maximums and limitations apply to both the in network and out-of-network benefits combined. All reimbursements for out-of-network benefits are subject to the usual, customary and reasonable (UCR) charge.

1. **Out-of-Network Benefits:** Out-of-network benefits are unlimited during the entire time the Participant is covered.

2. **Diabetic Supplies:** Diabetic supplies will only be supplied in amounts consistent with the Participant's or dependent's treatment plan as developed by the attending physician. Only basic models of blood glucose monitors are covered unless the Participant or dependent has special needs relating to poor vision or blindness.

3. **Elective Termination of Pregnancy:** Oxford covers one procedure per Participant, per contract year. Oxford pays a maximum benefit of $350 per procedure.

4. **Treatment of Infertility:** Oxford covers only one cycle of advanced infertility treatment. This includes one egg harvesting and two transfers during a two-year period. The maximum benefit is $10,000 per Participant, per lifetime. This benefit is available only in network.

5. **Rehabilitative Therapy Services (physical, speech and occupation therapy):** Inpatient: One consecutive 60-day period per condition, per lifetime. Outpatient: 90 visits per condition, per lifetime.

6. **Transplants:** In network coverage is available only at facilities specially approved and designated by Oxford Health Plans (NY), Inc. to perform these procedures.

7. **Home Health Services:** 60 visits per contract year; a visit of up to 4 hours is one visit.

8. **Exercise Facility Reimbursement:** Oxford will reimburse a Participant $100 per six-month period. Oxford will reimburse the Participant's spouse $50 per six-month period. The Participant or dependent spouse must complete 50 visits within the six-month period.

9. **Skilled Nursing Facility Services:** Unlimited days per calendar year.

10. **Hospice Services:** 210 days per lifetime.

11. **Bereavement Counseling for the Participant's or Dependent's Family:** Five sessions either before or after the death of the Participant or dependent.

12. **Outpatient Alcoholism and Substance Abuse Rehabilitation:** 60 visits per calendar year. Up to 20 of these visits may be used by the Participant's family.

*Supplemental Rider Information*

1. **Mental Health Services:** Inpatient: 30 days per calendar year. Outpatient: 40 outpatient visits per calendar year.

2. **Alcoholism and Substance Abuse Rehabilitation:** Detoxification: 7 days per calendar year. Inpatient Services: 30 days per calendar year.

3. **Chiropractic Services:** Benefits are unlimited; subject to medical necessity.

*Pre-certification*

All admissions to health care facilities and certain diagnostic tests and therapeutic procedures must be pre-certified by Oxford before you are admitted or receive treatment.

*For In Network Benefits,* pre-certification begins with a call to Oxford's Medical Management Department by your Primary Care Physician, network provider of obstetrical and gynecological care or the Network Specialist involved. One of Oxford's Medical Management professionals will examine the case, consult with your provider and discuss the clinical findings. If all agree the requested admission, test or procedure is appropriate, the pre-certification is provided. This comprehensive evaluation ensures that the treatment you receive is appropriate for your needs and is delivered in the mot cost-effective setting.

**Your network provider is responsible for obtaining any required pre-certification and is aware of when pre-certification is required.** However, if you wish to double-check that your network provider has contacted Oxford about your case, please feel free to call Oxford's Customer Services at 800.444.6222 and inquire.

*For out-of-network benefits,* you are responsible for obtaining any required pre-certification by calling 800.444.6222. Oxford will review all such admissions and/or procedures.

Ambulatory procedures (or hospital admissions, except in an emergency) require pre-certification at least 14 days before the scheduled service date. Upon receipt of all necessary information, Oxford will notify you by telephone and in writing within three (3) business days of its determination.

*Failure to Pre-certify*

If you fail to obtain pre-certification for an out-of-network benefit, where pre-certification is required as specified in the summary table above, you will be subject to a reduction in benefits. You must pay 50% of the costs for such service or supply.

*Deductible*

The applicable deductibles for treatment received out-of-network are:

Individual:     $500

Family:         $1,500

Exhibit 1 - Page 100


Oxford Health Plans

*Out-of-Pocket Limits*

The maximum amount you must pay in any calendar year for out-of-network covered services is: $1,500 (including deductible) for an individual and $3,000 (including deductible) for a family. Once you have met your out-of-pocket maximum in a calendar year, the Plan pays 100% of out-of-network covered services for the remainder of the calendar year.

Remember, only coinsurance and the amounts paid to meet your deductible count toward the Out-of-Pocket maximum. Co-payments for in network benefits, amounts in excess of the UCR, amounts paid for non-covered services, and any amounts paid as a penalty do not count toward the Out-of-pocket maximum. Coinsurance paid for any covered service obtained under a supplemental rider (excluding state mandated offers), will not be applied toward the out-of-pocket maximum.

*Co-payment Limits*

Total co-payments paid by or on behalf of a Participant or dependent during a calendar year shall not exceed 200% of the total annual premium rate for individual or family coverage, whichever is applicable for services provided under the certificate in any calendar year, provided application is made to Oxford by a Participant or dependent within 45 days of the end of the calendar year to which such limitation applies. Any excess in the amount of payments will be refunded to the Participant or dependent. Co-payments paid for any covered service obtained under a supplemental rider (excluding state mandated offers), will not be applied toward the co-payment limits.

*Maximum Lifetime Benefit*

Per Participant:   Unlimited

Per dependent:    Unlimited

**IMPORTANT:  This notice is not a contract. It is only a summary of your coverage under the Oxford Point-of-Service Plan. Please read your Oxford Certificate of Coverage for a full description of your covered services, exclusions and other terms and conditions of coverage.**

*Complaint Procedure*

If you have any complaint, question about your benefits, or wish to appeal any adverse benefit determination, you should contact Oxford at 800.444.6222 or 1133 Avenue of the Americas, New York, NY  10036.

Your claim and any appeal will be handled by Oxford within the time requirements and criteria for review, as set forth on pages 40 and 63.

If you feel Oxford did not properly handle your matter, you may also have the right to an external review of its decision if:

• The claim was denied as medically unnecessary, *or*

• The claim was denied as involving experimental or
 investigational procedures, and the patient's condition
 is life-threatening or disabling.

If applicable, the insurer or HMO must deliver an external review application to the patient in these two cases. Patients have 45 days from the date they receive the denial of coverage to file for external review with the New York State Insurance Department.  The Department will assign review to one of its certified external appeals agents who are medical professionals not affiliated with the insurer or HMO. Contact Oxford for more details.

Under New York state law, if you have any complaints regarding any insurance issue you may raise them with the New York State Insurance Department. Contact them on-line at http://www.ins.state.ny.us/nyins.htm, by phone at 800.342.3736, by fax to 212.480.6282, or write to the agency listed below:

> **Consumer Services Bureau**
> **NYS Insurance Department**
> **25 Beaver Street**
> **New York, NY  10004-2319**

Members may also contact the Department of Health, Office of Managed Care, Bureau of Managed Care Certification and Surveillance at:

> **Office of Managed Care**
> **Bureau of Managed Care**
> **Certification and Surveillance**
> **New York State Department of Health**
> **Corning Tower -- Room 1911**
> **Empire State Plaza**
> **Albany, NY 12237**
>
> **516.474.4156**

> **For a more complete description of benefits, please refer to the Oxford Health Plans Member Handbook.**

---

*Reminder:* Your claims review and appeals will ordinarily be handled based on the general guidelines and time frames provided on pages 40 and 63, with your claims and appeals submitted to Oxford. However, in addition to reading this Oxford section of your *Summary Plan Description*, you must also review the Oxford Certificate of Coverage and Member Handbook furnished to you for further details. In addition, benefits available under Medicare may be handled somewhat differently, as described in your Certificate of Coverage and Member Handbook.

Exhibit 1 - Page 101



Exhibit 1 - Page 102

# DENTAL PLAN OPTIONS

In addition to your comprehensive medical and hospital coverage, the MPI Health Plan also provides you with dental health coverage regardless of which health plan you select. If you are an eligible Active Plan Participant, you are automatically enrolled in Delta Dental's PPO Dental Plan, with its nationwide network of dentists. The plan benefits are explained in the following pages.

If you reside in California, you will choose from either Delta Dental PPO or DeltaCare USA. We make no recommendation regarding your choices, but we suggest it is in your best interest to take time to familiarize yourself with the information provided in order to make a selection that most appropriately fits your individual circumstance and meets your needs. A Dental Plan Comparison Chart is provided on page 98 to allow you to make direct benefit comparisons.

## CONTENTS

97   Dental Benefit Options

    97   Initial Eligibility

    97   Continuous Eligibility

    97   Plan Costs

    97   Plan Selection

98   Dental Plans Comparison

    98   Primary Differences

    98   Dental Plans Comparison Chart

99   Delta Dental's PPO Dental Plan

105  DeltaCare USA Dental Health Plan

The claims review process, with respect to any adverse benefit determinations made by any of these plans, will be handled according to the specific description of that process furnished by that plan (provided in the following pages), as well as the applicable time requirements and criteria described on pages 40 and 63. You should pay particular attention to any preauthorization requirement, since that affects the applicable time frames for review.

Exhibit 1 - Page 103



Exhibit 1 - Page 104

# DENTAL BENEFIT OPTIONS

Active Plan Participants who reside outside California should read the Delta Dental PPO fee-for-service plan information in this section carefully in order to fully understand the benefits and limitations of your dental coverage.

Those who reside in California, regardless of whether you have selected comprehensive medical and hospital coverage under an HMO or non-HMO plan, have a choice of dental plans. A summary of each is provided in the following pages. We make no recommendation regarding your choices, but we suggest it is in your best interest to take time to familiarize yourself with the information provided in order to make a selection that most appropriately fits your individual circumstance and meets your needs.

Delta Dental PPO Dental Plan                    Fee-for-Service

DeltaCare USA Dental Health Plan                Pre-paid
(*California only*)

## Initial Eligibility

When you first become eligible, you will be automatically enrolled in the Delta Dental PPO Plan for the first month of coverage. Your eligibility packet will include a Selection Form to use if you wish to switch to the pre-paid plan. If you become eligible at the beginning of any given month, you must return the MPI Health Plan Selection Form no later than the end of that same month in order for your enrollment in the pre-paid plan to be effective the beginning of the following month.

If your eligibility packet is delayed for any reason (e.g., incorrect address, hours reported late make you eligible, etc.), you must return the Selection Form no later than one month from the date the eligibility packet was mailed by the Plan in order for enrollment in the pre-paid plan to be effective the first of the following month. You will be automatically enrolled in the Delta Dental PPO Plan until your pre-paid plan selection becomes effective.

## Continuous Eligibility

If you are continuously eligible, you do not need to re-enroll in a dental plan every Eligibility Period. Your selected plan will remain the same unless you select a different plan during open enrollment. Open enrollment information will be mailed to you prior to July 1 each year.

## Plan Costs

If you remain in the Delta Dental PPO Plan, you may use the dentist of your choice, anywhere in the world. You are responsible for the balance of the charges over 80% of the usual, customary and reasonable fee. You may be able to reduce your cost by using one of the 127,000 Delta-affiliated dentists, and further reduce your out-of-pocket expense by using one of the 60,000 Delta Dental PPO dentists in the nation.

The pre-paid dental plan, DeltaCare USA, pays a portion of the premium each month to the dental office that you have selected from their network of dentists. By "pre-paying" for these services, you receive the necessary care when needed at no charge to you for most covered services. You are responsible for any applicable fees listed in the co-payment schedule. If you select the pre-paid plan you may use ONLY the dentist you select.

**The MPI Health Plan Office does not process dental claims covered by your dental plan**. Any questions regarding payment for dental services covered by your selected dental plan should be referred directly to the dental plan involved.

## Plan Selection

To help you with your selection, the following pages contain a brief summary of benefits. You may contact the dental plans directly for advance information. **You will find a comparison of the dental plans on the next page.**

If you select DeltaCare USA upon enrollment in that plan, DeltaCare will send you a dental I.D. card.

Are you a former Participant of any other health plan that merged into the Motion Picture Industry Health Plan? If so, it is important that you carefully review any appendix included with this *Summary Plan Description (SPD)* which addresses your particular situation. That appendix may contain special rules that are different from the rules contained in the main SPD. Where there is any conflict between the terms of the appendix and the main SPD, the terms of the appendix will govern you and your dependents.

Exhibit 1 - Page 105

# DENTAL PLANS COMPARISON

### Primary Differences

The dental plans available for your selection are not identical. The following is a comparison of the primary differences between them. *Note that DeltaCare USA is available in California only.* The Directors make no recommendation of the plans, but make them available so you may select the one most suited to your needs.

Upon enrollment, you may call your chosen dental plan for a complete list of all benefits and coverage, with applicable exclusions and limitations and a complete listing of affiliated dentists. Or, you may request complete information prior to enrollment directly from the dental plan(s) at the telephone numbers indicated below:

| *Dental Plans Comparison Chart* | | |
|---|---|---|
| | **Available Nationwide** | **Available in California Only** |
| | **Delta Dental PPO**<br>**888.335.8227** | **DeltaCare USA**<br>**800.422.4234** |
| **DENTISTS AVAILABLE** | The dentist of your choice, anywhere in the world. (Using Delta PPO dentists may reduce your out-of-pocket expense.) | Must use selected DeltaCare affiliated dentist only; dentists located throughout California |
| **COST TO YOU FOR MOST SERVICES** | You pay 20% of the usual, customary and reasonable charges | No cost to you |
| **DEDUCTIBLE** | $25 annually per person, up to a maximum of $50 per family | No deductible |
| **MAXIMUM** | $2,000 per person, per calendar year | No annual maximum |
| **ORTHODONTICS** | Eligible dependent children only<br>Pays 50% of usual, customary and reasonable charges<br>$1,000 lifetime maximum | Eligible dependent:<br>Children:          $ 1,100<br>Adults:           $ 1,500<br>Start-up fee:      $   250 |

Exhibit 1 - Page 106

# NATIONWIDE DENTAL PLAN

## Delta Dental PPO Dental Plan
888.335.8227



P.O. Box 997330
Sacramento, CA 95899-7330

Group Number:  3229 Active

www.deltadentalca.org

*Fee-For-Service Plan — Available Nationwide*

**You do not need to enroll in the Delta Dental PPO Plan.** As an Active Participant, you and your eligible dependents will be automatically enrolled in Delta if you do not select the pre-paid dental plan.

More than 127,000 dentists in active practice nationwide are Delta Dentists, and more than 60,000 dentists participate nationwide in the Delta Dental PPO Plan. You are free to choose any dentist for treatment, but it is to your advantage to choose a Delta Dentist and a greater advantage to choose a Delta Dental PPO dentist. This is because his or her fees are approved in advance by Delta. Delta Dentists have treatment forms on hand and will complete and submit the forms to Delta free of charge.

If you go to a non-Delta Dentist, Delta cannot assure you what percentage of the charged fee may be covered.

> **For assistance in selecting a Delta Dentist, call 800.4AREA-DR (800.427.3237).**

### Deductibles
You must pay the first $25 of covered services for each enrollee in your family in each calendar year, up to a limit of $50 per family for Active Participants and their dependents.

### Your Benefit Coverage
Your dental program covers several categories of benefits, when the services are provided by a licensed dentist, and when they are necessary and customary under the generally accepted standards of dental practice. After you have satisfied any deductible requirements, Delta will provide payment for these services at the percentage indicated, up to a maximum of $2,000 for each enrollee in each calendar year. Payment for orthodontic services is limited to a lifetime maximum of $1,000, and is for dependent children only.

### Covered Fees
It is to your advantage to select a dentist who is a Delta Dentist, since a *lower* percentage of the dentist's fees may be covered by this program if you select a dentist who is not a Delta Dentist.

Payment to a Delta Dentist will be based on the applicable percentage of the lesser of the fee actually charged or the accepted Usual, Customary or Reasonable fee that the dentist has on file with Delta.

Payment to a dentist outside of California who agrees to be bound by Delta's rules in the administration of the program will be based on the applicable percentage of the lesser of the fee actually charged or the Customary fee for corresponding services for Delta Dentists in California.

Payment to a California dentist who is not a Delta Dentist will be based on the applicable percentage of the lesser of the fee actually charged or the fee which satisfies the majority of Delta's Dentists.

### Extension of Benefits
All benefits cease on the date coverage terminates except that Delta will pay for single procedures or orthodontic procedures which commenced while you were eligible.

### Choosing Your Dentist
Delta shares the public and professional concern about the possible spread of HIV and other infectious diseases in the dental office. However, Delta cannot ensure your dentist's use of precautions against the spread of such diseases, nor can Delta compel your dentist to be tested for HIV or to disclose test results to Delta or to you. Delta informs its panel dentists about the need for clinical precautions as recommended by recognized health authorities on this issue. But if you have any questions about your dentist's health status or use of recommended clinical precautions, you should discuss them with your dentist.

### Saving Money on Your Dental Bills
You can keep your dental expenses down by:
- Comparing the fees of different dentists;
- Using a Delta Dentist;
- Having your dentist obtain predetermination from Delta for any treatment over $300;
- Visiting your dentist regularly for checkups;
- Following your dentist's advice about regular brushing and flossing;
- Not putting off treatment until you have a major problem; and
- Learning the facts about over-billing. Under this program, you must pay the dentist your co-payment share. You may hear of some dentists who offer to accept insurance payments as "full payment." You should know that these

Exhibit 1 - Page 107

dentists may do so by overcharging your program and may do more work than you need, thereby increasing program costs. You can help keep your dental benefits intact by avoiding such schemes.

---

**Your First Appointment**

At your first appointment, be sure to inform your dentist of the following:

• Delta Group Number: 3229 Active
• You are covered under the Motion Picture Industry Health Plan
• Primary Enrollee's Social Security or identification number (which must also be used by dependents)
• Primary Enrollee's date of birth
• Any other dental coverage you have.

---

## Definitions

*Annual Deductible* - the amount you must pay for dental care each year before Delta's benefits begin.

*Attending Dentist's Statement* - a form used by your dentist to request payment for dental treatment or predetermination for proposed dental treatment.

*Benefits* - those dental services available under the Contract and which are described in this Delta summary.

*Contract* - the written agreement between the Plan and Delta to provide dental benefits. The Contract, together with this SPD, form the terms and conditions of the benefits you are provided.

*Covered Services* - those dental services to which Delta will apply benefit payments, according to the Contract.

*Delta Dentist* - a dentist who has a signed agreement with Delta as Customary and Reasonable. They agree to charge Delta patients these accepted fees.

*Delta PPO Dentist* - a Delta Dentist with whom Delta has a written agreement to provide services at the in-network level and agrees to charge Delta patients the PPO fees.

*Dues* - the money the Plan pays to Delta each month for you and your dependent's dental coverage.

*Effective Date* - the date the program starts.

*Eligible Dependent* - any of the dependents of an Eligible Employee who are eligible to enroll for benefits in accordance with the conditions of eligibility outlined in this SPD.

*Eligible Participant* - any group member or employee who is eligible to enroll for benefits in accordance with the conditions of eligibility outlined in this SPD.

*Enrollee* - an Eligible Participant (Primary Enrollee) or Eligible Dependent (Dependent Enrollee) enrolled to receive benefits.

*Maximum* - the greatest dollar amount Delta will pay for covered procedures in any calendar year or lifetime for orthodontic benefits.

*Single Procedure* - a dental procedure to which Delta has assigned a separate procedure number; for example, a three-surface amalgam restoration of one permanent tooth or a complete upper denture, including adjustments for a 6-month period following installation.

*Usual, Customary and Reasonable (UCR)* - A usual fee is the amount which an individual dentist regularly charges and receives for a given service or the fee actually charged, whichever is less. A customary fee is within the range of Usual fees charged and received for a particular service by dentists of similar training in the same geographic area. A reasonable fee can be Usual and Customary, or Delta may agree that a fee that falls above Customary is justified by a superior level or complexity (difficulty) of treatment to that customarily provided.

## Canceling This Program

Delta may cancel this program only on an anniversary date (period after the program first takes effect or at the end of each renewal period thereafter), or any time your program does not make payment as required by the Contract. If the program is canceled, you and your dependents have no right to renewal or reinstatement of your benefits.

If you believe that this program has been terminated or not renewed due to your health status or requirements for health care services (or that of your dependents), you may request a review by the California Commissioner or Corporations.

If the Contract is terminated for any cause, Delta is not required to predetermine services beyond the termination date or to pay for services provided after the termination date, except for Single Procedures begun while the Contract was in effect which are otherwise benefits under the Contract. If the contract cancels, orthodontic services will end. However, if your coverage terminates, orthodontic services will continue to be covered.

## Predeterminations

After an examination, your dentist will decide on the treatment that you will need. Delta strongly recommends that if extensive services are to be provided, such as crowns or bridges, or if the cost of treatment will be greater than $300, that you have your dentist obtain a predetermination for your treatment.

Your dentist will submit an Attending Dentist's Statement, requesting a predetermination from Delta for the services you plan. A predetermination does not guarantee payment. It is an estimate of the amount Delta will pay if you are eligible and meet all the requirements of your program at the time the treatment you have planned is completed. Computations are estimates only and are based on what would be payable on the date the Notice of Predetermination is issued if the patient is eligible. Payment will depend on the patient's eligibility and the remaining annual maximum when completed services are submitted to Delta.

Delta will inform your dentist exactly how much of the proposed charges Delta will pay and how much you will pay. You should review this information carefully with your

Exhibit 1 - Page 108

dentist before you schedule the treatment. After the treatment has been completed, your dentist will return the Attending Dentist's Statement to Delta, this time for payment, but you must have been eligible for coverage at the time treatment was started before payment is made. Predetermining extensive treatment is recommended to prevent any possible misunderstandings about your treatment cost and your financial responsibility to your dentist.

If you are not satisfied with the way your treatment was predetermined, be sure to let us know before the dental work is begun. In this way, we can review your appeal thoroughly.

## Payment

Delta will pay Delta Dentists directly. Delta's agreement with Delta Dentists make sure that you will not be responsible to the dentist for any money Delta owes. However, if for any reason, Delta fails to pay a dentist who is not a Delta Dentist, you may be liable for that portion of the cost. If you have selected a non-Delta Dentist, Delta will pay you. Payments made to you are not assignable (in other words, Delta will not grant a request to pay non-Delta Dentists directly).

Payment for any single procedure which is a covered service will only be made upon completion of that procedure. Delta does not make or prorate payments for treatment in progress or incomplete procedures. The date the procedure is completed governs the calculation of any deductible (and determines when a charge is made against any maximum) under your program.

If there is a difference between what your dentist is charging you and what Delta says your portion should be, or if you are not satisfied with the dental work you have received, contact Delta's Quality Review Department. Delta may be able to help you resolve the situation.

Delta may deny payment of an Attending Dentist's Statement for services submitted more than twelve (12) months after the date the services were provided. If a claim is denied due to a Delta Dentist's failure to make a timely submission, you shall not be liable to that dentist for the amount which would have been payable by Delta (unless you failed to advise the dentist of your eligibility at the time of treatment).

Delta does not pay Participating Dentists any incentive as an inducement to deny, reduce, limit or delay any appropriate service.

The processes Delta uses to determine or deny payment for services are distributed to all Delta Dentists. They describe in detail the dental procedures covered as benefits, the conditions under which coverage is provided, and the limitations and exclusions applicable to the program. Claims are reviewed for eligibility and are paid according to these processing policies. Those claims which require additional review are evaluated by Delta's dentist consultants. If any claims are not covered, or if limitations or exclusions apply to services you have received from a Delta Dentist, you will be notified by an adjustment notice on the Notice of Payment or Action. You may contact Delta's Customer and Member Service Department for more information regarding Delta's processing policies.

## I   Diagnostic and Preventive Benefits
### *80% of Usual, Customary and Reasonable Fee*

**Definition:**

*Diagnostic* - oral examination, x-rays, diagnostic casts, biopsy/tissue examination, emergency treatment, consultation by a specialist.

*Preventive* - prophylaxis (cleaning), fluoride treatment, space maintainers.

**Limitations:**

a. Oral examinations are benefits only twice in a calendar year.

b. Prophylaxes (cleanings), fluoride treatments or procedures that include cleanings, are available twice each calendar year.

c. Unless special need is shown, full-mouth x-rays are benefits only once in a five-year period.

d. Bite-wing x-rays are benefits only twice in a calendar year for children to age 18, and once in a calendar year for adults age 18 and over.

e. Diagnostic casts are a benefit only when made in connection with subsequent orthodontic treatment covered under this program.

## II   Basic Benefits
### *80% of Usual, Customary and Reasonable Fee*

**Definition:**

*Oral surgery* - extractions and certain other surgical procedures, including pre and post operative care.

*Restorative* - amalgam, synthetic, plastic or resin restorations (fillings) for treatment of cavities (decay).

*Endodontic* - treatment of the tooth pulp.

*Periodontic* - treatment of gums and bones that support the teeth.

*Sealants* - topically applied acrylic, plastic or composite material used to seal developmental grooves and pits in teeth for the purpose of preventing dental decay.

**Limitations:**

a. Periodontal procedures that include cleanings are subject to the same limitations as other cleanings; i.e., cleanings of any kind are benefits no more than twice per calendar year.

b. Sealant benefits includes the application of sealants only to permanent first and second molars without decay, without restorations and with the occlusal surface intact, for first molars up to age nine, and second molars up to age 14. Sealant benefits do not include the repair or replacement of a sealant on any tooth within three years of its application.

Exhibit 1 - Page 109

DELTA DENTAL

## III  Crowns, Jackets, Inlays, Onlays and Cast Restoration Benefits
### *80% of Usual, Customary and Reasonable Fee*

**Definition:**

Crowns, jackets, inlays, onlays and cast restorations are benefits only if they are provided to treat cavities that cannot be restored with amalgam, synthetic, plastic or resin fillings.

**Limitations:**

Crowns, jackets, inlays, onlays and cast restorations are benefits on the same tooth only once every five (5) years.

## IV  Prosthodontic Benefits
### *80% of Usual, Customary and Reasonable Fee*

**Definition:**

Construction or repair of fixed bridges, partial dentures and complete dentures are benefits if provided to replace missing, natural teeth.

**Limitations:**

a. Prosthodontic appliances are benefits only once every five (5) years, unless Delta determines that there has been such an extensive loss of remaining teeth, or a change in supporting tissues, that the existing appliance cannot be made satisfactory.

b. Delta will pay the applicable percentage of the dentist's fee for a standard cast chrome or acrylic partial or a standard complete denture. A standard partial or complete denture is defined as a removable prosthetic appliance provided to replace missing natural, permanent teeth and which is constructed using accepted and conventional procedures and materials.

c. Implants (appliances inserted into bone or soft tissue in the jaw, usually to anchor a denture) are not covered by your program. However, if implants are provided along with a covered Prosthodontic appliance, Delta will allow the cost of a standard partial or complete denture toward the cost of the implants and the Prosthodontic appliances when the prosthetic appliance is completed. If Delta makes such an allowance, Delta will not pay for any replacement for five (5) years following the completion of the service.

## V  Orthodontic Benefits
### *50% of Usual, Customary and Reasonable Fee*

**Definition:**

Orthodontic benefits under this program for procedures using appliances or surgery to straighten or realign teeth, which would not function properly otherwise are available only to eligible dependent children to age 19 or 23 if full-time student (student documentation is required).

**Limitations:**

a. If orthodontic treatment is begun before you become eligible for coverage, Delta's payments will begin with the first payment due to the dentist following your eligibility date.

b. Ortho benefits are to be paid until the case is completed or the Orthodontic maximum is reached even if the patient may no longer be eligible.

c. X-rays and extractions that might be necessary for orthodontic treatment are not covered by orthodontic benefits, but may be covered under Diagnostic and Preventive or Basic Benefits.

## VI  Dental Accident Benefits
### *85% of Usual, Customary and Reasonable Fee*

**Definition:**

Any services which would be covered under other Benefit categories (subject to the same limitations and exclusions) are covered instead by your dental accident coverage when they are provided for conditions caused directly by external, violent and accidental means. There is a $2,000 annual maximum for dental accidents.

**Limitations:**

Delta will pay Dental Accident Benefits when services are provided within 180 days following the date of accident and shall not include any services for conditions caused by an accident occurring before your eligibility date.

## Exclusions: Services Delta Does Not Cover

Delta covers a wide variety of dental care expenses, but there are some services for which it does not provide benefits. It is important for you to know what these services are before you visit your dentist.

**Delta Does Not Provide Benefits For:**

1. Services for injuries covered by Workers' Compensation or Employer's Liability Laws, or services which are paid by any federal, state or local government agency, except Medi-Cal benefits.

2. Services for cosmetic purposes or for conditions that are a result of hereditary or developmental defects, such as cleft palate, upper and lower jaw malformations, congenitally missing teeth, and teeth that are discolored or lacking enamel.

3. Treatment which restores tooth structure that is worn; treatment which rebuilds or maintains chewing surfaces that are damaged because the teeth are out of alignment or occlusion; or treatment which stabilizes the teeth. Examples of such treatment are equilibration and periodontal splinting.

4. Any single procedure, or bridge, denture or other Prosthodontic service which was started before you were covered by this program.

5. Prescribed drugs.

Exhibit 1 - Page 110

6. Experimental procedures.

7. Charges by any hospital or other surgical or treatment facility and any additional fees charged by the Dentist for treatment in any such facility.

8. Anesthesia, except for general anesthesia given by a dentist for covered oral surgery procedures.

9. Grafting tissues from outside the mouth to tissue inside the mouth (extraoral grafts), implants (materials implanted into bone or soft tissue), or the removal of implants.

10. Services for any disturbances of the jaw joints (temporomandibular joints, or TMJ) or associated muscles, nerves or tissues.

11. Orthodontic services, except those provided to eligible dependent children.

12. Charges for replacement or repair of an orthodontic appliance paid in part or in full by this program.

### Grievance Procedure and Claims Appeal

*If an Enrollee has any questions about the services* received from a Delta Dentist, Delta recommends that he or she first discuss the matter with the Dentist. If he or she continues to have concerns, the Enrollee may call or write Delta. Delta will provide notifications if any dental services or claims are denied, in whole or part, stating the specific reason or reasons for denial. Any questions of ineligibility should first be handled directly between the Enrollee and the group. If an Enrollee has any question or complaint regarding the denial of dental services or claims, the policies, procedures and operations of Delta, or the quality of dental services performed by a Delta Dentist, he or she may call Delta toll-free at **800.765.6003**, contact Delta on the Internet through e-mail: cms@delta.org or through the website: www.deltadentalca.org or write Delta at P.O. Box 997330; Sacramento, CA 95899-7330; Attention: Customer Service Department.

If an Enrollee's claim has been denied or modified, the Enrollee may file a request for review (a grievance) with Delta within 180 days after receipt of the denial or modification. If in writing, the correspondence must include the group name and number, the Primary Enrollee's name and Social Security number, the inquirer's telephone number and any additional information that would support the claim for benefits. The correspondence should also include a copy of the treatment form, Notice of Payment and any other relevant information. Upon request and free of charge, Delta will provide the Enrollee with copies of any pertinent documents that are relevant to the claim, a copy of any internal rule, guideline protocol, and/or explanation of the scientific or clinical judgment if relied upon in denying or modifying the claim.

Delta's review will take into account all information, regardless of whether such information was submitted or considered initially. Certain cases may be referred to one of Delta's Regional Consultants, to a review committee of the dental society or to the state dental association for evaluation.

Delta's review shall be conducted by a person who is neither the individual who made the original claim denial, nor the subordinate of such individual, and Delta will not give deference to the initial decision. If the review of a claim denial is based in whole or in part on a lack of medical necessity, experimental treatment, or a clinical judgment in applying the terms of the contract term, Delta shall consult with a dentist who has appropriate training and experience. The identity of such dental consultant is available upon request.

Delta will provide the Enrollee a written acknowledgement within five days of receipt of the request for review. Delta will make a written decision within 30 days of receipt, or inform the Enrollee of the pending status if more information or time is needed to resolve the matter. Delta will respond, within three days of receipt, to complaints involving severe pain and imminent and serious threat to a patient's health. An Enrollee may file a complaint with the Department of Managed Care after he or she has completed Delta's grievance procedure or after he or she has been involved in Delta's grievance procedure for 30 days. An Enrollee may file a complaint with the Department immediately in an emergency situation, which is one involving severe pain and/or imminent and serious threat to the Enrollee's health.

The California Department of Managed Care is responsible for regulating health care service plans. If the Enrollee has a grievance against Delta, the health plan, they should first telephone Delta at **800.765.6003** and use Delta's grievance process before contacting the Department. Utilizing this grievance procedure does not prohibit any potential legal rights or remedies that may be available to an Enrollee. If the enrollee needs help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by the plan, or a grievance that has remained unresolved for more than 30 days, the Enrollee may call the Department for assistance. Enrollees may also be eligible for an Independent Medical Review (IMR). If the Enrollee is eligible for IMR, the IMR process will provide an impartial review of medical decisions made by a health plan related to the medical necessity of a proposed service or treatment, coverage decisions for treatments that are experimental or investigational in nature and payment disputes for emergency or urgent medical services. The Department also has a toll-free telephone number (**888.HMO.2219**) and a TDD line (**877.688.9891**) for the hearing and speech impaired. The Department's Internet website http://www.hmohelp.ca.gov) has complaint forms, IMR application forms and instructions online.

An IMR has limited application to a dental program. Enrollees may request an IMR only if the dental claim concerns a life-threatening or seriously debilitating condition(s) and is denied or modified because it was deemed an experimental procedure.

**Second Opinions.** Delta reserves the right to obtain second opinions through Regional Consultant members of its Quality Review Committee. This Committee conducts

**DELTA DENTAL**

clinical examinations, prepares objective reports of dental conditions, and evaluates treatment that is proposed or has been provided.

Delta will authorize such an examination prior to treatment when necessary to make a Benefits determination in response to a request for a Predetermination of treatment cost by a Dentist. Delta will also authorize a second opinion after treatment if an Enrollee has a complaint regarding the quality of care provided.

Delta will notify the Enrollee and the treating Dentist when a second opinion is necessary and appropriate, and direct the Enrollee to the Regional Consultant selected by Delta to perform the clinical examination. When Delta authorizes a second opinion through a Regional Consultant, it will pay for all charges. The Enrollee may otherwise obtain second opinions about treatment from any Dentist they choose, and claims for the examination or consultation may be submitted to Delta for payment. Delta will pay such claims in accordance with the Benefits of the program.

A copy of Delta's formal policy on second opinions is available from Delta's Customer Service Department, upon request.

## Benefit Coordination

It is to your advantage to let your dentist and Delta know if you have dental coverage in addition to this Delta program. Most dental carriers cooperate with one another to avoid duplicate payments, but still allow you to make use of both programs — sometimes paying 100% of your dental bill. For example, you might have some fillings that cost $100. If the primary carrier usually pays 80% for this service, it would pay $80. The secondary carrier might usually pay 50% for this service. In this case, since payment is not to exceed the entire fee charged, the secondary carrier pays the remaining $20 only. Since this method pays 100% of the bill, you have no out-of-pocket expense.

Be sure to advise your dentist of all programs under which you have dental coverage and have him or her complete the dual coverage portion of the Attending Dentist's Statement, so that you will receive all benefits to which you are entitled. For further information, contact Customer and Member Services Department at 888.335.8227.

**This Evidence of Coverage constitutes only a summary of the dental plan. The dental plan contract must be consulted to determine the exact terms and conditions of coverage.**

Exhibit 1 - Page 112

# CALIFORNIA PRE-PAID DENTAL PLAN

## DeltaCare USA
## Dental Health Plan
800.422.4234

12898 Towne Center Drive
Cerritos, CA 90703-8579

www.deltadentalca.org

# DeltaCare USA

*Pre-Paid Plan — Available Only in California*

---

If you select DeltaCare USA, the dentist you have chosen from the list provided, and subsequently listed on your Selection Form, is the ONLY dentist you may see. **If you need to change dentists, you must contact DeltaCare USA directly, and make any changes through them.** DeltaCare USA has dentists available throughout California. To enroll, you must complete the DeltaCare USA portion of your Selection Form and return it to the Plan Office. Upon enrollment, DeltaCare USA will provide you with an identification card, and a complete list of all benefits and coverage (with applicable exclusions and limitations) will be provided to you. You may also request an advance copy by calling the telephone number listed above.

## Services Available at No Cost:
*Partial List Only*
• Visits and Diagnostic
• Radiographs (x-ray)
• Restorative Dentistry (fillings and crowns)
• Crowns and Pontics*
• Prosthetics (dentures and partials)
• Oral Surgery (extractions, impacted teeth, local anesthetics)
• Periodontics (treatment of gums)
• Endodontics (root canal therapy)

## Orthodontics:**
Children to age 19 ................................................$ 1,100
(from age 19-23, if full-time students)

Adults ..................................................................$ 1,500

## Summary of Limitations
1. Prophylaxis limited to two in a 12-month period.
2. Full upper and/or lower dentures are not to exceed one each in any five-year period. Replacement will be provided by DeltaCare USA for an existing denture or bridge only if it is unsatisfactory and cannot be made satisfactory.
3. Partial dentures are not to be replaced within any five-year period unless necessary due to natural tooth loss where the addition or replacement of teeth to the existing partial is not feasible.
4. Denture relines limited to one during any 12 consecutive months.
5. Five periodontal treatments during any 12 consecutive months.
6. Bite-wing x-rays limited to not more than one series of four films in any six-month period.
7. Full mouth x-rays limited to one set every 24 consecutive months.
8. Fixed bridges will be authorized ONLY when a partial denture cannot satisfactorily restore the case. However, removable partial dentures which involve only one side of the upper or lower dental arch are generally not considered to satisfactorily restore a case. If fixed bridges are used when a partial denture could satisfactorily restore the case, it is considered optional treatment. Patient would be responsible for the difference in cost between a partial denture and the fixed bridge.

## Summary of Exclusions
1. Cosmetic dental care.
2. General anesthesia and the services of a special anesthesiologist.
3. Dental conditions arising out of, and due to, member's employment or for which Workers' Compensation is payable.
4. Services, which are provided to the member by state government or agency thereof, or are provided without cost to the member by any municipality, county or other subdivision.
5. Hospital charges of any kind.
6. Major surgery of fractures and dislocations
7. Loss or theft of dentures or bridgework.

---

\* *Plus actual lab costs of precious metals*
\*\* *Excluding $250 start-up fees*

Exhibit 1 - Page 113

# DeltaCare USA

## Complaint Procedure

DeltaCare USA shall provide notification if any dental services or claims are denied, in whole or in part, stating the specific reason or reasons for the denial. If you have any complaint regarding eligibility, the denial of dental services or claims, the policies, procedures or operations of DeltaCare USA, or the quality of dental services performed by a Contract Dentist, you may call DeltaCare's Customer Service department at **800.422.4234**, or the complaint may be addressed in writing to:

> **DeltaCare USA Quality Management Department**
> **12898 Towne Center Drive**
> **MS QM600**
> **Cerritos, CA  90703-8579**

Written communication must include 1) the name of the patient, 2) the name, address, telephone number and identification number of the Primary Enrollee, 3) the name of the Applicant and 4) the Dentist's name and facility location.

For complaints involving an adverse benefit determination (e.g. a denial, modification or termination of a requested benefit or claim) you must file a request for review (a complaint) with DeltaCareUSA within 180 days after receipt of the adverse determination. DeltaCare's review will take into account all information, regardless of whether such information was submitted or considered initially. The review shall be conducted by a person who is neither the individual who made the original benefit determination, nor the subordinate of such individual. Upon request and free of charge, DeltaCare will provide you with copies of any pertinent documents that are relevant to the benefit determination, a copy of any internal rule, guideline, protocol, and/or explanation of the scientific or clinical judgment if relied upon in making the benefit determination. If the review of a denial is based in whole or in part on a lack of dental necessity, experimental treatment, or a clinical judgment in applying the terms of the Contract, DeltaCare shall consult with a Dentist who has appropriate training and experience. If any consulting Dentist is involved in the review, the identity of such consulting Dentist will be available upon request.

Within five calendar days of the receipt of any complaint, including adverse benefit determinations as described above, the quality management coordinator will forward to you an acknowledgment of receipt of the complaint. Certain complaints may also require that you be referred to a regional dental consultant for clinical evaluation of the dental services provided. DeltaCare will forward to you a determination, in writing, within 30 days of receipt of a complaint. DeltaCare

will respond, within three days of receipt, to complaints involving severe pain and imminent and serious threat to a patient's dental health.

If you have completed DeltaCare's grievance process, or you have been involved in DeltaCare's grievance procedure for more than 30 days, you may file a complaint with the California Department of Managed Health Care. You may file a complaint with the Department immediately in an emergency situation, which is one involving severe pain and/or imminent and serious threat to your dental health.

The California Department of Managed Health Care is responsible for regulating health care service plans. If you have a grievance against your health plan, you should first telephone your health plan at **800.422.4234** and use your health plan's grievance process before contacting the Department. Utilizing this grievance procedure does not prohibit any potential legal rights or remedies that may be available to you. If you need help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by your health plan, or a grievance that has remained unresolved for more than 30 days, you may call the Department for assistance. You may also be eligible for an Independent Medical Review (IMR). If you are eligible for IMR, the IMR process will provide an impartial review of medical decisions made by a health plan related to the medical necessity of a proposed service or treatment, coverage decisions for treatments that are experimental or investigational in nature and payment disputes for emergency or urgent medical services. The Department also has a toll-free telephone number (**888.HMO.2219**) and a TDD line (**877.688.9891**) for the hearing and speech impaired. The Department's Internet website: www.hmohelp.ca.gov has complaint forms, IMR application forms ad instructions online.

IMR has limited application to your dental program. You may request IMR only if your dental claim concerns a life-threatening or seriously debilitating condition(s) and is denied or modified because it was deemed an experimental procedure.

Since the MPI Health Plan is subject to the Employee Retirement Income Security Act of 1974 (ERISA), you may contact the U.S. Department of Labor, Employee Benefits Security Administration (EBSA) for further review of the claim or if you have questions about the rights under ERISA. You may also bring a civil action under section 502(a) of ERISA. The address of the U.S. Department of Labor is: U.S. Department of Labor, Employee Benefits Security Administration; 200 Constitution Avenue; N.W. Washington, D.C. 20210.

Exhibit 1 - Page 114

# ADDITIONAL HEALTH BENEFITS

In addition to your comprehensive medical and hospital coverage and dental benefits, the Plan also provides you with life insurance, prescription drug, vision and wellness benefits. As an Active Participant, you receive all these benefits when you meet eligibility requirements and fill out the appropriate paperwork. Descriptions of those benefits, including limitations, are provided in this section of your *Summary Plan Description*.

## CONTENTS

109 **Life Insurance**
*Union Labor Life Insurance Company*

109 Life Insurance for Employees

109 Designating a Beneficiary

109 Total and Permanent Disability

111 Accelerated Benefits for Terminal Illness

111 Accelerated Benefits Not Paid

111 Conversion Privilege

111 Accidental Death and Dismemberment

112 Funeral Expenses

113 **Prescription Drug Benefit**
*Medco*

113 Eligibility

113 General Coverage

113 Costs and Co-Payments

114 Other Covered/Not-Covered Items

114 Reimbursement Process

114 Medco Health Home Delivery

115 Specialty Medications

115 Out of the Country

116 Over-Utilization

116 Further Information/Disputes

117 **Vision Services**
*Vision Service Plan (VSP)*

117 Covered Benefits

117 Appointments

118 Options

118 Not Covered

118 Using A Non-VSP Provider

118 Claims Processing

118 Grievance System

119 **The Wellness Program**
*Administered by The Industry Health Network of the Motion Picture & Television Fund*

119 Preventive Medical Care

119 Comprehensive Physical Exams

119 The Wellness Program/USC Lifestyle Redesign Weight Loss Program

119 Comprehensive Health Management Programs

119 "Picture Quitting"

119 Managing Your Stress

119 Increasing Your Fitness Level

119 Type II Diabetes Management

119 Lowering Your Cholesterol

120 Lifestyle Enhancement Programs

120 Healthy Family Services

120 Family Learning Series

120 Awareness & Learning Resources

120 Education Materials

120 Toll-Free Wellness Line

120 Living Outside the L.A. Area

The claims review process, with respect to any adverse benefit determinations made by any of these plans, will be handled according to the specific description of that process furnished by that plan (provided in the following pages), as well as the applicable time requirements and criteria described on pages 40 and 63. You should pay particular attention to any preauthorization requirement, since that affects the applicable time frames for review.

Exhibit 1 - Page 115



Exhibit 1 - Page 116

## LIFE INSURANCE

# The Union Labor Life Insurance Company

8403 Colesville Road
Silver Spring, MD  20910

Group Policy: G-1558 & C-3739



*Available Nationwide*

### Life Insurance for Employees

The Plan insures you as an eligible employee Participant in the amount of $10,000 of life insurance — payable in full to your beneficiary in the event of your death from any cause (on or off the job) while you are an eligible Participant. (*For Accelerated Benefits for Terminal Illness, see page 111.*)

### Designating a Beneficiary

Your Beneficiary is the party or parties named by you to receive the benefits payable upon your death. You may name one or more Beneficiaries to receive the death benefit.

You may change your Beneficiary at any time, without the consent of the previously named Beneficiary. Such change must be made on a Health Plan beneficiary card, and must be dated and signed by the Participant. Your Beneficiary change will take effect upon receipt by the Health Plan's Eligibility Department.

Upon notification of the Participant's death, any death benefit due under the Life Insurance and Accidental Death and Dismemberment Benefits will be made to your named Beneficiary as follows:

1. If you have named more than one Beneficiary, each surviving Beneficiary will share equally.

2. If there is no named Beneficiary, or if no named Beneficiary is surviving at the time of your death, payment will be made to the first surviving class in the following order of preference:

   a. Your surviving spouse;

   b. Your children in equal shares;

   c. Your parents in equal shares;

   d. Your brothers and sisters in equal shares; or

   e. Your executors or administrators of your estate.

   In order to determine which class of individuals is entitled to the death benefit, The Union Labor Life Insurance Company (Union Labor Life) may rely on an affidavit made by any individual listed above. If payment is made based on an affidavit, Union Labor Life and the Health Plan will be discharged of liability for the amount so paid, unless written notice of claim by another individual listed above is received before payment is made.

3. If the Beneficiary is a minor or someone not able to give a valid release for payment, the Health Plan will pay the benefit to his or her legal guardian. If there is no legal guardian, Union Labor Life may pay the individual or institution who has, in its opinion, custody and principal support of such Beneficiary. Union Labor Life and the Health Plan will be fully discharged of its liability for any amount of benefit so paid in good faith.

### Total and Permanent Disability

A Participant under the age of 60:

1. who becomes Totally Disabled while insured under this Policy;

2. who has been Total Disabled for at least 9 months; and

3. for whom premium payments continue to be made or whose coverage is terminated for failure to meet the Eligibility requirements stated in this Policy because of Total Disability;

may apply to continue his or her life insurance under this Waiver of Premium provision.  The initial continuation of insurance under this provision will be for 12 months from the date premium payments on behalf of the Participant cease, but in no event longer than 24 months from the date Total Disability began.

Waiver of Premium will continue until the earlier of:

1. the date the Participant's Total Disability ends; or

2. the end of the 12-month period.

Are you a former Participant of any other health plan that merged into the Motion Picture Industry Health Plan? If so, it is important that you carefully review any appendix included with this *Summary Plan Description (SPD)* which addresses your particular situation. That appendix may contain special rules that are different from the rules contained in the main SPD. Where there is any conflict between the terms of the appendix and the main SPD, the terms of the appendix will govern you and your dependents.

Exhibit 1 - Page 117

"Totally Disabled" and "Total Disability" mean the Participant's complete inability;  due to Injury or Illness; to engage in any business, occupation or employment for which the Participant is qualified, or becomes qualified by reason of education, training, or experience, for pay; profit; or compensation.

The Participant must submit satisfactory written proof (the "Initial Proof") of Total Disability within 12 months from the date premium payments on behalf of such Participant cease; but in no event more than 24 months from the date Total Disability began.

The Initial Proof must show that the Total Disability:

1.  began while the Participant was insured under this Policy;

2.  began before the attainment of age 60;  and

3.  has rendered the Participant Totally Disabled for at least nine (9) consecutive months.

### Notice of Application for Waiver Determination
The Union Labor Life Insurance Company will give written notice to the applicant within 10 days of receipt of an application for waiver. The notice will state whether or not the application is approved and give the reasons for any disapproval. If the application for waiver is disapproved, the Participant may continue eligibility under this Policy for Life Insurance only if the MPI Health Plan continues the Participant on a premium-paying basis.

A Participant who is denied continuation of his or her group Life Insurance through Waiver of Premium and;

1.  is not continued by the MPI Health Plan on a premium-paying basis;  or

2.  did not exercise his or her right to convert to an individual policy of life insurance;

may be entitled to the same conversion rights that applied to the Participant on the date his or her Life Insurance would have terminated in the absence of this Waiver of Premium provision.

A Participant who holds an individual conversion policy and who has been denied continuation of his or her group Life Insurance through Waiver of Premium, may continue his or her coverage under the individual conversion policy.

### Death of Participant Before or While Waiver of Premium is in Effect
If a Participant applies for waiver under this provision and dies before this Waiver of Premium is in effect, the Beneficiary must submit written proof that Total Disability continued without interruption from the date the Participant became Totally Disabled to the date of death. Except that if at the time of death, Life Insurance on the Participant has been continued on a premium paying basis, the Amount of Insurance in force under this Policy will be paid to the beneficiary, subject to all the terms and conditions of this Policy.

If a Participant dies while this Waiver of Premium is in effect, the Beneficiary must submit written proof that Total Disability continued without interruption from the last anniversary of the Union Labor Life's receipt of proof Total Disability to the date of death.

### Benefit Amount
The amount of Life Insurance continued under this Waiver of Premium, will be the Amount of Insurance in force for the Participant on the date premium payments for the Participant ceased.  The amount of Life Insurance continued under this Waiver of Premium is subject to any reduction or termination in the Amount of Insurance, as shown on the Schedule of Benefits.

Any Participant who:

1.  is approved for waiver under this provision and

2.  holds an individual policy of life insurance through exercise of the Conversion Privilege under this Policy;

is not entitled to receive benefits under both this Policy and the individual conversion policy for the same amounts of insurance. At the time of the Participant's death, payment will be made under this Policy only if the individual is surrendered to Union Labor Life without claim other than for return of the premiums paid, less dividends.

### Continuance of Waiver of Premium
A Participant who has applied for and received approval of Waiver of Premium for the Life Insurance Benefit under this Policy, may continue the Waiver of Premium for additional 12-month periods, provided the Participant:

1.  remains Totally Disabled and

2.  submits written proof of continued Total Disability each year within 3 months of the anniversary of Union Labor Life's receipt of Initial Proof. Such proof must be sent to the Union Labor Life Insurance Company at the Participant's own initiative; Union Labor Life shall not be required to request such proof.

### Right to Require Examination
The Union Labor Life Insurance Company, at its own expense may require a Participant whose Life Insurance has been continued by this Waiver of Premium to be examined by a Physician of its choice, at any reasonable time during the Participant's first two years of Total Disability. After two years, Union Labor Life will not require such examination more than once a year.

### Conversion Privilege
A Participant, whose Life Insurance was continued by this Waiver of Premium, may be entitled to the same conversion rights that applied to the Participant on the date his or her Life Insurance would have terminated in the absence of this Waiver of Premium provision.

LIFE INSURANCE

**UnionLaborLife**

## Accelerated Benefits for Terminal Illness

If, as an Active eligible Participant, it is determined that you suffer from a terminal condition (i.e., your life expectancy is twenty-four (24) months or less) or for other specified conditions, $5,000 of your Life Insurance Benefits may be paid in a lump sum to you, or a designated party, **prior to your death**. Contact the MPI Health Plan Eligibility Department at 818 or 310.769.0007, Ext. 263, for details. Outside Southern California, call 888.369.2007, Ext 263.

If a person dies after a request is made for the Accelerated Benefit, but before such benefit is paid, the Accelerated Benefit is not payable. The amount of insurance under the life insurance benefit of this Policy will be paid to the Beneficiary as if no request for an Accelerated Benefit had been made.

In order to be considered for an Accelerated Benefit payment, a request for an Accelerated Benefit payment must be submitted in writing to the MPI Health Plan Eligibility Department by you or your legal representative.

At your own expense, you must supply proof satisfactory to the Health Plan (e.g., clinical, radiological, laboratory evidence, etc.) of the diagnosis and limited life expectancy. The diagnosis must be made by a licensed, qualified physician. (*Note:* The physician cannot be a member of your family and the diagnosis must have been made after you became eligible.) If the Health Plan does not agree with the diagnosis, it may require an additional medical examination. If the Health Plan's physician disagrees with your physician, the physicians will jointly select a third physician to perform an examination. The decision of that physician will be final and binding upon all parties. In addition, you must supply the Eligibility Department with a written consent of your irrevocable beneficiary.

Only one Accelerated Benefit payment will be paid. Once the Accelerated Benefits has been paid, your life insurance amount will be reduced by the amount of the Accelerated Benefit payment. This Accelerated Benefit option will be terminated upon the date of death or if you retire or are otherwise not covered for life insurance. The Accelerated Benefit may not be converted to an individual policy.

## Accelerated Benefits Will *NOT* Be Paid Under the Following Circumstances:

1. For greater than 50% of your Life Insurance Benefit or for less than $5,000;

2. For any reason other than diagnosis of terminal illness or one of the other specified conditions;

3. For Accidental Death or Dismemberment benefits;

4. When all, or a portion, of your life insurance benefits are to be paid as part of a divorce settlement;

5. If you have been eligible for life insurance benefits for less than two years;

6. If, on March 23, 1994, a) you were Disabled, or b) if your Life Insurance had been extended under a Total and Permanent Disability as described above;

7. If you are required by law to use this benefit to meet the claim of creditors, whether in bankruptcy or otherwise;

8. If you are required by a governmental agency to use this benefit to apply for, obtain or keep a government benefit or entitlement;

9. If the terminal medical condition is caused by intentional self-inflicted injury or attempted suicide.

Neither the Plan nor The Union Labor Life Insurance Company is responsible for any tax or any other effects of an Accelerated Benefit payment. Receipt of an Accelerated Benefit payment may be taxable income to you or your beneficiary. You and your beneficiary may wish to consult with a personal tax advisor.

Additional provisions under The Union Labor Life Insurance policy may apply. Please contact the West Coast Plan Office Eligibility Department for further information.

## Conversion Privilege Feature

If your eligibility terminates, your group life insurance (up to the amount you could convert) will be continued for a period of 31 days.

During this 31-day period, you have the right to convert all or a portion of the Amount of Insurance which has terminated into an individual life policy without having to pass a physical examination. (*Note:* An Accelerated Benefit may not be converted to an individual policy and the amount of life insurance available for conversion will be reduced by the amount of the Accelerated Benefit payment.)

**Death Within The Conversion Period**

If a Participant dies during the 31-day Conversion Period, the maximum amount of life insurance which he or she was entitled to convert will be paid as a benefit under this group Policy; the benefit will be paid to the last Beneficiary named by the Participant, whether or not conversion was applied for, and premium paid.

If a Conversion Policy was applied for, such Conversion Policy will be null and void even if this Policy had been issued; and no death claim will be payable under the Conversion Policy. The Union Labor Life Insurance Company will return any premium paid for the Conversion Policy.

## Accidental Death and Dismemberment for Employees

As an eligible Active Participant, you are insured for $10,000 against death and dismemberment in an accident on or off your job.

If you are killed in an accident or die within 90 days as a result of the accident, your beneficiary will be paid $10,000, in addition to the $10,000 to be paid under your life insurance.

If you accidentally suffer the loss of both hands, both feet or the sight of both eyes within 90 days of the accident, you will be paid $10,000.

111

Exhibit 1 - Page 119

**UnionLaborLife**

LIFE INSURANCE

If you accidentally suffer the loss of one hand, one foot or the sight of one eye within 90 days of the accident, you will receive $5,000.

***No benefit will be paid for any loss that is caused directly or indirectly, or in whole or in part, by any of the following:***

1. Bodily or mental illness or disease of any kind;

2. Ptomaine or bacterial infections (except infections caused by pyogenic organisms which occur with and through an accidental cut or wound);

3. Suicide or attempted suicide while sane or insane;

4. Intentional self-inflicted injury;

5. Participation in, or the result of participation in, the commission of a felony, or a riot, or a civil commotion;

6. War or act of war, declared or undeclared; or any act related to war, or insurrection;

7. Service in the armed forces of any country while such country is engaged in war; or

8. Police duty as a member of any military, or naval or air organization.

*Note:* While self-paying through COBRA, there is no death or dismemberment benefit or life insurance. (*See page 17.*)

## Funeral Expenses

If an individual appears to the Health Plan and/or to Union Labor Life to be equitably entitled to compensation because he or she has incurred expenses on behalf of the deceased Participant's burial, the Health Plan and/or Union Labor Life may pay to such individual the expenses incurred up to $1,000. Such payment, however, shall not exceed the amount due under this Policy. Union Labor Life and the MPI Health Plan shall be fully discharged liability for any amount of benefit so paid in good faith.

---

**To obtain a copy of the Certificate of Insurance, please call or write the West Coast Plan Office:**

**Eligibility Department**
**Motion Picture Industry Health Plan**
**P.O. Box 1999**
**Studio City, CA  91614-0999**

**818 or 310.769.0007, Ext. 263**
**Outside Southern California: 888.369.2007, Ext. 263**

---

Exhibit 1 - Page 120

# PRESCRIPTION DRUG BENEFIT

## Medco Health Solutions, Inc.

### 800.987.5247 (toll-free)

P.O. Box 30493
Tampa, FL  33630-3493

www.medcohealth.com

*medco*

*Nationwide Network*

Prescription drug benefits for the MPI Health Plan Participants and their eligible dependents are administered by Medco. To obtain benefits, simply present your Medco Prescription benefit card when filling a prescription at your pharmacy.

Medco has established a customized, national network of participating pharmacies to serve you and your eligible dependents. To locate a Medco participating pharmacy convenient to you, visit their website at www.medcohealth.com. Click on "Find a Local Pharmacy" on the bottom left side of the page. Registration to the site is optional and free. After you register, you can search by ZIP Code or by State and City.

## Eligibility

If you or your dependents are eligible for benefits under the rules and regulations of the MPI Health Plan (regardless of which health plan you select), you are all also eligible for the prescription drug benefits described in this *Summary Plan Description*.

**Please Note: Any person enrolled in the Medicare Part D prescription drug benefit program will not be eligible for any benefits under MPIHP's Prescription Drug Benefit.**

## General Coverage

Medications that are reasonable and necessary for the diagnoses, which require a physician's prescription by law, are covered (*See excluded items under "Not Covered," on the following page*). Please note the following:

• Initially, you may receive up to a 30-day supply (according to the amount prescribed by your physician) of your medication, with the cost, less co-payment, paid by the Plan. (*See "Medco Health Home Delivery" on page 114 for Medco's prescription mail order program.*)

• Thereafter, prescriptions may be refilled for up to the maximum 30-day supply in accordance with the number of refills and quantity indicated by your physician. The cost, less co-payment of the refills, will also be paid by the Plan. (New prescriptions will be required in instances where federal and/or state laws forbid refills.)

## Costs and Co-Payments

The co-payment amount is paid by you to the pharmacy at the time your prescription is filled. Your co-payment is:

| Active Health Plan | Retail Co-Pay (Up to a 30-day supply) |
|---|---|
| Generic Drugs | $10 |
| Preferred Brand Drugs | $20 |
| All Other Brand Drugs | $30 |

**If a generic equivalent is available but you choose the brand name, you must pay the difference in cost between the generic and the brand-name drug, plus your co-payment.** However, if a generic equivalent is available but your physician requests a brand-name drug* because s/he believes it is medically necessary, or if a generic is not available, you will pay your applicable brand co-payment and will not be responsible for paying the difference in cost between the brand name and the generic. **By requesting that your physician prescribe generics whenever possible, you can lower the amount you pay for your prescriptions.**

Are you a former Participant of any other health plan that merged into the Motion Picture Industry Health Plan? If so, it is important that you carefully review any appendix included in this *Summary Plan Description (SPD)* which addresses your particular situation. That appendix may contain special rules that are different from the rules contained in the main SPD. Where there is any conflict between the terms of the appendix and the main SPD, the terms of the appendix will govern you and your dependents.

---

\* *Your physician must indicate on the prescription if s/he does not wish the pharmacist to make this selection. Your physician must write "Do Not Substitute" or "Dispense as Written" or words to that effect on the prescription.*

Exhibit 1 - Page 121

medco                                    PRESCRIPTION DRUG BENEFIT

## Other Covered/Not Covered Items

*Covered*

• The following items, which do not require a prescription by law, are covered when they are prescribed in writing for diabetes:

— Insulin

— Blood glucose testing strips/supplies

— Regular or disposable insulin syringes/needles

— Disposable Lancets

• Retin-A* (for acne vulgaris only)

• Compound-drugs containing at least one legend ingredient

• Prescription drugs derived from vitamins, when they require a physician prescription by government regulation. This does not include over-the-counter vitamins, even if they are prescribed.**

• Any other drug which, under applicable state law, may only be dispensed upon the written prescription of a physician or other lawful prescriber.

— All erectile dysfunction drugs are covered benefits for male Participants and their eligible male dependents. Up to 6 pills per consecutive 30-day period through a Medco affiliated pharmacy are covered when accompanied by an appropriate prescription from an accredited physician who prescribed the drug for the treatment of impotence. Up to 18 pills per consecutive 90-day period through the Medco Home Delivery service are covered. (*See Medco Health Home Delivery below for ordering information.*)

— Birth control pills and devices

— Zyban - 180-day supply per lifetime

— Chantix - 180-day supply per lifetime

*Not Covered*

• Any medication that is considered preventive

• Medication that may be purchased without a prescription (even though your physician writes a prescription for it)

• Medication dispensed in the physician's office

• Vitamins, minerals or food supplements (even if a prescription is required)

• Amphetamines*** and anorectics (drugs used for weight control purposes)

• Drugs used for the treatment of infertility (*See Non-covered Services and Items.*)

• Injectable drugs, unless self-administered (Exceptions: Chemotherapy injectables, Insulin, Glucagon, injectable antivirals, specifically indicated for treatment of HIV/AIDS, Interferon Beta-1B [Betaseron] and Sumatriptan [Imitrex])

• Drugs prescribed in connection with drug or chemical addiction or its treatment, including methadone

• Drugs prescribed, other than Zyban and Chantix, whose only use is for smoking cessation

• Drugs used for cosmetic purposes

• Experimental drugs or drugs which have not been approved by the U.S. Food and Drug Administration (FDA)

• Minoxidil compounds (Rogaine) used for hair loss

• Medco does not coordinate benefits

• Progesterone compounds and suppositories prescribed for premenstrual syndrome

• Retin-A* for any circumstance other than the diagnosis of Acne Vulgaris

• Blood and blood plasma; immunization agents; gamma globulin

• Appliances, prosthetics, devices, bandages, heat lamps, braces, splints, cosmetics, dietary supplements, health and beauty aids.

In addition: any drugs prescribed for illness or injury covered by any Workers' Compensation or occupational disease law, any drugs prescribed for an illness or injury determined to be the liability of a third party, any drugs that exceed the requirements of sound medical practice or that are prescribed relative to conditions and/or services that are excluded from your Motion Picture Industry Health Plan coverage, will not be covered. **Replacement of lost or stolen prescription medication will not be covered.**

### Reimbursement Process

If you pay for a prescription and would like to be reimbursed, you must complete a Medco Prescription Direct Drug Claim Form and submit it to Medco at the address on the back of the form. Claims must be submitted within 12 months from the date of fill. Failure to timely file may result in the denial of your claim.

**Please note, however, that you will be reimbursed at the rate of 85% of the allowable amount, less the co-payment. Reimbursement is based on generic or lower cost brand-name products, if either is available.**

## Medco Health Home Delivery

The Medco Health Home Delivery provides the option of mail order prescription service for you and your eligible dependents for the dispensing of maintenance medications. (A maintenance medication is taken regularly to treat a chronic health condition such as high blood pressure, ulcers or diabetes.)

---

\*   If Retin-A has been prescribed for the diagnosis of acne vulgaris an exception may be made to this non-covered status. Satisfactory written documentation in the form of clinical office notes or narrative confirming the diagnosis, together with a clinical quality photograph must be sent to the MPI Health Plan Medical Review Department before or after the purchase of the prescription if coverage is to be provided.

\*\*  Distinguishes medications derived from vitamins and used for the treatment of specific diagnoses from those used as nutritional supplements.  For example, although Vitamin D is available over-the-counter in low doses, it is available only by prescription in significantly higher dosage for those with glandular and bone diseases, as well as for individuals with kidney dialysis. Some prenatal vitamin prescriptions prescribed in higher dosages fit this criteria as well.

\*\*\* If an amphetamine has been prescribed for Attention Deficit Hyperactivity Disorder or Narcolepsy, an exception can be made to the non-covered status. Satisfactory written documentation by the prescribing physician of the clinical findings and diagnosis must be sent to the MPI Health Plan Medical Review Department either before or after the purchase of the prescription if coverage is to be provided.

Exhibit 1 - Page 122

The Home Delivery co-pay amounts are listed in the chart below. Like with prescription medications purchased through retail pharmacies, if a generic equivalent is available but you choose the brand name, you must pay the difference in cost between the generic and the brand name drug, plus your co-payment. However, if a generic equivalent is available but your physician requests a brand-name drug* because s/he believes it is medically necessary, or if a generic is not available, you will pay your co-payment and will not be responsible for paying the difference in cost between the brand name and the generic. By requesting that your physician prescribe generics whenever possible, you can lower the amount you pay for your prescriptions.

| Active Health Plan | Home Delivery Co-Pay |
| --- | --- |
| | (90-day supply) |
| Generic Drugs | $20 |
| Preferred Brand Drugs | $40 |
| All Other Brand Drugs | $60 |

To start using the Medco Health Home Delivery Program, call them toll-free at 800.987.5247 for a brochure and order form, then follow the steps below. (Thereafter, you may call Medco Health Home Delivery at 800.987.5247 to obtain order forms, or you can download forms from www.medcohealth.com.)

**When you call Medco to obtain a Medco Health Home Delivery Order Form, be sure to specify whether you wish to have a Home Delivery Order Form with envelope, or if you are seeking reimbursement for a prescription and need a Prescription Drug Direct Claim Form.**

To order medication through the program:
• Ask your doctor to write a new prescription for a 90-day supply of your maintenance medication with 3 refills.

• Enclose your completed order form (please refer to your benefit card for "Group" numbers) with your new, original prescription in the pre-addressed envelope and send it to the Medco Health Home Delivery pharmacy at P.O. Box 30493, Tampa, FL 33630-3493

• Remember to include your check or credit card information for the correct co-pay amount. (You may call Medco at 800.987.5247 to determine whether your prescription is a generic, Preferred Brand or Other Brand drug.)

• Your prescription medication will be delivered to you at the address you specify, either by U.S. Postal Service or UPS. Your medication will be delivered to you within 7-to-11 days after you mail your order. Orders placed via the Internet or fax may be received even faster. When placing your order, you should have at least a 14-day supply of that medication on hand to hold you over. If you do not have enough medication, you may need to ask your doctor for another prescription for a 14-day supply to be filled at your local participating retail pharmacy.

When it's time for your refill, or if you have questions, simply call Medco Health Home Delivery at 800.987.5247 and use your credit card. To track your prescriptions online, go to the Medco website at www.medcohealth.com. You must register with the site to use this feature. Select "Refill Prescriptions & Check Order Status" and follow the prompts. At www.medcohealth.com, you may track your prescription(s), look up information on specific drugs and medical conditions, as well as review your prescription records (also requires on-line registration).

## Specialty Medications

Specialty Medications, which are typically medications that require special handling and are administered either by you or a healthcare professional, are a covered benefit only when obtained through Medco's Specialty Care Pharmacy, Accredo Health Group. This means that if you obtain your specialty medications other than from the Medco Special Care Pharmacy, you may be fully responsible for the cost. (This does not apply to Specialty Medications supplied by a hospital.)

Your medications will be shipped to you at no extra charge. If you prefer, you can have your medication shipped to your doctor's office (where allowable by law), if your doctor administers your medication. Plus, you'll receive at no additional charge the necessary supplies (such as needles and syringes) to administer your medication.

To order specialty medications or for additional information, call toll-free 800.501.7260 between 8:00 a.m. and 8:00 p.m., Eastern time, Monday through Friday. If you prefer, have your doctor call 800.987.4904.

## Out of the Country

If you're planning a trip out of the country, ensuring you have the medications you need while you are away from home requires a little advance planning. If your normal 30-day retail prescription won't last throughout your stay, consider using Medco's mail order service, through which you may obtain up to a 90-day maximum supply. Since the service is limited to delivery to U.S. addresses, you will need to fill your prescription prior to leaving. Remember, if you have recently filled a 30- to 90-day prescription, you may not be eligible to refill that same prescription until the supply is used. If you will be out of the country for an extended period, there is another option, with a few simple steps to follow:

1. Before you leave, pay for the required additional prescription(s) yourself at your local Medco pharmacy or any of the over 54,000 Medco pharmacies nationwide.

2. Retain the pharmacy receipt(s), which indicates the medication(s) purchased along with the quantity received and dollar amount paid.

---

*\* Your physician must indicate on the prescription if s/he does not wish the pharmacist to make this selection. Your physician must write "Do Not Substitute" or "Dispense as Written" or words to that effect on the prescription.*

*medco* PRESCRIPTION DRUG BENEFIT

3. Upon return, but within 12 months from the date of fill, forward the following information to the West Coast MPI Health Plan Office: Medical Review Department, P.O. Box 1999, Studio City, California 91614-0999:

   a. the prescription receipt(s),

   b. a completed Medco Prescription Direct Drug Claim Form, which can be obtained by calling 800.987.5247 or visiting their website at www.medcohealth.com

   c. a signed statement indicating that the medication was used while you were out of the country.

The Health Plan will instruct Medco to reimburse you up to the allowable amount, less any co-payments that apply, as long as the following conditions are met:

1. You were eligible for Plan benefits during the time period the medications were used.

2. There are no duplicate prescriptions or duplicate quantities of the medications processed for those dates of service.

Remember, if you fill a prescription at a pharmacy that is not part of the Medco participating network, you will be reimbursed at 85 percent of the allowable amount, less the co-payment. Reimbursement is based on generic or lower-cost brand-name products, if either is available.

## Over-Utilization

**If determined by the Medical Review Department that there is an over-utilization of any medication(s), there will be no further payment made for those medications unless it is subsequently determined that continued use is considered sound medical practice. In addition, if prescription drugs are obtained through an affiliated pharmacy for an ineligible person, you, the Participant, will be held personally liable and must reimburse the Plan for any benefits extended.**

**If you submit a prescription for medication that is not covered by the MPI Health Plan, the prescription will be returned to you. (*Please see "Other Covered/Not-Covered Items" for a list of non-covered drugs.*)**

## Further Information/Disputes

If you have any questions regarding your Prescription Drug Benefit, call Medco toll-free at 800.987.5247, or call the Main (West Coast) Plan Office at 818 or 310.769.0007, Ext. 106. Outside Southern California, call 888.369.2007, Ext. 106.

If you have any questions about whether a pharmaceutical item is covered, we encourage you to contact the Main MPI Health Plan Office, in writing, in advance of attempting to purchase the item. While preauthorization is not required, it can help to clarify for you what is or is not a covered item.

If you believe that you improperly paid for a pharmaceutical item from a Medco Pharmacy, you may file a claim, in writing, for benefits with the MPI Health Plan. The claim, and any appeal from an adverse determination of the claim, shall be handled as described on pages 40 and 63.

**Please make sure the Participant's Social Security or identification number appears on all claim forms and correspondence.**

Exhibit 1 - Page 124

# VISION SERVICES

## Vision Service Plan (VSP)

800.VSP.7195 (800.877.7195)

3333 Quality Drive
Rancho Cordova, CA 95670

www.vsp.com



*Nationwide Network*

VSP has an extensive nationwide network of doctors who agree to provide the finest ophthalmic care and eyewear to patients covered by VSP. VSP is designed to encourage you and your dependents to maintain your vision through regular eye examinations and to help with vision care expenses for required glasses or contact lenses. If you are an eligible Active Participant or dependent under the rules of the Motion Picture Industry Health Plan, you are eligible for the vision care plan described in this summary.

**This plan is designed to cover your visual needs rather than cosmetic eyewear. The following is only a summary of the vision plan. For further benefit information, please contact VSP directly.**

### Covered Benefits

**A $20 co-payment per individual applies for the following covered benefits:**

- A standard eye exam and spectacle lenses are covered once every 12 months from your last date of service.

- Frames are covered once every 24 months from your last date of service. Your frame allowance is $145. If you select a frame with a cost that exceeds the allowance, the overage will be discounted by 20%.

- Plan Participants and their eligible dependents may obtain additional pairs of prescription glasses at a 20% discount of the VSP network doctor's usual and customary fee. (This discount is available for 12 months following the patient's last covered eye examination from any VSP network doctor.)

**Elective contact lenses are available once every 12 months from your last date of service and are in lieu of glasses (spectacle lenses and frame). The routine eye exam will be paid in full and an allowance of $105 will be provided toward the cost of your contact lens exam (fitting and evaluation) and contact lenses.**

- Any costs exceeding the allowance are the responsibility of the patient.

- The Plan offers a 15% discount on network doctor's contact lens exam. This benefit is available in conjunction with the contact lens allowance or can be used to purchase contacts in addition to glasses. This discount is available for 12 months following the patient's last covered eye exam from the VSP network doctor who provided the exam.

**Medically necessary contact lenses are covered in full when prescribed by a VSP network doctor for one of the following conditions; however, the network doctor must secure prior approval from VSP for medically necessary contact lenses:**

With certain conditions of Anisometropia, Aphakia, High Ametropia, Nystagmus or other medical conditions that inhibit the use of glasses.

### Appointments

Call the VSP network doctor of your choice for an appointment, identifying yourself as a VSP patient. The network doctor will then contact VSP for authorization and detailed information about your eligibility and Plan coverage. No up-front paperwork or preauthorization is required. If you need help locating a VSP network doctor, visit www.vsp.com or call VSP at 800.VSP.7195 (800.877.7195). If you are not eligible for benefits at the time you call for an appointment, the doctor's office will communicate that information to you when it has been determined.

Are you a former Participant of any other health plan that merged into the Motion Picture Industry Health Plan? If so, it is important that you carefully review any appendix included with this *Summary Plan Description (SPD)* which addresses your particular situation. That appendix may contain special rules that are different from the rules contained in the main SPD. Where there is any conflict between the terms of the appendix and the main SPD, the terms of the appendix will govern you and your dependents.

## Options

The following options are available to Participants and their eligible dependents at an additional out-of-pocket cost:

• Blended lenses

• Oversize lenses

• A frame that costs more than allowable

• Contact lenses (except as noted above)

• Certain limitations on low vision care

• Cosmetic lenses

• Progressive multifocal lenses

• Optional cosmetic processes

• Coated or laminated lenses

• UV protected lenses

## Not Covered

There is no benefit for professional services or eyewear connected with:

• Orthoptics or vision training and any associated supplemental testing

• Two pair of glasses in lieu of bifocals

• Any eye exam or corrective eyewear required by an Employer as a condition of employment

• Corrective vision treatment of an experimental nature

• Plano lenses (nonprescription)

• Medical or surgical treatment of the eyes

• Replacement of lenses and frames furnished under this program, which are lost or broken except at the normal intervals when services are otherwise available

## Using A Non-VSP Provider

You may obtain covered services from any other licensed optometrist, ophthalmologist or optician of your choice. You must pay the provider in full and submit an itemized receipt to VSP. VSP will reimburse you up to the amounts allowed under your Plan's out-of-network reimbursement schedule. Contact VSP for further information about the out-of-network reimbursement schedule.

**The reimbursement schedule does not guarantee full payment, nor can VSP guarantee patient satisfaction when services are received from a non-VSP provider.** All claims must be filed within six months from the date services were completed. Reimbursement benefits are made directly to the Participant and are not assignable to the provider.

## Claims Processing

The MPI Health Plan Offices do not process vision claims. They are processed by VSP.

## VSP's Grievance System

Pursuant to California Health and Safety Code Sections 1368 and 1368.02, Vision Service Plan would like to inform each of its subscribers/enrollees of the following information:

If a Participant/eligible dependent (hereafter "enrollee") has a complaint/grievance (hereafter "grievance") regarding VSP service or claim payment, the enrollee may communicate the grievance to VSP by using the form which is available by calling VSP Customer Service Department's toll-free number, **800.877.7195**, Monday through Friday, 6:00 a.m. to 7:00 p.m., and Saturday, 6:00 a.m. to 2:30 p.m. Pacific Standard Time. Grievances may be filed in writing with VSP at 3333 Quality Drive; Rancho Cordova, CA  95670.

Upon receipt of a verbal or written grievance, VSP will respond in writing to the enrollee acknowledging receipt and/or disposition of the grievance within five business days. If a resolution cannot be reached within thirty days, a fifteen-day interim notification will be sent to the enrollee informing them of the resolution's status. (VSP will keep all grievances and their responses thereto on file for seven years.)

The California Department of Managed Health Care is responsible for regulating health care service plans. The Department has a toll-free telephone number **800.400.0815** to receive complaints regarding health plans. The hearing and speech impaired may use the California Relay Service's toll-free telephone numbers **877.688.9891** (TDD) to contact the Department.

The Department's Internet website (www.hmohelp.ca.gov) has complaint forms and instructions online. If you have a grievance against your health plan, you should first telephone your plan at **800.877.7195** and use the plan's grievance process before contacting the Department.

If you need help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by the plan, or a grievance that has remained unresolved for more than 30 days, you may call the Department for assistance. The plan's grievance process and the Department's complaint review process are in addition to any other dispute resolution procedures that may be available to you, and your failure to use these processes does not preclude your use of any other remedy provided by law.

# THE WELLNESS PROGRAM

## The Wellness Program

800.654.WELL (9355) *So. California Only*
818.876.1792 *Nationwide*

23388 Mulholland Drive, M/S 96
Woodland Hills, CA 91364-2792

www.mptvfund.org



*the* **wellness** PROGRAM
*provided by* The Industry Health Network

The Directors of the MPI Health Plan adopted The Wellness Program for all Health Plan Participants (including HMO enrollees) and their eligible dependents. The Wellness Program is administered by The Industry Health Network (TIHN) of the Motion Picture & Television Fund (MPTF) and consists of the following programs and services, available at no cost to you.

You must call 800.654.WELL (9355) for more information or to make an appointment. These services are available through TIHN only — you cannot substitute other private providers or programs which have not been approved by The Industry Health Network. A listing of Motion Picture & Television Fund Health Center locations may be found in this *Summary Plan Description* on page 67.

## Preventive Medical Care

An important aspect of staying healthy and achieving optimal wellness involves early diagnosis and treatment of potential health problems. Comprehensive Physical Exams and discounts on health clubs and yoga studios are all offered through The Wellness Program.

### Comprehensive Physical Exams

Active Participants and their eligible dependents age 13 and older who live in Los Angeles County and wish to use this benefit, must use one of the Motion Picture & Television Fund Health Centers listed on page 67. No voucher is necessary. Simply call the Health Center of your choice and make an appointment. (*Please see page 57 for information applicable to non-HMO/POS Participants living outside Los Angeles County.*)

### The Wellness Program/USC Lifestyle Redesign
### Weight Loss Program

This weight loss program is a collaboration with the USC Occupational Therapy Faculty Practice and provides therapeutic assistance to help Participants implement sustainable, health-promoting lifestyle changes in their everyday routines. This 16-week course is not a diet, but an intensive lifestyle modification program.

## Comprehensive Health Management Programs

These programs are higher impact, more intensive courses that will run 3 to 6 weeks or more. These courses provide in-depth support, information and motivation.

### "Picture Quitting" The Entertainment
### Industry Quit Smoking Program

"Picture Quitting," a smoking cessation program sponsored by the Entertainment Industry Foundation, offers tailored, comprehensive smoking cessation services to entertainment industry employees. This innovative program uses scientifically proven methods to help smokers quit for good, including group or individual counseling by trained smoking cessation counselors, group support, and access to a number of different prescription and over-the-counter medications for a nominal co-pay. Counselors help smokers identify their personal reasons for quitting and smoking "triggers", and then develop individualized quit plans. For more information, please contact "Picture Quitting" at 818.526.7644, or to obtain a referral to the program, talk with an MPTF physician.

### Managing Your Stress To Improve Your Overall Health

This program will provide cognitive and experiential experiences to help Participants recognize and learn to reduce their stress levels.

### Increasing Your Fitness Level

This course will discuss aerobic training, strength training, flexibility training, progression and motivation.

### Type II Diabetes Management

This class will focus on Participants who currently have Type II (Adult onset) Diabetes. Courses will cover the latest information and best-practices related to nutrition, daily exercise, foot and eye care, and sick day management for optimal blood sugar control.

### Lowering Your Cholesterol

This program will include a cholesterol test at the beginning and the end of the program. Classes will discuss exercise, nutritional planning and guidelines to lower cholesterol, and share tried and true practices to help you lower your total cholesterol level.

Exhibit 1 - Page 127

## Lifestyle Enhancement Programs

The Lifestyle Enhancement Series includes programs designed to help reduce unhealthy risk factors and improve your overall health. Expert instructors will conduct sessions to help you manage stress, learn about nutrition and exercise, improve your mental health and manage your weight. Periodically, other health-related programs of special interest will be added to the series.

## Healthy Family Services

**Family Learning Series**

To promote the well-being of children and families, this program features a panel of experts who cover contemporary issues such as "Encouragement vs. Praise," "Preparing for Pregnancy," "The ABC's of Solving Family Problems" and "CPR for Friends and Family."

## Awareness & Learning Resources

**Educational Materials**

*Healthy Self: The Guide to Self-Care & Wise Consumerism* has almost 200 pages of information, self-guided questions, and answers to help you know when to access medical care and how to better manage your health. In addition, Mental Fitness and Children's Self-Care guides are also available. Request your free copy by calling The Wellness Program at 800.654.WELL (9355).

**Toll-Free Wellness Line**

The Wellness Line is staffed from 8:30 a.m. to 5:00 p.m., Pacific Standard Time, Monday-Friday for all services. Phone reservations may be made 24-hours daily. The Wellness Program can be reached at 800.654.WELL (9355).

**For Participants who reside outside the Los Angeles area:**

If you are planning to visit the L.A. area, please take advantage of the Wellness services provided. Reserve a space for a seminar or participate in other programs by calling 818.876.1792.

Exhibit 1 - Page 128

# THE PLAN

This *Summary Plan Description* describes the MPI Health Plan's comprehensive medical and hospital benefits of MPIHP/Blue Shield Health Plan, Health Maintenance Organization (HMO) and Point of Service (POS) options, prescription drugs, vision plan, dental plans, life insurance and wellness program. This section of the book provides valuable reference information on the structure and operation of the MPI Health Plan.

## CONTENTS

123  The Plan Defined

    123  Participating Unions

    123  Participating Employers

124  Employee Retirement Income Security Act of 1974 (ERISA)

    124  Fully-Insured Benefits

    124  Self-Insured Benefits

        125  Names and Addresses of Responsible Parties

        125  Sponsors

        125  Source of Financing

        125  Benefit Periods and Plan Year

        125  IRS ID Number

        125  Plan Number

        125  Remedies

        125  Availability of Information

        125  Fiduciaries

        126  Participant Rights

127  Board of Directors

Exhibit 1 - Page 129



Exhibit 1 - Page 130

# THE PLAN DEFINED

The Motion Picture Industry Health Plan is a trust fund established by collective bargaining agreements between many of the Unions and Employers in the motion picture production industry. It is primarily supported by Employer contributions as provided by these agreements. The Plan is governed by a Board of Directors appointed in equal number by the participating Unions and Employers. Contributions, until necessary to pay insurance premiums or benefits, are invested with the advice of professional investment counsel.

## Participating Unions (in numerical order)

• International Union, Security Police and Fire Professionals of America, Local 1
(Formerly: American Federation of Security Officers, Local 1)

• UNITE HERE, Local 11
(Formerly: Local 11, Culinary workers)

• International Brotherhood of Electrical Workers, IBEW, Local Union 40

• Affiliated Property Craftspersons, IATSE Local 44

• Professional Musicians, Local 47, AFM
(Formerly: American Federation of Musicians, Local 47)

• Motion Picture Studio Mechanics, Local 52

• Plumbing and Pipe Fitting, Local 78

• Motion Picture Studio Grips, IATSE Local 80

• Script Supervisors and Production Office Coordinators, Local 161

• Office and Professional Employees International Union, Local 174

• Studio Transportation Drivers, Local 399

• International Cinematographers Guild, IATSE Local 600

• Laboratory Film/Video Technicians of the Motion Picture and Television Industries, IATSE Local 683

• Int'l. Production Sound Technicians, Television Engineers, and Video Assist Technicians, IATSE Local 695

• Motion Picture Editors Guild, IATSE Local 700

• Motion Picture Costumers, IATSE Local 705

• Make-Up Artists and Hair Stylists Guild, Local 706
(Formerly: Make-Up Artists and Hair Stylists, Local 706)

• Studio Utility Employees, Local 724

• Studio Electrical Lighting Technicians, IATSE Local 728

• Motion Picture Set Painters and Sign Writers, IATSE Local 729

• Operative Plasterers and Cement Masons International Association, Local 755
(Formerly: Motion Picture & TV Plasterers, Models & Sculptors, OPCMIA, Local 755)

• Motion Picture Studio First Aid Employees, IATSE Local 767

• Illustrators and Matte Artists, IATSE Local 790

• Casting Directors, Local 817

• The Animation Guild, IATSE Local 839

• Set Designers and Model Makers, IATSE Local 847

• Script Supervisors/Continuity Coordinators & Allied Production Specialists Guild, IATSE Local 871
(Formerly: Script Supervisors/Continuity Coordinators, IATSE Local 871)

• Art Directors Guild & Scenic, Title and Graphic Artists, IATSE Local 800

• Motion Picture Studio Teachers and Welfare Workers, IATSE Local 884

• Costume Designers Guild, IATSE Local 892

• Service Employees, SEIU, Local 1877

• Studio Security and Fire Association

## Participating Employers

Employers engaged in the production of motion pictures or engaged primarily in the business of furnishing materials or services for motion picture productions, and which have entered into a collective bargaining agreement(s) with one or more participating Unions requiring contributions to the Plan.

Exhibit 1 - Page 131

# EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974

This book constitutes both the Plan document and the *Summary Plan Description* for the Motion Picture Industry Health Plan. Set forth below is certain disclosure information required by ERISA Section 102(b).

*The name and type of administration of the Plan:*
The Motion Picture Industry Health Plan is a Collectively Bargained, Joint Trusteed Labor-Management Trust.

## Fully-Insured Benefits

The carriers listed below provide fully insured benefits under the Plan.

**DeltaCare USA**
12898 Towne Center Drive
Cerritos, CA  90703-8579
*Administers and provides HMO  dental benefits.*

**Health Net**
21600 Oxnard Street
Woodland Hills, CA  91367
*Health Maintenance Organization, which administers and provides medical and hospital benefits.*

**Kaiser Permanente**
393 E. Walnut Street
Pasadena, CA  91188
*Health Maintenance Organization, which administers and provides medical and hospital benefits.*

**Oxford Health Plans**
Oxford Health Plans (N.Y.), Inc.
1133 Avenue of the Americas
New York, NY 10036
*Administers and provides benefits under its Point of Service plan. (Available only to Participants living in New York, New Jersey or Connecticut.)*

**PacifiCare Behavioral Health of California, Inc.**
**A United Health Group Company**
P.O. Box 55307
Sherman Oaks, CA  91413-0307
*Administers and provides the mental health benefit for the Plan.*

**Union Labor Life Insurance Company**
**(Death Benefits)**
The Union Labor Life
8403 Colesville Road
Silver Spring, MD  20910
*Administers Life Insurance Accidental Death and Dismemberment benefits (Active Participants Only)*

## Self-Insured Benefits

The Motion Picture Industry Health Plan is fully self-insured for the benefits obtained through the carriers listed below which administer at least a portion of the benefits for the Plan, but do not insure or otherwise guarantee any of the benefits of the Plan:

**American Specialty Health Networks, Inc.**
P.O. Box 509002
San Diego, CA  92150-2002
*Administers the chiropractic benefits for Participants enrolled in Health Net and Kaiser.*

**Blue Shield of California**
P.O. Box 272540
Chico, CA  95926-2540
*Partially administers the payment of hospital claims for indemnity plan Participants in California, administers medical and hospital claims outside the State of California, and provides access to its network of hospitals and medical providers.*

**Delta Dental PPO Plan**
P.O. Box 7736
San Francisco, CA  94120
*Administers Indemnity dental benefits*

**Medco Health Solutions, Inc.**
8111 Royal Ridge Parkway
Irving, TX  75063
*Administers the prescription drug walk-in and mail-order programs for the Plan.*

**The Industry Health Network of the Motion Picture & Television Fund**
23388 Mulholland Drive
Woodland Hills, CA 91364
*Administers The Wellness Program, Case Management, and the Disease Management Programs on behalf of the Plan. The company also provides access to its contracting provider network.*

**Vision Service Plan**
3333 Quality Drive
Rancho Cordova, CA 95670
*Provides access to the vision network and administers the benefit for the Plan.*

Exhibit 1 - Page 132

**Name and Address of Person Designated as Agent for the Service of Legal Process:**

Thomas A. Zimmerman
Executive Administrative Director
Motion Picture Industry Health Plan
11365 Ventura Boulevard
Studio City, CA 91604-3148

*Service of legal process may also be made upon a Plan Trustee (Director) or the Plan Administrator.*

**Name and Address of the Administrative Director:**

Thomas A. Zimmerman
Executive Administrative Director
Motion Picture Industry Health Plan
11365 Ventura Boulevard
Studio City, CA 91604-3148

**Names and Addresses of Directors:**
*See page 127*

**Sponsors:** A complete list of the Employers and employee organizations sponsoring the Plan may be obtained by Participants and beneficiaries upon written request to the Plan Administrator, and is available for examination by Participants and beneficiaries at the principal office of the Plan and at other specified locations such as union halls. Participants and beneficiaries may also receive upon request, information from the Plan Administrator as to whether a particular Employer or employee organization is a plan sponsor, and the sponsor's address.

**Source of Financing of the Plan:** Contributions made to the Trust by Employers signatory to certain collective bargaining agreements in the Motion Picture Industry requiring the payment of such contributions.

**Ending Dates of Benefit Periods and Plan Year:**

• *Plan Year:* The Plan Year is a calendar year for accounting purposes.

• *Benefit Periods:* Benefits are provided for six (6) months commencing on the first day of the second month following the date the Participant has worked a sufficient number of hours to qualify for benefits and ending on the last day of the sixth subsequent month.

**Internal Revenue Service Identification Number:**
**95-6042583**

**Plan Number:**
**501**

**Remedies Available Under the Plan:**

For redress of claims which are denied in whole or in part, including provisions required by Section 503 of the Employee Retirement Income Security Act of 1974. *(See Claim Submission Guidelines on page 40, and Claims Appeals Procedures on page 63.)*

**Availability of Documents and Other Important Information:**

As a Participant in the Motion Picture Industry Health Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan Participants shall be entitled to:

• Examine, without charge, at the Plan Office, and at all other specified locations such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 series) filed by the Plan Administrator with the U.S. Department of Labor.

• Obtain, upon written request to the Plan Administrator, copies of all Plan documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 series) and updated *Summary Plan Description*. The administrator may make a reasonable charge for the copies.

• Receive a copy of the Plan's annual financial report.

The Plan Administrator is required by law to furnish each Participant with a copy of the Summary Annual Report.

• Continue Group Health Plan Coverage

– Continue health care coverage for yourself, spouse or dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this *Summary Plan Description* and the documents governing the Plan on the rules governing your COBRA continuation coverage rights.

– Reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

**Prudent Actions by Plan Fiduciaries:**

In addition to creating certain rights for you, ERISA imposes duties upon the people who are responsible for operating the employee benefit plan:

The people who govern your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and solely in the interest of you and other Plan Participants and beneficiaries.

No one may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA. If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Exhibit 1 - Page 133

### Enforce Your Rights:

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.

In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in a federal court.

If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if it finds your claim is frivolous.

### Assistance with Your Questions:

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Office of Participant Assistance, Employee Benefits Security Administration, U.S. Department of Labor; 200 Constitution Avenue NW; Washington, DC 20210.

### Your Rights Under the Newborns' and Mothers' Health Protection Act:

Group health plans and health insurance issuers offering group insurance coverage generally may not, under federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a normal vaginal delivery, or less than 96 hours following a cesarean section, or require that a provider obtain authorization from the plan or the insurance issuer for prescribing a length of stay not in excess of the above periods. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). You may still need pre-certification from the Plan to avoid a reduction of the dollar amount covered by the Plan.

# MOTION PICTURE INDUSTRY HEALTH PLAN

## BOARD OF DIRECTORS

**Mr. Aric Ackerman**
c/o MPIPHP
P.O. Box 1999
Studio City, CA 91614-0999

**Ms. Helayne Antler**
Sony Pictures Entertainment
10202 W. Washington Blvd., Rm. SPP5408
Culver City, CA 90232

**Mr. Joseph Aredas**
IATSE — West Coast Office
10045 Riverside Drive
Toluca Lake, CA 91602

**Mr. Earl Brendlinger**
Local 724
6700 Melrose Avenue
Los Angeles, CA 90038-3412

**Ms. Krysten Brennan**
Walt Disney Pictures & Television
500 Buena Vista Street
Burbank, CA 91521-7478

**Mr. Ed Brown**
Local 44
12021 Riverside Drive
North Hollywood, CA 91607

**Ms. Stephanie Caprielian**
NBC Universal City Studios
100 Universal City Plaza, Bldg. 1280-3
Universal City, CA 91608-1002

**Mr. James Casey**
Sony Pictures Entertainment
10202 W. Washington Blvd., SPP-5412
Culver City, CA 90232

**Mr. Tommy Cole**
Local 706
828 N. Hollywood Way
Burbank, CA 91505

**Mr. J. Nicholas Counter III**
AMPTP
15503 Ventura Blvd.
Encino, CA 91436-3140

**Mr. Anthony Cousimano**
Local 399
P.O. Box 6017
N. Hollywood, CA 91603

**Mr. Thomas Davis**
Local 80
2520 W. Olive Avenue
Burbank, CA 91505-4523

**Mr. Bruce Doering**
Local 600
7755 Sunset Blvd.
Hollywood, CA 90046

**Mr. Steven Escovedo**
20th Century Fox
P.O. Box 900
Beverly Hills, CA 90213-0900

**Mr. John Ford**
Local 52
326 W. 48th Street
New York, NY 10036

**Ms. Kay Kimmel**
Entertainment Partners
2835 N. Naomi Street
Burbank, CA 91504-2024

**Mr. Stephen Koppekin**
Paramount Pictures Corp.
5555 Melrose Avenue
Bluhdorn Building
Los Angeles, CA 90038

**Mr. Ronald Kutak**
Local 700
7715 Sunset Blvd. Suite #200
Hollywood, CA 90046-3912

**Mr. Hank Lachmund**
Warner Bros. Television Prod.
300 Television Plaza, Bldg. 137 Rm. 1009
Burbank, CA 91505

**Ms. Laura Legge**
Touchstone Television
500 S. Buena Vista Street, MC 4481
Burbank, CA 91521-4481

**Mr. Matthew D. Loeb**
IATSE
1430 Broadway, 20th Floor
New York, NY 10018

**Mr. Michael Messina**
Warner Bros. Studios Facilities
4000 Warner Blvd., Bldg. 17, Rm. 202
Burbank, CA 91522

**Mr. Michael F. Miller**
IATSE—West Coast Office
10045 Riverside Drive
Toluca Lake, CA 91602

**Mr. Carmine Palazzo**
IATSE—West Coast Office
10045 Riverside Drive
Toluca Lake, CA 91602

**Mr. George Palazzo**
Local 729
1811 W. Burbank Blvd.
Burbank, CA 91506-1314

**Mr. Leo Reed**
Local 399
P.O. Box 6017
N. Hollywood, CA 91603

**Mr. Michael Rosenfeld**
The Walt Disney Co.
500 S. Buena Vista Street, Room 104C,
Team Disney Bldg.
Burbank, CA 91521-0153

**Mr. Scott Roth**
Local 800
11969 Ventura Blvd., Suite #200
Studio City, CA 91604

**Mr. Ted Rubin**
Warner Bros. Pictures
4000 Warner Blvd., Bldg. 156, Suite #1225
Burbank, CA 91522-1561

**Mr. Wayne Runyon**
Fox Entertainment Group, Inc.
2121 Avenue of the Stars, Ste. 2240
Los Angeles, CA 90067

**Mr. Mark Seay**
Local 755
13245 Riverside Drive, Suite. #300 E
Sherman Oaks, CA 91423

**Mr. Louis Shore**
CBS Studios, Inc.
7800 Beverly Blvd., Rm. 3314
Los Angeles, CA 90036

**Ms. Buffy Snyder**
Local 705
4731 Laurel Canyon Blvd. #201
Valley Village, CA 91607-3911

**Ms. Carole Stepp**
Teamsters Local 399
P.O. Box 6017
N. Hollywood, CA 91603-6017

127

Exhibit 1 - Page 135



Exhibit 1 - Page 136

# RESOURCE INFORMATION

To help you better understand and access the information in your *Summary Plan Description*, we've included definitions for some of the terms you will encounter, as well as a cross-reference index that will help you readily locate information you need. We do suggest that you read the book thoroughly in order to fully understand your comprehensive package of benefits.

## CONTENTS

131               Glossary

134               Index

Inside Back Cover    Important Contact Information

Exhibit 1 - Page 137



Exhibit 1 - Page 138

# GLOSSARY OF TERMS

**Adverse Benefit Determination:** An adverse benefit determination is a denial, reduction or termination of, or a failure to provide or make payment for a benefit, including any such denial based on your eligibility to participate in your health plan. This term applies to health care benefit determinations and certain disability determinations

**Allowable Expenses:** The maximum amount a plan pays for a covered service.

**Ambulatory Center:** An ambulatory center is a free-standing outpatient surgical facility. It must be licensed as an outpatient clinic according to state and local laws and must meet all requirements of an outpatient clinic providing surgical services.

**Ancillary Services:** Health care services provided by health professionals other than physicians.

**Assistant Surgeon:** An assistant surgeon (M.D., D.O., D.P.M.) is eligible for benefits at 20% of the reasonable and customary allowance for the procedure, in those cases where an assistant surgeon is medically necessary. An assistant surgeon is considered medically necessary when a procedure is at a level of technical surgical complexity that the assistance of another surgeon is required. An assistant surgeon is not considered medically necessary when the assistance required is of a manual nature, and can be provided by non-surgeon, paramedical personnel. Paramedical personnel include R.N.s, L.P.N.s, operating room technicians, and physician assistants. Services of surgical assistants (paramedical personnel and surgical technicians) are included in the operating room facility charges and are not eligible for separate benefits.

**Benefits:** These are medical services for which your insurance plan will pay, in full or in part.

**Case Management:** A planned approach to manage services or treatments to an individual with specific health care needs. The goal is to contain costs and promote more effective intervention to meet patient needs and achieve optimum patient outcome.

**Case Manager:** An experienced health care professional (nurse, social worker, doctor or pharmacist) who works with patients, providers and insurers to coordinate all necessary aspects of health care. Case managers evaluate necessity, appropriateness and efficiency of services and drugs provided to individual patients.

**Claim:** A notice to the insurance company that a person received care covered by the plan. A claim is also a request for payment.

**COBRA:** COBRA means the Consolidated Omnibus Budget Reconciliation Act of 1985, and refers to coverage available after loss of eligibility.

**Co-Insurance:** A term that describes a shared payment between an insurance company and an insured individual. It is usually described in percentages: for example, the insurance company agrees to pay 80% of covered charges and the individual picks up 20%.

**Contracting Provider:** A provider of service who has an agreement with a carrier that is contracted with the Plan to provide their service at specific rates, usually lower than if there was no contract in place.

**Coordination of Benefits:** When a Participant or eligible dependent has other insurance, Coordination of Benefits is the process used to determine the appropriate primary payor and secondary payor of the benefit(s).

**Co-Payment:** The insured individual's portion of the cost of their care, usually a flat dollar amount, like $15 per office visit. Under many plans, co-payments are made at the time of the service and the health plan pays for the remainder of the fee.

**Cosmetic Surgery:** Cosmetic surgery means those procedures that are performed primarily to make an improvement in a person's appearance. Cosmetic surgery is performed to reshape normal structures of the body in order to improve the patient's appearance and self-esteem. It is different from Reconstructive Surgery. Reconstructive surgery is performed on abnormal structures of the body, caused by congenital defects, developmental abnormalities, trauma, infection, tumors or disease. It is generally performed to improve function, but may also be done to approximate a normal appearance.

**Coverage:** What services the health plan does and does not pay for.

**Covered Expenses:** What the Plan will pay for as defined in the contract. For example, some plans exclude coverage for specific services, such as cosmetic surgery.

**Custodial Care:** Custodial care means care which is designed to help a person in the activities of daily living. Continuous attention by trained medical or paramedical personnel is not necessary. Such care may involve:

1. Preparation of special diets.

2. Supervision over medication that can be self-administered.

3. Assisting the person in getting in or out of bed, to walk, to bathe, to dress, to eat, or to use the toilet.

**Customary Charge:** A fee is considered "Customary" if it is within the range of fees that most physicians who practice in the area charge.

**Deductible:** The amount an individual must pay for health care expenses before insurance (or a self-insured company) covers the costs. Often, insurance plans are based on yearly deductible amounts.

Exhibit 1 - Page 139

# GLOSSARY OF TERMS

**Denial of Claim:** Refusal by an insurance company to honor a request by an individual (or his or her provider) to pay for health care services obtained from a health care professional.

**Disease Management:** A system of coordinated health care intervention and communication in which patient self-care efforts are significant. Such management is primarily offered to those with chronic diseases such as Diabetes Mellitus, Asthma, Heart Disease and others. The program empowers individuals, in concert with health care providers, to effectively manage their chronic disease and prevent complications through adherence to their medication regimen, regular monitoring of signs and symptoms, healthful diet, exercise and lifestyle changes.

**Durable Medical Equipment:** This is medical equipment which is:

1. Ordered by your physician;

2. Primarily used for medical purposes;

3. Able to withstand repeated use;

4. Generally not of use in the absence of sickness or injury; and

5. Appropriate for use in the home.

**Exclusions or Noncovered Services/Items:** Medical services that are not covered by an individual's insurance policy.

**Exclusive Provider Organization (EPO):** Arrangement consisting of a group of providers who have a contract with an insurer, Employer, third party administrator or other sponsoring group. Criteria for provider participation may be the same of those in PPOs but have a more restrictive provider selection and credentialing process.

**Explanation of Benefits:** The Explanation of Benefits statement is a summary of services provided and the amounts paid.

**Fee-For-Service:** A traditional health care payment system in which physicians and other providers receive payment based on each billed charge for a visit or service rendered.

**Health Maintenance Organizations (HMOs):** Health Maintenance Organizations represent "pre-paid" or "capitated" insurance plan in which individuals and their Employers pay a fixed monthly fee for services, instead of a separate charge for each visit or service. The monthly fees remain the same, regardless of types or levels of services provided. Services are provided by physicians who are employed by, or under contract with, the HMO. HMOs vary in design. Depending on the type of the HMO, services may be provided in a central facility, or in a physician's own office (as with IPAs.)

**Home Hospice:** A program designed to provide a caring environment to supply the physical, emotional, social, spiritual and practical needs of the terminally ill. The program stresses palliative care rather than curative care;

it stresses quality of remaining life rather than quantity. It is conducted primarily in the home of the person with a limited life expectancy when that person has made the decision to spend the last months of life as comfortable as possible at home. The program offers professional medical care, sophisticated symptom relief, nursing or home aid care where appropriate, and respite care for family members, if needed.

**Indemnity Health Plan:** Indemnity health insurance plans are also called "fee-for-service." These are the types of plans that primarily existed before the rise of HMOs, IPAs, and PPOs. With indemnity plans, the individual pays a pre-determined percentage of the cost of health care services, and the insurance company (or self-insured Employer) pays the other percentage. For example, an individual might pay 20% for services and the insurance company pays 80%. The fees for services are defined by the providers and vary from physician to physician. Indemnity health plans offer individuals the freedom to choose their health care professionals.

**Independent Practice Associations:** IPAs are similar to HMOs, except that individuals receive care in a physician's own office, rather than in an HMO facility.

**Ingenix Allowable:** Allowances are based on the ZIP code area of the provider of services.

**Inpatient Care:** The type of treatment you receive when you are an overnight patient at a hospital or treatment center.

**Managed Care:** A system that integrates financing, delivery and measurement of appropriate medical care through: 1) contracts with selected physicians, hospitals and pharmacy benefit networks to furnish a comprehensive set of health care services to enrolled members, usually for a predetermined monthly premium; 2) utilization and quality controls that contracting providers agree to accept; 3) financial incentives for patients to use providers and facilities associated with the plan; and 4) in some cases an assumption of some financial risk by physicians. The goal is to provide value through a system that provides people access to quality, cost-effective health care.

**Maximum Dollar Limit:** The maximum amount of money that an insurance company (or self-insured company) will pay for claims within a specific time period.

**Medicaid:** A program of health insurance provided by the state and federal government for the poor, elderly and disabled.

**Medicare:** Health insurance provided by the federal government for the elderly and disabled.

**Open Enrollment:** A specified period of time in which employees may change insurance plans and medical groups offered by their Employer and have the new insurance effective at a later date.

Exhibit 1 - Page 140

**Out-of-Plan:** This phrase usually refers to physicians, hospitals or other health care providers who are considered nonParticipants in an insurance plan (usually an HMO or PPO). Depending on an individual's health insurance plan, expenses incurred by services provided by out-of-plan health professionals may not be covered, or covered only in part by an individual's insurance company.

**Out-of-Pocket Maximum:** See "Stop Loss."

**Outpatient:** An individual (patient) who receives health care services (such as surgery) on an outpatient basis, meaning they do not stay overnight in a hospital or inpatient facility.

**Outpatient Care:** Treatment in a doctor's office or clinic.

**Overpayments:** Overpayment is the term used to refer to an MPI Health Plan payment which is overpaid due to other health carrier payments, third-party liability, incorrect billings, miscalculations, etc.

**Participant Identification Number:** Refers to your Identification Number found on your benefit card.

**Participating Provider:** A provider who has contracted with the MPI Health Plan to deliver medical services to individuals covered by the Plan. The provider may be a hospital, pharmacy or other facility or a physician who has contractually accepted the terms and conditions as set forth by the health plan.

**Point of Service Plan (POS):** A Point of Service (POS) Plan allows Participants a choice of accessing services either in-network or out-of-network. The in-network alternative works much like a Health Maintenance Organization (HMO) and requires that Participants seek care through a primary care physician (PCP) who is part of the POS network. That PCP will make referrals to specialists if s/he deems it necessary. Using the out-of-network plan alternative provides Participants self-referred access to any physician, but at a greater out-of-pocket cost.

**Preauthorization:** Written approval from an insurer that a procedure or item is a covered expense under the Plan of Benefits.

**Preferred Provider Organization (PPO):** A program in which contracts are established with providers of medical care like The Industry Health Network of the Motion Picture & Television Fund. Usually the benefit contract provides significantly better benefits (few or no co-payments) for services received from preferred providers, thus encouraging covered persons to use these providers. Covered persons generally are allowed benefits for non-participating providers services, usually on an indemnity basis with significant co-payments.

**Premium:** The amount paid for any insurance policy.

**Primary Care Physician (PCP):** A health care professional (usually a medical doctor) who is responsible for monitoring an individual's overall health care needs. Typically, a PCP serves as a "quarterback" for an individual's medical care, referring the individual to more specialized physicians for specialist care.

**Provider:** Provider is a term used for health professionals who provide health care services. Sometimes, the term refers only to physicians. Often, however, the term also refers to other health care professionals such as hospitals, nurse practitioners, chiropractors, physical therapists, and others offering specialized health care services.

**Qualified Year:** A Qualified Year is any year in which you worked at least 400 hours, for which contributions were made to the Retiree Health Plan. Please be aware that your Retiree Health Plan Qualified Years may be more than Pension Plan Qualified Years if you incurred a "break in service" under the Pension Plan.

**Reasonable Charge:** A fee is considered "Reasonable" if it is both usual and customary or if it is justified because there is a complex problem involved.

**Referral:** Approval or consent by a primary care physician for patient referral to ancillary services and specialists.

**Second Surgical Opinion:** An opinion obtained from an additional health care professional prior to the performance of a medical service or a surgical procedure. May refer to a formalized process, voluntary or mandatory, which is used to help educate a patient regarding treatment alternatives and/or to determine medical necessity.

**Short-Term Disability:** An injury or illness that keeps a person from working for a short time. The definition of short-term disability (and the time period over which coverage extends) differs among insurance companies and Employers. Short-term disability insurance coverage is designed to protect an individual's full or partial wages during a time of injury or illness (that is not work-related) that would prohibit the individual from working.

**Specialist:** A physician who practices medicine in a specialty area. Cardiologists, orthopedists and gynecologists are all examples of specialists. Under most health plans, family practice physicians, pediatricians and internal medicine physicians are not specialists.

**Stop Loss/Out-Of-Pocket Maximum:** The most money you can expect to pay for covered expenses, except for co-pays, such as a $15 per visit co-pay. The maximum limit varies from plan to plan. Once the maximum out-of-pocket has been met, the health plan will pay 100% of the allowable, less any applicable co-payments.

**Usual Charge:** A fee is considered "Usual" if it is the amount that most physicians in the area charge for this same service.

**Utilization Review:** Programs designed to reduce unnecessary medical services, both inpatient and outpatient. Utilization reviews may be prospective, retrospective, concurrent, or in relation to discharge planning.

Exhibit 1 - Page 141

# INDEX

## A

Acupuncture: 51

Alcoholism: 51

Allowable Expense: 42

Allowable Fees: 43

Ambulance: 51

American Specialty Health Networks: 124

Anesthesiologists: 43

Appeals: 63

## B

Bank of Hours: 13

Behavioral Health: 68

Beneficiary/Enrollment Cards: 11

Benefits and Limitations: 51

Birth Control Devices: 51

Blue Shield: 35

Board of Directors: 127

Braces (*See also Durable Medical Equipment*): 58

## C

Cardiac Rehabilitation: 51

Case Management: 52

Change of Address: 11

Chemical Dependency: 55

Child Support: 22

Childbirth: 37

Chiropractic Services: 52

Claims Appeals Procedures/Complaint Procedure: 63

COBRA: 16

Contact Lenses: 117

Contributions: 3

Coordination of Benefits: 46

Core and Non-Core Benefits: 17

Cosmetic Surgery: 52

Creditable Coverage: 12

## D

DeltaCare USA: 105

Delta Dental: 99

Dental Benefits: 95

Dependent Children: 7

Dependent Continuation Coverage: 21

Dermatology: 53

Diabetes: 53

Diagnostic Imaging: 53

Disability: 14

Disease Management: 53

Divorce: 7

Domestic Partner, Same-Sex: 7

Drug Abuse (*See Chemical Dependency*): 55

Durable Medical Equipment: 53

## E

Eligibility: 3

Eligibility Extensions: 13

Eligibility Periods: 5

Emergencies: 30

Employee Shareholder: 3

ERISA: 124

Experimental Services/Procedures: 39

Extended Care: 36

Eye Examinations: 31

Exhibit 1 - Page 142

## F

Family and Medical Leave Act (FMLA): 13

Family Planning: 33

Funeral Expenses: 112

## G

Genetic Testing: 54

Glossary: 131

Grievance: 4

## H

Health Net: 75

Health Plan Alternatives: 73

Hearing Aids: 54

HIPAA (Special Enrollment): 11

Home Hospice: 54

Hospital Services: 30

## I

Immunizations: 54

Ineligibility: 12

Infertility: 60

Injectable Drugs: 31

Inpatient Care: 36

Intravenous Therapy: 54

Investigational Services/Procedures: 39

## J-K

Kaiser Permanente: 81

## L

Laboratory Tests: 53

Late Hours: 4

Life Insurance: 109

Lifetime Maximum: 44

## M

Mammography: 55

Maternity Benefits: 55

Maximum Benefits: 44

Medco: 113

Medicaid: 132

Medical Plan Benefit Comparisons: 30

Medicare: 37

Mental Health: 55

MRI (Diagnostic Imaging): 53

## N

Non-affiliated Employees: 3

Non-Covered Services and Items: 60

Nursing Care: 57

## O

Open Enrollment: 11

Orthodontics: 98

Orthotics: 58

Oxford Health Plans: 90

Out-of-Pocket Maximum: 44

Overpayments: 44

Over-Utilization (Drugs): 116

## P

PacifiCare Behavioral Health: 68

Participating Employers: 123

Partners and Owners: 3

Physical Examinations: 57

Physical Therapy: 57

Physician Services: 42

Podiatry: 58

Preauthorization: 62

Predeterminations: 100

Prescription Drugs: 113

Prostheses: 58

Exhibit 1 - Page 143

INDEX

## Q

QMCSO (Qualified Medical Child Support Order): 22

Qualifying: 5

## R

Reconstructive Surgery: 58

Retiree Health: 24

Retirement Certification: 24

## S

Same-Sex Domestic Partner: 7

Sclerotherapy: 58

Second Surgical Opinion: 38

Selection Form: 11

Specialty Medications: 115

Speech Therapy: 58

Stop Loss: 44

Stop Payment of a Benefit Check: 45

Student Eligibility: 21

Surgical Services: 43

Surviving Dependents: 23

## T

Temporomandibular Joint Dysfunction: 59

Third Party Liability: 49

Transplants: 59

(The) Trust: 123

## U

Unions: 123

Union Labor Life Insurance: 109

USERRA: 20

## V

Vision Services (Vision Service Plan): 117

## W-X-Y-Z

Weight Control: 59

(The) Wellness Program: 119

Wigs/Hair Pieces: 59

Work Hours: 4

Workers' Compensation: 50

Are you a former Participant of any other health plan that merged into the Motion Picture Industry Health Plan? If so, it is important that you carefully review any appendix included with this *Summary Plan Description (SPD)* which addresses your particular situation. That appendix may contain special rules that are different from the rules contained in the main SPD. Where there is any conflict between the terms of the appendix and the main SPD, the terms of the appendix will govern you and your dependents.

## False or Fraudulent Claims

Any Participant, dependent or provider who submits any false or fraudulent claim or information to the Plan may be subject to criminal penalties, including a fine or imprisonment or both, as well as damages in a civil action under California, Federal or other applicable law. Furthermore, the Board of Directors reserves the right to impose such restrictions upon the payment of future benefits to any such Participant, dependent or provider as may be necessary to protect the Plan, including the deduction from such future benefits of amounts owed to the Plan because of payment of any false or fraudulent claim.



**West Coast Plan Office
(Main Office)**
**Main Phone:**
818 or 310.769.0007

**Outside Southern
California:**
888.369.2007

**New York Office**
**Main Phone:**
212.634.5252

**Website:**
www.mpiphp.org

| MPIHP Main Office Departments | Extension | E-mail Address |
|---|---|---|
| Audit & Collections | 135 | auditandcollections@mpiphp.org |
| Case Management | 286 | medicalreview@mpiphp.org |
| Eligibility | 263 | eligibility@mpiphp.org |
| Employer Contracts | 478 | employercontracts@mpiphp.org |
| Health Claims Inquiries | 106 | service@mpiphp.org |
| Life Insurance Benefits | 263 | eligibility@mpiphp.org |
| Medical Review | 286 | medicalreview@mpiphp.org |
| Participant Services | 106 | service@mpiphp.org |

| Plan | Phone Number | Website |
|---|---|---|
| American Specialty Health | 800.678.9133 | www.ashcompanies.com |
| Blue Shield of California | 888.568.3560 | www.blueshieldca.com |
| DeltaCare USA Dental Health Plan | 800.422.4234 | www.deltadentalca.org |
| Delta Dental PPO Dental Plan | 888.335.8227 | www.deltadentalca.org |
| Disease Management | 866.959.9212 | |
| Health Net | 800.522.0088 | www.healthnet.com |
| Kaiser Permanente | 800.464.4000 | www.kaiserpermanente.com |
| Medco | 800.987.5247 | www.medcohealth.com |
| Oxford Health Plans | 800.444.6222 | www.oxfordhealth.com |
| PacifiCare Behavioral Health | 888.661.9141 | www.pbhi.com |
| Vision Service Plan | 800.877.7195 | www.vsp.com |
| The Wellness Program   So. California | 800.654.9355 | www.mptvfund.org |
| Nationwide | 818.876.1792 | www.mptvfund.org |

Exhibit 1 - Page 145



## OUR MISSION

The Plans exist to improve the quality of the lives of skilled professionals in the motion picture industry by enabling them to enjoy optimal health, and financial security during retirement years.

## OUR CORE VALUES

Honesty and Integrity

Dedication to Excellence

Respect for the Individual

Open Communication

Teamwork and Personal Responsibility

Enthusiasm/Optimism



| **West Coast Plan Office** | | **New York Office** | |
| --- | --- | --- | --- |
| **(Main Office)** | | | |
| 11365 Ventura Blvd., P.O. Box 1999 | | 145 Hudson St., Suite 6A | |
| Studio City, CA  91614-0999 | | New York, NY  10013-2103 | |
| Main Phone: | 818 or 310.769.0007 | Main Phone: | 212.634.5252 |
| Outside So. California: | 888.369.2007 | Main Fax: | 212.634.4952 |
| Main Fax: | 818.508.4714 | | |

**Website:  www.mpiphp.org**

Exhibit 1 - Page 146

**MOTION PICTURE INDUSTRY**
P E N S I O N  &  H E A L T H  P L A N S

P.O. Box 1999, Studio City, Ca 91614-0999
818 or 310.769.0007 • FAX: 818.766.1229

**Motion Picture Industry Health Plan**
**Beneficiary/Enrollment Card**

Information submitted by you to the Plan Office will be used to
update records at the MPI Pension, IAP and Health Plans.

This card is used to enroll you and your dependents and to designate the beneficiary(ies) of your life insurance.  Benefit cards will not be issued and claims will not be paid until your Beneficiary/Enrollment card is received in the Plan office.  Please note that *this card must be completed in full and signed by the Participant* before it will be accepted as a valid record.

| Social Security Number | Last Name | First Name | Middle | Date of Birth | ☐ Female ☐ Male |
|---|---|---|---|---|---|

| Mailing Address | | City | State | ZIP Code | Daytime Phone Number |
|---|---|---|---|---|---|

| Marital Status (Check One): ☐ Widowed ☐ Married ☐ Divorced ☐ Single ☐ Same-Sex Domestic Partnership | Date of Marriage | Date of Divorce | Spouse Date of Death | SOCIAL SECURITY NUMBERS FOR ALL DEPENDENTS MUST BE PROVIDED |
|---|---|---|---|---|

**LIST ALL OF YOUR ELIGIBLE DEPENDENTS IN THE SPACES PROVIDED BELOW. CONSULT YOUR SUMMARY PLAN DESCRIPTION FOR THE DOCUMENTS REQUIRED TO DETERMINE ELIGIBILITY FOR DEPENDENTS.**

| Last Name of Spouse or Same-Sex Partner | First Name & M.I. | ☐ Female ☐ Male | Date of Birth | Social Security Number |
|---|---|---|---|---|

**Your Biological Children Under 19 Years of Age**

| Last Name | First Name & M.I. | ☐ Female ☐ Male | Date of Birth | Social Security Number |
|---|---|---|---|---|
| Last Name | First Name & M.I. | ☐ Female ☐ Male | Date of Birth | Social Security Number |
| Last Name | First Name & M.I. | ☐ Female ☐ Male | Date of Birth | Social Security Number |
| Last Name | First Name & M.I. | ☐ Female ☐ Male | Date of Birth | Social Security Number |
| Last Name | First Name & M.I. | ☐ Female ☐ Male | Date of Birth | Social Security Number |

**Your Non-Biological Children Under 19 Years of Age**

| Last Name | First Name & M.I. | ☐ Female ☐ Male | Date of Birth | Social Security Number |
|---|---|---|---|---|
| Last Name | First Name & M.I. | ☐ Female ☐ Male | Date of Birth | Social Security Number |

**Your Children Between 19 and 23 Years of Age**

| Last Name | First Name & M.I. | ☐ Female ☐ Male | Date of Birth | Social Security Number |
|---|---|---|---|---|
| Last Name | First Name & M.I. | ☐ Female ☐ Male | Date of Birth | Social Security Number |

The next section relates to the life insurance portion of your benefits and should be completed carefully.  Please be aware that unless your spouse or same-sex partner is also listed below, s/he will not be considered your designated beneficiary.  Your beneficiary must claim the life insurance within two years of your date of death in order to be eligible for the life insurance benefit.  If your beneficiary does not make a claim within this two-year period, the benefit shall be irrevocably forfeited and contributed to the Motion Picture and Television Fund.

**Designate your Beneficiaries in the spaces provided below, in order of preference.  If the benefit is to be shared ("Joint"), please specify. NOTE: If you check "Yes," the benefit will be divided equally.  If you check "No," the first listed beneficiary will be the only one paid.**

| Last Name | First Name | Middle Name | Relationship | Age |
|---|---|---|---|---|

| Mailing Address | | | | Joint ☐ Yes ☐ No |
|---|---|---|---|---|

**List your contingent or joint Beneficiary below.  If the benefit is to be shared ("Joint"), please specify.  If there is no other person you wish to designate, you may list the Motion Picture & Television Fund or any other charitable organization.  If additional space is needed, you may attach a separate piece of paper.**

| Last Name | First Name | Middle Name | Relationship | Age |
|---|---|---|---|---|

| Mailing Address | | | | Joint ☐ Yes ☐ No |
|---|---|---|---|---|

I certify under penalty of perjury under the laws of the State of California that to the best of my knowledge all information provided on this document is true, correct and complete.

| Signature of Participant Required | Date | Union or Guild |
|---|---|---|

Rev. 9/08

THIS FORM MUST BE COMPLETED AND RETURNED TO THE WEST COAST PLAN OFFICE
(Faxes will not be accepted.)

*Remember To Update Your Pension Plan Beneficiary Form If You Have MPI Pension Plan Benefits.*

Exhibit 1 - Page 147

**MOTION PICTURE INDUSTRY**
**PENSION & HEALTH PLANS**
P.O. Box 1999, Studio City, California  91614-0999
818 or 310.769.0007 - FAX: 818.766.1229

# Change of Address Form

The contact information you provide will be used to update the records maintained at both the Motion Picture Industry Pension Plan and the Motion Picture Industry Health Plan. Please submit a completed form to the California Plan Office each time this information changes. To validate this information, **your signature is required**. To ensure you receive important Plan information, always report changes in your contact information immediately.

Name: _____ Participant ID or SSN: _____ Birth Date: _____

*Check one:* ☐ Participant   ☐ Pensioner/Survivor   ☐ Spouse   ☐ Child

New Street Address _____ Unit # _____ City _____ State _____ ZIP _____

Home Phone _____ Daytime Phone _____ FAX _____ E-Mail Address _____

Signature _____ Date _____

Reminder: All Employers, Locals, Credit Unions, etc. that you belong to must be notified separately of your change in contact information.

### If your dependent or beneficiary address is different, please complete the section below with the dependent's full name and complete address.
(Please include the individual's Social Security Number if one is available.)

Name: _____ SSN _____ E-mail _____

Address _____ City _____ State _____ ZIP _____
*Check one:* ☐ Same as above   ☐ New address

Phone _____ Relationship _____ Birth Date _____

Name: _____ SSN _____ E-mail _____

Address _____ City _____ State _____ ZIP _____
*Check one:* ☐ Same as above   ☐ New address

Phone _____ Relationship _____ Birth Date _____

Name: _____ SSN _____ E-mail _____

Address _____ City _____ State _____ ZIP _____
*Check one:* ☐ Same as above   ☐ New address

Phone _____ Relationship _____ Birth Date _____

Name: _____ SSN _____ E-mail _____

Address _____ City _____ State _____ ZIP _____
*Check one:* ☐ Same as above   ☐ New address

Phone _____ Relationship _____ Birth Date _____

Exhibit 1 - Page 148
Rev. 4/10



**Blue Shield of California**
An Independent Member of the Blue Shield Association

# SUBSCRIBER'S STATEMENT OF CLAIM

This form is to be used ONLY when the Provider of Service does not submit your claim directly to Blue Shield.
Check with the Provider to be sure no claim has been submitted.
Duplicate claims will not only be rejected but may delay payment of the original claim.

**IMPORTANT INSTRUCTIONS**

- *USE A SEPARATE FORM FOR:
  A. EACH MEMBER OF THE FAMILY
  B. EACH DIFFERENT PROVIDER OF SERVICE
  C. EACH ITEMIZED BILL
- PRINT OR TYPE
- FILL IN ALL ITEMS COMPLETELY
- SIGN YOUR NAME IN THE SPACE PROVIDED
  Failure to comply with these instructions may result in your claim being delayed or returned to you.

**EXCEPTIONS**

- PRIMARY MEDICARE COVERAGE —
  A. Submit claim to Medicare first.
  B. Complete Boxes 1 and 4 only.
  C. Attach your Explanation of Medicare Benefits form and a copy of itemized services to this claim and send all to Blue Shield.
- FOREIGN CLAIMS —
  Any services rendered outside of the United States or its territories must include the US currency exchange rate or value and the translation for all billed services.

**1**

| SUBSCRIBER NAME (LAST NAME, FIRST, MI) | SUBSCRIBER NUMBER | GROUP NUMBER |
|---|---|---|
| | AOX | 970238 |

| MAIL ADDRESS — STREET | CITY | STATE | ZIP CODE | IS ADDRESS NEW? |
|---|---|---|---|---|
| | | | | ☐ YES ☐ NO |

**2**

| NAME OF PATIENT (LAST NAME, FIRST NAME, MIDDLE INITIAL) | DATE OF BIRTH | PATIENT'S SEX | RELATIONSHIP TO SUBSCRIBER |
|---|---|---|---|
| | | ☐ Male ☐ Female | ☐ Self ☐ Spouse ☐ Child |

DESCRIBE BRIEFLY PATIENT'S ILLNESS OR INJURY AND, IF INJURY, HOW IT OCCURRED

| PATIENT WAS TREATED FOR | DATE OF INJURY; ONSET OF ILLNESS OR PREGNANCY | IS PATIENT RETIRED? | | EFFECTIVE DATE |
|---|---|---|---|---|
| ☐ INJURY ☐ ILLNESS ☐ PREGNANCY | | ☐ YES ☐ NO | If Yes: | |

**3**

| DOES PATIENT HAVE OTHER HEALTH COVERAGE? ☐ YES ☐ NO | IF YES, POLICY IDENTIFICATION NO. | NAME OF INSURING COMPANY | EFFECTIVE DATE |
|---|---|---|---|

| ADDRESS OF INSURING COMPANY | TYPE OF PLAN |
|---|---|
| | ☐ GROUP ☐ INDIVIDUAL |

| NAME OF POLICY HOLDER | SEX | DATE OF BIRTH | NAME OF EMPLOYER |
|---|---|---|---|

**4**

| WAS CONDITION RELATED TO EMPLOYMENT ☐ YES ☐ NO | DOES PATIENT HAVE MEDICARE? ☐ YES ☐ NO | If Yes: | PATIENT'S DATE OF BIRTH | PART A EFFECTIVE DATE | PART B EFFECTIVE DATE |
|---|---|---|---|---|---|

**SUBSCRIBER'S SIGNATURE**

I certify that the foregoing information is accurate and complete, and authorize the release of any medical information necessary to process this claim.

X _____   DATE: _____

**SEND THIS CLAIM TO:**   **BLUE SHIELD OF CALIFORNIA**
P.O. BOX 272540
CHICO, CA 95927-2540

CLM-14850 (8/02)

Exhibit 1 - Page 149

# BlueCard Worldwide
# International Claim Form

Blue Cross and Blue Shield Plans are independent licensees of the Blue Cross and Blue Shield Association.

Please see the instructions on the reverse side of this form before completing. Please type or print.

Send completed form to:   BlueCard Worldwide Service Center
P.O. Box 72017
Richmond, VA  23255-2017  USA

## 1. Patient Information— 1A. Alpha prefix   Identification number    *Copy this from your Blue Cross Blue Shield identification card.*

| | | |
|---|---|---|
| **1B. Patient's name** (First, middle initial, last) | **1C. Patient's date of birth** MM/DD/YYYY | **1D. Patient's sex** ☐ Male ☐ Female |
| **1E. Name of subscriber** (First, middle initial, last) | **1F. Subscriber's date of birth** MM/DD/YYYY | **1G. Patient's relationship to subscriber** ☐ Self ☐ Spouse ☐ Child |

**1H. Subscriber's current mailing address** (Street, city, state, and country or ZIP code)

## 2. Other Health Insurance— Is the patient covered under other health insurance, including Medicare A or B? ☐ Yes ☐ No
*If yes, complete 2A through 2K below.*

**2A. Name and address of insuring company**

| 2B. Type of policy ☐ Family ☐ Individual | 2C. Effective date MM/DD/YYYY | 2D. Termination date MM/DD/YYYY | 2E. Policy or identification number of other coverage |
|---|---|---|---|
| 2F. Type of coverage Medical: ☐ Yes ☐ No | Hospital: ☐ Yes ☐ No Mental illness: ☐ Yes ☐ No | 2G. Name of subscriber | 2H. Date of birth MM/DD/YYYY |

**2I. Employer of subscriber** | **2J. Employment status** ☐ Active employee ☐ Retired employee

**2K. If patient is covered under Medicare, complete the following:** Medicare Part A: ☐ Yes ☐ No   Medicare Part B: ☐ Yes ☐ No
Effective date _____   Effective date _____

## 3. Diagnosis— 3A. Describe illness, injury, or symptoms requiring treatment | 3B. Was patient's treatment due to a work-related accident or condition? ☐ Yes ☐ No

**3C. Complete for care related to accidental injuries**

Date of accident _____    Location: ☐ At home ☐ Auto ☐ Other _____

Time of accident _____    *If the accident was caused by someone else, attach a statement describing the accident.*

## 4. Charges— Use a separate line to list each type of service or provider and attach itemized bills for all services.

| 4A. Name and address of provider making charge | 4B. Type of provider | 4C. Description of service | 4D. Dates of service or purchase | 4E. Charges |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## 5. Payee— Select one of the following payment options:

**5A. ☐ Make payment to subscriber; provider has been paid.**

1. Currency— Do you want the check issued in the currency reflected on the itemized bill(s) or in U.S. dollars? ☐ Currency on itemized bill(s) ☐ U.S. dollars

2. Payment Method – Do you want to receive payment via a check or bank wire? ☐ Check  Provide current telephone number _____
☐ Bank Wire.  If you want to receive a bank wire provide the following:

Subscriber name as it appears on bank account: _____    Bank name _____

Bank's Physical Address _____

Account # _____    ABA# _____

**5B. ☐ Make payment to provider (hospital, doctor). Please complete and sign.**
Authorization for Assignment of Benefits
I, the undersigned, authorize and request Blue Cross and Blue Shield to make payment for benefits due herein to:

Name of provider _____    Signature of subscriber or spouse _____    Date _____

## 6. Signature— I certify the above is complete and correct and that I am claiming benefits only for charges incurred by the patient named above. Authorization is hereby given to any provider of service, that participated in any way in the patient's care, to release to the subscriber's Blue Cross and Blue Shield Plan and its business associates in any country any medical or other personal information that they deem necessary to provide service or adjudicate this claim, recognizing that applicable law concerning personal information may differ among countries. Authorization is also given to the subscriber's Blue Cross and Blue Shield Plan and its business associates in any country to collect, use or release any medical or other personal information that they deem necessary to provide service or adjudicate this claim.

Exhibit 4, Page 150

Signature of subscriber or patient _____    Date _____

## General Information

The BlueCard Worldwide International Claim Form is to be used to submit institutional and professional claims for benefits for covered services received outside the United States, Puerto Rico, Jamaica and the U.S. Virgin Islands. For filing instructions for other claim types (e.g., dental, prescription drugs, etc.) contact your Blue Cross and Blue Shield Plan.

The International Claim Form must be completed for each patient in full, and accompanied by fully itemized bills. It is not necessary for you to provide an English translation or convert currency.

Since the claim cannot be returned, please be sure to keep photocopies of all bills and supporting documentation for your personal records.

## International Claim Form Instructions

Please complete all items on the claim form. If the information requested does not apply to the patient, indicate N/A (Not Applicable). Special care should be taken when completing the following items:

## 2. Other Health Insurance

If the patient holds other insurance coverage, please complete items A through K as completely as possible. It is especially important to indicate the name and address of the other insurance company and the policy or identification number of that coverage, as well as the name and birth date of the person who holds that policy.

In addition, if the patient is someone other than the subscriber and has received benefits from any other health insurance plan held by reason of law or employment, the Explanation of Benefits Form furnished by the other carrier pertaining to these charges must be included with the claim.

A clear photocopy of the other carrier's Explanation of Benefits Form is acceptable in place of the original document.

## 4. Charges

Please list here the bills that are being included on this claim. Although itemized bills must also be submitted, your listing will enable us to process the claim more quickly and accurately. If additional space is needed for listing charges, please use a separate sheet of paper to list the following information.

**4A. Name and Address of provider—** as indicated on the bill. Multiple bills from the same provider may be included on the same line, as long as they are for the same type of service.

**4B. Type of provider—** for example: hospital, nurse, physician, clinic, physical therapist, etc.

**4C. Description of service—** for example: hospital admission, office visit, x-ray, laboratory test, surgery, etc.

**4D. Date of service or purchase—** inclusive dates may be indicated for bills containing multiple dates of service.

**4E. Charge—** bills must be itemized to show a separate charge for each service. If the bill has already been paid, please indicate the date it was paid.

## 5. Payee

**5A. Make payment to subscriber, designation of currency and payment method** — 1) Indicate whether you want to be paid in the currency reflected on the bill(s) or in U.S. dollars and if you want to receive payment via check or bank wire. Please note that not all forms of currency may be available for payment. In the event that you select payment in a currency that is not available, you will be paid in U.S. dollars.  Banks will typically charge a flat fee or percentage-based fee to receive a wire.  You may want to investigate fees charged by your bank prior to requesting a wire since you will be responsible for any such fees.

 2) You must include the following information on this form:  your full legal name (initials are not acceptable), your physical address (payments cannot be sent to a P.O. box); for wire payments, the bank's name and physical address (payments cannot be wired to a P.O. box), your account number and your bank's ABA number (the ABA number is a nine digit routing number that identifies a specific financial institution). Also, please provide a copy of a voided check or deposit slip so that the bank information can be validated.  For checks to be sent by express mail, you must provide a current telephone number.

**5B. Authorization for assignment of benefits—** complete item 5B if you prefer that benefits be paid directly to the provider of service.

## 6. Signature

The International Claim Form must be signed and dated by the subscriber, spouse, or the patient.

## Itemized Bill Information

Each provider's original itemized bill must be attached and must contain:

– The letterhead indicating the name and address of the person or organization providing the service

– The full name of the patient receiving the service

– The date of each service

– A description of each service

– The charge for each service

This completed claim form, together with itemized bills and supporting documentation, should be submitted to:

**BlueCard Worldwide Service Center**
**P.O. Box 72017**
**Richmond, VA  23255-2017  USA**

Exhibit 1 - Page 151



# Participant's Foreign Claim Questionnaire

**Participant:** _____     **SSN:** _____

**Patient:** _____     **DOS:** _____

The Plan covers services considered reasonable and necessary in connection with the diagnosis and treatment of any non-industrial illness or injury. The information provided below will assist us in expediting your request.

1. **In what country were the services provided:** _____

2. **For what condition did you seek treatment (In your own words, what was your complaint)?:**
   _____
   _____
   _____

3. **Had you received treatment for this condition previously?** ☐ Yes     ☐ No
   If yes, where and when? _____

4. **Were you treated at a:** ☐ Hospital  ☐ Facility  ☐ Clinic  ☐ Doctor's office

5. **By a physician?** ☐ Yes ☐ No, or other (what credentials did they have?)_____

6. **What was the provider's name?**_____

7. **How did you get to the hospital/facility/clinic?**_____

8. **Where did you stay while you were receiving treatment? (Hospital/Clinic/Hotel/Friend)**
   _____

9. **Please describe the treatment and/or services received:** _____
   _____
   _____
   _____

10. **Was the treatment you received explained to you?** ☐ Yes  ☐ No

11. **List all items billed:** _____
    _____
    _____
    _____

Exhibit 1 - Page 152

**Participant Foreign Claim Questionnaire,** cont'd.                                    Page 2

**Patient:** _____

12. **Was the cost of the treatment discussed with you?**  ☐ Yes    ☐ No

13. **Did you make any payment for services performed?**  ☐ Yes    ☐ No

    If yes, how much (please list all individual payments):

| Date | Amount | | Date | Amount |
|------|--------|---|------|--------|
|      |        |   |      |        |
|      |        |   |      |        |
|      |        |   |      |        |
|      |        |   |      |        |

14. **Do you have any receipts reflecting your payment?**  ☐ Yes    ☐ No

    If yes, please **attach copies** of all receipts and bills to your completed form.

15. **Did the hospital/facility/clinic indicate that this payment was payment in full for all of your treatment?**    ☐ Yes    ☐ No

16. **If additional information is required, may we contact you?  If yes, please leave a daytime telephone number:** _____

**I HEREBY DECLARE THAT THE FOREGOING INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

_____          _____

Signed by Participant or Patient                                    Date

_____          _____

Witness                                                              Date

Relation to Claimant: _____

Return completed form to the Medical Review Department:
MPIHP, P.O. Box 1999, Studio City, California  91614-0999          rev.Part.ForeignClaim 5/05

Exhibit 1 - Page 153

# Prescription Drug Reimbursement Form

See the back for instructions. Complete all information.
An incomplete form may delay your reimbursement.



## Member/Subscriber Information *See your prescription drug ID card.*

Group No.  M P I H P R X ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

Member ID ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

Member Name (First, Last)

Street Address

City                          State       Zip

## Patient Information

Patient Name (First, Last)

Patient Date of Birth (Month/Day/Year) ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**Sex**
☐ Female
☐ Male

**Relationship to Plan Member**
☐ 1 Self
☐ 2 Spouse
☐ 3 Eligible Child
☐ 4 Dependent Student
☐ 5 Disabled Dependent
☐ 6 Dependent Parent
☐ 7 Nonspouse Partner
☐ 8 Other

## Pharmacy Information

Name of Pharmacy

Street Address

City                          State       Zip

Telephone (include area code) ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**Is this an on-site nursing home pharmacy?** ☐Yes ☐No

I hereby certify that the charge(s) shown for the medication(s) prescribed is correct and agree to provide Medco and its agents reasonable access to records related to medication dispensed to this patient in accordance with applicable law. I further recognize that reimbursement will be paid directly to the plan member and assignment of these benefits to a pharmacy or any other party is void.

**X**
Signature of Pharmacist or Representative
**(Required)**

NABP Number Required

### Claim Receipts

Tape receipts or itemized bills on the back.
**See back for details.**

Check the appropriate box if any receipts or bills are for a:

☐ **Compound prescription**
Make sure your pharmacist lists ALL the VALID NDC numbers and quantities for each ingredient on the back of this form and attach receipts. Claim will be returned if incomplete.

**ONE CLAIM FORM PER COMPOUND SUBMISSION**

☐ **Medication purchased outside of the United States**
Please indicate:

Country _____

Currency used _____

☐ **Allergy medication**

Any person who knowingly and with intent to defraud, injure, or deceive any insurance company, submits a claim or application containing any materially false, deceptive, incomplete or misleading information pertaining to such claim may be committing a fraudulent insurance act which is a crime and may subject such person to criminal or civil penalties, including fines and/or imprisonment, or denial of benefits.*

**Please tape receipts on the back.**

## Acknowledgment

I certify that the medication(s) described above was received for use by the patient listed above, and that I (or the patient, if not myself) am eligible for prescription drug benefits. I also certify that the medication received was not for an on-the-job injury or covered under another benefit plan. I recognize that reimbursement will be paid directly to me, and that assignment of these benefits to a pharmacy or any other party is void.

**X**
Signature of Member

Exhibit 1 - Page 154

C1001  11-05

## Claim Receipts

Please tape your receipts here. **Do not staple!** If you have additional receipts, tape them on a separate piece of paper.

Tape receipt for prescription 1 here.
**Receipts must contain the following information:**

- Date prescription filled
- Name and address of pharmacy
- Doctor name or ID number
- NDC number (drug number)
- Name of drug and strength
- Quantity and days' supply
- Prescription number (Rx number)
- DAW (Dispense As Written)
- Amount paid

Tape receipt for prescription 2 here.
**Receipts must contain the following information:**

- Date prescription filled
- Name and address of pharmacy
- Doctor name or ID number
- NDC number (drug number)
- Name of drug and strength
- Quantity and days' supply
- Prescription number (Rx number)
- DAW (Dispense As Written)
- Amount paid

### PHARMACY INFORMATION (For Compound Prescriptions ONLY)

- List the VALID 11 digit NDC number for EACH ingredient used for the compound prescription.
- For each NDC number, indicate the "metric quantity" expressed in the number of tablets, grams, milliliters, creams, ointments, injectables, etc.
- Indicate the TOTAL charge (dollar amount) paid by the patient.
- Receipt(s) must be attached to claim form.

| RX# | Date Filled | Days Supply |
|---|---|---|
| **VALID 11 digit NDC#** | | **Quantity** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total Quantity | |
| | Total Charge | |

### Direct Reimbursement Claim Instructions
**Read carefully before completing this form.**

1. Always present your prescription drug ID card at the participating retail pharmacy.

2. Only use this claim form when you have paid full price for a prescription drug order at a pharmacy because:
   - The pharmacy does not accept your Medco prescription drug ID card, or
   - You have not received your Medco prescription drug ID card.

3. You must complete a **separate** claim form for **each pharmacy** used and for **each patient.**

4. You must submit claims within 1 year of date of purchase or as required by your plan.

5. **Be sure your receipts are complete.**
   In order for your request to be processed, all receipts must contain the information listed above. Your pharmacist can provide the necessary information if your claim or bill is not itemized.

6. The plan member should read the acknowledgment carefully, then sign and date this form.

7. Return the completed form and receipt(s) to:

   **Medco Health Solutions, Inc.
   P.O. Box 14711
   Lexington, KY 40512**

\* California: For your protection California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

\* Pennsylvania: Any person who knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Visit us online anytime at **www.medco.com**.



Form# C1001   11-05

APPROVED OMB-0938-0008

CARRIER

| | PICA | | HEALTH INSURANCE CLAIM FORM | PICA |

## HEALTH INSURANCE CLAIM FORM

1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER
   *(Medicare #)*  *(Medicaid #)*  *(Sponsor's SSN)*  *(VA File #)*  *(SSN or ID)*  *(SSN)*  *(ID)*

1a. INSURED'S I.D. NUMBER        (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   MM   DD   YY        SEX   M   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED   Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY                STATE

8. PATIENT STATUS   Single   Married   Other

   Employed   Full-Time Student   Part-Time Student

CITY                STATE

ZIP CODE     TELEPHONE (Include Area Code)  ( )

ZIP CODE     TELEPHONE (INCLUDE AREA CODE)  ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES   NO

a. INSURED'S DATE OF BIRTH   MM   DD   YY        SEX   M   F

b. OTHER INSURED'S DATE OF BIRTH   MM   DD   YY   SEX   M   F

b. AUTO ACCIDENT?        PLACE (State)   YES   NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES   NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES   NO   *If yes,* return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____   DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

14. DATE OF CURRENT:  MM   DD   YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM   DD   YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM  MM   DD   YY   TO  MM   DD   YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM  MM   DD   YY   TO  MM   DD   YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   NO        $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. ____ . ____      3. ____ . ____

2. ____ . ____      4. ____ . ____

22. MEDICAID RESUBMISSION CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A | | | | | B | C | D | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE(S) OF SERVICE | | | | | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| | From | | | To | | | | CPT/HCPCS | MODIFIER | | | | | | | |
| | MM | DD | YY | MM | DD | YY | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN  EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   YES   NO

28. TOTAL CHARGE  $

29. AMOUNT PAID  $

30. BALANCE DUE  $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____   DATE _____

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#        GRP#

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90),   FORM RRB-1500, FORM OWCP-1500

Exhibit 1 - Page 156

**BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.**

**NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.**

REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION<br>(PRIVACY ACT STATEMENT)

We are authorized by HCFA, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

**FOR MEDICARE CLAIMS:** See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol. 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

**FOR OWCP CLAIMS:** Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

**FOR CHAMPUS CLAIMS:** PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Humans Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

**SIGNATURE OF PHYSICIAN (OR SUPPLIER):** I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including time for reviewing instructions, searching existing date sources, gathering and maintaining data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to HCFA, Office of Financial Management, Baltimore, MD 21207; and to the Office of Management and Budget, Paperwork Reduction Project (OMB-0938-0008), Washington, D.C. 20503.

Exhibit 12 Page 157

*medco*

**YOUR PRESCRIPTION DRUG PLAN** BENEFIT OVERVIEW

Brought to you by Medco
**for The Motion Picture Industry Health Plan**



Exhibit 1 - Page 158

# Your prescription drug benefit*

You will make your co-payments according to the schedule in your summary plan description.

*This information is an overview of your health plan's prescription drug benefit. Benefits and co-payments are subject to change by your health plan.

## Generic *doesn't mean* "Brand X"

Generic drugs may differ in color, size, or shape, but the FDA requires that the active ingredients have the same strength, purity, and quality as the
• Brand-name counterparts.
• Prescriptions filled with generic drugs often have lower co-payments.

Therefore, you may be able to get the same health benefits at a lower cost. You should ask your doctor or pharmacist whether a generic version of your medication is available and right for you. By using generic drugs, you may be able to receive the same high-quality medication while reducing your expenses.

1

Exhibit 1 - Page 159

## The *Medco Home Delivery Pharmacy Service*™

Home delivery offers safety, convenience, and often significant savings to members who use prescription drugs on an ongoing basis, such as to treat asthma or diabetes. Here are just a few reasons to use home delivery:

• Receive up to a 90-day supply of covered medication for one co-payment.

• Consult with a registered pharmacist at any time.

• Standard shipping and handling is free (express delivery is available for an additional charge.)

### Get started with home delivery

Ask your doctor to write a new prescription for up to a 90-day supply, plus refills for up to 1 year (as appropriate). Submit prescriptions:

**By mail**—Send your prescription, a home delivery order form, and the appropriate co-payment to Medco in the return envelope.

**By fax**—Only your doctor may fax a prescription. Ask your doctor to call **1 888 327-9791** for faxing instructions. Be sure to give your doctor your member ID number (Social Security number), and your Group ID number, which is on your MPIHP Benefit ID card. You will be billed later.

2

Exhibit 1 - Page 160

Your medication will be delivered to you within 7 to 11 days after you mail your first order. Refills and orders **using our automatic payment program**—may be received even faster. Make sure you have at least a 14-day supply of your medication on hand when you order. If you do not have enough medication, ask your doctor to write a separate prescription for a 14-day supply and have it filled at a participating retail pharmacy.

For additional order forms and envelopes, go to **www.medco.com** or call 1 800 987•5247.

### Refilling your prescription

It's easy to refill your home delivery prescriptions online, by telephone, or by mail. Have your member ID number (Social Security number) and the drug prescription number handy. If you choose to pay by credit card, please have that number available as well.

Be sure to reorder 14 days before your medication runs out so you always have enough medication on hand. You can find the refill date on your prescription bottle, on the refill slip that comes with every order, or at **www.medco.com**.

---

**Online**—Each time registered users log on to **www.medco.com**, prescriptions that are ready to be refilled are displayed in the personalized "My Page" and "My Prescriptions" centers. See "The Medco website" section for more information.

**Telephone**—Call **1 800 4REFILL (1 800 473-3455)** to use the automated refill system.

**Mail**—Use the refill order form that accompanies your prescription. Mail the form(s) with your co-payment to Medco in the return envelope.

---

Exhibit 1 - Page 161

## Paying for your medication

The fastest, easiest, and most secure way to pay for your prescriptions is with our automatic payment program. You may use Visa®, MasterCard®, Discover®/NOVUS®, American Express®, or Diners Club®. Enroll online at **www.medco.com** or call 1 800 948-8779. You may also pay by check, money order, or credit card each time you order.

## The retail pharmacy service

It's more convenient to use a participating retail pharmacy for short-term prescriptions, such as antibiotics to treat infections. To find a participating pharmacy near you:

• Visit our website at **www.medco.com** and use our online pharmacy locator.

• Call 1 800 987-5247 to use the automated pharmacy locator.

• Ask your retail pharmacist if they participate in the network.

**To order new prescriptions or refills at a participating retail pharmacy:**

1. Show your MPIHP Benefit ID card at the pharmacy.

2. Pay your co-payment (the pharmacist will tell you the amount).

3. You will make your co-payment according to the schedule in your summary plan description.

4. You may receive up to a 30-day supply of medication (as appropriate).

**If you use a nonparticipating pharmacy, you must:**

1. Pay the full cost of the prescription.

2. Complete a direct reimbursement claim form and submit it to Medco. You will be reimbursed, for up to a 30-day supply, at the rate of 85% of the allowable amount, less the co-payment. Reimbursement is based on generic or lower cost brand-name products, if either is available.

Request claim forms online anytime at **www.medco.com** or through the interactive telephone system at 1 800 987-5247.

Exhibit 1 - Page 162

## The Medco website

If you have Internet access, you'll find convenient, timesaving features at **www.medco.com**. On our website, you can:

- Order and track the status of your home delivery prescriptions.

- Look over the Motion Picture Industry Health Plan-specific benefit information.

- Compare pricing for brand-name and generic drugs— for both home delivery and retail.

- Review your prescription history.

- Check and pay account balances.

- Request claim forms for prescriptions filled at nonparticipating pharmacies.

## Protecting your safety and privacy

Medco helps ensure the safe and effective use of prescription drugs by maintaining an electronic record of each member's health and prescription history. Through the state-of-the-art technology, important clinical factors are considered with each prescription: drug selection, dosing, interactions, duration of therapy, and allergies. Whether your prescriptions are filled through a home delivery pharmacy or at a participating retail pharmacy, Medco is working to keep you healthy and safe.

### Controlled substances

Please note: The dispensing of certain controlled substances and other prescribed drugs is governed by the pharmacist's judgment and dispensing restrictions, such as quantities allowed. Federal law prohibits the return of dispensed controlled substances.

Exhibit 1 - Page 163

### Protecting your privacy

Your privacy is important to us. Medco uses health and prescription information about you and your dependents to administer your plan. This process generally involves reporting information to your health plan. To ensure your privacy, we use a sophisticated system to carefully monitor this process and we comply with Federal law, including the HIPAA privacy standards.

### Coverage management

To help control costs, your Motion Picture Industry Health Plan has certain coverage limits. For example:

- Drugs used for cosmetic purposes may not be covered.

- Some drug quantities may be limited within a specified time period.

In some cases, we need more information from your doctor to determine whether your use of the medication meets your plan's coverage criteria. We will notify you and your doctor of the decision in writing. If approved, the letter will indicate the amount of time for which coverage is valid. If denied, an explanation will be provided, along with instructions on how to submit an appeal if you choose.

6

Exhibit 1 - Page 164

## Information anytime

### Internet
You can visit us at **www.medco.com** to:
• Order and track the status of home delivery prescriptions.
• Check your plan-specific coverage.
• Obtain order forms, claim forms, and envelopes.
• Locate a participating retail pharmacy.

### Important telephone numbers
Most Medco services are available 24 hours a day, 7 days a week, except Thanksgiving and Christmas.

### Member Services
Call Medco at 1 800 987•5247 to:
• Request home delivery order forms and envelopes.
• Find a pharmacy that participates in the Medco network.
• Speak with a Member Services representative.
• Request claim forms for prescriptions filled at nonparticipating pharmacies.
• Speak with a registered pharmacist.

### To refill prescriptions
To refill a Home Delivery Pharmacy Service prescription using our automated system, call **1 800 4REFILL (1 800 473-3455).**

### Doctor faxes
To fax your prescriptions to the Home Delivery Pharmacy Service, ask your doctor to call **1 888 327-9791** for instructions.

### Credit card payments
To arrange credit card payment for all your home delivery prescriptions, call **1 800 948-8779.**

### TTY
To access TTY service for hearing-impaired members, call **1 800 759-1089.**

### Braille
To request labels printed in braille for Home Delivery Pharmacy Service prescriptions, call **1 800 987-5247.**

Medco manages your pharmacy benefit at the request of the Motion Picture Industry Health Plan.

© 2004 Medco Health Solutions, Inc. All rights reserved



*0000000BI906273*

Exhibit 1 - Page 165

# Medco By Mail
# ORDER FORM

**Motion Picture Industry Health Plan** | 



---

## 1  Member information Please verify or provide member information below.

**Member ID:** _____
**Group:** _____ MPIHPRX _____
Name: _____
Street Address: _____
Street Address: _____
Street Address: _____
City, ST, ZIP: _____

☐ Please send me e-mail notices about the status of the enclosed prescription(s) and online ordering at:
_____@_____._____
☐ New shipping address:
_____
_____
(Medco will keep this address on file for all orders from this membership until another shipping address is provided by any person in this membership.)

**Daytime phone:** ☐☐☐ ☐☐☐ ☐☐☐☐   **Evening phone:** ☐☐☐ ☐☐☐ ☐☐☐☐

---

## 2  Patient/doctor information Fill out a separate section for each person requesting a prescription fill. If he/she has more than one prescription from the same doctor, complete just one section but include all prescriptions in the envelope provided. If a person has prescriptions from more than one doctor, complete a new section for *each* doctor and include all prescriptions. Additional patient/doctor space is provided on the next page.

First name  _____   Last name  _____

Birth date (MM/DD/YYYY) _____   Sex ☐M ☐F   Patient's relationship to member ☐Self ☐Spouse ☐Dependent ☐Domestic partner

Doctor's last name _____   1st initial ___   Doctor's phone number _____

First name  _____   Last name  _____

Birth date (MM/DD/YYYY) _____   Sex ☐M ☐F   Patient's relationship to member ☐Self ☐Spouse ☐Dependent ☐Domestic partner

Doctor's last name _____   1st initial ___   Doctor's phone number _____

---

## 3  Complete your order You can pay by e-check, check, money order, or credit card. Make checks and money orders **payable to Medco Health Solutions, Inc.,** and write your member ID number on the front. To enroll for e-check payments, complete and return the e-check form (third printed page) with your order.

**Number of prescriptions sent with this order:** ☐

**Payment options:** ☐e-check ☐Payment enclosed ☐Credit card ☐Send bill

**For credit card payments:**
☐Visa ☐MC ☐Discover ☐AmEx ☐Diners

Credit card number  ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Expiration date
☐☐ ☐☐
M M Y Y
**X** _____
Cardholder signature

☐I authorize Medco to charge this card for all orders from any person in this membership.

☐Rush this shipment ($14, subject to change). **Note:** This will **not** rush prescription processing. (Street address required; P.O. box not allowed.)

Exhibit 1 - Page 166

**Mailing instructions are provided on the next page.**

FOLD HERE

FOLD HERE

## Patient/doctor information continued

First name

Last name

Birth date (MM/DD/YYYY)          Sex                Patient's relationship to member

☐ M   ☐ F          ☐ Self   ☐ Spouse   ☐ Dependent   ☐ Domestic partner

Doctor's last name                                      1st initial   Doctor's phone number

First name

Last name

Birth date (MM/DD/YYYY)          Sex                Patient's relationship to member

☐ M   ☐ F          ☐ Self   ☐ Spouse   ☐ Dependent   ☐ Domestic partner

Doctor's last name                                      1st initial   Doctor's phone number

FOLD HERE

## Important reminders and other information

**Check that** your doctor has prescribed the maximum days' supply allowed by your plan, plus refills for up to 1 year, if appropriate (not a 30-day supply, plus refills).

**Complete a** patient/doctor section for *each* person with a prescription.

**Be sure** you have filled out the Health & Medication Questionnaire.

**Unpaid balances**
If your plan limits the balance that you can carry on your account and you *exceed* that limit with this order, payment must be included. To price a medication, visit us online at **www.medco.com** and click "Price a medication." To avoid processing delays, call Member Services to enroll in our e-check program or provide a credit card number in the "Complete your order" section on side 1.

**Generic substitution**
Texas, Florida, and Ohio laws allow a generic equivalent drug to be substituted for certain brand-name drugs, unless you or your physician specifically directs otherwise. Ask your doctor or pharmacist whether safe, effective, and less expensive generic drugs are right for you. Or, call Medco at the number

on your member ID card and ask to speak with a pharmacist. Pharmacists are available 24 hours a day, 7 days a week, to answer questions concerning your prescription.

☐ If you live in Texas, you have a right to refuse generic substitution. In many cases, choosing a brand-name product will result in a higher co-payment. **Check the box if you do not want a less expensive, generic version of your medication.** Please note that this only applies to this prescription and future refills of this prescription.

**If you have Medicare Part B coverage**
Medco does not submit prescription drug claims to Medicare Part B. Check your Medicare Part B coverage to determine whether Medicare Part B covers your prescription(s) **and** whether it will cost you less to use a Medicare Part B participating pharmacy. For a list of Medicare Part B participating pharmacies, call your local Medicare carrier or call **1 800 MEDICARE (1 800 633-4227).** For questions about your Medco-administered coverage, please call Member Services.

**If you need additional information or assistance,** visit us online at **www.medco.com** or call Medco Member Services.

FOLD HERE

**Mailing instructions**
Using a business-size envelope, send the following items to the address shown on the right:

**Do not use staples or paper clips.**

HG904477

- Your prescriptions or refill slips
- Order form
- Health, Allergy & Medication Questionnaire
- Your payment
- E-check enrollment form (optional)

**MEDCO HEALTH SOLUTIONS OF NETPARK, L.L.C.**
**PO BOX 30493**
**TAMPA FL 33630-3493**

Exhibit 1 - Page 167

*medco*®

## Pay for medications with e-check.  It's easy, convenient, and secure!

**Medco now offers e-check to easily and conveniently pay for medications.**

With e-check, one of the most secure payment methods available today, the co-payment or coinsurance is automatically deducted from your checking account. And you have a 10-day grace period between the time we send the order and the day the amount is deducted from your checking account.*

**To enroll and authorize Medco, just complete the form on the back and return it with your next order!**

### Authorization
I authorize Medco to initiate a debit entry to the checking account provided on the back of this form. This authorization permits Medco to charge unpaid balances and future orders **made by all covered dependents** to my account, based on my authorization provided by mail, phone, or web. On future orders, Medco will include the amount to be charged to my checking account with the order. I acknowledge that the origination of ACH transactions to the account must comply with the provisions of U.S. law. This authorization will remain in effect until I have canceled it.

\* Please note that if there are insufficient funds at the time Medco submits the funds transfer request, Medco will charge a $10 fee. Your bank also may charge a nonsufficient funds fee.

BS910009

## E-CHECK ENROLLMENT FORM

To pay for medications by e-check, please complete the information below. You'll find your bank routing number and account number on the front of your personal checks. The routing number is the 9-digit number located in the lower left-hand corner. Your account number is the number immediately to the right of the routing number. **For more information, or to enroll online, visit www.medco.com.**

Member name: _____   Date: _____

Name of bank account holder: _____

Address of bank account holder: _____

Bank account number: _____

Bank routing number: _____   Signature: _____

Medco invoice number: _____

70007

Exhibit 1 - Page 168

# Health, Allergy & Medication Questionnaire (HMQ)

*medco*®

Your answers to the following questions will help us provide your prescription drug benefit services including, for example, filling prescriptions and alerting your doctor about possible medication problems. To best serve you, we need to know if you have any known allergies, conditions or diseases.

- Please complete the questionnaire for each person in the household eligible for prescription drug benefits with **Medco By Mail**.
- If you need additional forms you may copy this form or call your toll-free Member Services number.
- **Please remember to print your group and member number on both pages.**
- **Return this questionnaire with your prescription or refill order form**.

## Section 1: Member Identification and Contact *(Group and Member number required on all pages)*

Group Number

Member Number *(Located on your pharmacy benefit card and/or in your benefits information)*

Daytime Telephone Number

Member/Subscriber First name      M.I.      Last Name

Street Address/Apt No.      City      State      Zip

## Section 2: Drug Allergy Conditions

For each covered family member, include their first name, date of birth and gender.

For each family member fill in the circle **ONLY** if an allergy or bad reaction happened anytime in the past.

If your allergy is not listed, please <u>print only</u> the name of the medication allergy in the bottom section of this chart.

Correct way to mark circles: ●      *Please use blue or black ink.*

| *Please add last name if different than member* **First Name:** | Member | Spouse | Dependent | Dependent | Dependent |
|---|---|---|---|---|---|
| **Date of Birth** (MM/DD/CCYY): | | | | | |
| Gender: | O M   O F | O M   O F | O M   O F | O M   O F | O M   O F |
| Penicillin/cephalosporin Antibiotics (e.g. ampicillin, Keflex®) | O | O | O | O | O |
| Tetracycline antibiotics | O | O | O | O | O |
| Erythromycin, Biaxin®, Zithromax® | O | O | O | O | O |
| Codeine (e.g  Tylenol #3®) | O | O | O | O | O |
| Non-steroidal anti-inflammatory drugs (NSAIDs) (e.g. ibuprofen, Advil®, Motrin®) | O | O | O | O | O |
| Aspirin (e.g. salicylates) | O | O | O | O | O |
| Sulfa drugs | O | O | O | O | O |
| Iodine | O | O | O | O | O |
| If there is a drug allergy to report and not listed above, please print only the name of the drug in the space. Example: *Morphine* | | | | | |

Medco is a registered trademark of Medco Health Solutions, Inc.
© 2006 Medco Health Solutions, Inc. All rights reserved.

*Please continue on next page to tell us about any medical conditions.*

Exhibit 1 - Page 169

HMQNETPRF

| Group Number | | Member Number | | | |
|---|---|---|---|---|---|
| | | | | | |

## Section 3: Medical Conditions

Please list names of each family member enrolled in the  appropriate column. Then for each family member, fill in the circle next to each condition if a doctor ever said *that particular family member* has any of the following conditions.

| | Member | Spouse | Dependent | Dependent | Dependent |
|---|---|---|---|---|---|
| **First Name:** | | | | | |
| Heart Failure (weak heart) | O | O | O | O | O |
| High blood pressure   (**hypertension**) | O | O | O | O | O |
| Heart attack or angina | O | O | O | O | O |
| High cholesterol   (**hypercholesterolemia**) | O | O | O | O | O |
| Stroke | O | O | O | O | O |
| Chronic bronchitis or emphysema   (**COPD**) | O | O | O | O | O |
| Asthma | O | O | O | O | O |
| Allergies, runny nose, hay fever (**allergic rhinitis**) | O | O | O | O | O |
| High blood sugar (**diabetes**) | O | O | O | O | O |
| Thyroid disease | O | O | O | O | O |
| Peptic, stomach or duodenal ulcer | O | O | O | O | O |
| Gastric reflux, heartburn or esophagitis   (**GERD**) | O | O | O | O | O |
| Inflammatory bowel disease (**colitis, Crohn's disease**) | O | O | O | O | O |
| High pressure in the eyes   (**glaucoma**) | O | O | O | O | O |
| Seizures | O | O | O | O | O |
| Poor circulation in the legs (peripheral vascular disease) | O | O | O | O | O |
| Trouble with blood not clotting properly | O | O | O | O | O |
| Enlarged prostate (benign prostatic hyperplasia, **BPH**) | O | O | O | O | O |
| Arthritis | O | O | O | O | O |
| Osteoporosis | O | O | O | O | O |
| Depression | O | O | O | O | O |
| Migraine headaches | O | O | O | O | O |
| Print other medical conditions not listed above in the space provided.   Example - *Glaucoma*  ➝ | | | | | |

For more information about Medco, please visit us online
at **www.medco.com**.

*Please complete both pages and staple together.*

**Please return the questionnaire with your prescription or refill order form.**

*Thank you very much.*

## Notice Concerning Your Spouse's Eligibility

Dear Participant,

If a Participant's spouse is eligible for health insurance through his or her own employer, he/she must enroll in that insurance as primary even if he/she must pay all or a portion of the premium cost for coverage.

Further, if it is determined that a Participant's spouse is eligible for medical/hospital and prescription insurance through his/her employer but did not enroll for coverage, the **MPIHP will NOT provide <u>any</u> coverage for the spouse.**  The Participant's spouse is only required to take the medical/hospital and prescription benefit; the spouse will continue to be covered for dental and vision benefits through the MPIHP as primary.

In order to determine spouse or same-sex domestic partner eligibility for other health insurance and prescription coverage, information is required to be submitted to MPIHP as described below:

- *If your spouse is employed:* **Form 1** must be completed and signed by the Participant; **Form 2** must be completed and signed by the spouse's employer, the Participant and the spouse.

- *If your spouse is employed, but does not have insurance coverage:* **Form 1** must be completed and signed by the Participant; and **Form 2** must be completed and signed by the spouse's employer, the Participant and the spouse.

- *If your spouse is unemployed:*  **Forms 1** and **3** must be completed and signed by the Participant.

- *If your spouse is self-employed/Freelance:* with insurance, **Forms 1** and **2** must be completed and signed by the Participant and the spouse.

- *If your spouse is self-employed/freelance:* without insurance coverage, **Forms 1** and **3** must be completed and signed by the Participant.

- *If your spouse is Retired:* with insurance, **Forms 1** and **2** must be completed and signed by Participant and spouse.

- *If your spouse is Retired:*  with or without Medicare, **Forms 1** and **3** must be completed and signed by Participant.

1

Exhibit 1 - Page 171

Notice Concerning Your Spouse's Eligibility, *cont'd.*

If, for any reason, an MPIHP Participant fails to furnish the required documentation to the Plan, **all MPIHP coverage, including eligibility for medical/hospital, dental, vision, and prescription coverage, will terminate for the spouse**

Please Note: If a Participant's spouse is eligible for and enrolled in a health insurance plan provided by his/her own employer, the MPIHP will pay medical/hospital and prescription benefits under the MPIHP only after the other insurance company issues its benefit payment.  That is, the spouse's insurance will be considered primary for the spouse, and the MPIHP insurance will be secondary.  Payment from both plans combined will not exceed the billed amount.

***Eligibility and Coordination of Benefits for Dependent children:***

If your spouse or domestic partner ("DP") enrolls in his/her employer's health insurance, and child dependents can be enrolled, you must enroll the child(ren) unless there is a premium for the children, or the spouse or DP's birth date is later in the year than the Participant's birth date. (MPIHP uses birth dates to determine primary and secondary coverage.) If they are not enrolled under these circumstance the MPI health Plan will provide no coverage to such dependent child(ren).

In the ***future***, in order to determine spouse's eligibility for other health insurance coverage, additional information such as that requested here will be required periodically from all Active and Retired MPIHP Participants, who have a spouse.

It is critical for Participants who have a spouse to promptly communicate their spouse's change in work status to the MPIHP, as their insurance eligibility may be directly affected.

For more information, please contact the plan office at:

eligibility@mpiphp.org

***or***

The MPIHP Eligibility Department 310 or 818.769.0007 extension 263. Outside of Southern California 888.369.2007 extension 263, or contact our New York Office 212.634.5252.

Eligibility Department

Enclosures

11365 Ventura Boulevard  Studio City, California 91604-3148 - Mailing Address: P.O. Box 1999 Studio City, California 91614-0999
818 or 310.769.0007 - Fax 818.766.1229 www.mpiphp.org

2

8/09
Exhibit 1 - Page 172



**EMPLOYER / GROUP**       FORMS 1 & 2
**SPOUSE COORDINATION OF BENEFITS**
**QUESTIONNAIRE**

### IMPORTANT INFORMATION / INSTRUCTIONS

Spouses of Participants of the Motion Picture Industry Health Plan are required to enroll in their employer's insurance, even if they must pay all or a portion of the premium cost for coverage. The Participant's spouse is required only to take the medical/hospital and Prescription benefit.

Spouses must enroll in their employer's group health insurance as soon as it is available. The Plan will not pay any claims for a period in which the spouse was entitled or eligible to enroll in their employer's group health insurance.

**Eligibility and Coordination of Benefits for Dependent children**

If your spouse or domestic partner enrolls in his or her employer's health insurance and the dependent children can be enrolled in that plan free of charge, the children must be enrolled in that plan.  If there is a premium for the children, or if the spouse or Domestic Partner's birth date is later in the year than the Participant's birth date, the dependent children may continue to be enrolled in the MPI Health Plan. (MPIHP uses birth dates to determine primary and secondary coverage.)  If they are not enrolled under these circumstance the MPI health Plan will provide no benefit coverage for your dependent child(ren).

If the spouse misses the open enrollment date and is not able to enroll until the next open enrollment, the MPI Health Plan will cancel all of the spouse's benefits including, Dental, Vision and Prescriptions until the spouse is enrolled in his/her employer's group insurance.

Form 2, must be completed by the spouse's employer representative and must be signed by the spouse and the Participant before it is returned to the Plan office. Forms that are not completed in full or incorrect will be returned to the Participant.

It is the Participant's responsibility to notify the MPI Health Plan Eligibility Department of any changes in their spouse's group insurance or employment status. Failure to notify the Plan office will result in a delay or denial of the spouse's claims and/or Eligibility.

**Retirees**

If your spouse is receiving retirement health insurance through a former employer, please complete FORM 1 and FORM 2 and indicate all the insurance information. You do not need to submit this form to your former employer.

If you are MEDICARE-eligible, please also indicate the effective date.

It is important that you and your dependent(s) enroll in both Medicare Part A and B because at age 65, Medicare will become your primary coverage.

**Disabled Participants and/or Spouses**

When you or your spouse become eligible for Medicare benefits, due to a disability or due to reaching age 65, you must enroll at your Social Security Administration (SSA) office for Medicare "Part B" benefits.

In cases of Disability, you usually become eligible for Medicare two years after your Entitlement date (this is not the date that you receive your first payment, this is 5 months after SSA has found you to be disabled).  However, in certain cases, you might become eligible for Medicare before the two-year period.

In any circumstance, **you must enroll in Medicare Part B at the time you become eligible.  If you have not received this information, please contact your local Social Security office.**

**MPI Health Plan—Eligibility Department**
*Mailing Address:*  P.O. Box 1999, Studio City, CA 91614-0999      Exhibit 1 - Page 173
*Phone:*  818 or 310.769.0007, Ext. 263 – *FAX:* 818.766.1229      8/09



**SPOUSE COORDINATION OF BENEFITS QUESTIONNAIRE**                    **FORM 1**

---

**PARTICIPANT INFORMATION:** TO BE COMPLETED BY THE MPI HEALTH PLAN PARTICIPANT  (Please print)

PARTICIPANT NAME:     Last:                              First:  MEDCO HEALTH SOLUTIONS OF NETPARK, L.L.C.        MI:
                                                              PO BOX 30493
                                                              TAMPA FL 32630-3493

Date of Birth:                              Social Security Number:

1.   Do you have any other insurance plan other than the MPI Health Plan?
    ☐  No

    ☐  Yes   (If Yes, please print the information about your other insurance plan in the spaces below.)

GROUP INSURANCE:                    Family ☐ Self ☐     Policy Number:                    Effective Date:

Please list names of all family members enrolled:                                        Effective Date:

 

 

INDIVIDUAL INSURANCE:                    Policy Number:        P          Effective Date:

MEDICARE:                              Part "A" Effective:      I          Part "B" Effective:

**SPOUSE INFORMATION:**  If you are offered group insurance through your employer, you MUST enroll   (Refer to your instruction sheet.)

SPOUSE NAME:     Last:                    First:                              MI:

Date of Birth:                              Social Security Number:

Spouse is:   (check one)
☐  Not Employed.  (If Not Employed, complete and return with Form 3, Declaration, to MPI Health Plan.)

☐ Employed          ☐ Part-time          ☐ Self-Employed          ☐ Freelance

☐ Retired, effective:          Medicare Part "A" Effective:          Medicare Part "B" Effective:

(If Retired with Group Insurance, please complete Form 2.  Refer to instructions.)

2.   Are group health benefits available to your spouse through his/her employment?          ☐ No          ☐ Yes

2.a.  If Yes, what type of coverage does your spouse have under his/her employer's plan?
☐ Medical/Hospital          ☐ HMO      ☐ Rx      ☐ Other:                              ☐ Not Applicable

3.   HAVE YOUR SPOUSE'S EMPLOYER COMPLETE EMPLOYER/GROUP COORDINATION OF BENEFITS FORM 2.

4.   SIGN AND RETURN COMPLETED FORM 1 AND FORM 2 TO MPI HEALTH PLAN AT THE ADDRESS SHOWN BELOW.

I HEREBY CERTIFY THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT,
and I understand that, to ensure that benefits are coordinated properly, MPIHP will verify the accuracy of information by conducting audits, contacting me, my spouse's employer, and/or insurance plan.
It is fraudulent to knowingly fill out this form with any information that is false.

 

Participant Signature (required)                    Date (required)          (Area Code) Phone Number

---

**IF ANY INFORMATION ON THIS FORM CHANGES, A NEW FORM MUST BE SUBMITTED WITHIN 30 DAYS**

*Questions call:  818 or 310.769.0007 Ext 263 / Outside So. Calif: 1 888.369.2007 Ext 263 or E-mail: eligibility@mpiphp.org*

**MPI Health Plan—Eligibility Department**
*Mailing Address:*  P.O. Box 1999, Studio City, CA 91614-0999
*FAX:* 818.766.1229                                        8/09

Exhibit 1 - Page 174



**EMPLOYER / GROUP**
**SPOUSE COORDINATION OF BENEFITS**
**QUESTIONNAIRE**

FORMS 1 & 2

### IMPORTANT INFORMATION/INSTRUCTIONS

Spouses of Participants of the Motion Picture Industry Health Plan are required to enroll in their employer's insurance, even if they must pay all or a portion of the premium cost for coverage. The Participant's spouse is required only to take the medical/hospital benefit.

Spouses must enroll in their employer's group health insurance as soon as it is available. The Plan will not pay any claims for a period in which the spouse was entitled or eligible to enroll in their employer's group health insurance.

#### Eligibility and Coordination of Benefits for Dependent children

If your spouse or domestic partner enrolls in his or her employer's health insurance and the dependent children can be enrolled in that plan free of charge, the children must be enrolled in that plan. If there is a premium for the children, or if the spouse or Domestic Partner's birth date is later in the year than the Participant's birth date, the dependent children may continue to be enrolled in the MPI Health Plan. (MPIHP uses birth dates to determine primary and secondary coverage.) If they are not enrolled under these circumstance the MPI health Plan will provide no benefit coverage for your dependent child(ren).

If the spouse misses the open enrollment date and is not able to enroll until the next open enrollment, the MPI Health Plan will cancel all of the spouse's benefits including, Dental, Vision and Prescriptions until the spouse is enrolled in his/her employer's group insurance.

Form 2, must be completed by the spouse's employer representative and must be signed by the spouse and the Participant before it is returned to the Plan office. Forms that are not completed in full or incorrect will be returned to the Participant.

It is the Participant's responsibility to notify the MPI Health Plan Eligibility Department of any changes in their spouse's group insurance or employment status. Failure to notify the Plan office will result in a delay or denial of the spouse's claims and/or Eligibility.

#### Retirees

If your spouse is receiving retirement health insurance through a former employer, please complete FORM 1 and FORM 2 and indicate all the insurance information. You do not need to submit this form to your former employer.

If you are MEDICARE-eligible, please also indicate the effective date.

It is important that you and your dependent(s) enroll in both Medicare Part A and B because at age 65, Medicare will become your primary coverage.

#### Disabled Participants and/or Spouses

When you or your spouse become eligible for Medicare benefits, due to a disability or due to reaching age 65, you must enroll at your Social Security Administration (SSA) office for Medicare "Part B" benefits.

In cases of Disability, you usually become eligible for Medicare two years after your Entitlement date (this is not the date that you receive your first payment, this is 5 months after SSA has found you to be disabled). However, in certain cases, you might become eligible for Medicare before the two-year period.

In any circumstance, **you must enroll in Medicare Part B at the time you become eligible. If you have not received this information, please contact your local Social Security office.**

**MPI Health Plan—Eligibility Department**
*Mailing Address:* P.O. Box 1999, Studio City, CA 91614-0999
*Phone:* 818 or 310.769.0007, Ext. 263 – *FAX:* 818.766.1229

Exhibit 1 - Page 175
10/08

**MOTION PICTURE INDUSTRY**
PENSION & HEALTH PLANS
HEALTH PLAN

**EMPLOYER / GROUP**
**SPOUSE COORDINATION OF BENEFITS**
**QUESTIONNAIRE**

**FORM 2**

### EMPLOYER INFORMATION
TO BE COMPLETED BY THE EMPLOYER *(please print)*

| Employee Name: | Social Security Number: MEDCO HEALTH SOLUTIONS OF NETPARK, L.L.C.<br>PO BOX 30493<br>TAMPA FL 33630-3493 |
|---|---|

Employer Name:

Address:

| City: | State: | ZIP: | Phone: |
|---|---|---|---|

**DO YOU OFFER EMPLOYER GROUP HEALTH INSURANCE TO THIS EMPLOYEE?**

☐ **No**   If NO, **STOP**; Sign below and return original form to Employee

☐ **Yes**   If enrolled, what is the initial effective Date of Group Health Insurance:

| If not enrolled, what is the next open enrollment & effective date? | *Enrollment date:*<br>P | *Effective date:*<br>I |
|---|---|---|

Is a premium required for Group Insurance for Children   ☐ **Yes**   ☐ **No**

| Please list names of all family members enrolled: | *Effective Date* |
|---|---|
| | |
| | |
| | |

### EMPLOYER INSURANCE INFORMATION
TO BE COMPLETED BY THE EMPLOYER *(please print)*

Group Health Plan Name:

Address:

| City: | State: | ZIP: | Phone: |
|---|---|---|---|

| Group Identification Number: | Policy Number: |
|---|---|

### I HEREBY CERTIFY THAT THE ABOVE STATEMENTS ARE CORRECT

| | | | |
|---|---|---|---|
| Authorized Employer Signature [required] | Title [required] | Telephone Number | Date |

### RETURN ORIGINAL FORM TO EMPLOYEE

### PARTICIPANT STATEMENT

**I HEREBY CERTIFY THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT,**
**and I understand that, to ensure that benefits are coordinated properly, MPIHP will verify the accuracy of information by conducting audits, contacting me, my spouse's employer, and/or insurance plan.**
**It is fraudulent to knowingly fill out this form with any information that is false.**

| | | |
|---|---|---|
| Employee (Spouse) Signature [required] | Date [required] | (Area Code) Phone Number |
| Participant Signature [required] | Date [required] | (Area Code) Phone Number |

**IF ANY INFORMATION ON THIS FORM CHANGES, A NEW FORM MUST BE SUBMITTED WITHIN 30 DAYS**

*Questions, call:  818 or 310.769.0007 Ext 263 / Outside So. Calif: 1 888.369.2007 Ext 263,*
*or E-mail: eligibility@mpiphp.org*

**MPI Health Plan—Eligibility Department**
*Mailing Address:*  P.O. Box 1999, Studio City, CA 91614-0999
*FAX:* 818.766.1229

Exhibit 1 - Page 176
7-06

**FORM 3**

### MOTION PICTURE INDUSTRY
PENSION & HEALTH PLANS
HEALTH PLAN

**UNEMPLOYED / SELF-EMPLOYED / FREELANCE SPOUSE DECLARATION UNDER PENALTY OF PERJURY**

I, _____ , in order to induce the Motion Picture Industry
Participant Name (please print)

Health Plan ("MPIHP") to provide benefits to my spouse, I declare as follows:

   1.  My spouse  _____ , is my lawfully wedded
                              Spouse Name (please print)

       spouse, or Same-Sex domestic partner, and s/he is **NOT CURRENTLY EMPLOYED,**
                                         and/or

   2.  My spouse, or Same-Sex domestic partner, does not have available to him/her any
      employer-sponsored group health insurance.

I declare under penalty of perjury under the laws of the State of California that the foregoing statements are true and correct and that I have executed this Declaration on the _____ day

of _____ , 201___ , in _____
                                       City, State

Participant Signature: _____

Participant Social Security Number: _____

The MPIHP will rely upon the information contained in this Declaration in making its determination regarding your spouse's eligibility to receive benefits from MPIHP.

It is your responsibility to advise MPIHP immediately if your spouse becomes eligible to participate in an employer-sponsored group health plan after the date you submit this Declaration.  At that time, your spouse must enroll in that group health plan and MPIHP will become the secondary payor of benefits.

**IF THERE IS A CHANGE OR MISSTATEMENT**   It is critical that you promptly and accurately communicate any change in your spouse's employment status to the MPIHP.  If MPIHP provides benefits to which your spouse is not entitled, you will be personally liable for reimbursement to MPIHP of benefits and expenses, including attorneys' fees and costs, incurred by MPIHP.  In addition, the amount of any overpayment may be deducted from the benefits to which you would otherwise be entitled.

**IF ANY INFORMATION ON THIS FORM CHANGES,
A NEW FORM MUST BE SUBMITTED WITHIN 30 DAYS**

Questions, call:  818 or 310.769.0007 Ext 263 / Outside So. Calif: 1.888.369.2007 Ext 263,
or E-mail: eligibility@mpiphp.org

**MPI Health Plan—Eligibility Department**
*Mailing Address:* P.O. Box 1999, Studio City, CA 91614-0999
*FAX:* 818.766.1229

Exhibit 1 - 10   Page 177

**MOTION PICTURE INDUSTRY**
PENSION & HEALTH PLANS
HEALTH PLAN

## SPOUSE COORDINATION OF BENEFITS
GROUP HEALTH INSURANCE ENROLLMENT
CONFIRMATION

**FORM 4**

### SPOUSE'S EMPLOYER INFORMATION
[please print clearly]

| Employer Name: | Contact: | MEDCO HEALTH SOLUTIONS OF NETPARK, L.L.C.<br>PO BOX 30493<br>TAMPA FL 33630-3493 |
|---|---|---|

Address: | Email:

City: | State: | ZIP: | Phone:

☐ **YES, enrolled.**

Please provide insurance information.

☐ **NO, did not enroll.**
The Plan will send you new forms for completion.

**Reason you did not enroll:**
☐ No longer employed
☐ No longer eligible for employer insurance
☐ New employer
☐ Other:

### INSURANCE INFORMATION
[please print clearly]

Group Health Plan Name:     P

Address:     I

City: | State: | ZIP: | Phone:

Medical/Hospital effective date: | Group Number | Policy Number | Cancellation date (if applicable)

Prescription Coverage effective date:

If a spouse or same-sex domestic partner ("DP") enrolls in his/her employer's health insurance, and child dependents can be enrolled, you MUST ENROLL the child(ren) <u>unless</u> there is a premium for the children, or the spouse or DP's birth date is later in the year than the Participant's birth date.  Children enrolled: ☐ No ☐ Yes

| Children covered under this policy | Birth Date | Policy Number | Effective Date | Termination Date |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### I HEREBY CERTIFY THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT,
and I understand that, to ensure that benefits are coordinated properly, MPIHP will verify the accuracy of information by conducting audits, contacting me, my spouse's employer, and/or insurance plan.
It is fraudulent to knowingly fill out this form with any information that is false.

| Participant's Signature [required – please print] | Social Security Number | Date [required] | (Area Code) Ph. No. |
|---|---|---|---|

| Spouse's Signature [required – please print] | Social Security Number | Date [required] | (Area Code) Ph. No. |
|---|---|---|---|

**INCOMPLETE FORMS AND/OR FORMS MISSING PARTICIPANT'S AND SPOUSE'S SIGNATURES WILL BE RETURNED IF ANY INFORMATION ON THIS FORM CHANGES, A NEW FORM MUST BE SUBMITTED WITHIN 30 DAYS**

**Questions call:  818 or 310.769.0007 Ext 263 / Outside So. Calif: 1.888.369.2007 Ext 263,
or E-mail: eligibility@mpiphp.org**

**MPI Health Plan—Eligibility Department**
*Mailing Address:*  P.O. Box 1999, Studio City, CA 91614-0999
*FAX:* 818.766.1229

Exhibit 1 - Page 178
8-09



MOTION
PICTURE
INDUSTRY
PENSION & HEALTH PLANS

# *Supplement*
## *to the*
# *July 2007*
# *Active and Retiree*
# *Health Plans*
# *Summary Plan Descriptions*

**MERGER PARTICIPANTS PLEASE TAKE NOTE:**
As a result of unique agreements associated with mergers of various locals throughout the years, not all the benefit changes reflected in this Supplement apply to all Participants. If you are a merger Participant who is in transition, please refer to your *Summary Plan Description, with Appendix in the back,* for more information, or call the West Coast Plan Office at 818.769.0007,  Ext. 244.
Outside So. California: 888.369.2007, Ext. 244.

This Supplement contains important information about your rights under the Motion Picture Industry Pension and Health Plans and under ERISA.

Please keep it with your Summary Plan Description for future reference.

*Excerpts Are in Reverse Chronological Order
(Most recent changes are listed first.)*

*Revised 3/10*

Exhibit 1 - Page 179

# 2010 Health Plan Benefits Update
*(Announced in January 2010 Plan Update.)*

## Artificial *Cervical* Intervertebral Disc Coverage Added (One Level Only)
### Preauthorization Strongly Recommended
*Effective: January 1, 2010*

This new benefit covers synthetic replacements for intervertebral discs, for a single disc only at one level in the *cervical* region of the spine, when specific medical necessity criteria are met. This is *not* a covered benefit if it is performed in conjunction with a fusion at another level. Artificial discs in the *lumbar* region of the spine are *not* covered. Preauthorization is strongly recommended to ensure medical necessity criteria are met and coverage applies.

## Pneumovax Vaccination Coverage Expanded
*Effective: January 1, 2010*

Based on recommendations of the Centers for Disease Control (CDC), Participants with asthma, smokers, and Active Participants age 65 and over are now covered for Pneumovax vaccine injections. This vaccine helps protect against serious infection due to certain bacteria (Streptococcus Pneumoniae) and is important for preventing infection in individuals at risk. Participants who suffer from chronic diseases continue to be covered for these injections. Medicare Part B covers Retirees for the vaccination.

## Mohs Skin Cancer Surgery Coverage Expanded
### Preauthorization Strongly Recommended
*Effective: January 1, 2010*

Coverage for Mohs Micrographic Surgery for some types of skin cancer has been extended to include surgery on the scalp. This procedure, used primarily by dermatologists, has previously been covered for treatment on other areas of the body. See your *Health Plan Summary Plan Description* for further details. Preauthorization is strongly recommended to ensure medical necessity criteria are met and coverage applies.

## Physical Examination Benefit Coverage Change
*Effective: February 1, 2010*

Because Health Net, Kaiser and Oxford offer coverage for annual physical examinations through their own networks of physicians, physical exams provided at the Motion Picture & Television Fund (MPTF) health centers are *no longer covered* for Active and Retired Participants and their eligible dependents enrolled in any of these plans. Comprehensive physical examinations at MPTF health centers are still a covered benefit for Participants enrolled in MPIHP/Blue Shield. In fact, MPTF exams are the only annual physicals covered for those MPIHP/Blue Shield-covered Participants who live in Los Angeles County.

## Reminder: Dental Implants are *Not* a Covered Benefit

Dental implants are specifically *excluded* under the Plan of Benefits. They are *not a covered benefit* under either the dental plan or the medical plan. Limited exceptions may be made, but *only* in cases of trauma, ablative surgery or radiation treatment for cancer, and some congenital syndromes. Preauthorization is strongly recommended to ensure medical necessity criteria are met and coverage applies.

## Online Access
*(Announced in Winter 2009 For Your Benefit.)*

# 1 − 2 − 3 − 4 EASY STEPS TO SECURE, ONE-STOP 24/7 ONLINE ACCESS

*Need an MPIPHP form? Want to look up the details on a recent Explanation of Benefits (EOBs) form or check a list of processed claims from as many as eight years ago? Need to check whether a particular provider is part of the network, review your eligibility history, request a replacement health benefit card, or confirm your medical/dental enrollment?*

Whether it's the middle of the night, on a weekend or during regular business hours, Participants have access to all this and more online at www.mpiphp.org. And there's no waiting. Web site access is now faster, the registration process is easier and services have been expanded to help you, the Participant, accomplish more of what you need online.

### Safe, Secure Access with Easy Login
Some information is available without logging in, but your personal medical information is safe and secure and accessible only to you by using your Social Security number as your online ID, along with a unique



password of your choosing. All you need to do is follow the easy registration process the first time you use the system. Select the Sign-up button and follow the guide.

Every time after your initial registration, logging in is quick, easy and secure. When you have successfully logged in, the Welcome screen will appear, greeting you by name and offering you confidential access to your information.

Eligible Health Plan dependents age 18 and over have online access to their own health information as well, by registering using their own Social Security numbers. Laws protecting individual privacy for those age 18 and older require that even

parents must have written permission from their adult children to have access to their protected health information. Participants and their spouses are able to view any information pertaining to their dependent children under the age of 18. Participants, however, are the only ones who may request additional benefit cards.

### Communicate with the Plans
The MPIPHP Web site is also an avenue for *two-way* communication. Send an e-mail to an MPIPHP department, offer feedback about the site or link to necessary resources, including the health plan providers and other health benefit sites. It's all there when you need it, 24/7. Log on to see how easy it is.

## Getting the Most From Your MPIHP Benefits
*(Announced in Fall 2009 For Your Benefit.)*

# GETTING THE MOST FROM YOUR MPIHP BENEFITS

### Choose Your Health Coverage Wisely

As a Plan Participant, you have choices when it comes to your health benefits. Services covered and out-of-pocket costs vary depending on the plan you select, so it's important for you to give serious and calculated consideration to all your options.

#### Your Health Plan Options

• Southern California/West Coast residents:
  – The MPIHP/Blue Shield plan, which includes the six MPTF Health Centers
  – Health Net and Kaiser, health maintenance organizations (HMOs)

• East Coast residents:
  – The MPIHP/Blue Shield plan
  – The Oxford point of service (POS) plan

#### Reviewing Your Options

The choice of a health plan is a very personal decision, based on your unique health care needs as well as those of your dependents, your individual preferences, and your financial situation.

The MPI Health Plan Directors make no recommendation regarding these health plan options, but make them available to give Participants choices to more closely align with their individual needs. Open enrollment for Health Net, Kaiser and Oxford is held each year during the month of July, but Participants may choose to enroll in the MPIHP/Blue Shield plan at any time throughout the year.

To review the details of these various health plans, reference the 2007 Active and Retiree Health Summary Plan

Descriptions in combination with information contained in the Summer 2009 *Plan Update* that explains recent benefit changes. They are all available on the Plans' Website at www.mpiphp.org.

### Stay Within Your Network To Save

Your provider decisions can make a significant difference to you when it comes to how much you will pay out of your own pocket. With the HMO options, you must stay within their network of providers to maintain your coverage. With the MPIHP/Blue Shield and Oxford plans, you have a choice, but your costs will be

substantially lower if you choose to use contracted network providers.

The same is true for use of your behavioral health, chiropractic, dental, vision and prescription drug benefits. Stay within the networks to keep your out-of-pocket expenses low. If you go outside the networks, you will shoulder more of the financial responsibility, and in some cases, all of it.

Always be safe. Check with your plan to ensure your provider is in their network and that the services you're requesting are covered. (See network provider references below.)

### Network Information Resources

**Health Plan Networks**
| | | |
|---|---|---|
| Blue Shield of California | www.blueshieldca.com | 888.568.3560 |
| Health Net | www.healthnet.com | 800.522.0088 |
| Kaiser Permanente | www.kaiserpermanente.com | 800.464.4000 |
| MPTF Health Centers | www.mptvfund.org | 800.876.8320 |
| Oxford Health Plans | www.oxfordhealth.com | 800.444.6222 |

**Chiropractic Network**
| | | |
|---|---|---|
| American Specialty Health *(ASH Network)* | www.ashcompanies.com | 800.678.9133 |

**Dental Plan Options**
| | | |
|---|---|---|
| Delta Dental PPO | www.deltadentalca.org | 888.335.8227 |
| DeltaCare USA | www.deltadentalca.org | 800.422.4234 |

| | | |
|---|---|---|
| **Medco Prescription Drug Network** | www.medco.com | 800.987.5247 |
| **OptumHealth Behavioral Solutions** *(formerly PacifiCare Behavioral Health)* | www.PBHI.com | 888.661.9141 |
| **Vision Service Plan (VSP)** | www.vsp.com | 800.877.7195 |

## Your Prescription Coverage, and Quick Response Call-back
*(Announced in Fall 2009 For Your Benefit.)*

# BENEFITS COVERAGE THAT BEARS REMEMBERING

### Medco By Mail is Required for Maintenance Medications

Participants who take medication(s) to stabilize an illness or symptoms of illness on a regular basis must use Medco By Mail in order to qualify for prescription drug coverage. Effective August 1, 2009, each maintenance medication can be filled and covered at a retail pharmacy only twice. **Thereafter, it must be refilled through Medco By Mail or the Participant will be responsible for 100 percent of the cost of the medication.**

To get started using Medco's mail order service, go to www.mpiphp.org/forms/claims/claims.asp and click on "Medco By Mail Order Form." Complete the forms and submit them to Medco as described, attaching your *original* prescription. If you'd like to have the forms mailed to you, call extension 251 at the West Coast Plan Office.

### Contact Medco Directly

For more information, visit Medco online at **www.medco.com**. If you're a first-time visitor to the Web site, take a moment to register. Have your member ID number (SSN) and a recent prescription number handy. As a registered member, you can order refills, check the status of your order and use **My Rx Choices®**, an exclusive online tool, to find other cost-saving medication options to discuss with your doctor. You can also call Medco Member Services toll-free at 1.800.987.5247.

### Prescription Benefits Must be Coordinated

The MPI Health Plan launched a prescription drug plan coordination of benefits policy effective August 1, 2009. If a dependent has other prescription drug benefits available to them, the other "non-MPI Health Plan" coverage will be considered their primary plan for coordination purposes. (This does not apply to dual-coverage couples, where each has Medco coverage through the MPI Health Plan.)

For those who do have additional coverage, the other (primary) insurance plan's instructions for purchasing medications must be followed. After that purchase, **YOU** must submit the receipt, along with a completed Medco Prescription Drug Reimbursement form, to Medco at the address on the form.

If the primary prescription plan benefits paid more than Medco would have paid toward that prescription (if Medco had been the primary plan), no additional payment will be made by Medco. (There will be no reimbursement to the Participant or eligible dependent.) If the primary plan paid less than the Medco plan would allow, you may receive a check for the difference, minus the MPIHP co-pay.

# THE HELP YOU NEED IS JUST A PHONE CALL AWAY

### A New, Quick-Response Call-back

Everyone can relate to waiting on hold with no end in sight. At the MPI Health Plan, that is not an issue. The new automated phone system at 818 or 310.769.0007, puts you in a queue, but it tells you your place in line and allows you to hold or request a return call from a live person.

If you don't want to wait, simply key in your telephone number and then leave a short message that includes your name, any phone extension and your Participant ID number (SSN). **The system maintains your place in the queue, so calls are returned in the order they are received.** That means you'll hear back from a Participant Services representative very quickly. **Remember to Press # at the end of your message.**

### The Automated Telephone System May Be All You Need

The MPI Health Plan's automated telephone system offers convenient and easy-to-use information service around the clock.

Simply call the West Coast Plan Office at 818 or 310.769.0007. Press 7 when you hear the welcome message. All you need is the Participant's Social Security Number and the date of birth of the covered eligible. Then you'll have access to a host of information, including:

1. Participant eligibility, hours reported, bank of hours, medical plan, dental plan
2. Dependent eligibility, medical plan, dental plan
3. Phone numbers for the various medical/dental plan offices
4. COBRA information
5. Eligibility Department's voice mail

## Benefit Changes
*(Announced in Summer 2009 Plan Update.)*

# MPIHP/BLUE SHIELD PLAN BENEFIT

### Co-pay Increase

*Co-pay is the pre-determined flat fee a Participant must pay prior to any payment of benefits by the MPI Health Plan. (See the out-of-pocket charts below and on page 3 for details on co-pay and co-insurance changes for Participants.)*

**MPTF Health Center Provider Co-pay**

*(See the MPTF Service Area insert.)*

• Any Participant using an MPTF Health Center will now pay a $5 co-pay for each office visit. This also applies to physical therapy and acupuncture visits and to the annual physical exam benefit.

**Blue Shield Contracting Provider Co-pay**

• Participants who reside *within* the MPTF Service Area: The co-pay will be $30 per visit (an increase of $5, from $25 to $30, per visit) for any appointment with a Blue Shield contracting provider.

• Participants who reside *outside* the MPTF Service Area: The co-pay will remain at $15 per visit for any appointment with a Blue Shield contracting provider.

**Non-contracting Provider Co-pay**

• Participants who reside *within* the MPTF Service Area: The co-pay will be $30 per visit (an increase of $5, from $25 to $30). In addition, the co-insurance will be significantly higher (*see "Co-insurance Requirements"*).

• Participants who reside *outside* the MPTF Service Area: The co-pay will remain at $15 per visit. However, the co-insurance will be significantly higher *(see "Co-insurance Requirements")*.

**Hospital Admission Co-pay**

A $100 co-pay will apply for inpatient admission to a hospital. This co-pay does not apply to outpatient surgeries.

**Emergency Room Co-pay**

A $100 co-pay (an increase of $50, from $50 to $100) will apply for a hospital emergency room visit. This co-payment will be waived if the individual is admitted to the hospital directly from the emergency room, but then the $100 co-pay for inpatient hospital admission will apply. (Patient will still be responsible for the 10% of allowable.)

### Co-insurance Requirements

*Co-insurance is the Participant's share of the total cost of services, after their own co-pay and the MPI Health Plan benefits have been paid. (See chart below for co-pay and co-insurance changes.)*

**Professional Co-insurance**

• In-network (MPTF and The Industry Health Network providers): There will be no increase for Participants. Coverage will remain the same. Participants will not pay any co-insurance amount for covered services.

• In-network (Blue Shield-contracted providers): There will be no increase for Participants. The percentage MPIHP pays will remain the same at 90% of the Blue Shield allowable.

• Out-of-network (not an MPTF or Blue Shield-contracted provider): Participant out-of-pocket costs will increase. MPIHP will pay 50% of the allowable amount (a decrease from 70% of the allowable amount), and the Participant will pay the remaining balance. In addition, the method for calculating the "allowable amount" will change from the 85th percentile of the "usual and customary" allowable to the 70th percentile of the "usual and customary" allowable.

| Office Visit Out-of-pocket Expense for all MPIHP/Blue Shield Participants | | |
|---|---|---|
| **Provider Choices** | **Participant Cost Before August 1, 2009** | **Participant Cost On and After August 1, 2009** |
| **Participants Residing INSIDE the MPTF Service Area\*** | | |
| **MPTF/TIHN-Referred Network Providers** | No co-pay. No co-insurance. | $5 co-pay. No co-insurance. |
| **Blue Shield Preferred Provider**, but *not* an MPTF/TIHN-referred Network Provider | $25 co-pay + 10% of contracted amount after MPIHP pays 90% | $30 co-pay + 10% of contracted amount after MPIHP pays 90% |
| **Out-of-network Provider**, not part of either MPTF or Blue Shield contracted provider list | $25 co-pay + balance after MPIHP pays 70% of the 85th percentile of the allowable amount | $30 co-pay + balance after MPIHP pays 50% of the 70th percentile of the allowable amount |
| **Participants Residing OUTSIDE the MPTF Service Area\*** | | |
| **MPTF/TIHN-Referred Network Provider** | No co-pay. No co-insurance. | $5 co-pay. No co-insurance. |
| **Blue Shield Preferred Provider**, but *not* an MPTF/TIHN-referred Network Provider | $15 co-pay + 10% of contracted amount after MPIHP pays 90% | $15 co-pay + 10% of contracted amount after MPIHP pays 90% |
| **Out-of-network Provider**, not part of either MPTF or Blue Shield contracted provider list | $15 co-pay + balance after MPIHP pays 70% of the 85th percentile of the allowable amount | $15 co-pay + balance after MPIHP pays 50% of the 70th percentile of the allowable amount |

\*  *See insert for MPTF Service Area Map for a listing of the 107 ZIP code boundaries.*

## Benefit Changes, cont'd.   *(Announced in Summer 2009 Plan Update.)*

| Hospital Out-of-pocket for All MPIHP/Blue Shield Participants *Out-of-pocket costs for all Participants, regardless of their location in relation to the MPTF Service Area.* | | |
| --- | --- | --- |
| **Provider Choices Hospitals** | **Participant Cost Before August 1, 2009** | **Participant Cost On and After August 1, 2009** |
| **Blue Shield Network Hospitals*** *(Excluding outpatient surgeries and including at least one overnight stay.)* | NONE | $100 for inpatient overnight hospital admission + balance of contracted charges after MPIHP pays 90% of the contracted rate |
| **Out-of-network Hospital** *(Not a Blue Shield Preferred Provider. Excluding outpatient surgeries and including at least one overnight stay.)* | Balance after MPIHP pays 70% of allowable amount | $100 for inpatient overnight hospital admission + balance after MPIHP pays 50% of the allowable amount |
| **Hospital Emergency Room Services:** No network requirement | *$50 co-pay, waived if ultimately admitted* | $100 co-pay + 10% of allowable ($100 co-pay, waived if ultimately admitted) |

\*  In-network means either MPTF or Blue Shield providers.

### Hospital Co-insurance

- In-network (outpatient surgeries at MPTF or Blue Shield-contracted hospitals or surgery centers): Participants will pay a new co-insurance. MPIHP will pay 90% of contracted charges, and the Participant's share will be 10%.

- Out-of-network (not an MPTF or Blue Shield-contracted provider): Participant out-of-pocket will increase. MPIHP will reimburse 50% of the allowable amount (a decrease from the current 70%), and the Participant will pay the remaining balance, up to the billed amount.

| Out-of-pocket Limits, Excluding Co-pays *Out-of-pocket costs for all MPIHP/Blue Shield Participants, regardless of their location in relation to the MPTF Service Area. Represents the maximum annual financial exposure for an individual, excluding co-pays.* | | |
| --- | --- | --- |
| **Provider Choices** | **Participant Cost Before August 1, 2009** | **Participant Cost On and After August 1, 2009** |
| **In-network: Hospitals *and* Professionals** *(MPTF or Blue Shield providers)* | $800 | $1,000 |
| **Out-of-network: Professionals** | $1,100 | No limit |
| **Out-of-network: Hospitals** | No limit | No limit |

\*  In-network means either MPTF or Blue Shield providers.

### Annual Out-of-Pocket Limits, Excluding Co-pays

The maximum annual financial exposure for an individual, excluding co-pays. *(See annual Stop Loss information in your Summary Plan Description for further information.)*

- In-network: Patients will pay no more than $1,000 in in-network expenses for hospital and professional charges combined. (Applicable co-pays will still be taken.) The current limit is $800.

- Out-of-network: There will be *no limit* on out-of-pocket costs for a patient to use out-of-network physicians or hospitals. (Currently there is a $1,100 limit on out-of-network professional charges, and no limit on out-of-network hospital charges.)

## ACTIVE HEALTH BENEFIT ELIGIBILITY

**Eligibility Change in 2011:** There will be *no* change in eligibility requirements for health benefits until August 1, 2011, when there will be a modest increase in the number of work hours required to *maintain* health eligibility.

- Currently, the requirement for initial health eligibility* is 600 hours, and that will not change. Thereafter, 300 hours are required every 6 months to *maintain* your health eligibility.

- Starting August 1, 2011, 400 work hours will be needed every six months to *maintain* your health eligibility following initial eligibility.

---

\*  Initial Health Benefits Eligibility is when you have never been eligible before, or have not been eligible for benefits in any of the five (or more) prior consecutive Eligibility Periods.

**Benefit Changes, cont'd.** *(Announced in Summer 2009 Plan Update.)*

# HEALTH NET, KAISER AND OXFORD PARTICIPANTS

| Health Net, Kaiser and Oxford: Out-of-pocket Costs<br>*Changes to Participant out-of-pocket costs, including co-pay,<br>co-insurance and out-of-pocket limits.* | | |
|---|---|---|
| | **Participant Cost<br>Before August 1, 2009** | **Participant Cost<br>On and After August 1, 2009** |
| **Co-pays:**<br>For Health Net,<br>Kaiser, and Oxford's<br>In-network Providers | $0 or $5 | $15 |
| **Chiropractic Co-pay:**<br>For Health Net and<br>Kaiser, through the<br>ASH Network | $10 | $15 |
| **Out-of-pocket limits:**<br>For Oxford's Out-of-<br>network Providers<br>*(excluding co-pays)* | $1,500 per individual/<br>$3,000 per family<br>maximum, including<br>deductible, plus the<br>remaining balance, up<br>to the billed amount | $8,000 per individual/<br>$16,000 per family<br>maximum, including<br>deductible, plus the<br>remaining balance, up<br>to the billed amount |
| **Co-insurance:**<br>For Oxford's<br>Out-of-network<br>Providers<br>*(excluding co-pays)* | **Hospital:** 20% co-insurance,<br>after deductible<br><br>**Professionals:** 20% of the<br>90th percentile of allowable,<br>after deductible, plus the<br>remaining balance, up to<br>the billed amount | **Hospital:** 30% co-insurance,<br>after deductible<br><br>**Professionals:** 30% of the<br>70th percentile of allowable,<br>after deductible, plus the<br>remaining balance, up to<br>the billed amount |

## Out-of-pocket Costs

- **Health Net, Kaiser and Oxford's In-network Co-pay Increase:** All co-pays will increase to $15 for each office visit. Participants currently pay either nothing or $5.

- **Health Net and Kaiser Chiropractic Co-pay through the ASH Network:** Co-pays will increase to $15 for each office visit. Participants currently pay $10.

- **Oxford's Out-of-network Provider Out-of-pocket limits:** The maximum annual financial exposure for an *individual* using Oxford out-of-network providers is $8,000 plus the remaining balance, up to the billed amount, including the deductible and excluding co-pays. For a family, the limit is $16,000.

- **Oxford's Out-of-network Co-insurance:** Participants will pay 30% co-insurance, after the deductible, for *hospital care.* They will pay 30% of the 70th percentile of allowable, after deductible, plus the remaining balance, up to the billed amount, for *professional services.*

# MEDCO PRESCRIPTION DRUG PLAN CHANGES

Changes in prescription drug benefit coverage that will result in increased out-of-pocket expense will be effective August 1, 2009, for all Participants who have the prescription drug benefit (*See the Prescription Drug charts on page 5*). The MPI Health Plan continues to offer a no-premium, low co-pay prescription drug benefit through the expansive nationwide Medco network of participating pharmacies. (*See the Medco Prescription Drug Changes charts on the next page.*)

## Out-of-pocket Co-pay Increase
*The prescription drug co-pay is the pre-determined flat fee a Participant must pay prior to any payment of benefits by the MPI Health Plan.*

- **Higher co-pays:** Increased co-pays will apply for prescription medications for all Participants who have the Medco prescription drug benefit.

- **Brand Name Prescriptions:**
  - Full cost difference: If you purchase a brand-name drug when a generic is available, you will pay your *generic* drug co-payment *plus the difference* in cost between the brand name and generic drug.
  - No exceptions: This additional cost will apply *even if* your doctor has indicated "dispense as written" on the prescription.

- **Maintenance Medications:** These are medications taken on a long-term basis to treat chronic health issues such as high blood pressure, high cholesterol and other problems.
  - Higher cost for retail purchase: There will be a significantly higher out-of-pocket Participant cost for ongoing purchase of maintenance (long-term use) medications at a participating retail pharmacy.
  - Limit of two retail purchases: Active and Retired Participants will be allowed to fill a maintenance prescription only twice at a retail pharmacy. Thereafter, coverage will require use of the "Medco By Mail" service for fills. For continued retail purchases beyond the allotted two, the Participant will pay 100% of the cost of the medication.

**Benefit Changes, cont'd.**  *(Announced in Summer 2009 Plan Update.)*

- Using Medco's mail order service: Go to the Plans' website at www.mpiphp.org/forms/claims/claims.asp and click on "prescription" to download the mail order forms. To have the forms mailed to you, call extension 251 at the West Coast Plan Office. Medco is available online at www.medco.com, or call their Member Services toll-free at 800.987.5247.

- **Medication Coverage Limitations:**

  - Proton Pump Inhibitors: Prescription medications such as Nexium and Prevacid, commonly used for the treatment of heartburn/acid reflux, will no longer be a covered benefit, as over-the-counter options are available.

- Non-sedating Antihistamines: Prescription medications such as Clarinex and Allegra, used for the treatment of allergies and other sinus-related health issues, will no longer be a covered benefit, as over-the-counter options are available.

  *Please Note:* As always, there is an appeal mechanism available for situations where the Participant's doctor feels there are valid clinical reasons the over-the-counter option is not sufficient.

## Out-of-pocket Participant Costs for Prescription Purchases

| ACTIVE Participants: Prescription Drug Co-Pays | | |
|---|---|---|
| **Prescription Choices** | **Co-pay Before August 1, 2009** | **Co-pay On and After August 1, 2009** |
| *Retail: Up to a 30-Day Supply\** | | |
| Generic | $10 | $10 |
| Preferred brand | $20 | $25 |
| Brand name | $30 | $40 |
| *Mail Order: Up to a 90-Day Supply* | | |
| Generic | $20 | $25 |
| Preferred brand | $40 | $65 |
| Brand name | $60 | $100 |

| RETIRED Participants: Prescription Drug Co-Pays | | |
|---|---|---|
| **Prescription Choices** | **Co-pay Before August 1, 2009** | **Co-pay On and After August 1, 2009** |
| *Retail: Up to a 30-Day Supply\** | | |
| Generic | $5 | $5 |
| Preferred brand | $15 | $20 |
| Brand name | $25 | $30 |
| *Mail Order: Up to a 90-Day Supply* | | |
| Generic | $10 | $12 |
| Preferred brand | $30 | $50 |
| Brand name | $36 | $75 |

\* After August 1, 2009, all Active and Retired Participants who have the Medco prescription benefit will be able to fill a maintenance medication prescription twice at a retail pharmacy, but will thereafter be required to use the "Medco By Mail" mail order service for continued fills. On the third retail purchase, the pharmacy will charge the patient 100% of the cost for the medication.

## COORDINATION OF BENEFITS CHANGES

Starting August 1, 2009, MPIHP will use a different method to calculate the coordination of benefits between the MPI Health Plan and other Participant coverage. The new method will be used for both medical and prescription drug coverage.

### MPIHP/Blue Shield Coordination of Benefits

Prior to August 1, 2009, your other health insurance calculates its payment, then MPIHP calculates its payment and applies it to the remaining balance. Most of the time, the remaining balance would be paid in full.

After August 1, 2009, your other health insurance will calculate its payment, then MPIHP will calculate its normal benefit payable. If your other health insurance already paid more than the MPIHP would have paid had MPIHP been primary, no additional payment will be paid toward that bill. *Please Note:* This new method of coordinating payments may result in out-of-pocket expense for the patient.

Couples with dual coverage under MPIHP (both are eligible, covered Participants) will not be impacted by this change, nor will Participants enrolled in Health Net, Kaiser or Oxford.

### Prescription Drug Coordination of Benefits

Prescription drug plan coordination of benefits rules will apply on and after August 1, 2009. These rules will utilize the same process as the medical benefits coordination process, described above.

In addition, Medco will coordinate drug claims with Medicare Part B, where applicable. Although the major benefit under Medicare Part B is payment for physicians' services, there are some limited medications/treatments that are covered and will be coordinated through MPIHP's prescription drug plan.

**Benefit Changes, cont'd.** *(Announced in Summer 2009 Plan Update.)*

## PENSION AND INDIVIDUAL ACCOUNT PLANS BENEFIT CHANGES

### Effective August 1, 2009

- **Pension Benefit:** The Active Pension benefit rates will remain the same.
- **Pension Increase** – **for Current Retirees and Survivors:**
  - 13th and 14th Checks: Any Participants who retired on or before August 1, 2009, will be entitled to this additional payment on or about November 1 of 2009, 2010 and 2011. (*The "13th and 14th checks" are an amount, equivalent to two monthly pension checks, that is paid in addition to the regular monthly pension benefit received by a Retiree or surviving spouse.*)
  - Exclusions: This increase does not apply to anyone who retires after August 1, 2009.
- **Individual Account Plan (IAP):** The current IAP percentage contribution will continue to apply.

**Benefit Changes, cont'd.** *(Announced in Summer 2009 Plan Update.)*

# MOTION PICTURE & TELEVISION FUND
# SERVICE AREA



The 119 ZIP codes included in the blue colored MPTF Service Area were selected based on convenience of drive times between the closest MPTF health centers and homes of Participants and their Eligible Dependents. Of course, the health centers are open to all Participants regardless of their inclusion in the Service Area.

MPTF Health Centers: Affordable, quality health care for MPIHP Participants and their eligible dependents

Service Area indicated in blue. ZIP code listing on back of page.

**Benefit Changes, cont'd.** *(Announced in Summer 2009 Plan Update.)*

# MPTF Health Center Locations

**Bob Hope Health Center**          323.634.3850
335 North LaBrea Avenue
Los Angeles, CA  90036
Weekdays: 8:30 a.m. - 5 p.m.

**Glendale Health Center**          818.876.4790
800 S. Central Avenue, Suite 305
Glendale, CA 91204
Weekdays: 8:30 a.m. - 5:00 p.m.

**Jack H. Skirball Health Center**   818.876.1050
23388 Mulholland Drive
Woodland Hills, CA 91364
Weekdays: 8 a.m. - 9 p.m.
Saturdays, Sundays and Holidays: 9 a.m. - 4 p.m.

**North Valley Health Center**       818.876.4770
*Located on the campus of Providence Holy Cross Hospital*
11550 Indian Hills Road, Suite 200
Mission Hills, CA  91345
Weekdays: 8:30 a.m. - 5 p.m.

**Santa Clarita Health Center**      661.284.3100
25751 McBean Parkway, Suite 210
Valencia, CA  91355
Weekdays: 8:30 a.m. - 5 p.m.
Saturdays: 8:30 a.m. - 2 p.m.

**Toluca Lake Health Center**        818.556.2700
4323 Riverside Drive
Burbank, CA 91505
Weekdays: 7 a.m. - 6 p.m.
Saturdays: 8 a.m. - 4 p.m.

**Westside Health Center**           310.996.9355
1950 Sawtelle Boulevard, Suite 130
Los Angeles, CA  90025
Weekdays: 8 a.m. - 6 p.m.
Saturdays: 9 a.m. - 1 p.m.

## Service Area ZIP Codes

The MPTF Service Area is based on Participant residence within a defined set of 119 ZIP codes located in the Los Angeles area. The ZIP codes were identified based on a comprehensive evaluation of realistic drive times, not of actual distance, to the closest MPTF health center. MPIHP/Blue Shield Participants and their eligible dependents, whether living in the Service Area or not, may choose to use any of the seven health centers.

| | | | | | | |
|---|---|---|---|---|---|---|
| 90004 | 90035 | 90095 | 91101 | 91304 | 91351 | 91411 |
| 90005 | 90036 | 90210 | 91103 | 91306 | 91352 | 91423 |
| 90006 | 90038 | 90211 | 91104 | 91307 | 91354 | 91436 |
| 90007 | 90039 | 90212 | 91105 | 91311 | 91355 | 91501 |
| 90008 | 90041 | 90232 | 91106 | 91316 | 91356 | 91502 |
| 90010 | 90042 | 90290 | 91201 | 91321 | 91364 | 91504 |
| 90016 | 90046 | 90401 | 91202 | 91324 | 91367 | 91505 |
| 90018 | 90048 | 90402 | 91203 | 91325 | 91377 | 91506 |
| 90019 | 90049 | 90403 | 91204 | 91326 | 91381 | 91522 |
| 90020 | 90057 | 90404 | 91205 | 91331 | 91384 | 91601 |
| 90024 | 90064 | 90405 | 91206 | 91335 | 91387 | 91602 |
| 90025 | 90065 | 91001 | 91207 | 91340 | 91390 | 91604 |
| 90026 | 90066 | 91011 | 91208 | 91342 | 91401 | 91605 |
| 90027 | 90067 | 91020 | 91214 | 91343 | 91402 | 91606 |
| 90028 | 90068 | 91030 | 91301 | 91344 | 91403 | 91607 |
| 90029 | 90069 | 91040 | 91302 | 91345 | 91405 | 91608 |
| 90034 | 90077 | 91042 | 91303 | 91350 | 91406 | 93063 |

**California Plan Office (Main Office)**
11365 Ventura Blvd., P.O. Box 1999
Studio City, CA  91614-0999
Main Phone:                          818 or 310.769.0007
Toll Free Outside So. California:    888.369.2007
Main Fax:                            818.508.4714
Web Site:                            www.mpiphp.org



© 2010 MPIPHP

Supplement to July 2007 Health Active and Retiree SPDs
Rev. 3/10

Exhibit 1 - Page 190

## New Name. Same Quality Service.
*(Announced in Fall 2008 For Your Benefit.)*



PacifiCare Behavioral Health, which provides comprehensive behavioral health services for MPI Health Plan Participants, will be changing its brand name to OptumHealth Behavioral Solutions between late 2008 and early 2009.

Although the name will change, the organization's dedication to optimizing their patients' well-being remains the same, according to PacifiCare. Their focus is on assuring access to high quality, responsive and cost-effective care.

There will be a transition period during which Participants may read and hear references to both OptumHealth and PBH. However, neither the transition period nor the name change will negatively affect Participant interactions with the behavioral health services they provide.

Your phone access number will remain the same at 888.661.9141, with staff available to assist you 24 hours a day, seven days a week.

## Clarification of Genetic Testing Coverage
*(Announced in Fall 2008 For Your Benefit.)*

### Clarification of Genetic Testing Coverage

The Benefits/Appeals Committee of the MPI Health Plan Board of Directors has clarified the Plan policy with respect to "Genetic Testing." Genetic testing is a covered benefit in limited cases as follows:

1. Prenatal testing ordered by an obstetrician for evaluating for carrier states.
2. Newborn testing as directed by the State.
3. Testing for congenital abnormalities in utero (by amniocentesis or chorionic villus sampling).
4. BRCA 1 and BRCA 2 testing for evaluating risk of development of breast or ovarian cancer if there has been genetic counseling and the tests are recommended by a Physician Medical Geneticist.
5. Hereditary Non-Polyposis Colorectal Cancer (HNPCC) and Familial Adenomatous Polyposis (FAP) testing for evaluating risk of development of colon cancer if there has been genetic counseling and the test is recommended by a Physician Medical Geneticist.

All other genetic tests are specifically excluded unless the Benefits/Appeals Committee determines, based on the advice of a Physician Medical Geneticist and the Plan's Medical Director, that there is a high likelihood that the results of the genetic test will materially affect the patient's treatment.

## New Health Plan Benefit ID Cards Coming Out in June
*(Announced in Spring 2008 For Your Benefit.)*

### ID Numbers and Benefit Cards for MPIHP/Blue Shield Plan Will Change Effective July 1, 2008.



Participants with health care coverage through the MPIHP/Blue Shield Plan option will transition to new identification (ID) numbers effective July 1, 2008. As a result, new benefit cards will be mailed to all affected Participants in June. This change will not affect Participants enrolled in an HMO or the Oxford plan.  The new IDs begin with the letters "AOX," a Blue Shield System designation, followed by the letter "M," indicating MPIHP coverage, and then eight numbers. A sample number might be AOXM12345678 (pictured above).  Each Participant will receive his or her own unique ID number on each of the customary two benefit cards.  These new numbers will be valid only for the Blue Shield health plan coverage. Participants and their eligible dependents will continue to use the Participant's Social Security number as their identification for other health plan services such as dental and pharmacy benefits.

So that Participants do not have to carry more than one benefit card to accommodate the two numbers, the new card has been designed as a bi-fold card. When folded, it is the same size as the current card. One half of the folded card, front and back, includes the new ID number for Blue Shield health plan providers (pictured above). The other half is designed for health plan and ancillary services providers, and for security reasons, the actual Social Security number will not be printed on the card. Like the current cards, the message "Use Participant's SSN" will appear. Participants will be required to give those numbers to providers verbally. (HMO and Oxford plan Participants will see no change to their ID cards.) The reason for the switch from using Social Security numbers for Blue Shield services is to comply with Blue Cross/Blue Shield Association guidelines. This same change will most likely be required by law in the near term regardless. For now, Participants may provide either their Blue Shield ID number or Social Security number when calling the MPI Health Plan offices for assistance. The new MPIHP/Blue Shield Plan ID cards fold in half to the size and shape of a credit card. Each eligible Participant will receive two cards with his or her new ID number. Old cards should be destroyed upon receipt of the new ones.

# Network Choices Can Save You Money
## *(Announced in Fall 2007 For Your Benefit, Page 1)*

Participant choice is an important part of the MPI Health Plan benefit menu, especially when it comes to how much you will pay out of your own pocket. Whether you enroll in a Health Maintenance Organization (HMO), Point of Service Plan (POS) or the MPIHP/Blue Shield Health Plan, you can save substantially on co-pays and other expenses if you choose to use contracted network providers. The same is true for use of your behavioral health, chiropractic, dental, vision and prescription drug benefits. If you go outside the networks, you will shoulder more of the financial responsibility. The Plan makes no recommendations regarding the value of any providers. However, it is important that we provide you with the information you need to make the best and most cost-effective choices for your situation. The full details of your benefits and network savings are available in your 2007 Active and Retiree Health Plan Summary Plan Descriptions, but here are just a few reminders of how you can pay less out-of-pocket.

### Health Plan Network Options

Health Net, Kaiser and Oxford enrollees receive substantially reduced rates by obtaining medical services through your chosen plan. In some cases, there is no coverage for services obtained outside the respective plan. If you are enrolled in the MPIHP/Blue Shield plan, you have free choice of doctors for covered services, with varying degrees of personal expense associated with three provider categories. With no co-pays or out-of-pocket expenses for covered services, use of the Motion Picture& Television Fund (MPTF) health centers is by far your most cost-effective network option. These five centers are all conveniently located in Southern California, easily accessible by Participants and their eligible dependents living in or visiting the area. The same cost-free network advantage extends to referrals made by MPTF physicians to The Industry Health Network (TIHN) specialists for covered services. Significant Participant savings are also available through use of any of the quality providers contracted with the expansive national BlueShield of California and BlueCard® Program (outside of California) network. The most expensive option by far is to use a provider who is not contracted with either the MPTF or Blue Shield/Blue Card networks.

### Other Network Savings

You and your eligible dependents enjoy significant savings on out-of-pocket expenses using network providers for behavioral health, chiropractic, dental, vision and prescription drug benefits. Cost benefits for each are spelled out in the 2007 Health Plan Summary Plan Descriptions.

**Behavioral Health Networks:** MPIHP/BlueShield enrollees have access to the national PacifiCare Behavioral Health network of providers for covered outpatient services, which affords notable savings over choosing an out-of-network provider. Health Net and Kaiser enrollees must use the providers contracted with their chosen plan for mental health and chemical dependency benefits. Oxford enrollees may choose to use in-network or out-of-network physicians.

**Chiropractic Network:** There is no out-of-pocket expense for up to 20 visits per calendar year, regardless of condition or conditions, if you are an MPIHP/Blue Shield enrollee using an American Specialty Health (ASH) network provider for chiropractic care. You may, however, choose to take on added financial responsibility to use an out-of-network provider. If you are an MPIHP Kaiser or Health Net enrollee, you can take advantage of the ASH network benefit for a low per-visit co-payment. If you are an Oxford enrollee, you have access to the Oxford chiropractic network for a low per visit co-payment versus a deductible and co-insurance responsibility out-of-network.

**Dental Networks:** Delta Dental PPO offers you a cost-effective national network as well as an out-of-network option, but DeltaCare USA enrollees must use selected DeltaCare affiliated dentists in California. Vision Services Network:EligibleParticipants and their dependents can take advantage of the Vision Service Plan (VSP) benefit. Their extensive national network of providers is the easiest and most cost-effective option. You are also covered for services from any other licensed optometrist, ophthalmologist or optician of your choice if you pay for the services yourself and submit the invoices to VSP for reimbursement up to the amounts allowed under the Plan's out-of-network schedule.

**Prescription Drug Network:** Medco has established a customized, national network of participating pharmacies to serve all eligible MPIHP Participants and their eligible dependents. The Medco Health Home Delivery, a mail order prescription service, is the most economical option for purchase of maintenance medications for Participants with chronic health conditions.

### Network Information Resources

| | | |
|---|---|---|
| **MPTF Health Centers** | | www.mptvfund.org |
| Customer Service | 800.876.8320 | |
| Bob Hope Health Center | 323.634.3850 | |
| Jack H. Skirball Health Center | 818.876.1050 | |
| Santa Clarita Health Center | 661.284.3100 | |
| Toluca Lake Health Center | 818.556.2700 | |
| Westside Health Center | 310.996.9355 | |
| **PacifiCare Behavioral Health** | 888.661.9141 | www.pbhi.com |
| **Chiropractic Networks** | | |
| American Specialty Health | 800.678.9133 | www.ashcompanies.com |
| (ASH-HMO Network) | | |
| American Specialty Health | 818 or 310.769.0007, Ext. 244 | |
| (ASH-for MPIHP/Blue Shield Network) | | |
| Oxford Health Plans | 800.444.6222 | www.oxfordhealth.com |
| **Dental Plan Options** | | |
| Delta Dental PPO | 888.335.8227 | www.deltadentalca.org |
| DeltaCare USA | 800.422.4234 | www.deltadentalca.org |
| **Vision Service Plan (VSP)** | 800.877.7195 | www.vsp.com |
| **Medco Prescription Drug Network** | 800.987.5247 | www.medcohealth.com |

# DON'T FORGET MEDICARE PART B ENROLLMENT

Participants or their eligible dependents who are age 65 or who become eligible for Medicare before age 65 because of a disability award or other reason, should enroll immediately in Medicare Part B. Enrollment in Medicare Part A is automatic, but you must make sure to enroll in Medicare Part B as well. If you become eligible for Medicare due to a disability and are offered the opportunity to enroll in Part B retroactively, **you should enroll even though there is a retroactive payment due.**

Failure to be enrolled in Part B can result in a substantial out-of-pocket expense on medical claims, and/or termination of your HMO enrollment. This would occur because, for retired Participants, Medicare becomes the

primary payor as soon as you become eligible for Medicare benefits. The Plan will not pay any benefits which Medicare would have paid if you had enrolled.

If benefits previously paid by the Plan would be paid by Medicare retroactively if retroactive coverage were accepted, the Plan will treat the benefits paid by the Plan as overpayments. In the event the Plan makes a benefit overpayment because you have not enrolled in Part B, you are liable for the amount of the overpayment plus interest on the overpayment amount. The policy is spelled out on page 36 of the *2007 MPI Health Plan Retiree Summary Plan Description (SPD)* and on page 48 of the *Active SPD.*

> *Articles from Fall 2007 For Your Benefit, Page 6*

# DIVORCE NOTIFICATION IS REQUIRED

Divorce is a difficult time for all involved, and your first thought is not likely to be notification to your benefit plans. However, **it is very important that a Participant notify both the MPI Health and Pension Plans** and submit a copy of the final decree of divorce to the West Coast Plan Office in a timely manner.

Pension benefits in a divorce are considered community property, and therefore the Pension department at MPIPHP needs to verify whether there is a claim from the ex-spouse and whether the beneficiaries will change.

A divorced spouse of a Participant is not eligible for Health Plan benefits. He or she becomes ineligible for benefits at the end of the month in which the date of the final decree of dissolution of marriage or divorce is entered, so the Plan should be notified immediately of the divorce to avoid potentially costly penalties associated with overpayments.

If you fail to notify the Eligibility Department of a change in your marital status, and the Health Plan pays a claim for your former spouse for services provided after the divorce date, you and your former spouse will be held personally liable. Your costs will include reimbursement to the Plan for benefits and expenses, including attorneys' fees and costs incurred by the Plan as a result of your statements, actions or failure to notify the Plan. The amount of any such overpayment also may be deducted from future benefits to which you would otherwise be entitled.

The divorced spouse does have the option to elect COBRA coverage in order to maintain health coverage with the MPI Health Plan for a limited period of time. This option is described on page 16 of your *2007 Active Health Plan Summary Plan Description* and page 10 of the *Retiree SPD.* A COBRA election must also be made in a timely fashion.

# REMEMBER TO NOTIFY THE PLAN OF ANY THIRD PARTY LIABILITY

Don't forget to let the MPI Health Plan know if there's a third party legally liable for medical claims in the case of an accident, workers' compensation case, or any situation where an employer, other insurer or individual would have responsibility for payment. The MPI Health Plan will pay no benefits in this circumstance unless the Participant

agrees in writing to a number of stipulations spelled out on page 49 of the 2007 *Active MPI Health Plan Summary Plan Description (SPD)*, or on page 37 of the *Retiree SPD.* Contact our Participant Services Department at 818 or 310.769.2007, ext. 244 as soon as possible to avoid any problems.

# MPI Health Plan Changes California Chiropractic Network Effective September 1, 2007, Retired and Active Participants who use chiropractic services in California will have access to the extensive American Specialty Health (ASH) Network.
*(Announced in Summer 2007 For Your Benefit, Page 1)*

Chiropractic Services through the award-winning ASH Network of quality complementary health care providers will be available to MPIHP Participants accessing services in California, underline effective September 1. Participants enrolled in Health Net and Kaiser are already using ASH chiropractors for their benefits. The chiropractic benefit for Participants enrolled in Health Net, Kaiser and Oxford will not change.

## Maintaining Your Current Chiropractor Relationship

The change from the Blue Shield Chiropractic network will have minimal impact on Participants, as there is considerable crossover of chiropractors between the two networks. Be sure to check with your chiropractor to see if he or she is an ASH contracting provider. If not, encourage him or her to become one.

## No Change in Chiropractic Benefits

Only the contracted network has changed. The Chiropractic benefits remain the same, and you may go to the chiropractor of your choice. However, **there may be greater expense to the Participant who uses non-network providers.** It is important to note that the MPI Health Plan will only pay for chiropractic treatment provided by a licensed chiropractor.

Chiropractic care through ASH Network providers is paid at 100 percent for covered services. Defined maximums (set forth in the box below) for non-ASH chiropractors may result in out-of-pocket costs to Participants.

For questions regarding your chiropractic benefit, please contact a representative at one of the MPI Health Plan offices.

West Coast Office: 818 or 310.769.0007, ext. 106

New York Office: 212.634.5252

## Services Not Covered

There is no change in the services which are not covered.

Services not covered include the following:

- Measures which constitute the practice of medicine by a chiropractor
- Studio calls
- On-site calls
- Home visits
- Exercise at a gym or similar facility
- MRI/CT scans, diagnostic studies and laboratory tests when ordered by a chiropractor, even if such scans or tests are administered by a medical doctor
- Orthotics when prescribed by a chiropractor

## Retired Participants

Chiropractic bills for Retirees enrolled in Medicare will be submitted to Medicare first for processing, as Medicare is always considered the primary coverage.

---

**Locating ASH Chiropractors**

To locate an ASH contracting chiropractor or to confirm your chiropractor's network participation:

- Contact the chiropractor directly and ask about his/her ASH Network affiliation.
- Access the ASH website at www.ashcompanies.com
- Call the MPI Health Plan Participant Services Department at 818 or 310.769.0007, ext. 106. Outside of Southern California, call toll-free at 888.369.2007, ext. 106.

The Plan does not make any recommendations regarding the use of chiropractors affiliated with ASH Networks, Inc., but merely provides this information for use at your own discretion.

---

## Your Chiropractic Benefit

| American Specialty Health (ASH) Network Chiropractor | Non-ASH Contracted Chiropractor |
|---|---|
| Benefits payable at the rate of 100% for covered services* | Maximum payable:<br>⇒ $54 for the initial office visit**<br>⇒ $34 per follow-up treatment*<br>⇒ $159 per year for x-rays |

\*    A maximum of 20 chiropractic treatments are covered per calendar year, regardless of condition or conditions

\*\*   Follow-up office visit charges are not covered.

*17*