# Law Offices of Donald M. de Camara

1241 Carlsbad Village Drive, Suite E
Carlsbad, CA 92008
Telephone (760) 730-7404
Facsimile (760) 730-7409

March 28, 2012

**VIA E-MAIL & U.S. MAIL**

Ms. Kathryn J. Halford, Esq.
Wohlner, Kaplon, Phillips, Young & Cutler
16501 Ventura Blvd., Ste. 304
Encino, CA 91436

    Re:  My Client/Your Beneficiary:  Lenai Mull (Munch)
    D/I:  2/03/10
    Your Case No.: 9176
    Reimbursement Claim:  $147,948

Dear Ms. Halford:

    As you know, I have been retained by the parents of the above individual to represent her interests in connection with the above claim of lien. Please note that Ms. Munch changed her last name to that of her parents when Norman Mull recently adopted her.

    I have the MPI July 2007 SPD that I believe is applicable to Ms. Mull's claim. However, some of the attachments are dated after the date of Ms. Mull's injury. Can you please provide us with the appendix documents that were in force on that date or clarify that it is those dated before 2/03/10 in the 7/07 SPD. Also, it is unclear to me whether there is a formal MPI Health Plan document or whether this is an integrated plan. Please clarify that and send us the formal health plan document in force on the date of the accident if one exists. As you know, the formal plan is now relevant under the *CIGNA v. Amara* case. Also, please send us the health plan's Summary Annual Reports for 2010 and 2011 when they are available.

    Thank you for your attention to these matters.

Very truly yours,

Donald M. de Camara

Enclosure
cc: Lenai Mull c/o Mr. and Mrs. Norman Mull;
DMd/jb

**EXHIBIT 3**    Exhibit 3 - Page 304