# WOHLNER KAPLON PHILLIPS YOUNG & CUTLER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
16501 VENTURA BOULEVARD
SUITE 304
ENCINO, CALIFORNIA 91436
www.wkpyc.com

(818) 501-8030

FACSIMILE: (818) 501-5306

Jeffrey L. Cutler
Sally S. Frontman
Kathryn J. Halford
Dana K. Kann
Joseph J. Kaplon
Amanda Lively

Michael R. Odoca
Ralph M. Phillips
Elizabeth Rosenfeld
Renée Sánchez
Jeffrey S. Wohlner

Kenneth P. Young
1950-2003

April 17, 2012

<u>*Via Email & Regular Mail*</u>

Donald M. de Camara, Esq.
Law Offices of Donald M. de Camara
1241 Carlsbad Village Drive, Suite E
Carlsbad, CA 92008
decamlaw@sbcglobal.net

      Re:    Re: Your Client: Lenai Mull (aka Munch)
                D/I: 2/3/10 - Benefits Paid: $147,948
                <u>Response to Request for Motion Picture Industry Health Plan Documents</u>

Dear Mr. de Camara,

      This letter is in response to your letter of March 28, 2012, in which you request an appendix of documents of the Motion Picture Industry Health Plan ("Plan") reflecting benefit changes which occurred after the publication of the July 2007 (Summary Plan Description) through February 3, 2010, the date of Lenai Mull's accident. Pursuant to your request, please see the list of documents referenced below.

      Additionally, enclosed is a copy of the Motion Picture Industry Health Plan Agreement and Declaration of Trust updated through January 2010, along with a copy of the 2010 Summary Annual Report are enclosed for your review. A copy of the Plan's 2011 Summary Annual Report will be sent to you when it becomes available.

1. For Your Benefit, Volume 17, No. 2, Spring 2007
2. For Your Benefit, Volume 17, No. 3, Summer 2007
3. Plan Update, Summer 2009
4. For Your Benefit, Volume 19, No. 2, Fall 2009
5. Plan Update, 2010 Summary Annual Reports
6. Plan Update, 2010 Health Plan Benefits Update

EXHIBIT 4        Exhibit 4 - Page 305



Donald M. de Camara
April 17, 2012
Page 2


Please feel free to contact me if you require any additional information, or wish to discuss resolution of the Plan's lien.

Very truly yours,

WOHLNER KAPLON PHILLIPS
YOUNG & CUTLER

Kathryn J. Halford


Enclosures

cc: Mr. Austin Anderson (via email w/out encl.)
    Ms. Pearl Coombs (via email w/out encl.)
    Mr. Gregory Mason (via email w/out enc.)

Exhibit 4 - Page 306