**Subject:** denials and eob's
**From:** Danielle Mull <daniellekmull@gmail.com>
**Date:** 6/27/2013 2:09 PM
**To:** "Donald M. de Camara" <decamlaw@sbcglobal.net>

09/13/2011 Danielle went to primary care physician for annual physical, $43.80 applied to overpayment

06/28/2012 Danielle went to OB/GYN for annual physical, $110.08 was applied to overpayment

06/28/2012 Laboratory charges associated with the OB/GYN visit were denied and $25.84 applied to overpayment

07/06/2012 Danielle had annual screening mammogram, $106.06 was applied to overpayment

04/15/2013 Norman had squamous cell carcinoma excised from his face and neck, $644.92 was applied to overpayment

04/15/2013 Laboratory charges for biopsies related to Norman's skin cancer, $430.95 was applied to overpayment


Corresponding EOB's are attached

EXHIBIT 5

Exhibit 5 -Page 307

Motion Picture Industry
Pension & Health Plans
P.O. Box 1999
Studio City, CA 91614-0999

 MPI HEALTH PLAN



201305233329

**Electronic Service Requested**

```
                                       3-DIGIT 935
   21277 0.5234 AT 0.381
   |..|||..|..|..|||||..||..||||||||..|..|..||||||||..|||..|||..|..||..||
   NORMAN G MULL                                  101
```

**QUESTIONS?**

*Call Toll-Free*
**(855) ASK-4MPI**
**(855) 275-4674**

Visit us online at www.mpiphp.org

Check the status of your claims or view
and print your EOBs

# EXPLANATION OF BENEFITS - This is NOT a Bill
This document contains important information that you should retain for your records.

| CLAIM INFORMATION | | PARTICIPANT NAME |
|---|---|---|
| **Patient Name:** NORMAN G MULL | | NORMAN G MULL |
| **Claim No.:** 13119A00526 | | **CLAIM PROCESSED DATE** |
| **Provider Name:** VADMAL, MANJUNATH S | | 05/16/2013 |

| Date of Service | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| From | To | Service | SVC Code | Charged Amount | Excluded Amount | RSN Code | Provider Discount | Allowed Amount | Deducted Co-Pay/Co-Ins | COB | Payment Amount |
| 01/14/13-01/14/13 | | Laboratory | 88305 | 1,200.00 | 0.00 | | 769.05 | 430.95 | 430.95 | 0.00 | 0.00 |
| | | TOTALS | | 1,200.00 | 0.00 | | 769.05 | 430.95 | 430.95 | 0.00 | 0.00 |

| **PAYEE:** DANIEL TAHERI MD INC | **Out of Pocket Maximum** | | **PATIENT RESPONSIBILITY** |
|---|---|---|---|
| **AMOUNT PAID BY MPI:** $0.00 | This Claim: | $43.09 | **$430.95** |
| | Year to Date: | $2,882.18 | |

**Patient Responsibility** | **Denial Reason**

| Line # | Co-Pay | Co-Insurance | Not Covered Amount | RSN Code | RSN Description |
|---|---|---|---|---|---|
| 001 | $0.00 | $43.09 | $387.86 | UC | Payment was reduced and applied to the member's overpayment. |

Language Assistance
Para obtener asistencia en Español, llame al (855) 275-4674.
如果需要中文的帮助, 请打这个号码 (855) 275-4674

Exhibit 5 -Page 308

Motion Picture Industry
Pension & Health Plans
P.O. Box 1999
Studio City, CA  91614-0999

Electronic Service Requested

3-DIGIT 935
21277 0.5234 AT 0.381
NORMAN G MULL                              101



## MPI HEALTH PLAN

### QUESTIONS?
*Call Toll-Free*
**(855) ASK-4MPI**
**(855) 275-4674**

Visit us online at www.mpiphp.org

Check the status of your claims or view and print your EOBs

## EXPLANATION OF BENEFITS - This is NOT a Bill
This document contains important information that you should retain for your records.

| CLAIM INFORMATION | | PARTICIPANT NAME | |
|---|---|---|---|
| **Patient Name:** | NORMAN G MULL | NORMAN G MULL | |
| **Claim No.:** | 13133A00580 | **CLAIM PROCESSED DATE** | |
| **Provider Name:** | TAHERI, DANIEL P | | |
| **Date of Service** | | 05/16/2013 | |

| From | To | Service | SVC Code | Charged Amount | Excluded Amount | RSN Code | Provider Discount | Allowed Amount | Deducted Co-Pay/Co-Ins | COB | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/13 | 04/15/13 | Surgery | 17004 | 350.00 | 0.00 | | 203.56 | 146.44 | 100.00 | 0.00 | 0.00 |
| 04/15/13 | 04/15/13 | Surgery | 11623 | 500.00 | 0.00 | | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/15/13 | 04/15/13 | Surgery | 13132 | 750.00 | 0.00 | | 297.29 | 452.71 | 452.71 | 0.00 | 0.00 |
| 04/15/13 | 04/15/13 | Surgery | 11100 | 150.00 | 0.00 | | 109.67 | 40.33 | 40.33 | 0.00 | 0.00 |
| 04/15/13 | 04/15/13 | Surgery | 11101 | 150.00 | 0.00 | | 98.12 | 51.88 | 51.88 | 0.00 | 0.00 |
| | | TOTALS | | 1,900.00 | 0.00 | | 1,208.64 | 691.36 | 644.92 | 0.00 | 0.00 |

| **PAYEE:** LA LASER CENTER PC | **Out of Pocket Maximum** | | **PATIENT RESPONSIBILITY** |
|---|---|---|---|
| **AMOUNT PAID BY MPI:** $0.00 | This Claim: | $64.49 | $644.92 |
| | Year to Date: | $2,882.18 | |

| Patient Responsibility | | | | Denial Reason | |
|---|---|---|---|---|---|
| Line # | Co-Pay | Co-Insurance | Not Covered Amount | RSN Code | RSN Description |
| 001 | $0.00 | $10.00 | $90.00 | UC | Payment was reduced and applied to the member's overpayment. |
| 002 | $0.00 | $0.00 | $0.00 | | |
| 003 | $0.00 | $45.27 | $407.44 | | |
| 004 | $0.00 | $4.03 | $36.30 | | |
| 005 | $0.00 | $5.19 | $46.69 | | |

Language Assistance
Para obtener asistencia en Español, llame al (855) 275-4674.
如果需要中文协助，请打这个号码 (855) 275-4674

Exhibit 5 -Page 309

**MPI HEALTH PLAN**
P.O. Box 1999, Studio City, CA 91614-0999

# Explanation of Benefits

**Electronic Service Requested**

3-DIGIT 935

13528 0.3584 AT 0.362

DANIELLE K MULL
72

Claim summary for services provided by:
**RICHARDSON, JAMES A**

| | |
|---|---|
| Participant Name: | NORMAN G MULL |
| Patient Name: | DANIELLE K MULL |
| Claim | 11269220365 |
| Process Date: | 10/24/2011 |

**THIS IS NOT A BILL.**
Your health care provider will bill you directly.

| | | |
|---|---|---|
| Provider Charges | $78.00 | This is the amount that your provider billed for your visit on 09/13/11-09/13/11. (Details of the claim are on the reverse side.) |
| Plan Discount | $12.67 | **You saved $12.67.** Because the Plan contracts directly with provider networks, you qualify for discounts when you use these networks. |
| Total Amount Owed | $65.33 | This is the amount your provider is entitled to receive. (Provider Charges minus Plan Discount.) |
| What the Plan Paid | $0.00 | The Plan paid this amount to your provider. |
| What You Owe Your Provider | $65.33 | This is the amount you owe your provider. (Total Amount Owed minus What the Plan Paid.) Do NOT pay this amount to the Plan. Your provider will send you a bill. Any amount you paid at the time of service such as your co-pay will reduce this amount. |

**Questions?**
Please contact MPI's Participant Services Center at: service@mpiphp.org
PO Box 1999, Studio City, CA 91604
818 or 310.769.0007 Extension 244 - Outside Southern California
888.369.2007
You may check the status of your claims by going to www.mpiphp.org

AIP

Exhibit 5 -Page 310

## Claim Detail

| Service Date(s) | Type of Service(s) | Submitted Charges | Plan Discount | Plan Allowed | Notes | What the Plan Paid | What You Owe Your Provider Including Your Co-pay* |
|---|---|---|---|---|---|---|---|
| 09/13/11 | Visits | 78.00 | 12.67 | 65.33 | | 0.00 | 65.33 |
| Totals: | | 78.00 | 12.67 | 65.33 | | 0.00 | 65.33 |

* Do NOT pay this amount to the Plan. Your provider will send you a bill. Any amount you paid at the time of service such as your co-pay will reduce this amount. Your Co-Pay does not count toward your out-of-pocket maximum.

**Notes Description:**

UC — Claim Note: Payment was reduced by $43.80. This amount has been applied to your overpayment. Your balance is $145,850.14

## Your Right To Appeal

If you believe your claim has not been paid appropriately and wish to appeal this determination, you must submit your request in writing to the:

Benefits/Appeals Committee
Motion Picture Industry Health Plan
P.O. Box 1999
Studio City, California 91614-0999

Your request must state specifically why you disagree with the benefits determination and include any and all additional information and evidence you wish the Committee to consider. You must appeal within 180 days of your receipt of this Explanation of Benefits or you will lose your right to have this benefit determination reviewed, unless, at a later date, you produce new information and evidence that was not previously available when the initial benefit determination was made.

Generally, the Benefits/Appeals Committee (BAC) will consider your appeal within 60 days of its receipt. If an extension is necessary based on special circumstances, you will be informed. You will be notified of the BAC's decision within five days of its determination.

Upon request and free of charge, you will be provided with any documents pertinent to your claim, the identity of any health care professionals who were utilized in the determination process, any rules, guidelines, protocols or criteria, and any scientific or clinical judgments relied on in reaching a decision on your claim.

The Plan pays only those benefits established by the Plan's Board of Directors, and the BAC has sole discretion and final authority to interpret the Plan, the Trust Agreement and any rules governing the Plan. The decision of the BAC is final and binding on all parties, subject to your right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974, as amended (ERISA).

Exhibit 5 - Page 311

## Claim Detail

| Service Date(s) | Type of Service(s) | Submitted Charges | Plan Discount | Plan Allowed | Notes | What the Plan Paid | What You Owe Your Provider Including Your Co-pay* |
|---|---|---|---|---|---|---|---|
| 06/28/12 | Visits | 250.00 | 111.02 | 138.98 | | 0.00 | 138.98 |
| Totals: | | 250.00 | 111.02 | 138.98 | | 0.00 | 138.98 |

\* Do NOT pay this amount to the Plan. Your provider will send you a bill. Any amount you paid at the time of service such as your co-pay will reduce this amount. Your Co-Pay does not count toward your out-of-pocket maximum.

Notes Description:
  Claim Note: Payment was reduced by $110.08. This amount has been applied to your overpayment.

## Your Right To Appeal

If you believe your claim has not been paid appropriately and wish to appeal this determination, you must submit your request in writing to the:

Benefits/Appeals Committee
Motion Picture Industry Health Plan
P.O. Box 1999
Studio City, California 91614-0999

Your request must state specifically why you disagree with the benefits determination and include any and all additional information and evidence you wish the Committee to consider. You must appeal within 180 days of your receipt of this Explanation of Benefits or you will lose your right to have this benefit determination reviewed, unless, at a later date, you produce new information and evidence that was not previously available when the initial benefit determination was made.

Generally, the Benefits/Appeals Committee (BAC) will consider your appeal within 60 days of its receipt. If an extension is necessary based on special circumstances, you will be informed. You will be notified of the BAC's decision within five days of its determination.

Upon request and free of charge, you will be provided with any documents pertinent to your claim, the identity of any health care professionals who were utilized in the determination process, any rules, guidelines, protocols or criteria, and any scientific or clinical judgments relied on in reaching a decision on your claim.

The Plan pays only those benefits established by the Plan's Board of Directors, and the BAC has sole discretion and final authority to interpret the Plan, the Trust Agreement and any rules governing the Plan. The decision of the BAC is final and binding on all parties, subject to your right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974, as amended (ERISA).

Exhibit 5 - Page 312

## Claim Detail

| Service Date(s) | Type of Service(s) | Submitted Charges | Plan Discount | Plan Allowed | Notes | What the Plan Paid | What You Owe Your Provider Including Your Co-pay* |
|---|---|---|---|---|---|---|---|
| 06/28/12 | Lab. | 128.21 | 99.50 | 28.71 | | 0.00 | 28.71 |
| 06/28/12 | Lab. | 169.79 | 0.00 | 0.00 | D17 | 0.00 | 169.79 |
| Totals: | | 298.00 | 99.50 | 28.71 | | 0.00 | 198.50 |

\* Do NOT pay this amount to the Plan. Your provider will send you a bill. Any amount you paid at the time of service such as your co-pay will reduce this amount. Your Co-Pay does not count toward your out-of-pocket maximum.

**Notes Description:**

D17  This service is not covered by the Health Plan
Claim Note: Payment was reduced by $25.84. This amount has been applied to your overpayment. Your balance is $112,962.54.

## Your Right To Appeal

If you believe your claim has not been paid appropriately and wish to appeal this determination, you must submit your request in writing to the:

Benefits/Appeals Committee
Motion Picture Industry Health Plan
P.O. Box 1999
Studio City, California 91614-0999

Your request must state specifically why you disagree with the benefits determination and include any and all additional information and evidence you wish the Committee to consider. You must appeal within 180 days of your receipt of this Explanation of Benefits or you will lose your right to have this benefit determination reviewed, unless, at a later date, you produce new information and evidence that was not previously available when the initial benefit determination was made.

Generally, the Benefits/Appeals Committee (BAC) will consider your appeal within 60 days of its receipt. If an extension is necessary based on special circumstances, you will be informed. You will be notified of the BAC's decision within five days of its determination.

Upon request and free of charge, you will be provided with any documents pertinent to your claim, the identity of any health care professionals who were utilized in the determination process, any rules, guidelines, protocols or criteria, and any scientific or clinical judgments relied on in reaching a decision on your claim.

The Plan pays only those benefits established by the Plan's Board of Directors, and the BAC has sole discretion and final authority to interpret the Plan, the Trust Agreement and any rules governing the Plan. The decision of the BAC is final and binding on all parties, subject to your right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974, as amended (ERISA).

Exhibit 5 - Page 313

## Claim Detail

| Service Date(s) | Type of Service(s) | Submitted Charges | Plan Discount | Plan Allowed | Notes | What the Plan Paid | What You Owe Your Provider Including Your Co-pay* |
|---|---|---|---|---|---|---|---|
| 07/06/12 | Visits | 461.22 | 343.38 | 117.84 | | 0.00 | 117.84 |
| **Totals:** | | 461.22 | 343.38 | 117.84 | | 0.00 | 117.84 |

* Do NOT pay this amount to the Plan. Your provider will send you a bill. Any amount you paid at the time of service such as your co-pay will reduce this amount. Your Co-Pay does not count toward your out-of-pocket maximum.

**Notes Description:**

Claim Note: Payment was reduced by $106.06. This amount has been applied to your overpayment. Your balance is $107,318.39

## Your Right To Appeal

If you believe your claim has not been paid appropriately and wish to appeal this determination, you must submit your request in writing to the:

Benefits/Appeals Committee
Motion Picture Industry Health Plan
P.O. Box 1999
Studio City, California 91614-0999

Your request must state specifically why you disagree with the benefits determination and include any and all additional information and evidence you wish the Committee to consider. You must appeal within 180 days of your receipt of this Explanation of Benefits or you will lose your right to have this benefit determination reviewed, unless, at a later date, you produce new information and evidence that was not previously available when the initial benefit determination was made.

Generally, the Benefits/Appeals Committee (BAC) will consider your appeal within 60 days of its receipt. If an extension is necessary based on special circumstances, you will be informed. You will be notified of the BAC's decision within five days of its determination.

Upon request and free of charge, you will be provided with any documents pertinent to your claim, the identity of any health care professionals who were utilized in the determination process, any rules, guidelines, protocols or criteria, and any scientific or clinical judgments relied on in reaching a decision on your claim.

The Plan pays only those benefits established by the Plan's Board of Directors, and the BAC has sole discretion and final authority to interpret the Plan, the Trust Agreement and any rules governing the Plan. The decision of the BAC is final and binding on all parties, subject to your right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974, as amended (ERISA).

Exhibit 5 - Page 314