DONALD M. de CAMARA, SBN 69703
E-mail: decamlaw@sbcglobal.net
LAW OFFICES OF DONALD M. de CAMARA
1241 Carlsbad Village Drive, Ste. E
Carlsbad, CA 92008
Tel: (760) 730-7404
Fax: (760) 730-7409

DANIEL E. WILCOXEN, SBN 054805
E-mail: dwilcoxen@wilcoxenlaw.com
WILCOXEN CALLAHAM, LLP
2114 K Street
Sacramento, California 95816
Telephone:      (916) 442-2777
Facsimile:  (916) 442-4118

Attorneys for Plaintiffs Lenai Mull, Danielle Mull, Norman Mull and Carson Mull

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DANIELLE MULL, NORMAN MULL, CARSON MULL,<br><br>Plaintiffs,<br><br>vs.<br><br>MOTION PICTURE INDUSTRY HEALTH PLAN; BOARD OF DIRECTORS OF MOTION PICTURE INDUSTRY HEALTH PLAN<br><br>Defendants | Case No.: CV12-6693VBF (MANx)<br><br>Assigned to:<br>Hon. Valerie Baker Fairbank<br><br>**NOTICE OF ERRATA TO PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (FRCP 56)**<br><br>Ctrm: 9<br>Date: None set, per Court's order |
|---|---|

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Please take notice that Plaintiffs Lenai Mull, Danielle Mull, Norman Mull and Carson Mull hereby provide notice of errata and correction as follows:

On April 18, 2014, when Plaintiffs Danielle Mull, Norman Mull and Carson Mull filed their motion for summary judgment and supporting documents, Lenai Mull was inadvertently checked on the CM/ECF system as a moving party. Lenai Mull is not moving for summary judgment. The moving parties are Danielle Mull, Norman Mull and Carson Mull. Additionally, Plaintiff Danielle Mull's Declaration In Support Of Motion For Summary Judgment is filed on behalf of moving parties are Danielle Mull, Norman Mull and Carson Mull.

Respectfully submitted,

Dated: April 18, 2014

/s/Donald M. de Camara
Donald M. de Camara
Daniel E. Wilcoxen
Attorneys for Plaintiffs