JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LENAI MULL, CARSON MULL, NORMAN MULL, and DANIELLE MULL, <br><br> Plaintiffs, <br><br> v. <br><br> MOTION PICTURE INDUSTRY HEALTH PLAN and BOARD OF DIRECTORS OF MOTION PICTURE INDUSTRY HEALTH PLAN, <br><br> Defendants. | Case No. LA CV 12-06693-VBF <br><br> **FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of both defendants and against all plaintiffs on the claims in the first amended complaint.** IT IS SO ADJUDGED.

Dated: March 7, 2019

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge