# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LENAI MULL, CARSON MULL, NORMAN MULL, and DANIELLE MULL, | Case No. LA CV 12-06693-VBF |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| MOTION PICTURE INDUSTRY HEALTH PLAN and BOARD OF DIRECTORS OF MOTION PICTURE INDUSTRY HEALTH PLAN, | |
| Defendants. | |

**Final judgment is hereby entered in favor of the plaintiffs and against the defendants on the claims in the first amended complaint.** IT IS SO ADJUDGED.

Dated: November 11, 2020

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge