JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **LENAI MULL, CARSON MULL,** NORMAN MULL & DANIELLE MULL, | **Case No. LA CV 12-06693-VBF** |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| MOTION PICTURE INDUSTRY HEALTH PLAN and BOARD OF DIRS. OF MPI HEALTH PLAN, | |
| Defendants. | |

Consistent with the Opinion of the United States Court of Appeals for the Ninth Circuit issued July 26, 2022 (CM/ECF Document 159) and the Ninth Circuit's Mandate issued August 16, 2022 (Document 160), **final judgment is hereby entered in favor of all defendants and against all plaintiffs on the claims in the first amended complaint**.

IT IS SO ADJUDGED.

Dated: August 16, 2022

_Valerie Baker Fairbank_
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge